# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 13-00106-ODW | Date | October 21, 2013 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Katie Thibodeaux | Christopher M Brunwin/ Steven R Welk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| David Santillan, Pres. of Mongol Nation, LLC | X | | | Bob Bernstein | X | | X |

**Proceedings:**   **MOTION to Dismiss Case [14]**

Case called, appearances are made.  The Court hears oral argument from counsel.

The Court orders the clerk's office to correct the defendant's name by deleting: David Santillan, President of Mongol Nation, LLC and adding the correct name: Mongol Nation, an Unincorporated Association.

The MOTION to Dismiss Case[14], is **DENIED**.

IT IS SO ORDERED.

|  | : | 14 |
|---|---|---|
| Initials of Deputy Clerk | se | |