## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | CR 13-00106-ODW | Date | May 26, 2015 |
|---|---|---|---|

| Present: The Honorable | OTIS D. WRIGHT II, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| Sheila English | Debra Read | Christopher Brunwin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mongol Nation, an Unincorporated Association | X | | X | Joseph A Yanny/ Hangyul Min | Elliot X | | X |

**Proceedings:**   **STATUS CONFERENCE**

Case called, appearances made. The Court hears argument from defense counsel as stated on the record. Defense counsel and his client request this case to be reassigned to another Judge. All dates set are hereby VACATED.

Pursuant to 18 USC 3161(g)(1)(E)(D), a stipulation to continue trial is not needed.

IT IS SO ORDERED.

| | 1 | : | 01 |
|---|---|---|---|
| Initials of Deputy Clerk | | se | |