# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| USA, | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S), | CR13-00106 ODW-1 |
| v. | |
| Mongol Nation, an Unincorporated Association, | NOTICE OF REASSIGNMENT OF CASE |
| DEFENDANT(S). | |

To: ALL COUNSEL APPEARING OF RECORD

☑ Pursuant to Order of the Court filed __5/26/15_____

☐ In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

You are hereby notified that this case has been transferred to the calendar of Judge John A. Kronstadt for:

☑ all further proceedings;
☐ any discovery matters that are or may be referred by the District Judge;
☐ any matters that are referred pursuant to General Order 05-07.
☐ other: _____

On all documents subsequently filed in this case, please substitute the initials ____JAK____ after the case number in place of the initials of the prior judge so that the case number will read: ____CR13-00106 JAK____. This is very important because documents are routed to the assigned judge by means of these initials.

Clerk, U.S. District Court

Date  5/26/15                                    By  Madelina Guerrero
                                                     Deputy Clerk


cc:   ☑ *Previous Judge*   ☐ *Statistics Clerk*

G-41 (04/14)                NOTICE OF REASSIGNMENT OF CASE