**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CASE SUMMARY**

FILED CLERK, U.S. DISTRICT COURT
MAY 17 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Number  13-106(A)-DOC
U.S.A. v.  Mongol Nation
[✓] Indictment   [ ] Information

Defendant Number  1
Year of Birth  N/A
Investigative agency (FBI, DEA, etc.)  ATF

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

**OFFENSE/VENUE**

a. Offense charged as a:
 [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
 [ ] Class B Misdemeanor  [ ] Class C Misdemeanor  [✓] Felony

b. Date of Offense  3/16/2002 through 5/15/18

c. County in which first offense occurred
 Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
 [✓] Los Angeles   [ ] Ventura
 [ ] Orange        [ ] Santa Barbara
 [✓] Riverside     [ ] San Luis Obispo
 [✓] San Bernardino [ ] Other _____

Citation of Offense  18 USC 1962(c): RICO; 18 USC 1962(d): RICO Conspiracy

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
 [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
 [✓] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
 [✓] No   [ ] Yes
 If "Yes," Case Number: _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
 a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
 b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): US v. Cavazos, CR 08-1201

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: _____
Case Number: _____
Assigned Judge: _____
Charging: _____
The complaint/CVB citation:
 [ ] is still pending
 [ ] was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?  [ ] No  [ ] Yes
IF YES, provide Name: _____
Phone Number: _____

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
 [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [✓] Yes*   [ ] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [✓] No
This is the  First  superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: 2/13/2013
Case Number  CR 13-106

The superseded case:
 [✓] is still pending before Judge/Magistrate Judge
 Hon. David O. Carter
 [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
 [ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
 [✓] Yes*   [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
 [✓] Yes   [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

| INTERPRETER | CUSTODY STATUS |
|---|---|
| Is an interpreter required? ☐ YES ☑ NO | **Defendant is not in custody:** |
| IF YES, list language and/or dialect: | a. Date and time of arrest on complaint: NA |
| | b. Posted bond at complaint level on: NA |
| | in the amount of $ |
| **OTHER** | c. PSA supervision? ☐ Yes ☑ No |
| ☐ Male ☐ Female | d. Is on bail or release from another district: |
| ☑ U.S. Citizen ☐ Alien | |
| Alias Name(s) | **Defendant is in custody:** |
| | a. Place of incarceration: ☐ State ☐ Federal |
| This defendant is charged in: | b. Name of Institution: |
| ☑ All counts | c. If Federal, U.S. Marshals Service Registration Number: |
| ☐ Only counts: | |
| | d. ☐ Solely on this charge. Date and time of arrest: |
| ☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney. | |
| | e. On another conviction: ☐ Yes ☐ No |
| ☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7). | IF YES: ☐ State ☐ Federal ☐ Writ of Issue |
| Is defendant a juvenile? ☐ Yes ☑ No | f. Awaiting trial on other charges: ☐ Yes ☐ No |
| IF YES, should matter be sealed? ☐ Yes ☐ No | IF YES: ☐ State ☐ Federal AND |
| | Name of Court: |
| The area(s) of substantive law that will be involved in this case include(s): | Date transferred to federal custody: |
| ☐ financial institution fraud ☐ public corruption | This person/proceeding is transferred from another district pursuant to F.R.Cr.P. ☐ 20 ☐ 21 ☐ 40 |
| ☐ government fraud ☐ tax offenses | |
| ☐ environmental issues ☐ mail/wire fraud | |
| ☑ narcotics offenses ☐ immigration offenses | |
| ☑ violent crimes/firearms ☐ corporate fraud | |
| ☑ Other RICO and RICO Conspiracy | |

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN:

Date: May 15, 2018

Signature of Assistant U.S. Attorney
Christopher Brunwin
Print Name

CR-72 (12/17)      CASE SUMMARY      Page 2 of 2