# Memorandum



Subject: LA3CR00106(A)-DOC
UNITED STATES v. MONGOL NATION

Date: May 15, 2018

To:
Kiry K. Gray
Clerk, United States District Court
Central District of California

From:
CHRISTOPHER BRUNWIN
Assistant United States Attorney
Criminal Division

For purposes of determining whether the above-referenced matter, being filed on January 19, 2018:

(a)   should be assigned to the Honorable André Birotte Jr., it

☒ is

☐ is not

a matter that was pending in the United States Attorney's Office on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b)   should be assigned to the Honorable Michael W. Fitzgerald, it

☐ is

☒ is not

(1) a matter pending in the National Security Section or one in which the National Security Section has previously been involved; or (2) a matter in which current Assistant United States Attorney Patrick Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

CHRISTOPHER BRUNWIN
Assistant United States Attorney
Criminal Division