UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   CR 13-0106-DOC                                                                 Date: June 4, 2018

Present: The Honorable:   DAVID O. CARTER, U.S. District Judge

Interpreter   N/A

| Deborah Lewman | Debbie Gale / CourtSmart | Christopher Brunwin / Steven R. Welk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| David Santillan, Representative of Mongol Nation, an Unincorporated Corporation | X | | X | Joseph A. Yanny | X | | X |

**PROCEEDINGS:   FINAL PRETRIAL CONFERENCE**

Jury Trial continued to October 23, 2018 at 8:30 a.m.

Counsel to return on June 5, 2018 at 5:00 p.m.

                                                                                              1:25
                                                              **Initials of Deputy Clerk**   djl