UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   CR 13-0106-DOC                                              Date: June 5, 2018

Present: The Honorable:   DAVID O. CARTER, U.S. District Judge

Interpreter   N/A

| Deborah Lewman | Deborah Parker | Christopher Brunwin<br>Steven R. Welk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| David Santillan, Representative of Mongol Nation, an Unincorporated Corporation | X | X | | Joseph A. Yanny | X | | X |

**PROCEEDINGS:  STATUS CONFERENCE**

The parties stipulated to facts that will not have to be proved at trial.  Stipulations to be filed by the parties.

Status Conference continued to June 6, 2018 at 5:00 p.m.

                                                                                                         2:05
                                                                  **Initials of Deputy Clerk**   djl

---

CR-11 (04/15)                         Criminal Minutes – General                         Page 1 of 1