NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN (Cal. State Bar No. 158939)
Assistant United States Attorney
Violent and Organized Crime Section
STEVEN R. WELK (Cal. State Bar No. 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephones:   (213) 894-4242/6166
    Facsimile:    (213) 894-3713
    E-mail:   Christopher.Brunwin@usdoj.gov
              Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MONGOL NATION,<br>  An unincorporated association,<br><br>    Defendant. | No. CR 13-106(A)-DOC<br><br>GOVERNMENT'S SECOND BILL OF <u>PARTICULARS RE: CRIMINAL FORFEITURE</u><br><br>Trial Date: June 26, 2018<br>Time:   8:30 a.m.<br>CTRM:   9D |

    The First Superseding Indictment ("FSI") in this case includes a forfeiture allegation in which Plaintiff United States of America ("the government") gave notice to defendant that it intends to seek the forfeiture of (1) all property acquired or maintained in violation of 18 U.S.C. § 1962; (2) any property, interest in property, or contractual or other legal rights that afforded a source of influence over the enterprise described in the FSI; and (3) any proceeds constituting or derived from the racketeering activity

1  alleged in the FSI.  FSI at 33.  The criminal forfeiture allegation
2  includes descriptions of two trade/service/association marks,
3  described in the indictment as the "Word Image" and the "Rider
4  Image."  *Id.* at 34-35.
5      After the filing of the original Indictment in this case,
6  defendant, acting under two other names, registered with the United
7  States Patent and Trademark Office ("USPTO") two marks that included
8  the Word Image and Rider Image.  The first of these marks (the
9  "Mongol Nation Combined Mark") was registered by defendant as a
10 collective membership mark, using the name "Mongols Nation Motorcycle
11 Club LLC," on May 3, 2013, and included the Word Image, Rider Image
12 and the word "Nation."  S*ee* exhibit A.  The registration of the
13 Mongol Nation Combined Mark was abandoned on October 7, 2014.  *Id.*
14 The second of these marks (the "Combined Mark"), consisting of a
15 combination of the Word Image and Rider Image, was registered by
16 defendant as a collective membership mark, using the name "Mongols
17 Nation Motorcycle Club Corporation," on May 5, 2015.  *See* exhibit B.
18      On May 29, 2015, Plaintiff filed its First Bill of Particulars
19 Re: Criminal Forfeiture, providing notice that, pursuant to the
20 criminal forfeiture allegation of the original Indictment, 18 U.S.C.
21 § 1963 and Rule 32.2 of the Federal Rules of Criminal Procedure, it
22 intended to seek the forfeiture of any and all marks that included or
23 incorporated in any way one or both of the Word Image and Rider Image
24 described in the Indictment in this case, including the Mongol Nation
25 Combined Mark and the Combined Mark.
26      By this filing, Plaintiff provides notice to defendant that,
27 pursuant to the criminal forfeiture allegation of the FSI, 18 U.S.C.
28 § 1963, and Rule 32.2 of the Federal Rules of Criminal Procedure, it

intends to seek the forfeiture of any and all marks that include or incorporate in any way one or both of the Word Image and Rider Image described in the Indictment and FSI in this case, including the Mongol Nation Combined Mark and the Combined Mark.

    Notice is further given that the government intends to seek a money judgment against defendant equal to the value of all property subject to forfeiture pursuant to 18 U.S.C. § 1963, but which is not available for forfeiture, including (but not limited to) the full amount of proceeds obtained by defendant as a result of the violations alleged in Counts One and Two of the FSI.

Dated: June 18, 2018

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division


   /S/ Steven R. Welk
CHRISTOPHER BRUNWIN
STEVEN R. WELK
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA