NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN (California State Bar Number 158939)
Assistant United States Attorney
Violent and Organized Crime Section
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4242/6166
     Facsimile: (213) 894-3713
     E-mail:    Christopher.Brunwin@usdoj.gov
                Steven.Welk@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-106(A)-DOC |
| Plaintiff, | UNITED STATES' PROPOSED VOIR DIRE QUESTIONS |
| v. | Trial Date:   June 26, 2018 |
| MONGOL NATION,  An unincorporated association, | Time:         8:30 a.m.  Location:     Courtroom of the             Hon. David O. Carter |
| Defendant. | |

Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of California, hereby files its proposed *voir dire* questions.

Dated: June 20, 2018        Respectfully submitted,

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, National Security Division

 /s/*Christopher Brunwin*
CHRISTOPHER BRUNWIN
STEVEN R. WELK
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**UNITED STATES' PROPOSED VOIR DIRE QUESTIONS**

**Knowledge of Parties, Counsel, Agents, or Potential Witnesses**

1. Do you know or are you familiar with or have any association with any of either the defendant, the lawyers, or the ATF case agent in this case?
2. Do you know or are you familiar with any of the following individuals, who may be witnesses in this case? [The Court is respectfully requested to read the government's and defendant's witness lists.]
3. Have any of you heard of the defendant Mongol Nation? If so, how have you heard of the defendant?

**Ability to Serve**

4. In the eyes of the law, the defendant and the government are to be treated alike and are entitled to the same honest, fair, and impartial treatment. If selected to serve as a juror in this case, would you follow this principle?
5. Do you know of any reason you might be prejudiced against or for either the defendant or the government?
6. Is there anything about this case, which charges the defendant with racketeering crimes, that makes you unwilling or reluctant to serve as a juror?
7. Do you have any difficulty understanding the English language?
8. Do you have any medical problems that could impair your ability to devote your full attention to this trial?
9. Do you have any specific problems at home or work which might interfere with your ability to concentrate on the case during the trial?

1  10.   Would you give any more or less weight to the testimony of a law
2        enforcement officer just because of his or her status as a law
3        enforcement officer?
4  11.   There are some people who –– for moral, ethical, or religious
5        reasons –– believe that it is not proper to pass judgment on the
6        conduct of others, or would find it difficult do so.  Do you
7        have any such beliefs?  If you believe that defendant is not
8        guilty, will you vote for a verdict of not guilty?  If you
9        believe that defendant is guilty, will you vote for a verdict of
10       guilty?
11 12.   The potential punishment for a crime is not for the jury to
12       decide or consider.  In our criminal justice system, it is the
13       Court's responsibility to determine the appropriate punishment,
14       if any.  If you are selected as a juror, the Court will instruct
15       you that your role is to decide the facts to the case and apply
16       to those facts the law as the Court gives it to you.  Could you
17       decide this case without concern for any potential punishment a
18       defendant may or may not receive?
19
20 **Law Enforcement**
21 13.   Have you or any close friend or family ever been employed by or
22       otherwise worked with the ATF, the Los Angeles Police
23       Department, the Los Angeles County Sheriff's Department, the
24       Montebello Police Department, Riverside Police Departmnet, any
25       other police department, or any other law enforcement agency?
26       a.   Who?
27       b.   What department or agency?
28       c.   In what capacity?

2

1      d.   When?
2  14. Have you or any close friend or family ever been involved in a
3      criminal case, either as a victim, defendant, or witness?
4      a.   What type of case?
5      b.   What was your relationship to the case?
6      c.   When?
7      d.   Where?
8      e.   Was anyone arrested?
9      f.   Who was the arresting agency, if you know?
10 15. Have you or any close friend or family ever had a very positive
11     or very negative experience involving law enforcement?
12     a.   Who?
13     b.   What was the experience?
14     c.   When?
15     d.   What was the agency involved, if you know?
16 16. Have you or any close friend or family ever been accused of,
17     arrested for, indicted in, charged in, or convicted in a
18     criminal case (other than infractions or traffic offenses)?
19     a.   Who?
20     b.   What type of case?
21     c.   What was the accusation or charge?
22     d.   When?
23     e.   What was the outcome?
24 17. Have you read or heard stories in the media that have shaped
25     your opinion of law enforcement?
26     a.   How have those stories shaped your opinion?
27 18. Do you have a particularly strong opinion of law enforcement,
28     either positive or negative?

