Joseph A. Yanny, Esq. (SBN 97979)
YANNY & SMITH
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
jyanny@yannylaw.com

Attorneys for Defendant,
**Mongols Nation**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>    Plaintiff,<br><br>vs.<br><br>Mongols Nation,<br>    Defendant. | Case No.: CR 13 00106 DOC<br><br>**DEFENDANT'S AMENDED JURY INSTRUCTION NO. 36**<br><br>**Trial Date:** June 26, 2018<br>**Trial Time:** 8:30 a.m.<br>**Courtroom**: 9D<br>**Judge:** Honorable David O. Carter |

**I. First Set of Amended Jury Instructions**

This is the Defendant's Amended Proposed Instruction No. 36

**Court's Instruction No. _____**

1

## Defendant's Proposed Instruction No. 36

The defendant is charged in Count 1 of the indictment with conspiracy to distribute methamphetamine and cocaine in violation of Section 841(a) and Section 846 of Title 21 of the United States Code. For the defendant to be found guilty of conspiring to distribute a controlled substance, including methamphetamine or cocaine, in violation of Title 21, United States Code, Sections 841, and 846, the government must prove each of the following elements beyond a reasonable doubt:

1. First, beginning on a date unknown and continuing to on or about May 15, 2018, there was an agreement between two or more persons to distribute methamphetamine and/or cocaine; and

2. Second, the individual joined in the agreement knowing of its purpose and intending to help accomplish that purpose.

"To distribute" methamphetamine or cocaine means to deliver or transfer possession of it to another person, with or without any financial interest in the transaction.

A conspiracy is a kind of criminal partnership – an agreement of two or more persons to commit one or more crimes. The crime of conspiracy is the agreement to do something unlawful; it does not matter whether the crime agreed upon was committed.

For a conspiracy to have existed, it is not necessary that the conspirators made a formal agreement or that they agreed on every detail of the conspiracy. It is not enough, however, that they simply met, discussed matter of common interest, acted in similar ways, or perhaps helped one another. You must find that there was a plan to commit at

least one of the crimes alleged in the indictment as an object of the conspiracy with all of you agreeing as to the particular crime which the conspirators agreed to commit.

One becomes a member of a conspiracy by willfully participating in the unlawful plan with the intent to advance or further some object or purpose of the conspiracy, even though the person does not have full knowledge of all the details of the conspiracy. Furthermore, one who willfully joins an existing conspiracy is as responsible for it as the originators. On the other hand, one who has no knowledge of a conspiracy, but happens to act in a way which furthers some object or purpose of the conspiracy, does not thereby become a conspirator.

Similarly, a person does not become a conspirator merely by associating with one or more persons who are conspirators, or merely by knowing that a conspiracy exists.

Source: Ninth Cir. Model Crim. Jury Instr. 9.19 (2010 ed.)

Dated: June 25, 2018        By:    /s/  *Joseph A. Yanny*
                                   JOSEPH A. YANNY
                                   YANNY & SMITH
                                   Attorneys for Defendant, Mongols Nation