UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   CR 13-0106-DOC                                               Date: July 16, 2018

Present: The Honorable:   DAVID O. CARTER, U.S. District Judge

Interpreter   N/A

| Deborah Lewman | CourtSmart / Debbie Gale | Christopher Brunwin / Steven R. Welk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| David Santillan, Representative of Mongol Nation, an Unincorporated Corporation | X | | X | Joseph A. Yanny | X | | X |

**PROCEEDINGS:  STATUS CONFERENCE**

Status Conference held.  An off-the-record hearing also held.

Counsel to return on July 18, 2018 at 7:30 a.m. to begin informally reviewing discovery.

:22

**Initials of Deputy Clerk**   djl