```
 1  NICOLA T. HANNA
    United States Attorney
 2  LAWRENCE S. MIDDLETON
    Assistant United States Attorney
 3  Chief, Criminal Division
    CHRISTOPHER BRUNWIN (Cal. State Bar No. 158939)
 4  Assistant United States Attorney
    Violent and Organized Crime Section
 5  STEVEN R. WELK (Cal. State Bar No. 149883)
    Assistant United States Attorney
 6  Chief, Asset Forfeiture Section
         1500 United States Courthouse
 7       312 North Spring Street
         Los Angeles, California 90012
 8       Telephones:    (213) 894-4242/6166
         Facsimile:     (213) 894-3713
 9       E-mail:   Christopher.brunwin@usdoj.gov
                   Steven.Welk@usdoj.gov
10
    Attorneys for Plaintiff
11  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. SACR 13-106(A)-DOC |
|---|---|
| Plaintiff, | STIPULATION RE: GOVERNMENT'S COMPLIANCE WITH DISCOVERY OBLIGATIONS |
| v. | |
| MONGOL NATION, an unincorporated association, | Trial Date: October 22, 2018<br>Time: 8:30 a.m.<br>CTRM: 9D |
| Defendant. | |

   While defendant Mongol Nation disagrees with the Court's denial of its requests for further discovery set out in its filing of July 22, 2018 (Docket Number 217), the parties stipulate and agree that

/ / /

/ / /

1

the government has discharged its discovery obligations with respect to the allegations of the First Superseding Indictment.

DATED: July 23, 2018

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

_____
CHRISTOPHER BRUNWIN
STEVEN R. WELK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: July 23, 2018

YANNY & SMITH

_____
JOSEPH A. YANNY

Attorneys for Defendant
MONGOL NATION