UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   CR 13-0106-DOC                                             Date: July 23, 2018

Present: The Honorable:   DAVID O. CARTER, U.S. District Judge

Interpreter  N/A

| Deborah Lewman | CourtSmart | Christopher Brunwin<br>Steven R. Welk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Mark Torres, Representative of Mongol Nation, an Unincorporated Corporation | X | | X | Joseph A. Yanny | X | | X |

**PROCEEDINGS:  DEFENDANT'S MOTION FOR DISCOVERY [217]**

    Hearing held.  Defendant's Motion for Discovery [217] is DENIED, without prejudice, subject to showing materiality.

:30

Initials of Deputy Clerk   djl