# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 13-0106-DOC |
| Present: The Honorable | David O. Carter, U.S. District Judge |
| Interpreter | N/A |

| Deborah Lewman | Debbie Gale, Sharon Seffens, Deborah Parker | Christopher R. Brunwin, Steven R. Welk |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| David Santillan, Representative of Mongol Nation, an Unincorporated Corporation | X | | X | Joseph A. Yanny | X | | X |

| | Day COURT TRIAL | 2nd Day JURY TRIAL | | Death Penalty Phase |
|---|---|---|---|---|
| | One day trial; | X Begun (1st day); | Held & continued; | Completed by jury verdict/submitted to court. |
| | The Jury is impaneled and sworn. | | | |
| X | Opening statements made | Government and Defendant | | |
| X | Witnesses called, sworn and testified. | | | |
| X | Exhibits identified | Exhibits admitted | | |
| | Government rests. | Defendant(s) | | rest. |
| | Motion for mistrial by | is | granted | denied | submitted |
| | Motion for judgment of acquittal (FRCrP 29) | is | granted | denied | submitted |
| | Closing arguments made | Court instructs jury | Bailiff sworn | |
| | Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings. | | | |
| | Alternates excused | Jury retires to deliberate | Jury resumes deliberations | |
| | Finding by Court as follows: | | Jury Verdict as follows: | |
| Dft # | Guilty on count(s) | | Not Guilty on count(s) | |
| | Jury polled | Polling waived | | |
| | Filed Witness & Exhibit lists | Filed Jury notes | Filed Jury Instructions | Filed Jury Verdict |
| | Dft # Referred to Probation Office for Investigation & Report and continued to _____ for sentencing. | | | |
| | Dft # remanded to custody. Remand/Release# issd. Dft # released from custody. | | | |
| | Bond exonerated as to Dft # | | | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| X | Case continued to | November 1, 2018 at 8:00 a.m. | for further trial/further jury deliberation. |
|---|---|---|---|
|   | Other: | | |

                                                                  6 : 15

Initials of Deputy Clerk    djl