NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTOPHER BRUNWIN (Cal. Bar No. 158939)
Assistant United States Attorney
Violent and Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6166/4242
    Facsimile:   (213) 894-3713
    E-mail:      Steven.Welk@usdoj.gov
                  Christopher.Brunwin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-106(A)-DOC |
|---|---|
| Plaintiff, | |
| vs. | **GOVERNMENT'S THIRD BILL OF PARTICULARS RE: CRIMINAL FORFEITURE** |
| MONGOL NATION, | |
|   An unincorporated association, | |
| Defendant. | |

The First Superseding Indictment ("FSI") in this case includes a forfeiture allegation in which Plaintiff United States of America ("the government") gave notice to defendant that it intends to seek the forfeiture of (1) all property acquired or maintained in violation of 18 U.S.C. § 1962; (2) any property, interest in

1

property, or contractual or other legal rights that afforded a source of influence over the enterprise described in the FSI; and (3) any proceeds constituting or derived from the racketeering activity alleged in the FSI.  FSI at 33.  The criminal forfeiture allegation includes descriptions of two trade/service/association marks, described in the indictment as the "Word Image" (that is, the word "Mongols") and the "Rider Image." (that is, the image on the Mongols center patch)  Id. at 34-35.

After the filing of the original Indictment in this case, defendant, acting under two other names, registered with the United States Patent and Trademark Office ("USPTO") two marks that included the Word Image and Rider Image.  The first of these marks (the "Mongol Nation Combined Mark") was registered by defendant as a collective membership mark, using the name "Mongols Nation Motorcycle Club LLC," on May 3, 2013, and included the Word Image, Rider Image and the word "Nation."  The registration of the Mongol Nation Combined Mark was abandoned on October 7, 2014.  The second of these marks (the "Combined Mark"), consisting of a combination of the Word Image and Rider Image, was registered by defendant as a collective membership mark, using the name "Mongols Nation Motorcycle Club Corporation," on May 5, 2015.  Defendant also re-registered the Word Image as a collective membership mark.

On May 29, 2015, Plaintiff filed its First Bill of Particulars Re: Criminal Forfeiture, providing notice that, pursuant to the criminal forfeiture allegation of the original Indictment, 18 U.S.C. § 1963 and Rule 32.2 of the Federal Rules of Criminal Procedure, it intended to seek the forfeiture of any and all marks that included or incorporated in any way one or both of the Word Image and Rider Image described in the Indictment in this case, including the Mongol Nation Combined Mark and the Combined Mark.

On June 18, 2018, Plaintiff filed a Second Bill of Particulars, providing notice to defendant that, pursuant to the criminal forfeiture allegation of the FSI, 18 U.S.C. § 1963, and Rule 32.2 of the Federal Rules of Criminal Procedure, it

intends to seek the forfeiture of any and all marks that include or incorporate in any way one or both of the Word Image and Rider Image described in the Indictment and FSI in this case, including the Mongol Nation Combined Mark and the Combined Mark.

The Second Bill of Particulars also included a notice that the government intended to seek a money judgment against defendant equal to the value of all property subject to forfeiture pursuant to 18 U.S.C. § 1963, but which property is not available for forfeiture, including (but not limited to) the full amount of proceeds obtained by defendant as a result of the violations alleged in Counts One and Two of the FSI.

By this filing, the government gives notice that, in addition to the property and interests described above, the government intends to seek, pursuant to the criminal forfeiture allegation of the FSI, 18 U.S.C. § 1963, and Rule 32.2 of the Federal Rules of Criminal Procedure, the criminal forfeiture of all personal property currently in the government's possession that bears all or part of any of the marks described above, to include the Image Mark, the Rider Mark, the Mongol Nation Combined Mark and/or the Combined Mark, including all evidence seized as a result of Operation Black Rain.

DATED: November 26, 2018          NICOLA T. HANNA
                                  United States Attorney
                                  LAWRENCE S. MIDDLETON
                                  Assistant United States Attorney
                                  Chief, Criminal Division

                                       /s/ Steven R. Welk
                                  STEVEN R. WELK
                                  CHRISTOPHER BRUNWIN
                                  Assistant United States Attorneys

                                  Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA