# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 13-0106-DOC |
| Date | November 28, 2018 |
| Present: The Honorable | David O. Carter, U.S. District Judge |
| Interpreter | N/A |

| Deborah Lewman | Debbie Gale, Deborah Parker, CourtSmart | Christopher R. Brunwin / Steven R. Welk |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| David Santillan, Representative of Mongol Nation, an Unincorporated Corporation | X | | X | Joseph A. Yanny / Stephen Stubbs | X / X | | X / X |

___ Day COURT TRIAL    **14th** Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;    ___ Begun (1st day);    **X** Held & continued;    ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made

**X** Witnesses called, sworn and testified.

**X** Exhibits identified    **X** Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Defendant's Motion for judgment of acquittal (FRCrP 29) is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ____ Guilty on count(s) _____    ____ Not Guilty on count(s) _____

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ____ remanded to custody.    Remand/Release# _____ issd.    Dft # ____ released from custody.

___ Bond exonerated as to Dft # ____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| X | Case continued to | November 29, 2018 at 8:00 a.m. | for further trial/further jury deliberation. |
| | Other: | | |

4 : 45

Initials of Deputy Clerk      djl