1  Joseph A. Yanny, Esq. (SBN 97979)
   Charles Cardinal, Esq. (SBN 322991)
2  YANNY & SMITH
   1801 Century Park East, Suite 2400
3  Los Angeles, California 90067
   Telephone: (310) 551-2966
4  Facsimile: (310) 551-1949
5  jyanny@yannylaw.com

6
   Attorneys for Defendant,
7  **Mongols Nation**

8

9              **UNITED STATES DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**
10

11

12                                    )  Case No.: CR 13 00106 DOC
   United States of America           )
13          Plaintiff,                )  **DEFENDANT'S OBJECTION TO**
                                      )  **GOVERNMENT'S JURY**
14                                    )  **INSTRUCTION REQUEST RE**
   vs.                                )  **"PROPERTY SUBJECT TO**
15                                    )  **FORFEITURE FOR RICO**
                                      )  **CONVICTION"**
16                                    )
   Mongols Nation,                    )
17          Defendant.                )
                                      )
18                                    )  **Courtroom**: 9D
                                      )  **Judge:** Honorable David O. Carter
19  ─────────────────────────────    )

20

21

22

23

24

25

26

27

28

On December 10, 2018, the government filed a memorandum in an attempt to clarify its objection to the Court's decision to omit language that the government requested be included in the proposed forfeiture jury instruction titled "Property Subject to Forfeiture for RICO Violation." *See Dkt. 304*.

The Court ordered that the following language be excluded from the instruction to be read to the jury as part of the criminal forfeiture phase of the trial in the event of a conviction:

> The law requires the forfeiture of interests to remove the sources of a defendant's power over the enterprise. Under this section, any property interest or position of the defendant, either directly or indirectly part of the enterprise, but which allows the defendant to exert control or influence over the enterprise, may be forfeitable. Any property that the defendant used to promote or further the affairs of the enterprise, affords a source of influence over the enterprise and is, therefore, subject to forfeiture. The government's right of forfeiture includes defendant's entire interest in the enterprise, even though some part of the enterprise may not be tainted by racketeering activity.

The government is requesting the Court to change its mind on a jury instruction it has already delivered a ruling and restore language that the Court previously decided to omit.

Defendant hereby object to the government's request for two simple reasons. First, there has already been a ruling on this matter. The Court offered both parties an equal opportunity to be heard. The government had its chance to raise whatever arguments and concerns it might have with this jury instruction both informally as well as formally on the record. The government voiced its opinion on the matter and the Court took that into account when reaching its decision. There is no need to re-litigate an issue that was already argued and decided upon by the Court. The Court's rulings should be treated with respect and finality – not viewed as a mere whim that can be changed after the fact.

Second, the proposed language by the government is not from a model instruction. It was created entirely from the minds of the prosecution to further their own agenda and is therefore argumentative. The Court wisely recognized this and ruled to omit the language for that very reason. The government filing a request for the Court to reconsider does not solve this problem at all. The language remains

Defendant's Objection to Government's Jury Instruction Request

argumentative and in accordance with no model instruction. For these reasons, defendant objects to the government's request and urges the Court to maintain its previous ruling.

Respectfully submitted,

Dated: Dec 10, 2018                          By:    /s/  *Joseph A. Yanny*
                                                    JOSEPH A. YANNY
                                                    YANNY & SMITH
                                                    Attorneys for Defendant, Mongols Nation

Defendant's Objection to Government's Jury Instruction Request