# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CR 13-0106-DOC |
| Date | December 13, 2018 |
| Present: The Honorable | David O. Carter, U.S. District Judge |
| Interpreter | N/A |

| Deborah Lewman | Debbie Gale | Christopher R. Brunwin / Steven R. Welk |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| David Santillan, Representative of Mongol Nation, an Unincorporated Corporation | X | | X | Joseph A. Yanny | X | | X |
| | | | | Stephen P. Stubbs, PHV | X | | |

\_\_\_\_ Day COURT TRIAL    24th Day JURY TRIAL    \_\_\_\_ Death Penalty Phase

\_\_\_\_ One day trial;    \_\_\_\_ Begun (1st day);    \_\_\_\_ Held & continued;    X Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.

\_\_\_\_ Opening statements made

\_\_\_\_ Witnesses called, sworn and testified.

\_\_\_\_ Exhibits identified    \_\_\_\_ Exhibits admitted

\_\_\_\_ Government rests.    \_\_\_\_ Defendant(s) \_\_\_\_ rest.

\_\_\_\_ Motion for mistrial by \_\_\_\_ is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Defendant's Motion for judgment of acquittal (FRCrP 29) is \_\_\_\_ granted \_\_\_\_ denied \_\_\_\_ submitted

\_\_\_\_ Closing arguments made    \_\_\_\_ Court instructs jury    \_\_\_\_ Bailiff sworn

\_\_\_\_ Clerk \_\_\_\_ reviewed \_\_\_\_ admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

\_\_\_\_ Alternates excused    \_\_\_\_ Jury retires to deliberate    \_\_\_\_ Jury resumes deliberations

X Finding by Court as follows:    \_\_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_    X Guilty on count(s) 1S and 2S    \_\_\_\_ Not Guilty on count(s)

X Jury polled    \_\_\_\_ Polling waived

X Filed Witness & Exhibit lists    X Filed Jury notes    X Filed Jury Instructions    X Filed Jury Verdict

Dft # \_\_\_\_ Referred to Probation Office for Investigation & Report and continued to \_\_\_\_ for sentencing.

Dft # \_\_\_\_ remanded to custody.    Remand/Release# \_\_\_\_ issd.    Dft # \_\_\_\_ released from custody.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

|   | Bond exonerated as to Dft # | |   |
|---|---|---|---|
| X | Case continued to | January 8, 2019 at 8:00 a.m. | for further trial/further jury deliberation. |
| X | Other: | | |

Counsel to return on December 14, 2018 at 8:00 a.m. for review of forfeiture jury instructions.
Jury and alternates to return on January 8, 2019 at 8:00 a.m. for the continuation of the forfeiture portion of case.

1 : 08

Initials of Deputy Clerk      djl