**FILED**
CLERK, U.S. DISTRICT COURT

12/13/18

CENTRAL DISTRICT OF CALIFORNIA
BY: D.L. DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>              v.<br><br>MONGOL NATION,<br><br>       Defendant. | No. CR 13-106(A)-DOC<br>REDACTED<br>VERDICT FORM |

# VERDICT FORM

**COUNT ONE**

**Substantive RICO Offense (18 U.S.C. § 1962(c))**

1. We, the Jury, unanimously find defendant **MONGOL NATION** (*check one*):

    _____    NOT GUILTY

    GUILTY

To find the MONGOL NATION guilty of the substantive RICO offense charged in Count One, you must find beyond a reasonable doubt that the MONGOL NATION committed two or more racketeering acts, and that the MONGOL NATION committed such acts within 10 years of each other, as part of a pattern of racketeering activity, and you must be unanimous as to which two racketeering acts you found the MONGOL NATION committed. If you found the MONGOL NATION guilty of Count One, you are asked to identify below which racketeering acts you found were committed by the MONGOL NATION.

**Racketeering Act One (Conspiracy to Distribute Cocaine and Methamphetamine)**

Beginning on a date unknown and continuing through at least on or about May 15, 2018, defendant MONGOL NATION conspired and agreed with others to knowingly and intentionally distribute a detectable amount of cocaine; and/or a mixture and substance containing a detectable amount of methamphetamine, which are Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii),(viii).

Defendant MONGOL NATION:

_____   NOT PROVEN

  X   PROVEN

**Racketeering Act Two (Attempted Murder)**

On or about December 4, 2005, in Riverside County, defendant MONGOL NATION unlawfully attempted to kill with malice aforethought Dain Fish in violation of California Penal Code Sections 187 and 664.

Defendant MONGOL NATION:

  X   NOT PROVEN

_____   PROVEN

**Racketeering Act Three (Distribution of Methamphetamine)**

On or about November 26, 2006, in Los Angeles County, defendant MONGOL NATION knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Defendant MONGOL NATION:

_____   NOT PROVEN

  X   PROVEN

3

**Racketeering Act Four (Murder)**

On or about February 14, 2007, in Los Angeles County, defendant MONGOL NATION with malice aforethought killed Leon Huddleston in violation of California Penal Code Section 187.

Defendant MONGOL NATION:

_____  NOT PROVEN

\_\_\_\_X\_\_\_\_  PROVEN

**Racketeering Act Five (Attempted Murder)**

On or about April 8, 2007, in Los Angeles County, defendant MONGOL NATION unlawfully attempted to kill with malice aforethought M.G. and Z.S. in violation of California Penal Code Sections 187 and 664.

Defendant MONGOL NATION:

_____  NOT PROVEN

_____  PROVEN

**Racketeering Act Six (Attempted Murder)**

On or about April 6, 2008, in Pasadena, California, defendant MONGOL NATION unlawfully attempted to kill with malice aforethought R.H. and J.H., in violation of California Penal Code Sections 187 and 664.

Defendant MONGOL NATION:

_____  NOT PROVEN

\_\_\_\_X\_\_\_\_  PROVEN

4

**Racketeering Act Eight (Distribution of Methamphetamine)**

On or about June 19, 2008, in Los Angeles, California, defendant MONGOL NATION knowingly and intentionally distributed methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Defendant MONGOL NATION:

_____ NOT PROVEN

\_\_\_\_X\_\_\_\_\_ PROVEN

**Racketeering Act Nine (Murder)**

On or about September 2, 2008, in San Francisco, California, defendant MONGOL NATION with malice aforethought killed M.G., in violation of California Penal Code Section 187.

Defendant MONGOL NATION:

\_\_\_\_X\_\_\_\_\_ NOT PROVEN

_____ PROVEN

**Racketeering Act Ten (Murder)**

On or about November 6, 2009, in Merced County, California, defendant MONGOL NATION with malice aforethought killed B.J., in violation of California Penal Code Section 187.

Defendant MONGOL NATION:

\_\_\_\_X\_\_\_\_\_ NOT PROVEN

_____ PROVEN

5

**COUNT TWO**

**RICO Conspiracy (18 U.S.C. § 1962(d))**

    1. We, the Jury, unanimously find defendant **MONGOL NATION** (*check one*):

    _____ NOT GUILTY

    \_\_\_X\_\_\_\_\_ GUILTY

To find the MONGOL NATION guilty of the RICO conspiracy offense charged in Count Two, you must find beyond a reasonable doubt that the MONGOL NATION agreed that two or more acts of racketeering activity would be committed by some member or members of the conspiracy, and you must be unanimous as to which type or types of racketeering activity you found that the MONGOL NATION had agreed would be committed. If you found the MONGOL NATION guilty of Count Two, you are asked to identify below which kind or kinds of racketeering activity you unanimously found that the MONGOL NATION agreed would be committed.

    Two acts consisting of some combination of murder, attempted murder, or distribution of a controlled substance.

    \_\_X\_\_ Yes

    \_\_\_\_\_ No

12-13-18

DATED

███████████████

FOREPERSON