UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.   CR 13-0106-DOC                                         Date: December 14, 2018

Present: The Honorable:   DAVID O. CARTER, U.S. District Judge

Interpreter   N/A

| Deborah Lewman | CourtSmart | Christopher Brunwin<br>Steven R. Welk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| David Santillan, Representative of Mongol Nation, an Unincorporated Corporation | X | X | | Joseph A. Yanny | X | | X |

**PROCEEDINGS: STATUS CONFERENCE**

Review of forfeiture jury instructions re phase 2 of jury trial.

Government's briefing re ripeness of any constitutional issues due December 21, 2018; Defendant's response due December 29, 2018.

Status Conference continued to January 3, 2018 at 8:00 a.m.

:20

Initials of Deputy Clerk   djl