Joseph A. Yanny, Esq. (SBN 97979)
Charles Cardinal, Esq. (SBN 322991)
YANNY & SMITH
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
jyanny@yannylaw.com

Attorneys for Defendant,
**Mongol Nation**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>    Plaintiff,<br><br>vs.<br><br>Mongol Nation,<br>    Defendant. | Case No.: CR 13 00106 DOC<br><br>**DEFENDANT'S PROPOSED FORFEITURE PHASE WITNESS MICHAEL DINARDO QUALIFICATIONS**<br><br>**Courtroom**: 9D<br>**Judge:** Honorable David O. Carter |

## I. INTRODUCTION

Defendant Mongol Nation has expressed its intention to call Michael DiNardo to testify during the criminal forfeiture phase of the trial. In return, the Court requested defendant to provide the scope of Mr. DiNardo's potential testimony as well as his relevant qualifications. The Court asked for this information in writing. As such, defendant hereby provides the intended scope of Mr. DiNardo's potential testimony as well as his relevant qualifications. Defendant urges the Court to allow Mr. DiNardo to testify during the forfeiture phase of the trial.

## II. QUALIFICATIONS AND SCOPE OF TESTIMONY

Mr. Dinardo is a licensed patent attorney specializing in Intellectual Property protection and enforcement. He is currently a partner at Kelly & Kelley LLP, based out of Woodland Hills, CA, where he counsels clients on all aspects of procuring, licensing, transferring and enforcing intellectual property rights. Mr. DiNardo has over 20 years of legal experience in intellectual property law – both foreign and domestic. He has a background in chemical engineering and has extensive experience in securing patents in diverse technology fields, including, electronics, medical devices, automobiles, combustion engines, fluids processing, cavitation technologies, petroleum technologies, boat/marine technologies, and lighting systems. He secures and enforces trademarks for his clients at both state and Federal levels, including representing clients in oppositions and cancellations before the Trademark Trial and Appeal Board. He registers and enforces

copyrights for his clients, including identifying copyrightable materials, determining authorship, and securing ownership rights.

Mr. DiNardo is primarily responsible for all aspects of litigating claims and defenses in intellectual property and related causes of action. He has practice in both state and Federal courts, including appellate courts. Notably, Mr. Dinardo has over ten years of experience litigating intellectual property disputes for both plaintiffs and defendants, primarily in Federal courts, at both trial and appellate levels. He has been involved in hundreds of trademarks, service marks, and collective membership mark cases. More broadly, Mr. Dinardo's career has been focused on securing patent, trademark and copyright protection for his clients. Mr. DiNardo has been admitted to practice law in the state of California, the state of Virginia, United States District for the Central District of California, United States Court of Appeals for the Ninth and Fourth Circuits, United States Supreme Court, as well as the Patent bar.

Mr. DiNardo's published cases include the following: *Cerveceria Modelo S.A. de C.V. v. R.B. Marco & Sons Inc.* 55 USPQ2d 1298, (TTAB, 2000); *Winner International Royalty Corp. v. Wang*, 202 F. 3d 1340, (CAFC 2000); *Royal Pet Inc. v. Edwards*, 2005 U.S. Dist. LEXIS 20863 (MND, 2005); *CB Worldwide, Inc. v. Xena Express, Inc.*, 2009 U.S. Dist. LEXIS 94225 (CA CD, 2009); *Oatey Co. v. IPS Corp.*, 665 F.Supp.2d 830 (OH ND, 2009); *Range Road Music, Inc. v. East Coast Foods, Inc.*, 668 F.3d 1148 (9th Cir 2012); *Shottland v. Harrison*, 2012 U.S. Dist. LEXIS 94876 (FL SD, 2012).

In his potential testimony, Mr. DiNardo will discuss the acquisition and maintenance of collective membership marks. He will also discuss the nature and the use of this property, as well as transfers of collective membership marks. This subject matter is unquestionably relevant to the current proceedings. How one acquires and maintains control over a collective membership mark is a key issue in this phase of the trial, if not at the very heart of the matter – as seen by the forfeiture jury instructions. These complicated topics are best addressed by someone who has extensive experience in field, such as a veteran intellectual property expert lawyer like Mr. DiNardo.

### III.   CONCLUSION

For the foregoing reasons, defendant urges the Court to allow Mr. DiNardo to testify during the forfeiture phase of the trial.

Respectfully submitted,

Dated: Jan 2, 2019         By:   /s/ *Joseph A. Yanny*

JOSEPH A. YANNY
YANNY & SMITH
Attorneys for Defendant, Mongol Nation