Joseph A. Yanny, Esq. (SBN 97979)
Charles Cardinal, Esq. (SBN 322991)
YANNY & SMITH
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
jyanny@yannylaw.com

Attorneys for Defendant,
**Mongol Nation**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>　　Plaintiff,<br><br>vs.<br><br>Mongol Nation,<br>　　Defendant. | Case No.: CR 13 00106 DOC<br><br>**DEFENDANT'S QUESTIONS FOR PROPOSED FORFEITURE WITNESS MICHAEL DINARDO**<br><br>**Courtroom**: 9D<br>**Judge:** Honorable David O. Carter |

## I. INTRODUCTION

As requested by the Court, Defendant hereby provides in writing the general questions it intends to ask Michael DiNardo in the forfeiture phase of the trial. Defendant plans on asking Mr. DiNardo a few questions regarding his background and relevant experience, then moving on to ask Mr. DiNardo a few questions regarding collective membership marks. These questions are relevant and reasonable. Defendant urges the Court to permit Mr. DiNardo to testify.

## II. QUESTIONS FOR PROPOSED WITNESS

1. What is your professional background?

2. Have you ever talked with defense counsel prior to today?

3. What experience, if any, do you have with regards to intellectual property law and unfair competition?

4. What materials have you reviewed for your testimony today?

    - phase 1 jury instructions

    - phase 1 verdict form

    - Trademark Manual of Examining Procedures Section 1304

    - Mongols Constitution

5. Are you familiar with the TMEP? What is it?

6. Are you familiar with TMEP Section 1304? What is it?

7. What is a collective membership mark?

8. Is a collective membership mark property?

9. What rights does a collective membership mark confer?

10. How does a collective membership mark differ from a trademark or commercial mark?

11. How is a collective membership mark acquired?

12. How is a collective membership mark maintained?

13. How is a collective membership mark used?

14. Who or what can own a collective membership mark?

15. Can you there be different legal and equitable beneficiaries of a collective membership mark?

16. What rights does title to a collective membership mark convey?

Depending on the answers given in direct examination and cross examination, additional questions may be needed to clarify matters.

### III. CONCLUSION

For the foregoing reasons, Defendant urges the Court to allow Mr. DiNardo to testify.

Respectfully submitted,

Dated: Jan 3, 2019              By:   /s/ *Joseph A. Yanny*

JOSEPH A. YANNY
YANNY & SMITH
Attorneys for Defendant, Mongol Nation