NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTOPHER BRUNWIN (Cal. Bar No. 158939)
Assistant United States Attorney
Violent and Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-6166/4242
    Facsimile:    (213) 894-3713
    E-mail:     Steven.Welk@usdoj.gov
              Christopher.Brunwin@usdoj.gov


Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-106(A)-DOC |
| Plaintiff, | |
| vs. | **GOVERNMENT'S PROPOSED JURY INSTRUCTIONS RE APPLICABLE TRADEMARK PRINCIPLES (ANNOTATED)** |
| MONGOL NATION, an unincorporated association, | |
| Defendant. | |

1

## COURT'S FORFEITURE INSTRUCTION NO. _____

### ["Person" Defined for Purposes of Collective Membership Mark]

The term "person" and any other word or term used to designate the applicant for the mark, or other entitled to a benefit or privilege related to the mark includes a juristic person as well as a natural person.  The term "juristic person" includes a firm, corporation, union, association, or other organization capable of suing and being sued in a court of law.

15 U.S.C. § 1127

2

## COURT'S FORFEITURE INSTRUCTION NO. \_\_\_\_

### [Meaning of "Applicant" and "Registrant"]

With respect to registered marks, the terms "applicant" and "registrant" embrace the legal representatives, predecessors, successors and assigns of such applicant or registrant.

15 U.S.C. § 1127

**COURT'S FORFEITURE INSTRUCTION NO. ____**

**[Collective Mark Defined]**

The term "collective mark" means a mark used by the members of a cooperative, an association, or other collective group or organization that applies to register the mark on the principal register established by federal law.

15 U.S.C. § 1127

4

## COURT'S FORFEITURE INSTRUCTION NO. _____

### [Purpose of Collective Membership Mark]

The sole purpose of a collective membership mark is to indicate that the user of the mark is a member of a particular organization.

Thus, membership marks are not trademarks or service marks in the ordinary sense; they are not used in business or trade, and they do not indicate commercial origin of goods and services.  Registration of these marks fills the need of collective organizations who do not use the symbols of their organizations on goods or services but who still wish to protect their marks from use by others.

A collective membership mark may comprise an individual letter or combination of letters, a single word or combination of words, a design alone, a name or nickname, or other matter that identifies the collective organization or indicates its purpose.  A membership mark may, but need not, include the term "member" or the equivalent.

Trademark Manual of Examining Procedure (2018), Section 1304.01; *Constitution Party of Tex. v. Constitution Ass' USA*, 152 USPQ 443 (TTAB 1966); *Ex parte Supreme Shrine of the Order of the White Shrine of Jerusalem*, 109 USPQ 248) (Comm'r Pats. 1556)

5

DATED: January 4, 2019

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

_____/s/ Steven R. Welk_____
STEVEN R. WELK
CHRISTOPHER BRUNWIN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

6