NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK (Cal. Bar No. 149883)
Assistant United States Attorney
Chief, Asset Forfeiture Section
CHRISTOPHER BRUNWIN (Cal. Bar No. 158939)
Assistant United States Attorney
Violent and Organized Crime Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-6166/4242
    Facsimile:   (213) 894-3713
    E-mail:   Steven.Welk@usdoj.gov
           Christopher.Brunwin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**FILED**
CLERK, U.S. DISTRICT COURT

1/11/19

CENTRAL DISTRICT OF CALIFORNIA
BY: ____D.L.____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

          vs.

MONGOL NATION,
  an unincorporated association,

          Defendant.

No. CR 13-106(A)-DOC

**GOVERNMENT'S EXHIBITS ADMITTED AT FORFEITURE PHASE OF JURY TRIAL**

1

| EXHIBIT NO. | DESCRIPTION | IDENTIFIED | IN EVIDENCE |
|---|---|---|---|
| 226 | Undated Merchandise Inventory Chart (R.C. – TB1) | 1/8/2019 | 1/8/2019 |
| 227 | 2002 Inventory Chart (R.C. – TB1) | 1/8/2019 | 1/8/2019 |
| 228 | 2005 Merchandise Inventory Chart (R.C. – TB1) | 1/8/2019 | 1/8/2019 |
| 229 | Patch Distribution Record (R.C. – TB1) | 1/8/2019 | 1/8/2019 |
| 230 | November 2007 Sales Order Book Marked "# 1 of 2" ((R.C. – TB2) | 1/8/2019 | 1/8/2019 |
| 231 | 2003 Receipt Book (R.C. – TB4) | 1/8/2019 | 1/8/2019 |
| 232 | 2004 Sales Book "Huge Dollar Amounts" (R.C. – TB4) | 1/8/2019 | 1/8/2019 |
| 233 | Paramount Companies Invoices (R.C. – TB4) | 1/8/2019 | 1/8/2019 |
| 234 | Ring Order Forms (R.C. – TB8) | 1/8/2019 | 1/8/2019 |
| 235 | Mongols Christmas Card (R.C. – TB1) | 1/8/2019 | 1/8/2019 |
| 236 | Mongols Hats (H.G. – TB5) | 1/8/2019 | 1/8/2019 |
| 237 | Mongols T-Shirts (H.G. – TB5) | 1/8/2019 | 1/8/2019 |
| 238 | Mongols Rings (H.G.-TB7; R.C.-TB8; M.J.-TB10) | 1/8/2019 | 1/8/2019 |
| 239 | Mongols Belts (R.C.-TB8; H.G.-TB6) | 1/8/2019 | 1/8/2019 |
| 240 | Mongols Belt Buckles (H.G.-TB7; R.C.-TB8; M.M.-TB10; M.J.-TB10) | 1/8/2019 | 1/8/2019 |
| 241 | Mongols Helmet (M.G. – TB9) | 1/8/2019 | 1/8/2019 |
| 242 | Mongols Bandanas (M.G. – TB9) | 1/8/2019 | 1/8/2019 |
| 243 | Mongols Stickers (M.J. – TB10) | 1/8/2019 | 1/8/2019 |
| 244 | Mongols Lighters (A.P. – TB10) | | |

| | | 1/8/2019 | 1/8/2019 |
|---|---|---|---|
| 245 | Mongols Accessories (M.G.-TB9; M.J.-TB10; M.M.-TB10) | 1/8/2019 | 1/8/2019 |
| 246 | Mongols Motorcycle Accessories | 1/8/2019 | 1/8/2019 |

APPROVED:

Attorneys for Plaintiff UNITED STATES OF AMERICA

Dated: January 8, 2019

Christopher M. Brunwin

Steven R. Welk

Attorney for Defendant MONGOL NATION, AN UNINCORPORATED ASSOCIATION

Dated: January 8, 2019

Joseph A. Yanny

3