1 | Joseph A. Yanny, Esq. (SBN 97979)
2 | YANNY & SMITH
  | 1801 Century Park East, Suite 2400
3 | Los Angeles, California 90067
  | Telephone: (310) 551-2966
4 | Facsimile: (310) 551-1949
  | jyanny@yannylaw.com
5 |
6 | Attorneys for Defendant,
  | **Mongols Nation**

```
                    FILED
            CLERK, U.S. DISTRICT COURT

                  1/11/19

        CENTRAL DISTRICT OF CALIFORNIA
        BY:      D.L.          DEPUTY
```

7

8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9

10

11 | United States of America
12 | Plaintiff,

13 | vs.

14

15 | Mongols Nation,
16 | Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

)  Case No.: CR 13 00106 DOC
)
)  **DEFENDANT'S EXHIBITS**
)  **ADMITTED AT FORFEITURE**
)  **PHASE OF JURY TRIAL**
)
)
)
)
)
)
)

| EXHIBIT NO. | | IDENTIFIED | IN EVIDENCE |
|---|---|---|---|
| D-7 | Operation Black Rain Police Report Report Number 203 | 1/8/19 | |
| D-55 | TMEP 1303 | | |
| D56 | TMEP 1304 | | |
| | | | |

APPROVED:

Attorneys for Plaintiff UNITED STATES OF AMERICA

Dated: January 8, 2019

_____

Christopher M. Brunwin

Dated: January 8, 2019

_____

Steven R. Welk

Attorney for Defendant MONGOL NATION, AN UNINCORPORATED ASSOCIATION

Dated: January 8, 2019

_____

Joseph A. Yanny