FILED
CLERK, U.S. DISTRICT COURT

1/11/19

CENTRAL DISTRICT OF CALIFORNIA
BY: D.L.   DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff(s),<br><br>v<br><br>MONGOL NATION, AN UNINCORPORATED ASSOCIATION,<br><br>　　　　　Defendant(s) | CASE NO. CR 13-0106-DOC<br><br>**REDACTED JURY NOTES** |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name: USA v Mongol Nation, an Unincorporated Association – Forfeiture Phase

Case No.: CR 13-0106-DOC

JURY NOTE NUMBER __1__

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

Is it possible for each juror to get a copy of the jury instructions (1-14), so we can write on them & ensure we understand them? Thank you

JURY FOREPERSON

Date 1-9-19

Time: 9:05 am

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name: __USA v Mongol Nation, an Unincorporated Association – Forfeiture Phase__

Case No.: ____CR 13-0106-DOC____

JURY NOTE NUMBER __2__

_____ THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

We want clarification on terms used in jury instructions 3 & 4: "required connection" or "required nexus". Specifically does the connection/nexus need to be physical/visible/concrete? Or can it be abstract/conceptual?

Thank you.

JURY FOREPERSON

Date __1-10-19__

Time: __11:38 AM__

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name: __USA v Mongol Nation, an Unincorporated Association – Forfeiture Phase__

Case No.: __CR 13-0106-DOC__

JURY NOTE NUMBER __2__

_____ THE JURY HAS REACHED A UNAMIMOUS VERDICT

__X__ THE JURY REQUESTS THE FOLLOWING:

We want clarification on terms used in jury instructions 3 & 4: "required connection" or "required nexus". Specifically does the connection/nexus need to be physical/visible/concrete? Or can it be abstract/conceptual?

Thank you.

The connection or link must be substantive. It cannot be abstract or conceptual.
Judge David Carter
1-10-19

JURY FOREPERSON

Date __1-10-19__

Time: __11:38 am__

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name: __USA v Mongol Nation, an Unincorporated Association – Forfeiture Phase__

Case No.: __CR 13-0106-DOC__

JURY NOTE NUMBER  3

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__  THE JURY REQUESTS THE FOLLOWING:

How does this court define "Substantive"?

JURY FOREPERSON

Date  1-10-19

Time:  1:38 pm

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name:  USA v Mongol Nation, an Unincorporated Association – Forfeiture Phase

Case No.:  CR 13-0106-DOC

JURY NOTE NUMBER __3__

_____  THE JURY HAS REACHED A UNANIMOUS VERDICT

__X__  THE JURY REQUESTS THE FOLLOWING:

How does this court define "Substantive"?

The Court defines substantive as important or a significant contributor.

Judge David Carter
1-10-19

JURY FOREPERSON

Date: 1-10-19
Time: 1:38 pm

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case Name: __USA v Mongol Nation, an Unincorporated Association – Forfeiture Phase__

Case No.: __CR 13-0106-DOC__

JURY NOTE NUMBER __4__

__X__  THE JURY HAS REACHED A UNANIMOUS VERDICT

_____  THE JURY REQUESTS THE FOLLOWING:

> If we cannot complete reading the verdict by 11:30, we will return on a different day.

███████████████████████
JURY FOREPERSON

Date __1-11-18__

Time: __9:56 AM__