**FILED**
CLERK, U.S. DISTRICT COURT

1/11/19

CENTRAL DISTRICT OF CALIFORNIA
BY: _____D.L._____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff(s),

v

MONGOL NATION, AN UNINCORPORATED ASSOCIATION,

        Defendant(s)

CASE NO. CR 13-0106-DOC

**REDACTED VERDICT FORM**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-106(A)-DOC |
| Plaintiff, | |
| | SPECIAL VERDICT FORM |
| v. | (FORFEITURE) |
| MONGOL NATION,<br>  an unincorporated association, | |
| Defendant. | |

    We, the jury in the above-captioned case, present the following unanimous verdict.

Following the guilty verdict against Defendant Mongol Nation on Counts One and Two of the First Superseding Indictment ("FSI"), the government seeks forfeiture of the following property:

## COUNT ONE

### The "Word Mark"

Any and all legal and equitable rights of any kind or nature associated with or appurtenant to the Collective Membership Mark consisting of the word "Mongols" (the "Word Mark").

    1.    Do you unanimously find by the preponderance of the evidence that this property is subject to forfeiture?

        YES ☐        NO ☒

**Please proceed to Question 2.**

### The "Center Patch Image" Mark

Any and all legal and equitable rights of any kind or nature associated with or appurtenant to the Collective Membership Mark consisting of the drawn image of a Genghis Khan-type character with sunglasses and a ponytail, riding a motorcycle, with the letters "M.C." appearing below the motorcycle (the "Center Patch Image").

    2.    Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

        YES ☐        NO ☒

**Please proceed to Question 3.**

2

**The "Combined Mark"**

Any and all legal and equitable rights of any kind or nature associated with or appurtenant to the Collective Membership Mark consisting of both the Word Mark ("Mongols") and the Center Patch Image ("Combined Mark").

3.   Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?



YES ☒        NO ☒        NO ☒

**Please proceed to Question 4.**

**Seized Personal Property Bearing the Marks**

The United States has, in its custody, certain items of personal property that were seized by state, local or federal law enforcement agencies as a result of the investigation by the United States Bureau of Alcohol, Tobacco, Firearms & Explosives into the racketeering and overt acts alleged in the FSI. For any of these items, listed by category below, that bear the Word Mark ("Mongols") and/or all or part of the Center Patch Image, answer the following question:

4.   Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

a.   Vests, or "Cuts."

YES ☐        NO ☒

b.   Patches.

YES ☐        NO ☒

c.   Clothing.

YES ☐        NO ☒

3

1

     d.    Belts.

2

           YES ☐       NO ☒

3

4

     e.    Belt buckles.

5

           YES ☐       NO ☒

6

7

     f.    Jewelry.

8

           YES ☐       NO ☒

9

10

     g.    Lighters.

11

           YES ☐       NO ☒

12

13

     h.    Bandanas.

14

           YES ☐       NO ☒

15

16

     i.    Stickers.

17

           YES ☐       NO ☒

18

19

     j.    Flags or pennants.

20

           YES ☐       NO ☒

21

22

     k.    Hats.

23

           YES ☐       NO ☒

24

25

     l.    Helmets.

26

           YES ☐       NO ☒

27

28

4

m.    Documents.

YES ☐        NO ☒

n.    Accessories.

YES ☐        NO ☒

o.    Motorcycle parts.

YES ☐        NO ☒

**Please proceed to Question 5.**

**Items in Evidence**

During the course of this trial, body armor, firearms and ammunition were entered into evidence. The United States seeks to forfeit these items, which are listed below. For each of the listed items, answer the following question:

5.    Do you unanimously find by a preponderance of the evidence, that the item is subject to forfeiture?

**Cavazos Seizure**

a.    One Kel-Tec Rifle, Serial No. N5052 (Exhibit 162)

YES ☐        NO ☒

b.    One Mini 30 Semi-automatic Rifle, Serial No. 197-09346 (Exhibit 163)

