# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES

Case No. CR 13-0106-DOC                                    Date: January 17, 2019

Title: USA V. MONGOL NATION, AN UNINCORPORATED ASSOCIATION

---

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

## PROCEEDINGS (IN CHAMBERS): AMICUS INVITATION

The Court welcomes interested members of the public to submit amicus curiae briefs discussing any or all of the below issues:

- Whether criminal forfeiture of any and all legal and equitable rights of any kind or nature associated with or appurtenant to a collective membership mark violates the First Amendment to the United States Constitution.

- Whether criminal forfeiture of a collective membership mark is feasible under intellectual property law.

- Whether criminal forfeiture of a collective membership mark violates the due process rights of the individual members of a collective.

- Whether an unincorporated association is legally capable of committing the crimes of murder and/or attempted murder, and can be held liable under the RICO Act for such predicate acts.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CR 13-0106-DOC　　　　　　　　　　　　　　　　　　　　　　Date: January 17, 2019
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

　　　Members of the public who wish to present amicus curiae must submit to the Court (1) a request to appear; (2) a proposed order granting the request to appear; and (3) **four copies** of a proposed brief. Proposed amicus curiae briefs shall be limited to **fifteen (15) pages** and must comply with the formatting requirements set forth in the Local Rules.

　　　Requests to appear, proposed briefs, and proposed orders must be received **by February 8, 2019**. All requests, proposed briefs, and proposed orders must be sent in hard copy via mail only. Please submit materials to the attention of "Amicus Invitation."

　　　The Clerk shall serve this minute order on the parties.


MINUTES FORM 11
CRIMINAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djl