3

**Bureau of Alcohol, Tobacco, Firearms, and Explosives**

19. Have you or any close friend or family ever been employed by or otherwise worked with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)?
    a. Who?
    b. In what capacity?
    c. When?
20. Have you or any close friend or family ever had a very positive or very negative experience involving ATF?
    a. Who?
    b. What was the experience?
    c. When?
21. Have you read or heard stories in the media that have shaped your opinion of ATF?
    a. How have those stories shaped your opinion?
22. Do you have a particularly strong opinion of ATF, either positive or negative?

**Attitude Toward the Federal Government**

23. Have you or any close friend or family ever been employed by or otherwise worked with any federal agency or department not previously discussed?
    a. Who?
    b. In what capacity?
    c. When?
24. Have you or any close friend or family ever had a very positive or very negative experience involving another agency or department of the federal government?

```
 1          a.   Who?
 2          b.   What was the experience?
 3          c.   When?
 4     25.  Have you read or heard stories in the media that have shaped
 5          your opinion of the federal government?
 6          a.   How have those stories shaped your opinion?
 7     26.  Do you have a particularly strong opinion of the federal
 8          government, either positive or negative?
 9
10     Knowledge of the Law
11     27.  Do you have any legal training?
12     28.  Do you have any close friends or family who are lawyers or work
13          for lawyers?
14     29.  Are you particularly knowledgeable about the law for any other
15          reason?
16
17     Experience with Violent Crimes
18     30.  Have you or has any close friend or family had a personal
19          connection to a violent act or a violent crime?  If so, what was
20          that connection?
21     31.  Will that experience influence your ability to listen to and
22          consider the evidence in this case?
23     32.  As the Court has explained, this case involves allegations that
24          the defendant committed a number of violent crimes.  Is there
25          anything about your experience or your personal views that could
26          affect your ability to consider evidence concerning those
27          allegations?
28
```

**Narcotics**

33. Do any members of the jury have any prior experience with narcotics or narcotics prosecutions?  What experience have you had?
34. This case also involves allegations that the defendant organization, through its members, engaged in the distribution of methamphetamine and cocaine.  Do any of you have experiences or beliefs that would influence your ability to hear and consider that evidence?
35. Do any of you have experiences with methamphetamine or cocaine?

**Firearms**

36. This case will involve evidence about guns and violent crimes. Do any of you have experiences or beliefs that would influence your ability to hear and consider that evidence?
37. Do any of you have experiences or beliefs that would influence your ability to view and consider guns, ammunition or the victims of violent crimes?

**Law Enforcement Use of Undercover Officers and Surveillance**

38. You will hear evidence in this case that law enforcement officers acted in an undercover capacity to conduct the investigation in this case.  You will learn that law enforcement adopted fictional identities and personas as part of their investigation.  Do any of you have experiences or beliefs about the use of undercover tactics by law enforcement that could influence or affect your ability to hear and consider that kind of evidence in this case?

39. You will also hear evidence in this case that law enforcement officers made use of surveillance and monitored recordings during the investigation. Do any of you have any experiences or beliefs that would affect your ability to hear and consider that kind of evidence in this case?

**Motorcycle Gangs**

40. The First Superseding Indictment alleges that the defendant is an outlaw motorcycle gang. Do any of you have any experiences or connections to such organizations?
41. Do any of you have any experiences or connections to organizations such as the Hells Angels, the Vagos, the Sons of Silence, or other motorcycle gangs?
42. Do any of you have experiences with any motorcycle organization that would affect your ability to hear and consider the evidence in this case?
43. Do any of you have experience with street gangs or other organizations that you believe could affect your ability to hear and consider the evidence in this case?

**Personal Background**

44. What is your educational background?
45. What is your current occupation?
46. Do you have a spouse or domestic partner?
47. If applicable, what are the occupations of your spouse/partner and any grown children?
48. Have you or a spouse/partner or grown child ever served in the military?

7

       a.    What branch?
       b.    What job?
       c.    What time period?
       d.    Would you give either more or less weight to the testimony of a person who had served in the military, just because that person had served in the military?

49. What was the last book you read?
50. What kind of television programs do you prefer, if any?
51. Do you subscribe to any magazines? Which ones?
52. How do you like to spend your free time?
53. Do you use the internet regularly? On average, do you use it daily, or less often?
54. Do you follow any news or current-events websites or blogs regularly? Which ones?
55. Have you ever posted any comments to a blog or other internet forum (such as a newspaper article)? How often or how regularly do you do so?
56. Do you use, or have you ever used, Facebook or other social media applications? Which ones, and what types of things do you use them for? (E.g., staying in touch with friends, keeping up with current events, professional connections, etc.)
57. Do you use Twitter? What types of accounts do you follow? (e.g., friends/family only, professional connections, current events commentators, entertainment celebrities, hobbyists, elected officials)