YES ☐        NO ☒

5

c.  One Beretta Semi-automatic Handgun, Serial No. 098560MC
    (Exhibit 164)

    YES ☐          NO ☒

d.  One Marlin Rifle, Serial No. 93448421 (Exhibit 165)

    YES ☐          NO ☒

e.  One Mossberg Shotgun, Serial No. K419567 (Exhibit 166)

    YES ☐          NO ☒

f.  One US Carbine Rifle, Serial No. AA66083 (Exhibit 167)

    YES ☐          NO ☒

g.  One Kel-Tec Rifle, Serial No. N4M46 (Exhibit 168)

    YES ☐          NO ☒

h.  One FireStorm Semi-automatic Handgun, Serial No. 71-04-09140-02
    (Exhibit 170)

    YES ☐          NO ☒

i.  One Para-Ordnance Warthog Semi-automatic Handgun, Serial No.
    P162909 (Exhibit 171)

    YES ☐          NO ☒

j.  One Taurus Semi-automatic Handgun, Serial No. TVI66551 (Exhibit
    172)

    YES ☐          NO ☒

k.   One Sig Sauer Semi-automatic Handgun, Serial No. G343763 (Exhibit 173)

YES ☐          NO ☒

l.   One Colt Semi-automatic Handgun, Serial No. 15829B70 (Exhibit 174)

YES ☐          NO ☒

m.   One Taurus Semi-automatic Handgun, Serial No. TJH52492 (Exhibit 175)

YES ☐          NO ☒

n.   One Arminius Revolver in Blue Steel, Serial No. 0523545 (Exhibit 176)

YES ☐          NO ☒

o.   One Smith & Wesson Revolver, Serial No. BBT4960 (Exhibit 177)

YES ☐          NO ☒

p.   110 Rounds of 7.62mm Ammunition (Exhibits 180, 194 and 199)

YES ☐          NO ☒

q.   11 Rounds of .38 Caliber Ammunition (Exhibits 187 and 189)

YES ☐          NO ☒

r.   60 Rounds of .223 Caliber Ammunition (Exhibits 186, 191 and 199)

YES ☐          NO ☒

7

s.   42 Rounds of .45 Caliber Ammunition (Exhibits 188, 193, 195 and 197)

YES ☐          NO ☒

t.   35 Rounds of 9mm Ammunition (Exhibits 190 and 196)

YES ☐          NO ☒

u.   19 Rounds of .30 Caliber Ammunition (Exhibit 192)

YES ☐          NO ☒

v.   49 Rounds of .22 Caliber Ammunition (Exhibits 198 and 199)

YES ☐          NO ☒

w.   120 Rounds of 5.56mm Ammunition (Exhibit 199)

YES ☐          NO ☒

x.   3 Pieces of Concealable Body Armor (Exhibits 183, 184 and 185)

YES ☐          NO ☒

**Wilmington Shooting**

y.   One Semi-Automatic Rifle, Serial No. 89200042 (Exhibit 155)

YES ☐          NO ☒

z.   One Winchester 12 Gauge Shotgun, Serial No. L2345396 (Exhibit 156)

YES ☐          NO ☒

8

aa.  One .25 Caliber Handgun, Serial No. U020505 (Exhibit 157)

YES ☐      NO ☒

bb.  One Springfield .40 Caliber Handgun, Serial No. US246381 (Exhibit 158)

YES ☐      NO ☒

cc.  One Uzi Assault Rifle, Serial No. SA66483 (Exhibit 159)

YES ☐      NO ☒

dd.  Five 12 Gauge Shotgun Shells (Exhibit 160)

YES ☐      NO ☒

ee.  249 Rounds of .40 Caliber Ammunition (Exhibits 205 and 206)

YES ☐      NO ☒

ff.  23 Rounds of .25 Caliber Ammunition (Exhibit 204)

YES ☐      NO ☒

gg.  17 Rounds of 7.62mm Ammunition (Exhibit 161)

YES ☐      NO ☒

hh.  34 Rounds of .44 Caliber Ammunition (Exhibit 205)

YES ☐      NO ☒

ii.  49 Rounds of 10mm Ammunition (Exhibit 205)

YES ☐      NO ☒

9

jj.     Rounds of 9mm Ammunition (Exhibit 203)

YES ☐          NO ☒

**Nicola's Shooting**

kk.     One Baikal Pistol, Serial No. G020976-BTM9983 (Exhibit 79)

YES ☐          NO ☒

**Please proceed to Question 6.**

## COUNT TWO

**The "Word Mark"**

Any and all legal and equitable rights of any kind or nature associated with or appurtenant to the Collective Membership Mark consisting of the word "Mongols" (the "Word Mark").

6.     Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

YES ☒          NO ☐

**Please proceed to Question 7.**

**The "Center Patch Image" Mark**

Any and all legal and equitable rights of any kind or nature associated with or appurtenant to the Collective Membership Mark consisting of the drawn image of a Genghis Khan-type character with sunglasses and a ponytail, riding a motorcycle, with the letters "M.C." appearing below the motorcycle (the "Center Patch Image").

7.   Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

YES ☒          NO ☐

**Please proceed to Question 8.**

## The "Combined Mark"

Any and all legal and equitable rights of any kind or nature associated with or appurtenant to the Collective Membership Mark consisting of both the Word Mark ("Mongols") and the Center Patch Image ("Combined Mark").

8.   Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

YES ☒          NO ☐

**Please proceed to Question 9.**

## Seized Personal Property Bearing the Marks

The United States has, in its custody, certain items of personal property that were seized by state, local or federal law enforcement agencies as a result of the investigation by the United States Bureau of Alcohol, Tobacco, Firearms & Explosives into the racketeering and overt acts alleged in the FSI. For any of these items, listed by category below, that bear the Word Mark ("Mongols") and/or all or part of the Center Patch Image, answer the following question:

9.   Do you unanimously find by a preponderance of the evidence that this property is subject to forfeiture?

a.   Vests, or "Cuts."

YES ☒          NO ☐

b.   Patches.

YES ☒        NO ☐

c.   Clothing.

YES ☒        NO ☐

d.   Belts.

YES ☐        NO ☒

e.   Belt buckles.

YES ☐        NO ☒

f.   Jewelry.

YES ☐        NO ☒

g.   Lighters.

YES ☐        NO ☒

h.   Bandanas.

YES ☐        NO ☒

i.   Stickers.

YES ☐        NO ☒

j.   Flags or pennants.

YES ☐        NO ☒

12

k.   Hats.

YES ☐        NO ☒

l.   Helmets.

YES ☐        NO ☒

m.   Documents.

YES ☒        NO ☐

n.   Accessories.

YES ☐        NO ☒

o.   Motorcycle parts.

YES ☐        NO ☒

**Please proceed to Question 10.**

**Items in Evidence**

During the course of this trial, body armor, firearms and ammunition were entered into evidence. The United States seeks to forfeit these items, which are listed below. For each of the listed items, answer the following question:

10.   Do you unanimously find by a preponderance of the evidence, that the item is subject to forfeiture?

**Cavazos Seizure**

a.   One Kel-Tec Rifle, Serial No. N5052 (Exhibit 162)

YES ☒        NO ☐

13

b.    One Mini 30 Semi-automatic Rifle, Serial No. 197-09346 (Exhibit 163)

YES ☒        NO ☐

c.    One Beretta Semi-automatic Handgun, Serial No. 098560MC (Exhibit 164)

YES ☒        NO ☐

d.    One Marlin Rifle, Serial No. 93448421 (Exhibit 165)

YES ☒        NO ☐

e.    One Mossberg Shotgun, Serial No. K419567 (Exhibit 166)

YES ☒        NO ☐

f.    One US Carbine Rifle, Serial No. AA66083 (Exhibit 167)

YES ☒        NO ☐

g.    One Kel-Tec Rifle, Serial No. N4M46 (Exhibit 168)

YES ☒        NO ☐

h.    One FireStorm Semi-automatic Handgun, Serial No. 71-04-09140-02 (Exhibit 170)

YES ☒        NO ☐

i.    One Para-Ordnance Warthog Semi-automatic Handgun, Serial No. P162909 (Exhibit 171)

YES ☒        NO ☐

14

j.   One Taurus Semi-automatic Handgun, Serial No. TVI66551 (Exhibit 172)

     YES ☒          NO ☐

k.   One Sig Sauer Semi-automatic Handgun, Serial No. G343763 (Exhibit 173)

     YES ☒          NO ☐

l.   One Colt Semi-automatic Handgun, Serial No. 15829B70 (Exhibit 174)

     YES ☒          NO ☐

m.   One Taurus Semi-automatic Handgun, Serial No. TJH52492 (Exhibit 175)

     YES ☒          NO ☐

n.   One Arminius Revolver in Blue Steel, Serial No. 0523545 (Exhibit 176)

     YES ☒          NO ☐

o.   One Smith & Wesson Revolver, Serial No. BBT4960 (Exhibit 177)

     YES ☒          NO ☐

p.   110 Rounds of 7.62mm Ammunition (Exhibits 180, 194 and 199)

     YES ☒          NO ☐

q.   11 Rounds of .38 Caliber Ammunition (Exhibits 187 and 189)

     YES ☒          NO ☐

15

r.   60 Rounds of .223 Caliber Ammunition (Exhibits 186, 191 and 199)

YES ☒        NO ☐

s.   42 Rounds of .45 Caliber Ammunition (Exhibits 188, 193, 195 and 197)

YES ☒        NO ☐

t.   35 Rounds of 9mm Ammunition (Exhibits 190 and 196)

YES ☒        NO ☐

u.   19 Rounds of .30 Caliber Ammunition (Exhibit 192)

YES ☒        NO ☐

v.   49 Rounds of .22 Caliber Ammunition (Exhibits 198 and 199)

YES ☒        NO ☐

w.   120 Rounds of 5.56mm Ammunition (Exhibit 199)

YES ☒        NO ☐

x.   3 Pieces of Concealable Body Armor (Exhibits 183, 184 and 185)

YES ☒        NO ☐

**Wilmington Shooting**

y.   One Semi-Automatic Rifle, Serial No. 89200042 (Exhibit 155)

YES ☒        NO ☐

16

z.    One Winchester 12 Gauge Shotgun, Serial No. L2345396 (Exhibit 156)

      YES ☒         NO ☐

aa.   One .25 Caliber Handgun, Serial No. U020505 (Exhibit 157)

      YES ☒         NO ☐

bb.   One Springfield .40 Caliber Handgun, Serial No. US246381 (Exhibit 158)

      YES ☒         NO ☐

cc.   One Uzi Assault Rifle, Serial No. SA66483 (Exhibit 159)

      YES ☒         NO ☐

dd.   Five 12 Gauge Shotgun Shells (Exhibit 160)

      YES ☒         NO ☐

ee.   249 Rounds of .40 Caliber Ammunition (Exhibits 205 and 206)

      YES ☒         NO ☐

ff.   23 Rounds of .25 Caliber Ammunition (Exhibit 204)

      YES ☒         NO ☐

gg.   17 Rounds of 7.62mm Ammunition (Exhibit 161)

      YES ☒         NO ☐

hh.   34 Rounds of .44 Caliber Ammunition (Exhibit 205)

      YES ☒         NO ☐

17

ii.    49 Rounds of 10mm Ammunition (Exhibit 205)

YES ☒       NO ☐

jj.    Rounds of 9mm Ammunition (Exhibit 203)

YES ☒       NO ☐

**Nicola's Shooting**

kk.    One Baikal Pistol, Serial No. G020976-BTM9983 (Exhibit 79)

YES ☒       NO ☐

1-11-19              ██████████████

DATED               FOREPERSON

18