1              **UNITED STATES DISTRICT COURT**

2             **CENTRAL DISTRICT OF CALIFORNIA**

3          **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                   - - - - - - -

5    UNITED STATES OF AMERICA,          )
                                        )      **CERTIFIED**
6              Plaintiff,               )
                                        )
7         vs.                           )  No. 2:13-CR-0106-DOC-1
                                        )     Day 13 Volume I
8    MONGOL NATION, *an unincorporated* )
     *association,*                     )
9                                       )
               Defendant.               )
10   _____)

11

12

13

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                    Jury Trial

17               Santa Ana, California

18            Friday, November 16, 2018

19

20

21

22   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
23   United States District Court
     411 West 4th Street, Room 1-053
24   Santa Ana, California 92701
     (714) 558-8141

25

**Certified for the U.S. District Court CM/ECF**
**Debbie Gale, CSR 9472, RPR, CCRR**
**Federal Official Court Reporter**

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

2

1    **APPEARANCES OF COUNSEL:**

2

     FOR THE UNITED STATES OF AMERICA:
3
          DEPARTMENT OF JUSTICE
4         OFFICE OF THE UNITED STATES ATTORNEY
          BY:  Christopher M. Brunwin
5              Assistant United States Attorney
          312 North Spring Street
6         15th Floor
          Los Angeles, California 90012
7         213-894-2434
          USACAC.Criminal@usdoj.gov
8

9         DEPARTMENT OF JUSTICE
          OFFICE OF THE UNITED STATES ATTORNEY
10        BY:  Steven R. Welk
               Assistant United States Attorney
11        312 North Spring Street
          14th Floor
12        Los Angeles, California 90012
          213-894-3713
13        steven.welk@usdoj.gov

14

15

16   ALSO PRESENT WITH ASSISTANT U.S. ATTORNEYS:

17   John Ciccone, ATF Special Agent
     Tina Keleshyan, DOJ law clerk
18   Krystie Sor, paralegal

19

20

21

22

23

24

25

1    FOR DEFENDANT MONGOL NATION:

2         Joseph A. Yanny *(retained)*
          LAW OFFICES OF YANNY AND SMITH
3         1801 Century Park East
          Suite 2400
4         Los Angeles, California 90067
          310-551-2966
5         joeyanny@gmail.com

6         Stephen P. Stubbs *(pro hac vice)* *(added 11/28/2018)
          Attorney at Law
7         626 South Third Street
          Las Vegas, Nevada 89101
8         702-759-3224
          stephen@stephenpstubbs.com
9
          Louis Charles Cardinal *(retained)* **(added 12/13/2018)*
10        YANNY AND SMITH
          1801 Century Park East
11        Suite 2400
          Los Angeles, California 90067
12        310-551-2966
          ccardinal.yannylaw@gmail.com
13

14   ALSO PRESENT WITH DEFENSE:

15   David Santillan, Mongol Nation representative
     Andrea Ales, assistant
16   Drew Viney, paralegal
     Steven Stubbs, attorney
17   Charles Cardinal, assistant

18

19

20

21

22

23

24

25

1                          **I N D E X**

2     **PROCEEDINGS**                                          **PAGE**

3     Jury Trial - Day 13, Volume I

4     MELCER, Klint Austin (Fifth Amendment)              7

5     Discussion re Witness Al Cavazos                   10

6     Court's summary re defense witnesses               13

7     MALDONADO, Denis (Fifth Amendment)                 19

8     ROBLES, Raymond "Mony"  Penalver (called)          28

9     Discussion re Witness Ruben Cavazos                72

10

11                         **WITNESSES**

12    **WITNESSES**           **DIRECT  CROSS  REDIRECT  RECROSS**

13    MELCER, Klint Austin

14    By The Court (voir dire)      7

15    MALDONADO, Denis

16    By The Court (voir dire)     19

17    By Mr. Yanny (voir dire)     21

18

19    ROBLES, Raymond "Mony" Penalver

20    By Mr. Yanny                 29

21

22

23

24

25

| | EXHIBITS | | |
|---|---|---|---|
| | **EXHIBIT NO./DESCRIPTION** | **IDENTIFICATION** | **IN EVIDENCE** |
| D35 | Photograph | | 53 |
| D36 | Photograph | | 53 |
| D37 | Photograph | | 53 |
| D38 | Photograph | | 53 |
| D39 | Photograph | | 53 |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

6

|  | 1 | **SANTA ANA, CALIFORNIA, FRIDAY, NOVEMBER 16, 2018** |
|---|---|---|
|  | 2 | **Day 13 Volume I** |
|  | 3 | (7:58 a.m.) |
| 07:58 | 4 | THE COURT:  All right.  Then we're on the record. |
|  | 5 | All counsel are present.  The parties are present.  The jury |
|  | 6 | is not present. |
| 07:58 | 7 | *(Outside the presence of the jury.)* |
| 07:58 | 8 | THE COURT:  And Mr. Ted Tedford, Counsel, CJA |
|  | 9 | panel, is present with -- |
| 07:58 | 10 | You're Klint Melcer; is that correct, sir? |
| 07:58 | 11 | MR. MELCER:  Oh, yes, sir. |
| 07:58 | 12 | THE COURT:  We're going to take those handcuffs |
|  | 13 | off of you.  The record should reflect I've had just an |
|  | 14 | informal conversation, nothing to do with the case, with |
|  | 15 | Mr. Melcer. |
| 07:58 | 16 | And he's going to be released from. |
| 07:58 | 17 | MR. MELCER:  Mississippi. |
| 07:58 | 18 | THE COURT:  -- Mississippi and back on the streets |
|  | 19 | in a halfway house. |
| 07:58 | 20 | So congratulations to you. |
| 07:59 | 21 | MR. MELCER:  Oh, yes, sir. |
| 07:59 | 22 | THE COURT:  But while we were just informally |
|  | 23 | chatting about how he's doing, along with Mr. Tedford, the |
|  | 24 | reason for the hearing outside the presence of the jury is |
|  | 25 | to, one, appoint counsel to represent you, Mr. Melcer; the |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | second is to make certain that you have counsel present.     |
| 07:59 | 2  |         The defense requested your presence.  And we've      |
|       | 3  | had your transported to our location.                        |
| 07:59 | 4  |         And, Counsel, you've had an opportunity yesterday    |
|       | 5  | to speak to your client.  What can the parties anticipate    |
|       | 6  | concerning your -- the willingness of your client to         |
|       | 7  | testify?                                                      |
| 07:59 | 8  |         MR. TEDFORD:  He will not be willing to testify.     |
|       | 9  | He will be exercising his Fifth Amendment privilege.         |
| 07:59 | 10 |         THE COURT:  All right.  Let's make certain of        |
|       | 11 | that.                                                         |
| 07:59 | 12 |         And, sir, would you raise your right hand.  And      |
|       | 13 | Debbie's going to administer an oath to you.                 |

| 08:00 | 14 | **KLINT AUSTIN MELCER, CALLED BY THE DEFENSE, SWORN** |
|-------|----|-------------------------------------------------------|
| 08:00 | 15 | **VOIR DIRE EXAMINATION**                             |

| 08:00 | 16 | BY THE COURT:                                                 |
|-------|----|---------------------------------------------------------------|
| 08:00 | 17 | Q.   Now, I know your able counsel, Mr. Tedford, and I know   |
|       | 18 | he's talked to you about your Fifth Amendment privileges,     |
|       | 19 | but I want a record; and that is, under the Fifth Amendment,  |
|       | 20 | a person has the right not to incriminate themselves; they    |
|       | 21 | can't be called to the stand and forced into answering a      |
|       | 22 | series of questions.                                          |
| 08:00 | 23 |      And this Court does not know whether any testimony you    |
|       | 24 | would give would or would not incriminate yourself.  The      |
|       | 25 | charges have been broadly filed by the government in terms    |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | of RICO and conspiracy to commit RICO.                   |
| 08:00 | 2  | Have you had enough time to speak to Mr. Tedford?        |
| 08:00 | 3  | A.   Oh, yes, sir.                                       |
| 08:00 | 4  | Q.   Has he spoken to you about your Fifth Amendment rights? |
| 08:00 | 5  | A.   Oh, yes, sir.                                       |
| 08:00 | 6  | Q.   Has he?                                             |
| 08:00 | 7  | A.   Oh, yes, sir.                                       |
| 08:00 | 8  | Q.   If questions were asked of you concerning any part of |
|       | 9  | the testimony that Mr. Yanny would be eliciting --       |
| 08:00 | 10 | THE COURT:  And Mr. Yanny you've talked to               |
|       | 11 | Mr. Tedford?                                             |
| 08:00 | 12 | MR. YANNY:  Oh, yes, sir.                                |
| 08:00 | 13 | BY THE COURT:                                            |
| 08:00 | 14 | Q.   -- would it be your position that you'd be taking the |
|       | 15 | Fifth Amendment and refusing to answer those questions?  |
| 08:01 | 16 | A.   Oh, yes, sir.                                       |
| 08:01 | 17 | Q.   All right.                                          |
| 08:01 | 18 | THE COURT:  Now, Counsel, do you want a further          |
|       | 19 | advisement of the rights?  In other words, I want to make |
|       | 20 | certain that your record's complete and that you're      |
|       | 21 | satisfied that he's unavailable as a witness.            |
| 08:01 | 22 | MR. YANNY:  Yes, Your Honor.                             |
| 08:01 | 23 | THE COURT:  Any more questions you'd like to ask,        |
|       | 24 | Mr. Yanny?                                               |
| 08:01 | 25 | MR. YANNY:  No.                                          |

08:01   1            THE COURT:  Are you satisfied?

08:01   2            MR. YANNY:  I'm satisfied.

08:01   3            THE COURT:  Counsel, any more questions the

        4    government would like to ask?

08:01   5            MR. BRUNWIN:  No.

08:01   6            THE COURT:  Well, first of all, just on a very

        7    personal basis:  Congratulations.

08:01   8            MR. MELCER:  Thank you.

08:01   9            THE COURT:  And you have family?

08:01  10            MR. MELCER:  Yeah.

08:01  11            THE COURT:  Okay.

08:01  12            MR. MELCER:  Appreciate it.

08:01  13            THE COURT:  We'll transport you back.  I wanna

       14    thank you and I wanna publicly put on the record my

       15    appreciation to Mr. Tedford, your counsel.

08:01  16            MR. MELCER:  Thank you.

08:01  17            THE COURT:  I've known him for years and really

       18    appreciate that he's responded out of Los Angeles so

       19    quickly.  Give my best back to the panel.

08:01  20            MR. TEDFORD:  Will do.

08:01  21            THE COURT:  If you would be kind enough to take

       22    the gentleman down and re-transport him back to the housing

       23    facility.

08:02  24        *(U.S. Marshals escort Mr. Melcer from the*

       25        *courtroom.)*

| 08:02 | 1 | THE COURT: All right. Now, before the jury comes |
|---|---|---|
| | 2 | in, I'd like not to keep the other attorneys waiting. |
| 08:02 | 3 | Do we have Mr. Maldonado here yet? Do you know -- |
| | 4 | from transport? |
| 08:02 | 5 | U.S. MARSHAL: He's supposed to be here about |
| | 6 | 8:00. |
| 08:02 | 7 | THE COURT: About 8:00? |
| 08:02 | 8 | U.S. MARSHAL: Do you want me to check? |
| 08:02 | 9 | THE COURT: Would you? And could you call right |
| | 10 | up? 'Cause, if so, I'm going to hold up the jury. I'm |
| | 11 | gonna bring Mr. Maldonado up 'cause Shaun Khojayan, his |
| | 12 | counsel's, present. |
| 08:02 | 13 | U.S. MARSHAL: Yes, Your Honor. |
| 08:02 | 14 | THE COURT: Now, in the meantime, we're going to |
| | 15 | see if Mr. Maldonado's present. I don't want you sitting |
| | 16 | here all day. But, first of all, humbly, thank you. These |
| | 17 | folks need representation. |

08:02  18      **DISCUSSION RE WITNESS AL CAVAZOS**

| 08:02 | 19 | THE COURT: How about Al Cavazos? Is he here? |
| | 20 | 'Cause I've got Mr. Barton sitting here who's just out of |
| | 21 | the hospital. |
| 08:02 | 22 | MR. YANNY: I'll go and -- |
| 08:02 | 23 | THE COURT: And I don't want him sitting here all |
| | 24 | day. |
| 08:02 | 25 | MR. YANNY: -- see if he's in the hallway. |

| | | |
|---|---|---|
| 08:02 | 1 | THE COURT:  Okay. |
| 08:02 | 2 | *(Brief pause in the proceedings from 8:02 a.m to* |
| | 3 | *8:03 a.m.)* |
| 08:03 | 4 | MR. YANNY:  Your Honor, I don't see him, and I |
| | 5 | can't get ahold of him. |
| 08:03 | 6 | THE COURT:  Would you ask 'em?  I don't wanna |
| | 7 | interrupt your presentation.  And I've got Mr. Barton trying |
| | 8 | to make contact with Al Cavazos and find out if he's going |
| | 9 | to testify. |
| 08:05 | 10 | *(Brief pause in the proceedings from 8:03 a.m. to* |
| | 11 | *8:05 a.m.)* |
| 08:05 | 12 | MR. YANNY:  Your Honor, I just spoke with Al |
| | 13 | Cavazos. |
| 08:05 | 14 | THE COURT:  Did you talk to him? |
| 08:05 | 15 | MR. YANNY:  Yeah.  And he's gonna refuse to |
| | 16 | testify. |
| 08:05 | 17 | THE COURT:  He's refusing to testify? |
| 08:05 | 18 | MR. YANNY:  Yes. |
| 08:05 | 19 | THE COURT:  Do I need a record of that?  'Cause |
| | 20 | I've appointed counsel -- in other words, I want your record |
| | 21 | clear that you've done everything possible to get people in. |
| | 22 | I don't want any criticism of your efforts in this regard; |
| | 23 | and if you've subpoenaed him, trust me, he'll be here -- |
| 08:05 | 24 | MR. YANNY:  Yeah, I -- |
| 08:05 | 25 | THE COURT:  -- one way or the other.  But I don't |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

12

|         |    |                                                          |
|---------|----|----------------------------------------------------------|
|         | 1  | wanna inconvenience him; and if you're satisfied with that |
|         | 2  | personal conversation, then I'm satisfied.               |
| 08:06   | 3  | MR. YANNY:  I'm satisfied with my personal               |
|         | 4  | conversation.                                            |
| 08:06   | 5  | THE COURT:  Just a moment, then.                         |
| 08:06   | 6  | Mr. Barton, I think you had Al Cavazos.                  |
| 08:06   | 7  | MR. BARTON:  Yes, Your Honor.                            |
| 08:06   | 8  | THE COURT:  I want to humbly thank you.  I also          |
|         | 9  | want you to bill for the time you spent yesterday and today. |
|         | 10 | That's an order.  Understood?                            |
| 08:06   | 11 | MR. BARTON:  Yes, Your Honor.                            |
| 08:06   | 12 | THE COURT:  We're not running you around and not        |
|         | 13 | paying you for just standing by.  You've done a tremendous |
|         | 14 | service for being on call.                               |
| 08:06   | 15 | I don't think any of us knew if Al Cavazos would        |
|         | 16 | testify or not testify.  But each one'a these folks needed |
|         | 17 | counsel 'cause the government might be asking sweeping   |
|         | 18 | questions in light of the RICO.  And I don't know how broad |
|         | 19 | Mr. Yanny's questions would've been.  So I needed to appoint |
|         | 20 | counsel.                                                 |
| 08:06   | 21 | Thank you very humbly.                                   |
| 08:06   | 22 | MR. BARTON:  *(Inaudible.)*                              |
| 08:06   | 23 | THE COURT:  Hum?                                         |
| 08:06   | 24 | MR. BARTON:  In the event that he does show up,         |
|         | 25 | Your Honor, I'll be in the courthouse most of the day.  |

| | | |
|---|---|---|
| 08:06 | 1 | THE COURT:  Well, thanks.  John, I really |
| | 2 | appreciate it.  Thank you. |
| 08:07 | 3 | And give my best to the panel.  Okay? |
| 08:07 | 4 | MR. YANNY:  *(To Mr. Barton:)* Thank you, sir. |
| 08:07 | 5 | THE COURT:  All right.  Just a moment. |
| 08:07 | 6 | **COURT'S SUMMARY RE DEFENSE WITNESSES** |
| 08:07 | 7 | THE COURT:  In summary, Christopher Ablett did |
| | 8 | testify yesterday, represented by Marri Derby. |
| 08:07 | 9 | Mr. Melcer took the Fifth Amendment this morning |
| | 10 | and did not testify. |
| 08:07 | 11 | Kate Corrigan represented John Leyva, and he |
| | 12 | testified yesterday.  Kate Corrigan was present.  She |
| | 13 | advised him not to present, but he did testify. |
| 08:07 | 14 | Al Cavazos, apparently we're satisfied, is going |
| | 15 | to take the Fifth, and it won't be pursued any further. |
| | 16 | John Barton was present. |
| 08:08 | 17 | This morning that leaves just Denis Maldonado that |
| | 18 | we've tried to get down the highway.  And we're checking. |
| 08:08 | 19 | Denis Maldonado? |
| 08:08 | 20 | THE CLERK:  He's on the way up. |
| 08:08 | 21 | THE COURT:  He's on the way up.  Great. |
| 08:08 | 22 | So, Shaun, your client's on the way up.  Have you |
| | 23 | had a chance to talk to 'em? |
| 08:08 | 24 | MR. KHOJAYAN:  No, Your Honor. |
| 08:08 | 25 | THE COURT:  We're going to take the time now.  If |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | he's testifying, then we'd like to get him on.  If he's not |
|       | 2  | testifying, then we'd like to get him transported back.   |
| 08:08 | 3  | MR. KHOJAYAN:  Oh, yes, sir.                              |
| 08:08 | 4  | MR. YANNY:  Your Honor?                                   |
| 08:09 | 5  | THE COURT:  Do you have any indication at all yet         |
|       | 6  | whether Ruben Cavazos is going to testify?  I'm not holding |
|       | 7  | you to it.  Do you have any indication of what he's gonna  |
|       | 8  | do?                                                        |
| 08:09 | 9  | MR. YANNY:  Your Honor, I had received indications         |
|       | 10 | that he was going to testify, but I'd received indications |
|       | 11 | his brother was also going to testify.                    |
| 08:09 | 12 | THE COURT:  I see.  Let's get him here no matter          |
|       | 13 | what.  He is in custody.  He's already said a lot on       |
|       | 14 | television.  That'll be up in the air probably until we get |
|       | 15 | finally a good record.  But let's -- let's get him here.   |
| 08:09 | 16 | MR. YANNY:  He'd sent me a message that he didn't         |
|       | 17 | want to -- he was up in the air about it.                 |
| 08:09 | 18 | THE COURT:  Well, I'll appoint counsel and we'll          |
|       | 19 | get 'em out here and find out for you.                    |
| 08:09 | 20 | MR. YANNY:  All right.  Are you just gonna --             |
| 08:09 | 21 | THE COURT:  Number two, if you have any further           |
|       | 22 | contact with Al Cavazos, if his brother does testify, that |
|       | 23 | might change his position.  You see what I mean?          |
| 08:09 | 24 | MR. YANNY:  Yes.                                          |
| 08:09 | 25 | THE COURT:  So I -- quite the opposite:  If you           |

```
 1   want to continue to pursue him in a conversation, go ahead
 2   and do that.  And if I need to get John Barton back in here,
 3   or counsel, I will.  So don't worry about the Court, you
 4   know, reimplementing that on your behalf.  Okay?
 5           MR. YANNY:  Thank you, sir.
 6           THE COURT:  'Cause that could change.  If Doc's up
 7   on the stand, maybe the brother's up on the stand.  If he's
 8   not --
 9           MR. YANNY:  I got you, sir.
10           THE COURT:  Got it?
11           MR. YANNY:  Yes.
12           THE COURT:  And I'll -- that's another reason why
13   I want these held, uh, without the other witness present.
14   Because if one witness isn't willing to testify and I've got
15   all the others stacked up in the courtroom, it's like a
16   domino effect:  Nobody's testifying.  If one witness is
17   willing to testify, then maybe you know, all are.
18           So I wanna bring each of these folks up by
19   themselves.
20           MR. YANNY:  Your Honor, I'm afraid I'm gonna be
21   shy -- a little shy on witnesses today.
22           THE COURT:  No.  You've got Mr. Davis, who now I
23   know is gonna be up on the stand.
24           Thank you for being here.  That worked out
25   beautifully.  So we know he's back up on the stand.
```

| | | |
|---|---|---|
| 08:10 | 1 | We also have -- guess who? |
| 08:10 | 2 | MR. YANNY:  Officer -- Special Agent -- |
| 08:10 | 3 | THE COURT:  Yeah, there he is -- who you wanted to |
| | 4 | call. |
| 08:10 | 5 | *(U.S. Marshals escort Mr. Maldonado into* |
| | 6 | *courtroom.)* |
| 08:11 | 7 | THE COURT:  Mr. Maldonado, I presume? |
| 08:11 | 8 | MR. MALDONADO:  Oh, yes, sir. |
| 08:11 | 9 | THE COURT:  Just walk right across the walkway. |
| | 10 | Don't be concerned. |
| 08:11 | 11 | We're going to uncuff you, Mr. Maldonado, when we |
| | 12 | get you up on the stand.  Okay? |
| 08:11 | 13 | MR. MALDONADO:  Oh, yes, sir. |
| 08:11 | 14 | THE COURT:  *(To U.S. Marshals:)* And, gentlemen, |
| | 15 | once he's seated, if you would be kind enough to uncuff |
| | 16 | Mr. Maldonado. |
| 08:11 | 17 | Why don't you deaden that microphone so you have a |
| | 18 | conversation with him for a moment. |
| 08:11 | 19 | *(Pause in the proceedings from 8:11 a.m. to* |
| | 20 | *8:13 a.m.)* |
| 08:13 | 21 | THE COURT:  All right.  We're on record for just a |
| | 22 | moment.  And the Court's been approached by...? |
| 08:13 | 23 | MR. STUBBS:  Attorney Stephen Stubbs. |
| 08:13 | 24 | THE COURT:  Who's asking to...? |
| 08:13 | 25 | MR. STUBBS:  To appear *pro hac vice* in this case. |

08:13   1           THE COURT:  You tried to find [sic] in the

        2   bureaucracy and file this downstairs?

08:13   3           MR. STUBBS:  Yes.

08:13   4           THE COURT:  And they rejected you?

08:13   5           MR. STUBBS:  They said we need to file that

        6   online.

08:13   7           THE COURT:  So this is online?

08:13   8           MR. STUBBS:  Yes.

08:13   9           THE COURT:  Do that immediately and cut through

        10  the bureaucracy.  Apparently, you're going to appear

        11  *pro hac vice*, and you're going to appear, with Mr. Yanny's

        12  consent, you told me, through the rest of the trial?

08:14   13          MR. STUBBS:  Yes, Your Honor, as associate

        14  counsel.

08:14   15          THE COURT:  And, Mr. Yanny, does this meet with

        16  your consent?

08:14   17          MR. YANNY:  Oh, yes, sir.

08:14   18          THE COURT:  Is this your request?

08:14   19          MR. YANNY:  Oh, yes, sir.

08:14   20          THE COURT:  Let's save a day of bureaucracy and

        21  sign this.

08:14   22          MR. YANNY:  As associate counsel.

08:14   23          THE COURT:  Now, you might introduce yourself to

        24  the jury because they don't know who you are.  And I'll let

        25  you professionally handle that so it's a smooth transition

|       |    |                                                      |
|-------|----|------------------------------------------------------|
|       | 1  | today.  Okay?                                        |
| 08:14 | 2  | MR. STUBBS:  That would be great.  Thank you.        |
| 08:14 | 3  | THE COURT:  So who's moving?                         |
| 08:14 | 4  | One of 'em's moving.  They're moving back there.     |
| 08:14 | 5  | MR. STUBBS:  I just thought I'd sit next to them.    |
| 08:14 | 6  | MR. YANNY:  Grab a chair.                            |
| 08:14 | 7  | THE COURT:  All right.                               |
| 08:15 | 8  | MR. STUBBS:  We've consulted.                        |
| 08:15 | 9  | THE COURT:  All right.                               |
| 08:15 | 10 | Then we're still on the record.  And the record      |
|       | 11 | should reflect that Counsel has been appointed to represent |
|       | 12 | Mr. Maldonado.  Shaun Khojayan --                    |
| 08:15 | 13 | MR. KHOJAYAN:  Yes, Your Honor.                      |
| 08:15 | 14 | THE COURT:  -- has been discussing this matter       |
|       | 15 | with his client.                                     |
| 08:15 | 16 | Would you like any additional time to discuss this   |
|       | 17 | matter with either the government or Mr. Yanny?  And if so, |
|       | 18 | I'm gonna take that time.                            |
| 08:15 | 19 | MR. KHOJAYAN:  No.  I -- I think I'm prepared.  I     |
|       | 20 | understand the issues.                               |
| 08:15 | 21 | THE COURT:  Okay.                                    |
| 08:15 | 22 | MR. KHOJAYAN:  I've consulted with my client.  And   |
|       | 23 | Mr. Maldonado refuses to testify, standing on his Fifth |
|       | 24 | Amendment right not to incriminate himself.          |
| 08:15 | 25 | THE COURT:  All right.  Let's follow, then, the      |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

19

|       |    |                                                                  |
|-------|----|------------------------------------------------------------------|
|       | 1  | procedure.                                                       |
| 08:15 | 2  | Sir, would you be kind enough -- first of all,                   |
|       | 3  | sir, good morning.                                               |
| 08:15 | 4  | MR. MALDONADO:  Good morning.                                    |
| 08:15 | 5  | THE COURT:  How you doing?                                       |
| 08:15 | 6  | MR. MALDONADO:  Been better.                                     |
| 08:15 | 7  | THE COURT:  Would you be kind enough to raise your               |
|       | 8  | right hand, sir.  Debbie is the clerk.  She's going to           |
|       | 9  | administer an oath to you.                                       |
| 08:16 | 10 | **DENIS MALDONADO, CALLED BY THE DEFENSE, SWORN**                |
| 08:16 | 11 | THE WITNESS:  Yes, ma'am.                                        |
| 08:16 | 12 | THE CLERK:  Can you speak into the mic.                          |
| 08:16 | 13 | THE WITNESS:  I do.                                              |
| 08:16 | 14 | **VOIR DIRE EXAMINATION**                                        |
| 08:16 | 15 | BY THE COURT:                                                    |
| 08:16 | 16 | Q.   First of all, once again, Shaun Khojayan is present         |
|       | 17 | from CJA counsel, all the way from Los Angeles, and humbly       |
|       | 18 | has the Court's thanks responding so quickly.                    |
|       | 19 | Mr. Maldonado's present.                                         |
| 08:16 | 20 | Mr. Maldonado, have you had enough time to discuss this          |
|       | 21 | matter with your counsel, Mr. Khojayan?                          |
| 08:16 | 22 | A.   Yes.  Yes, Your Honor.                                      |
| 08:16 | 23 | Q.   And do you feel -- has that discussion also involved        |
|       | 24 | your Fifth Amendment rights?                                     |
| 08:16 | 25 | A.   Oh, yes, sir.                                               |

08:16   1   Q.   I don't think I can do any better explaining it than

        2   your counsel can; but under the United States Constitution,

        3   under our Fifth Amendment, there's a right of a person not

        4   to take the stand and be forced to answer questions that

        5   might incriminate 'em.  And I've been very cautious just

        6   because of some other trials, unrelated to this, that I've

        7   sat through for six or nine months where this issue's

        8   occurred.  And I've appointed counsel to represent you

        9   because I didn't know what counsel for the defense would

       10   ask.  I don't know what counsel for the government's going

       11   to ask.  And I don't want you, as an individual, maybe

       12   informally believing you were going to testify, and then

       13   finding out if there could potentially be any repercussions,

       14   where the testimony led down a track that, uh, would cause,

       15   let's say, any difficulties.

08:17  16        If you were called upon to answer questions concerning

       17   your association with the -- or your alleged association --

       18   I apologize -- with the Mongols, would you answer those

       19   questions or would you assert your Fifth Amendment rights?

08:17  20   A.   I would assert my Fifth Amendment right.

08:17  21        THE COURT:  Now, Counsel, normally what we would

       22   do, with a really good record, is we'd go through a series

       23   of four or five questions, and the gentleman would refuse to

       24   answer those.  And I'm happy to do that.  But if you're

       25   satisfied, then I'm going to be satisfied with this record.

08:18   1          But, Mr. Yanny, I really look to you for what your

08:18   2   needs are.

08:18   3          MR. YANNY:  If I could ask him a few questions.

08:18   4          THE COURT:  Why don't you ask him a couple, just

08:18   5   so you're satisfied, sir.

08:18   6                    **VOIR DIRE EXAMINATION**

08:18   7   BY MR. YANNY:

08:18   8   Q.   Good morning, Mr. Maldonado.

08:18   9   A.   Morning.

08:18   10  Q.   What is your name?

08:18   11  A.   Denis Frank Maldonado, Jr.

08:18   12  Q.   And have you been a member'a the Mongols' motorcycle

08:18   13  club?

08:18   14  A.   I can't answer that on Fifth Amendment, sir.

08:18   15  Q.   Were you present at a club known as Nicola's in which a

08:18   16  fight broke out?

08:18   17  A.   Again, sir, on the Fifth Amendment I'm not allowed to

08:18   18  answer.

08:18   19  Q.   Has anybody intimidated you with respect to testifying

08:18   20  here?

08:18   21  A.   With the Fifth -- again, with the Fifth Amendment.

08:18   22  Q.   Did you have any discussions with anyone from the

08:18   23  prosecution or the ATF about testifying here prior to coming

08:18   24  here today?

08:19   25  A.   No.  Fifth Amendment.

```
08:19    1              MR. YANNY:  Okay.
08:19    2              I don't know, Your Honor.  I, um, I guess I can't
         3    do much more than that.
08:19    4              THE COURT:  Well, I wanna make certain that you're
         5    satisfied that any additional questioning would not lead to,
         6    you know, any information that you need.  That's why I'm
         7    taking these extraordinary precautions, and even with Al
         8    Cavazos, willing to accept a phone call if you want 'em
         9    here.
08:19   10              Okay.  Are you satisfied?
08:19   11              MR. YANNY:  Yes, Your Honor.
08:19   12              THE COURT:  Counsel, any questions from the
        13    government?
08:19   14              MR. WELK:  Nothing, Your Honor.
08:19   15              THE COURT:  Well, then, sir, I want to thank you.
08:19   16              And we'll get you transported back today.  Okay.
08:19   17              MR. MALDONADO:  Thank you, sir.
08:19   18              THE COURT:  All right.  Good seeing you.
08:19   19              MR. MALDONADO:  Thank you, Your Honor.
08:19   20              THE COURT:  And thank you very much, Counsel.
        21    Just humbly on the record:  Court's deep appreciation for
        22    responding.
08:19   23              MR. KHOJAYAN:  Appreciate it.  Thank you.
08:20   24              THE COURT:  You had one other witness today who
        25    didn't require this -- Mr. Robles?
```

08:20    1              MR. YANNY:  Raymond "Mony" Robles.  I spoke with

         2    him this morning.

08:20    3              THE COURT:  I'm at your disposal.  You present the

         4    order that you want.  You can put Mr. Davis back on the

         5    stand, if you'd like to, or you can call Mr. Robles.

08:20    6              Why don't you check the hallway and see what's

         7    best for your presentation.

08:21    8         *(Pause in the proceedings at 8:21 a.m.)*

08:25    9         *(Proceedings resumed at 8:25 a.m.)*

08:25   10              THE COURT:  We're back on record.

08:25   11              And, Counsel?

08:25   12              MR. YANNY:  Oh, yes, sir.

08:25   13              Your Honor, we have Mr. Raymond "Mony," M-O-N-Y,

        14    has arrived.  He's traveled down from Crestline.  He's one

        15    of the old-timers.  He's one'a the --

08:26   16              THE COURT:  Okay.

08:26   17              MR. YANNY:  -- the "way-backs."

08:26   18              He's here.  And I'd like to, if possible, get him

        19    on and on his way so he can --

08:26   20              THE COURT:  Sure.

08:26   21              MR. YANNY:  -- get back up there.

08:26   22              THE COURT:  I -- at your disposal.  I want the

        23    presentation to go in the way, you know, and order that you

        24    have witnesses.

08:26   25              And I see the government's now risen to their feet

```
         1    for some reason.
08:26    2            MR. WELK:  I'm sorry, Your Honor.  I wanted to ask
         3    something before the jury came in.
08:26    4            Could you ask Mr. Yanny if he could give me the
         5    curriculum vitae for Mr. Davis?
08:26    6            THE COURT:  Mr. Davis said he didn't have one.
08:26    7            MR. WELK:  No.  He said he did have one, and he
         8    had given it to Mr. Yanny.
08:26    9            MR. YANNY:  Your Honor, I can't find it amongst
         10   the thousands of papers.  We can get it, though.
08:26    11           THE COURT:  Oh, I know that.
08:26    12           But before he testifies, I think the discovery
         13   should also go the other way.  It's called a "co-equal"
         14   trial.
08:26    15           MR. YANNY:  Oh, yes, sir.  Will do, sir.
08:26    16           THE COURT:  You have three associates, an able
         17   pro hac vice counsel; and as each of you get on your
         18   "fingers" here and find his resumé --
08:27    19           He's also got a site called The Aging Rebel,
         20   doesn't he?
08:27    21           MR. YANNY:  Oh, yes, sir.
08:27    22           THE COURT:  Well, hold on.
08:27    23           (To audience member:) Mr. Davis, on your site, are
         24   you under The Aging Rebel, you said?
08:27    25           MR. DAVIS:  I am The Aging Rebel, yes.
```

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

25

| | | |
|---|---|---|
| 08:27 | 1 | THE COURT: You "are" The Aging Rebel? |
| 08:27 | 2 | *(Laughter.)* |
| 08:27 | 3 | THE COURT: That's good. Do you have a *curriculum* |
| | 4 | *vitae* on that site? |
| 08:27 | 5 | MR. DAVIS: I don't -- |
| 08:27 | 6 | THE COURT: Okay. So you don't have one on that |
| | 7 | site? |
| 08:27 | 8 | MR. DAVIS: No, I don't, sir. |
| 08:27 | 9 | THE COURT: If you could get it for us, it's |
| | 10 | really helpful. They need to have fair cross-examination. |
| 08:27 | 11 | MR. DAVIS: Oh, I'd have to go home to get it and |
| | 12 | that's about a three- or four-hour -- |
| 08:27 | 13 | THE COURT: No, we're not doing that. |
| 08:27 | 14 | *(To government counsel:)* I'll let you bring him |
| | 15 | back. He's gonna get it for you. |
| 08:27 | 16 | MR. WELK: Okay. |
| 08:27 | 17 | THE COURT: But we're not gonna sit today. I know |
| | 18 | you're disadvantaged by that. My apologies. Should've had |
| | 19 | it for you. It's not co-equal in that regard but... |
| 08:28 | 20 | MR. WELK: Thank you, Your Honor. |
| 08:28 | 21 | THE COURT: If you could bring that back to us, |
| | 22 | though. |
| 08:28 | 23 | MR. DAVIS: I'll email a copy. |
| 08:28 | 24 | THE COURT: Yeah. Okay. But not today. We're |
| | 25 | not sending you home for four hours. |

08:28  1          Well, are you going to call Mr. Robles next?

08:28  2          MR. YANNY:  With the Court's indulgence.

08:28  3          THE COURT:  Well, with both of your agreement?

08:28  4          MR. BRUNWIN:  Your Honor, we also don't have

       5   any -- nothing's been provided us regarding this defendant,

       6   so to the extent that --

08:28  7          THE COURT:  Oh, you're the government.  You're

       8   always prepared.

08:28  9          *(To next witness:)* Come on up here --

08:28 10          MR. BRUNWIN:  Well, date of birth --

08:28 11          THE COURT:  -- for a moment.

08:28 12          *(To the government:)* You'll be just fine.

08:28 13          What we'll do is subject you to recross -- or

      14   cross-examination in the future, if you're caught by

      15   surprise, or if you feel that you're somehow not aware of

      16   the gentleman.

08:28 17          I think you know who he is, though, don't you?

08:28 18          MR. WELK:  No.

08:28 19          THE COURT:  Don't you?

08:28 20          Well, here's our mystery witness.

08:28 21          MR. YANNY:  Your Honor, he's --

08:28 22          THE COURT:  Let's go get the jury, then.  And if

      23   you're disadvantaged, we can call the gentleman back.  Okay.

08:28 24          *(To court reporter:)* Deb, rest your hands.

08:28 25          *(Brief pause in the proceedings from 8:28 a.m. to*

|       |    |                                                            |
|-------|----|------------------------------------------------------------|
|       | 1  | *8:30 a.m.)*                                               |
| 08:30 | 2  | *(In the presence of the jury.)*                           |
| 08:31 | 3  | THE COURT:  All right.  Then we're back on the             |
|       | 4  | record.  The jury is present, the alternates.  All counsel |
|       | 5  | are still present.  If you'd be seated.  The parties are   |
|       | 6  | present.                                                   |
| 08:31 | 7  | And, once again, I apologize for the half-hour             |
|       | 8  | delay.  That's totally my responsibility.  It reflects on  |
|       | 9  | neither counsel.                                           |
| 08:31 | 10 | And, Counsel, if you'd like to call your next              |
|       | 11 | witness, please.                                           |
| 08:31 | 12 | MR. YANNY:  Yes, Your Honor.                               |
| 08:31 | 13 | Before that, I'd like to introduce someone.                |
| 08:31 | 14 | THE COURT:  Please.                                        |
| 08:31 | 15 | MR. YANNY:  There's a young gentleman here -- at           |
|       | 16 | my age I can say that -- Stephen Stubbs.  He's an attorney |
|       | 17 | from Las Vegas, uh, Nevada area.  And he is associating in |
|       | 18 | on this case to help us.                                   |
| 08:32 | 19 | THE COURT:  And would you introduce yourself and           |
|       | 20 | use the microphone, please, just so the jury knows you by  |
|       | 21 | name.                                                      |
| 08:32 | 22 | MR. STUBBS:  My name is Stephen Stubbs.  And I'm           |
|       | 23 | an attorney in Las Vegas, Nevada, representing Mongols      |
|       | 24 | Nation.                                                    |
| 08:32 | 25 | THE COURT:  All right.  Thank you.  If you would           |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

28

|       |    |                                                            |
|-------|----|------------------------------------------------------------|
|       | 1  | be seated.                                                 |
| 08:32 | 2  | Counsel, call your next witness, please.                   |
| 08:32 | 3  | MR. YANNY:  Your Honor, we'd like to call out of           |
|       | 4  | order Mr. Raymond "Mony" Robles.                           |
| 08:32 | 5  | THE COURT:  Mr. Robles, if you would be kind               |
|       | 6  | enough to step forward.                                    |
| 08:32 | 7  | And now, sir, would you raise your right hand,             |
|       | 8  | please.                                                    |
| 08:32 | 9  | **RAYMOND "MONY" PENALVER ROBLES, CALLED BY THE DEFENSE, SWORN** |
| 08:32 | 10 | THE WITNESS:  I do.                                         |
| 08:32 | 11 | THE COURT:  Thank you.                                      |
| 08:33 | 12 | Come right along the side of the jury and right up         |
|       | 13 | to the wall.  And there's an entrance right here.          |
| 08:33 | 14 | THE WITNESS:  Thank you.                                    |
| 08:33 | 15 | THE COURT:  Pleasure.                                       |
| 08:33 | 16 | THE WITNESS:  And after you're seated -- that              |
|       | 17 | chair doesn't have wheels on it, so put that microphone    |
|       | 18 | close to you.  Face the jury and state your full name, sir.|
|       | 19 | And please spell your last name.                           |
| 08:33 | 20 | My name is Raymond "Mony" Robles, with my --               |
|       | 21 | maiden name of my mother, Penalver.                        |
| 08:33 | 22 | So it's Raymond Penalver Robles.                           |
| 08:33 | 23 | THE COURT:  And how do I spell your last name,             |
|       | 24 | sir?                                                        |
| 08:33 | 25 | THE WITNESS:  R-O-B-L-E-S.                                  |

| | | |
|---|---|---|
| 08:33 | 1 | THE COURT:  Thank you very much. |
| 08:33 | 2 | And this would be direct examination by the |
| | 3 | government. |
| 08:33 | 4 | *(Court reporter requests clarification for the* |
| | 5 | *record.)* |
| 08:33 | 6 | THE WITNESS:  Penalver, P-E-N-A-L-V-E-R. |
| 08:33 | 7 | MR. BRUNWIN:  Not by the government, Your Honor. |
| | 8 | By defense. |
| 08:33 | 9 | THE COURT:  I'm sorry? |
| 08:33 | 10 | MR. BRUNWIN:  You said, "direct examination by the |
| | 11 | government."  He's been called by the defense. |
| 08:34 | 12 | THE COURT:  Well, my apologies.  Absolutely. |
| 08:34 | 13 | Direct examination by the defense.  And thank you. |
| 08:34 | 14 | MR. YANNY:  Your Honor, the witness asked me to |
| | 15 | correct one thing that was said on the record by the |
| | 16 | government.  He's not a defendant in this case.  They |
| | 17 | misstated that he was a defendant. |
| 08:34 | 18 | THE COURT:  No.  He's a defense witness. |
| 08:34 | 19 | MR. YANNY:  Yeah. |
| 08:34 | 20 | THE COURT:  Okay. |
| 08:34 | 21 | **DIRECT EXAMINATION** |
| 08:34 | 22 | BY MR. YANNY: |
| 08:34 | 23 | Q.   Mr. Robles, good morning, sir. |
| 08:34 | 24 | MR. YANNY:  Ladies and gentlemen. |
| 08:34 | 25 | Your Honor. |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

30

| | | |
|---|---|---|
| 08:34 | 1 | BY MR. YANNY: |
| 08:34 | 2 | Q.   How old are you, sir? |
| 08:34 | 3 | A.   67. |
| 08:34 | 4 | Q.   Where do you reside? |
| 08:34 | 5 | A.   Crestline, California, in San Bernardino County. |
| 08:34 | 6 | Q.   Were you a member'a the Mongols motorcycle club? |
| 08:34 | 7 | A.   Yes, I am. |
| 08:34 | 8 | Q.   You still are, aren't ya? |
| 08:34 | 9 | A.   Yes. |
| 08:34 | 10 | Q.   Now, you still ride? |
| 08:34 | 11 | A.   I still ride.  But I sold my motorcycle about five |
| | 12 | years ago, and haven't been able to buy it back. |
| 08:35 | 13 | Q.   When did you join the Mongols motorcycle club, sir? |
| 08:35 | 14 | A.   I joined in 1973, but I was patched in, in 1974. |
| 08:35 | 15 | Q.   Did you know the originals? |
| 08:35 | 16 | A.   Yes, I did. |
| 08:35 | 17 | Q.   Would you tell the ladies and gentlemen'a the jury who |
| | 18 | they were. |
| 08:35 | 19 | A.   I'll try to remember.  There are 14 names. |
| 08:35 | 20 | There would be Seymour Kuykendahl. |
| 08:35 | 21 | Louis Costello. |
| 08:35 | 22 | Al Aceves. |
| 08:35 | 23 | "Babyface Donkey." |
| 08:35 | 24 | THE COURT:  Now, is "Babyface Donkey" the same |
| | 25 | person? |

| | | |
|---|---|---|
| 08:36 | 1 | THE WITNESS:  Yes. |
| 08:36 | 2 | THE COURT:  Okay.  Babyface Donkey.  Thank you. |
| 08:36 | 3 | *(Laughter.)* |
| 08:36 | 4 | THE WITNESS:  I -- if I remember correctly, |
| | 5 | Your Honor. |
| 08:36 | 6 | THE COURT:  Okay. |
| 08:36 | 7 | THE WITNESS:  There should be 14 names total. |
| 08:36 | 8 | Jap. |
| 08:36 | 9 | Casper. |
| 08:36 | 10 | Frisbee. |
| 08:36 | 11 | Richard Prayton *(phonetic)*. |
| 08:36 | 12 | And another Mr. Prayton.  Can't remember his first |
| | 13 | name. |
| 08:36 | 14 | I have a lotta trouble remembering names now. |
| | 15 | Let's see.  How many did I name, if I may? |
| 08:36 | 16 | MR. YANNY:  Um, you got nine, sir. |
| 08:36 | 17 | THE WITNESS:  Okay.  Well, um. |
| 08:37 | 18 | MR. YANNY:  It's okay. |
| 08:37 | 19 | THE WITNESS:  I just can't remember right now. |
| | 20 | But I knew 'em.  I knew 'em all. |
| 08:37 | 21 | BY MR. YANNY: |
| 08:37 | 22 | Q.   Mony, if it comes to you during the course'a your |
| | 23 | testimony, let me know and we'll supplement that.  Okay? |
| 08:37 | 24 | A.   Thank you. |
| 08:37 | 25 | Q.   Now, did you hold, um, any officer's positions while |

|         |    |                                                              |
|---------|----|--------------------------------------------------------------|
|         | 1  | you were in the Mongols?                                      |
| 08:37   | 2  | A.   Yes.  I was a national officer in So.Cal. chapter.       |
| 08:37   | 3  | Q.   Now, you say "So.Cal. chapter," um, would you please     |
|         | 4  | explain to the ladies and gentlemen of the jury at the time   |
|         | 5  | you joined the club how it was organized, sir.                |
| 08:37   | 6  | A.   So.Cal. chapter was the original chapter.  There were    |
|         | 7  | five Mother chapters after the So.Cal. chapter.  I came in    |
|         | 8  | when South Bay and San Gabriel joined.  That was six and      |
|         | 9  | seven chapters.                                               |
| 08:38   | 10 |     We were all organized as separate clubs; in other        |
|         | 11 | words, you make your own rules; you run your own chapters     |
|         | 12 | like it's a separate club; you don't report to So.Cal.        |
|         | 13 | chapters because you have your own president and you have     |
|         | 14 | your own officers.                                            |
| 08:38   | 15 |     And that's how we ran the local chapters.                 |
| 08:38   | 16 | Q.   Did that change at any point in time?                    |
| 08:38   | 17 | A.   Never.  I was at a meeting in 1990 and gave the same     |
|         | 18 | speech.  And that's how we managed our club.                  |
| 08:38   | 19 | Q.   Now, did you go inactive or retire at any point?         |
| 08:38   | 20 | A.   I went on hiatus.  It's kind of an inactive, but a       |
|         | 21 | brother in good standings.                                    |
| 08:39   | 22 | Q.   Now, did you know Red Beard and Jingles?                 |
| 08:39   | 23 | A.   Yes, I did.                                              |
| 08:39   | 24 | Q.   Would you tell the ladies and gentlemen of the jury who  |
|         | 25 | they were?                                                    |

08:39    1    A.    Red Beard and Jingles were from the San Diego area.

         2    South Bay chapters, I believe.  And they were about my age.

         3    And we would often ride to San Diego to see them and they

         4    would ride to us in the Los Angeles area.

08:39    5         And the way we would normally join on a run would

         6    start -- a run would start from San Diego, picking up the

         7    chapters on the way up; stopping in places like

         8    Orange County; continuing to San Gabriel, Montebello,

         9    picking up those chapters, continuing north.

08:39   10         As the other chapters joined, we would eventually get

        11    to the run with the club, which would consist of the

        12    chapters -- everybody south of that run.

08:40   13    Q.    And what, uh -- Red Beard and Jingles part of that,

        14    um...?

08:40   15    A.    Yes.  They would always meet us in south, um -- in

        16    Montebello or that area or on the freeway.

08:40   17         We had regular stops.  And if I may, the first stop

        18    north of Los Angeles would've been Roscoe Boulevard.  And

        19    the next stop would've been Gorman.

08:40   20         So if they didn't just catch up, we would always meet

        21    at these destinations for gas.  And that's how we would see

        22    each other on a run first.

08:40   23         When we get to the camp -- because there was camp-outs

        24    then, then we were able to relax and enjoy our barbecues and

        25    campfires and, uh -- you know, things that go along with a

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | weekend outing.                                              |
| 08:41 | 2  | Q.    And what chapter were you part of at this time?        |
| 08:41 | 3  | A.    I was with Southern California.  That's "So.Cal."      |
| 08:41 | 4  | Q.    And it was based where?                                |
| 08:41 | 5  | A.    It was based out of East L.A., with members from       |
|       | 6  | Montebello, Pico Rivera, City of Commerce, and, um -- just   |
|       | 7  | the immediate area there around Montebello.                  |
| 08:41 | 8  | Q.    Now, do you still participate in Mongols club          |
|       | 9  | get-togethers and events?                                    |
| 08:41 | 10 | A.    Yes, I do.                                             |
| 08:41 | 11 | Q.    Would you tell the ladies and gentlemen about that.    |
| 08:41 | 12 | A.    I participated in the Christmas party last December,   |
|       | 13 | which is a family outing, where we gather gifts, presents,   |
|       | 14 | toys, bicycles, and we present 'em to the City of            |
|       | 15 | Los Angeles.                                                 |
| 08:42 | 16 | Last year was the first that I heard that we were not        |
|       | 17 | going to Los Angeles, but that we would give the gifts to    |
|       | 18 | our own children.  And that's what we did.  So that was the  |
|       | 19 | Christmas party.                                             |
| 08:42 | 20 | After that, around the middle of January, I went to the      |
|       | 21 | New Year's party, which was at Harbor City.  The building of |
|       | 22 | the Harbor union hall was rented for our private party.      |
|       | 23 | Very secure.  Thousands showed with family members.         |
| 08:42 | 24 | And I wore my patches.  My patches say "California."         |
| 08:42 | 25 | Q.    That would be the bottom rocker?                       |

08:42   1   A.   Oh, yes, sir.

08:42   2   Q.   Now, there was a dispute at some point in time with any

       3   other entities regarding the Mongols' use of the California

       4   bottom rocker?

08:43   5   A.   Yes.

08:43   6   Q.   Would you please tell the ladies and gentlemen of the

       7   jury about that.

08:43   8   A.   Well, I would describe it as growing pains because, in

       9   the mid '70s we were growing rapidly.  Chapters were being

      10   established throughout the country, not just California.

      11   And so we were growing so fast that, um, uh -- well, we were

      12   traveling up and down the coast, up and down the state --

      13   and, uh, um -- there's so much to tell you, sir.

08:43  14        Would you ask me again?

08:43  15   Q.   Oh,Oh, yes, sir.

08:43  16        I was asking you about a dispute over the Mongols --

08:43  17   A.   Okay.

08:43  18   Q.   -- motorcycle club's use of that California bottom

      19   rocker.

08:43  20   A.   Up north we were always confronted by the San Francisco

      21   Hells Angels.  To the east we were always confronted by the

      22   San Bernardino Hells Angels.  And the Los Angeles area, we

      23   were always confronted by the Los Angeles Hells Angels.

08:44  24        Around 1976, when we were growing so rapidly, we were

      25   discussing changing our bottom rocker.  We had already

```
             1    discussed changing us -- our club to the "Nomads," but there

             2    were too many of us.  We already had seven chapters

             3    established.

08:44        4         So by '76 we were discussing flying the "California

             5    Chapter" rocker for the State of California.  We would still

             6    have our chapters, but we would run a "California" rocker in

             7    California.

08:44        8    Q.   All right, sir.

08:44        9         And how did the Hells Angels react to that?

08:44       10    A.   Well, specifically, they say they own California and

            11    any motorcycle business has to go through them.

08:45       12         Well, we didn't agree.  We were just a bunch'a guys who

            13    liked riding, building motorcycles, painting, wrenching,

            14    welding.

08:45       15         Personally, I didn't care about the Hells Angels.  I

            16    never knew what a Hells Angel was, never saw one.  Never saw

            17    a Hells Angel patch until I was about 20 or 21 years old.

08:45       18         We didn't wanna join the Hells Angels.  We didn't care

            19    about them.  We told 'em that we were gonna fly "California"

            20    simply because we were growing and we had to change our

            21    bottom rocker and establish ourselves as Californians, and

            22    the other brothers in this great country would establish

            23    themselves in other states.

08:45       24    Q.   And did the Hells Angels object to that?

08:45       25    A.   Yes.  They ordered us to take off our patches.  And we
```

|       |    |                                                                          |
|-------|----|--------------------------------------------------------------------------|
|       | 1  | refused.                                                                 |
| 08:46 | 2  | By then, it was, um, around 1977.  We were afraid they                   |
|       | 3  | were going to attack us.  We voted.  We kept the bottom                  |
|       | 4  | rocker.                                                                   |
| 08:46 | 5  | Specifically, I was afraid they would hit me at my own                   |
|       | 6  | business.  I thought of that in January of 1977.  And I was              |
|       | 7  | right.                                                                   |
| 08:46 | 8  | Q.   Sir, what's your Mongols patch mean to you?                         |
| 08:46 | 9  | A.   Well, it's a common bond that we have.  It's a                      |
|       | 10 | brotherhood.  We like to do the same things:  Ride.  We have            |
|       | 11 | Christmas parties, New Year's parties, birthday parties,                 |
|       | 12 | Thanksgiving parties.  We celebrate all the holidays that                |
|       | 13 | everyone else celebrates, including many do go to church --              |
|       | 14 | different religions.  We have people from different "facts"              |
|       | 15 | of life from all over the world who are -- now have a common             |
|       | 16 | bond with us.  And we are brothers.                                      |
| 08:47 | 17 | I can recognize a brother when he is wearing that                        |
|       | 18 | patch.                                                                   |
| 08:47 | 19 | Q.   How do you -- how did you feel when you were awarded                |
|       | 20 | your full patch?                                                         |
| 08:47 | 21 | A.   Specifically, I was really happy that night.  We had an             |
|       | 22 | oil bath on me, a beer, and emptied a trashcan on me.                    |
| 08:47 | 23 | *(Laughter.)*                                                            |
| 08:47 | 24 | BY MR. YANNY:                                                            |
| 08:47 | 25 | Q.   Sir, was that -- that was your welcome to the club?                 |

| | | |
|---|---|---|
| 08:47 | 1 | A.    That was my celebration. |
| 08:47 | 2 | (Laughter.) |
| 08:47 | 3 | BY MR. YANNY: |
| 08:47 | 4 | Q.    And did the Mongols have different center patches over |
| | 5 | the years, sir? |
| 08:48 | 6 | A.    Yes. |
| 08:48 | 7 | Q.    Would you please tell the ladies and gentlemen'a the |
| | 8 | jury about that. |
| 08:48 | 9 | A.    Well, the first one was being changed when I joined. |
| | 10 | It was called the "Stickman."  It was a drawing by Prez |
| | 11 | Robert of San Diego.  But it was kind of a |
| | 12 | cartoonish-looking patch so, by 1969/1970, the club was |
| | 13 | changing it to what they called the "Pumpkin Head" patch. |
| | 14 | And that's the patch that I wear. |
| 08:48 | 15 | I have one of the original patches from the "upgrade" |
| | 16 | I'd call it.  And it's called the "Pumpkin Head" just |
| | 17 | because of the way the head came out on it -- little |
| | 18 | squashed, little deformed.  At that time we didn't have, uh, |
| | 19 | computerized seamstresses.  We had assorted stitchers that |
| | 20 | we would go to when we needed a new patch for a new member. |
| 08:49 | 21 | And so my top rocker is from the "Stickman" era.  My |
| | 22 | center patch is one'a the original "Pumpkin Head" patches. |
| | 23 | And my bottom rocker is an original "California," which was |
| | 24 | one'a the prototypes.  That's the patch I wear.  I still |
| | 25 | wear it. |

08:49   1   Q.   Let me -- let me ask you, Mony, there's no objections

        2   by anyone to you wearing a patch that would not be in

        3   conformity with the standards today?

08:49   4   A.   I don't understand your question, sir.

08:49   5   Q.   Neither do I.  And I apologize.

08:49   6        (Laughter.)

08:49   7   BY MR. YANNY:

08:49   8   Q.   Your patch differs from the others, does it not, that

        9   most guys get now?

08:49  10   A.   Only because at the time mine was made we had several

       11   different stitchers in the area.

08:49  12        Later, in the 1990s, the patch was designed and

       13   stitched by a computerized machine.  And that's how they're

       14   made now.  So they have that upgrade.

08:50  15        Mine, which was once an upgrade -- the "Stickman" --

       16   and then between the "Stickman" and the "Pumpkin Head,"

       17   there was a reject.  And that was only a drawing.

08:50  18   Q.   Let me ask you, sir:  During the course of your life,

       19   you've been a business owner, haven't you?

08:50  20   A.   Oh, yes, sir.

08:50  21   Q.   Would you please tell the ladies and gentlemen of the

       22   jury about your business.

08:50  23   A.   In 1976, myself and two others, bought a company known

       24   as Frame Up.  It's a motorcycle shop in Los Angeles at

       25   5015 North Figueroa.

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

40

08:50   1          It was -- uh, 1976.  We opened business January 1,

        2     1977.  I was 26 years old.  And we bought the business and

        3     began building choppers, continuing the tradition that Greg

        4     Newton his wife Linda started at the Frame Up in 1973.

08:51   5          I knew them because I was a teenager and would often

        6     ride to their shop and hangout, and peek, and look around

        7     the corner and watch 'em work.

08:51   8          And I did that with several other shop owners,

        9     including Sugar Bear, "Master Arkey" Fonseca.  Um, I

       10     traveled to the Harley shops, the chopper shops, the parts

       11     stores -- to learn until I finally bought my own shop.

08:51  12     Q.   And did you have any partners in that?

08:51  13     A.   Yes.  I had two partners.  One was Henry J.

       14     Jimenez, IV, my cousin.  He had just been released from the

       15     army.  He was 21 years old when he joined us as a business

       16     partner.  And Ron Hernandez, who was my third business

       17     partner, he was, um, 28 years old at the time.  We bought

       18     the business together.

08:52  19          I would become the overall manager.  Ron would become

       20     the master mechanic.  And Henry Jimenez would take care of

       21     the lobby and the parts department.

08:52  22          We had a rule where we would share in helping each

       23     other, if we had a problem.  If Ron needed somebody'a help

       24     him with a motor, somebody would stop and help.  It would go

       25     for me.  I wasn't just a manager.  I was also a mechanic, a

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

41

```
        1    painter, a welder -- whatever it was that had to be done, I
        2    had to do it.  Same went for Ron.  Same went for Henry.
08:52   3    Q.   Now, you said it was your cousin --
08:53   4    A.   Yes.
08:53   5    Q.   -- one of 'em was your cousin?
08:53   6    A.   Yes.  Henry J. Jimenez, IV.
08:53   7    Q.   And he was a Vietnam vet?
08:53   8    A.   Uh, no.  He was a veteran of the army.  I don't
        9    remember where he was stationed.
08:53  10    Q.   The other guy had just been discharged, you said? -- or
       11    is that --
08:53  12    A.   Yes.  He had been a veteran of Vietnam.
08:53  13    Q.   At the time, how many of the folks that were in the
       14    club were army veterans or military veterans?
08:53  15    A.   In my business?
08:53  16    Q.   No, no.  In the club.
08:53  17    A.   I have no idea.
08:53  18         When we started -- when I first joined, some of our
       19    guys were Vietnam veterans.  The people we were joining were
       20    already Vietnam veterans, some of 'em were; but not all of
       21    'em were.  I never was.
08:53  22         I never -- I was a "4F" reject from the army because of
       23    my skin condition.  I actually volunteered -- or was drafted
       24    and went through the system, and, uh, took the bus home that
       25    day.
```

08:54    1    Q.    Did you --
08:54    2    A.    But the others -- the others that joined, there were --
         3    about half'a the guys were Vietnam veterans, some were armed
         4    forces -- Navy, Air Force, Navy Seals -- um, from all -- all
         5    uh, parts'a the armed forces.
08:54    6    Q.    Now, you say Navy Seals.  Did you come to know a
         7    gentleman now known as Governor Jesse Ventura?
08:54    8    A.    Yes, I did.
08:54    9    Q.    And was he already a member'a the club when you met
        10    him?
08:54   11    A.    No.  I was in the club prior to Jesse, uh -- Jesse
        12    Ventura joining.  I met him in San Diego.  We would travel
        13    to San Diego on Friday nights and stay for the weekend.  And
        14    I met him at a party in the San Diego area.  We became good
        15    friends.
08:55   16          May I tell you how I introduced myself?
08:55   17    Q.    Oh, of course.
08:55   18    A.    Jesse "The Body" Ventura was standing in guard
        19    position, allowing members of the Mongols to give 'em a
        20    punch in the stomach, to show how strong he is.  And while I
        21    was watching this, I thought that this would be a little
        22    humiliating while the brothers were thinking it was a cute,
        23    funny thing -- so it was my turn, and I changed directions
        24    and give 'em a chop on, uh -- a karate chop.  And we became
        25    good friends after that.

| | | |
|---|---|---|
| 08:55 | 1 | Q.   You remember his moniker? |
| 08:55 | 2 | A.   Um, oh.  Uh, let me see. |
| 08:56 | 3 | Q.   I'll give you a hint:  His old lady goes by "Lois |
| | 4 | Lane." |
| 08:56 | 5 | A.   "Superman." |
| 08:56 | 6 | Q.   Oh, yes, sir. |
| 08:56 | 7 | A.   Of course. |
| 08:56 | 8 | Q.   And -- |
| 08:56 | 9 | A.   Yeah, he was -- he was known as "Superman."  He had a |
| | 10 | body like a brickwall. |
| 08:56 | 11 | Q.   And did he hold any posts in the club while he was |
| | 12 | active? |
| 08:56 | 13 | A.   I believe he was the Sergeant of [sic] Arms of the |
| | 14 | South Bay chapter in the San Diego area. |
| 08:56 | 15 | Q.   Did all these guys have jobs? |
| 08:56 | 16 | A.   A lot of us did have jobs, yes. |
| 08:56 | 17 | Q.   Some of you had businesses? |
| 08:56 | 18 | A.   Some did have businesses.  Some were mechanics, |
| | 19 | painters, uh -- most'a the guys worked in parts of the auto |
| | 20 | industry or motorcycle industry.  And that was part of what |
| | 21 | brought the -- the guys together, is sharing these common |
| | 22 | interests. |
| 08:57 | 23 | So there were businesses.  There was a gas station |
| | 24 | business.  There -- there was a chroming business, uh, parts |
| | 25 | stores that we could go to.  There were -- there were |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | businesses that were family-owned and private businesses.    |
| 08:57 | 2  | There was not one business that, uh, you could call a        |
|       | 3  | Mongol business.  There was no such thing.  All -- everybody  |
|       | 4  | worked on their own -- whatever it was.                       |
| 08:57 | 5  | Q.   So they were breadwinners?                              |
| 08:57 | 6  | A.   Yes.                                                    |
| 08:57 | 7  | Q.   Let me ask you, sir:  Was it primarily an Hispanic      |
|       | 8  | club?                                                         |
| 08:57 | 9  | A.   No.  When I joined, it wasn't.  We had Armenians, uh,   |
|       | 10 | the Chicanos, the white guys, uh -- for example, up north,   |
|       | 11 | we could have a chapter join that was all white guys.  And   |
|       | 12 | then there would be another chapter which would be all       |
|       | 13 | farmers.  Those were the Chicanos.                           |
| 08:58 | 14 | So we had a pretty big mixture.  It wasn't all              |
|       | 15 | Chicanos.  We had lotta "white-skin" guys.  I just refer it  |
|       | 16 | that way.  I'm not being prejudiced.  It's just a difference |
|       | 17 | in color.                                                    |
| 08:58 | 18 | Q.   Now, you were married too, were you not?                |
| 08:58 | 19 | A.   Yes.                                                    |
| 08:58 | 20 | Q.   Had a wife?                                             |
| 08:58 | 21 | A.   My wife's name was Michelle Robles.  And we were       |
|       | 22 | married five years, until around 1979 when -- we were        |
|       | 23 | divorced, um, at the end of 1979.                           |
| 08:59 | 24 | Q.   Any children, sir?                                      |
| 08:59 | 25 | A.   Uh, no.  I adopted her son, one stepson, from her.     |

08:59  1    Q.   And let's get back to your business for a second, the
       2    one that you owned with your cousin.
08:59  3    A.   Okay.
08:59  4    Q.   And what was that called, sir?
08:59  5    A.   It was called Frame Up.  And what it was -- it was --
       6    there was a particular design of a frame and that part was
       7    called Frame Up.  The shop was called Frame Up.  This frame
       8    would eventually be in the Harley Davidson museum, finally
       9    finished by a builder well-known on television and
      10    throughout the country.
08:59 11        We didn't get a chance to gain this, uh, monetary value
      12    from this design.  He did.  The person who finished the
      13    motorcycle, uh, he finished it in 2006.  We started it in --
      14    the frame was built in two-thous- -- in 1976.  We took over
      15    the company in 19- -- uh, New Year's Eve 1977.
09:00 16        By 2000 -- by 1996, I sold that part called the "frame
      17    up" to a builder.  He put it together in 2006, and it is now
      18    in a museum.
09:00 19    Q.   Now, let me ask you:  You also had a business that
      20    dealt with -- well, did your business also -- strike that.
09:00 21        Did your business also deal with fixing motorcycle
      22    tires and things --
09:00 23    A.   Oh, yeah.  We repaired tires.  We -- we could take a
      24    complete motorcycle apart, down to the engine bearings.  We
      25    could take a wheel apart, down to the wheel bearings, every

|  |  |  |
|--|--|--|
| | 1 | part in a fork.  Every part of a motorcycle could be |
| | 2 | disassembled and reassembled.  And that's what we did. |
| 09:01 | 3 | We would have complete chrome jobs, complete paint |
| | 4 | jobs, modify frames -- or buying modified custom frames by |
| | 5 | other builders.  And we would put these back together. |
| 09:01 | 6 | One'a the jobs we did was replacing wheels, uh, chromed |
| | 7 | wheels for the rusty old wheels, and things like that. |
| 09:02 | 8 | Q.   I wanna digress.  I wanna come back to your business, |
| | 9 | but I wanna ask you:  That thing about the "California" |
| | 10 | patch -- okay? -- did Red Beard and Jingles begin to |
| | 11 | negotiate at some point in time, to your recollection, with |
| | 12 | the Hells Angels about the Mongols' desire to use the |
| | 13 | "California" patch? |
| 09:02 | 14 | A.   No. |
| 09:02 | 15 | Q.   Were they -- what happened to Red Beard and Jingles? |
| 09:02 | 16 | A.   Well, last time I saw them, I rode to -- I rode with |
| | 17 | them on September 5th, 1977.  We had a run at a place called |
| | 18 | Kern River, Lake Isabella.  I believe it was a place called |
| | 19 | "Whiskey Flats." |
| 09:02 | 20 | And while their chapters were getting ready to head |
| | 21 | south -- they were gonna leave from Lake Isabella into |
| | 22 | Tehachapi, and then down the 395.  So I rode with them, |
| | 23 | rather than leave with my chapter down the 99 and back |
| | 24 | towards Los Angeles.  I rode with them out through the 395, |
| | 25 | through Tehachapi, and then came east -- let's see -- came |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

47

|       |    |                                                                                                      |
|-------|----|------------------------------------------------------------------------------------------------------|
|       | 1  | west on the 10.                                                                                       |
| 09:03 | 2  | When I got home is when I found out they had been shot                                                |
|       | 3  | off their motorcycles.  Three of 'em had been killed,                                                 |
|       | 4  | including Jingle's wife.  They were shot by, um, AK-47 fire                                           |
|       | 5  | from a moving car.                                                                                    |
| 09:03 | 6  | Q.   Did you find out who shot 'em?                                                                   |
| 09:03 | 7  | MR. BRUNWIN:  Object as to a lack --                                                                  |
| 09:03 | 8  | THE WITNESS:  Yes.                                                                                    |
| 09:03 | 9  | MR. BRUNWIN:  -- of foundation, Your Honor.                                                           |
| 09:04 | 10 | THE COURT:  Overruled.                                                                                |
| 09:04 | 11 | THE WITNESS:  Well, I was never told by the                                                          |
|       | 12 | assailant that he shot 'em, but we know that one of our                                               |
|       | 13 | members switched from our club to their club, and it was                                              |
|       | 14 | rumored that he did the shooting.                                                                     |
| 09:04 | 15 | BY MR. YANNY:                                                                                         |
| 09:04 | 16 | Q.   And what was that club?                                                                          |
| 09:04 | 17 | A.   Hells Angels.                                                                                    |
| 09:04 | 18 | Q.   So if I understand correctly, Hells Angels, on                                                  |
|       | 19 | September 5th, 1977, shot Red Beard and Jingles and one of                                            |
|       | 20 | their wives?                                                                                          |
| 09:04 | 21 | A.   Both wives.                                                                                      |
| 09:04 | 22 | Q.   Both -- oh, so both wives were shot, as well?                                                   |
| 09:04 | 23 | A.   Yes.  One died immediately.  One died from her injuries                                          |
|       | 24 | 20 years later.                                                                                       |
| 09:04 | 25 | Q.   And did you have a funeral for 'em?                                                             |

09:04    1   A.   Um, while we were on the way to Red Beard and Jingle's

2   funeral, on our motorcycles, we were stopped and told to get

3   off our motorcycles because there had been a bombing at the

4   mortuary.

09:05    5   So we loaded up our motorcycles and headed south with

6   motorcycles in trucks.  Loaded the rest of us into station

7   wagons and vans and headed down here -- headed south with

8   our motorcycles.

09:05    9   When we got to the mortuary, we were detoured to a safe

10   house and, uh, spent the night there, disallowed from going

11   to the funeral.

09:05   12   Q.   Were they eventually buried?

09:05   13   A.   Oh, yes, sir.

09:05   14   Q.   Now, before the mortuary blew up, was there a bouquet

15   of red-and-white carnations delivered?

09:05   16   A.   Well, I didn't see the bouquet.  I heard that it had

17   been delivered.  But, of course, it had been damaged during

18   the explosion.  I never saw it.  But others told me it was

19   there.

09:06   20   Q.   Let me ask you, sir:  Do you know the bouquet of

21   red-and-white carnations to be the calling sign of any

22   organization?

09:06   23   A.   ATF.

09:06   24   Q.   ATF?

09:06   25   A.   Yes.

| | | |
|---|---|---|
| 09:06 | 1 | Q.   Not the Hells Angels? |
| 09:06 | 2 | A.   No. |
| 09:06 | 3 | I believe ATF puts a red-and-white bouquet at funerals |
| | 4 | after every Mongol funeral. |
| 09:06 | 5 | Q.   Let me ask you, uh -- speaking of which, during your |
| | 6 | tenure in the -- let me ask you -- strike that. |
| 09:06 | 7 | Why do you believe the ATF did that? |
| 09:06 | 8 | A.   Well, because in 2003, I believe, after the "Laughlin" |
| | 9 | battle at Laughlin Nevada, I went to a funeral in |
| | 10 | Montebello.  And there was very high security there.  All |
| | 11 | the brothers that were able to come to that funeral came. |
| | 12 | And as I walked from my parking area two blocks away, there |
| | 13 | at an intersection was a 7-foot tall red-and-white bouquet |
| | 14 | of flowers.  Red and white. |
| 09:07 | 15 | And there's no way that I believe -- you can never make |
| | 16 | me believe that a Hells Angel will walk into a Mongol |
| | 17 | funeral in East Los Angeles or Montebello or City of |
| | 18 | Commerce or Pico Rivera. |
| 09:07 | 19 | He got away with it in San Diego, but he's -- he won't |
| | 20 | get away with it anywhere else just because of security. |
| | 21 | People see and know who's who. |
| 09:08 | 22 | So I -- that's why I believe they didn't put that |
| | 23 | red-and-white bouquet at the funeral I went to in 2003. |
| 09:08 | 24 | Q.   Now, have you all been harassed by the -- by law |
| | 25 | enforcement over the years? |

| | | |
|---|---|---|
| 09:08 | 1 | A.   Oh, sure. |
| 09:08 | 2 | Q.   Would you tell the ladies and gentlemen'a the jury |
| | 3 | about that? |
| 09:08 | 4 | A.   Well, one of 'em is in here. |
| 09:08 | 5 | Q.   What's that, sir? |
| 09:08 | 6 | A.   One of those persons are in here?   *(Verbatim.)* |
| 09:08 | 7 | Q.   Which one's that? |
| 09:08 | 8 | A.   Man sitting there in the middle with the beard. |
| | 9 | *(Indicating.)* |
| 09:08 | 10 | Q.   Let the record reflect he's referring to John -- Agent |
| | 11 | John Ciccone. |
| 09:08 | 12 | A.   Oh, yes, sir. |
| 09:08 | 13 | Q.   Tell us about that harassment. |
| 09:08 | 14 | A.   He often parked at the Post Office behind my home, when |
| | 15 | I lived in Pico Rivera, watched my property, watched my wife |
| | 16 | and I as we came and left. |
| 09:08 | 17 |      One day as my wife and I were in the front yard, he |
| | 18 | dared to pull into my driveway in his cop car.  My wife told |
| | 19 | 'em gently to "*Get the F outta here.*" |
| 09:09 | 20 | Q.   And did he? |
| 09:09 | 21 | A.   Yes. |
| 09:09 | 22 | Q.   How present was law enforcement at Mongols' residences |
| | 23 | and events, even funerals? |
| 09:09 | 24 | A.   Well, uh, I was at a funeral this year, in May -- may I |
| | 25 | say whose funeral it was? |

| | | |
|---|---|---|
| 09:09 | 1 | Q.   Of course. |
| 09:09 | 2 | A.   It was Terry "The Tramp," from the Vagos, who was a |
| | 3 | very good friend of mine, throughout our lives.  The Mongols |
| | 4 | went to his funeral in strong representation. |
| 09:09 | 5 | And, actually, I only went to one part of a three-part |
| | 6 | funeral.  There was a fund-raiser that the Mongols joined |
| | 7 | the Vagos in.  There was a memorial that the Vagos and |
| | 8 | Mongols were together at Terry "The Tramp's," uh, memorial. |
| 09:10 | 9 | I went to the funeral where there were hundreds of |
| | 10 | Mongols there and hundreds of Vagos there together.  And at |
| | 11 | the top'a the hill, at Rose Hills, were 20 armed officers we |
| | 12 | believed were from ATF and federal government.  20 of 'em. |
| 09:10 | 13 | Q.   Sir, I -- I'm gonna have Andrea there show you what has |
| | 14 | been marked as Exhibit D35, D36, D37, D38 and D49. |
| 09:10 | 15 | (Exhibits provided to the witness.) |
| 09:10 | 16 | BY MR. YANNY: |
| 09:10 | 17 | Q.   And I want you to review those and tell me if you |
| | 18 | recognize 'em. |
| 09:10 | 19 | A.   Okay.  D35 is a funeral procession of John Tullis -- |
| | 20 | let's see -- forget the month, but it was 2005.  And the |
| | 21 | funeral car is being towed by, uh, "Little Ed." |
| 09:11 | 22 | Q.   That's D36? |
| 09:11 | 23 | A.   D35. |
| 09:11 | 24 | Q.   Okay. |
| 09:11 | 25 | A.   D36 is a more clear picture of "Little Ed" driving the |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

52

|       |    |                                                         |
|-------|----|---------------------------------------------------------|
|       | 1  | vehicle, driving the funeral cart for David Tullis --   |
| 09:11 | 2  | THE COURT:  David who?                                   |
| 09:11 | 3  | THE WITNESS:  Oh, 'scuse me.  John Tullis.              |
| 09:11 | 4  | THE COURT:  "John?"                                      |
| 09:11 | 5  | THE WITNESS:  John Tullis.                               |
| 09:11 | 6  | I'm sorry, sir.                                          |
| 09:11 | 7  | THE COURT:  John Tullis?                                 |
| 09:11 | 8  | THE WITNESS:  Yes.                                       |
| 09:11 | 9  | BY MR. YANNY:                                            |
| 09:11 | 10 | Q.   Can you spell that, "Mony"?                         |
| 09:11 | 11 | A.   Uh, T-U-L-L-I-S.                                    |
| 09:12 | 12 | Q.   Okay.                                               |
| 09:12 | 13 | A.   It was held in Buena Park.                          |
| 09:12 | 14 | Q.   And he was a Mongol?                                |
| 09:12 | 15 | A.   Yes.                                                |
| 09:12 | 16 | Q.   Go ahead, sir.                                      |
| 09:12 | 17 | A.   D37 is the funeral procession following the funeral |
|       | 18 | cart.  The brothers are already riding behind the funeral |
|       | 19 | cart.                                                   |
| 09:12 | 20 | D38 is what I assumed at that time was ATF pointing     |
|       | 21 | something at my wife and I, while I quickly grabbed my  |
|       | 22 | camera, took pictures of them, and caught them clearly  |
|       | 23 | pointing guns at others.  But it looks like something was |
|       | 24 | pointed at us, also.                                    |
| 09:12 | 25 | Q.   At a funeral?                                       |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

53

| | | |
|---|---|---|
| 09:12 | 1 | A.    Yes.  That would be at John Tullis' funeral. |
| 09:12 | 2 | Q.    All right, sir. |
| 09:12 | 3 | A.    D39, same funeral, John Tullis' funeral, with armed |
| | 4 | police officers pointing weapons at someone.  I -- I cannot |
| | 5 | see who they're pointing them at.  But I'm taking the |
| | 6 | photographs. |
| 09:13 | 7 | Q.    Did you take these photographs? |
| 09:13 | 8 | A.    Yes, I did. |
| 09:13 | 9 | MR. YANNY:  Your Honor, I would offer them into |
| | 10 | evidence. |
| 09:13 | 11 | THE COURT:  D35, -36, -37, -38, -39 are received. |
| 09:13 | 12 | *(Exhibit No. D35 received in evidence.)* |
| 09:13 | 13 | *(Exhibit No. D36 received in evidence.)* |
| 09:13 | 14 | *(Exhibit No. D37 received in evidence.)* |
| 09:13 | 15 | *(Exhibit No. D38 received in evidence.)* |
| 09:13 | 16 | *(Exhibit No. D39 received in evidence.)* |
| 09:13 | 17 | MR. YANNY:  Thank you, sir. |
| 09:13 | 18 | I'm gonna publish these to the jury. |
| 09:13 | 19 | *(Exhibit displayed.)* |
| 09:13 | 20 | BY MR. YANNY: |
| 09:13 | 21 | Q.    Mony, if you look at the screen sittin' in front'a you, |
| | 22 | you're gonna -- |
| 09:13 | 23 | A.    Oh, in front'a me. |
| 09:13 | 24 | Q.    -- see photos.  The wonder of modern technology. |
| 09:13 | 25 | A.    Yes. |

09:13    1    Q.   Is that funeral procession you're talking about for

         2    Mr. Tullis?

09:13    3    A.   Yes.  That's "Little Ed" towing the cart with the body

         4    of John Tullis.

09:14    5    Q.   How many -- how many Mongols were in attendance?

09:14    6    A.   On that day I can't estimate.  The procession

         7    disappeared off into the horizon.  I could only guess.  If I

         8    tried to count, it would be -- lost count at 3- to 400,

         9    every time.

09:14   10    Q.   Let me ask you:  Were there other clubs present as,

        11    well?

09:14   12    A.   At that club -- at that funeral, I can't remember who

        13    was there other than the brothers.

09:14   14    Q.   Is it typical that other clubs pay their respects when

        15    a member passes from another club?

09:14   16    A.   Yes.

09:14   17         If a brother passes in East Los Angeles, the club will

        18    send -- or ask members to come from all over the world in

        19    representation, sometimes only two or three at a time.

        20    Local chapters will bring everyone.

09:15   21         When I was a young man, it was mandatory, meaning take

        22    a day off and get to the funeral.  And that's how we lived.

09:15   23         And that's how it is today.  If you can't make it,

        24    there's an excuse.  You're either at work or doing something

        25    that won't allow you to go.  But the brothers are very

|  |  |  |
|---|---|---|
|  | 1 | strong about paying respects at a funeral.  And it rubs off |
|  | 2 | on the family. |
| 09:15 | 3 | If I may?  When my wife passed away in 2015, 100 |
|  | 4 | brothers came to my home to pay her respects. |
| 09:15 | 5 | Q.   Let me ask you, sir -- I'ma show you D36.  Is that the |
|  | 6 | one -- the closer look? |
| 09:15 | 7 | A.   Yes.  That's "Little Ed" driving the funeral cart with |
|  | 8 | John Tullis' body. |
| 09:15 | 9 | Q.   And would you tell the ladies and gentlemen of the jury |
|  | 10 | what's in D37 here. |
| 09:16 | 11 | *(Exhibit displayed.)* |
| 09:16 | 12 | A.   That's the beginning of the funeral procession behind |
|  | 13 | the funeral cart. |
| 09:16 | 14 | Q.   And there -- |
| 09:16 | 15 | A.   We follow the cart, we follow the body to the funeral |
|  | 16 | in a slow caravan. |
| 09:16 | 17 | Q.   How do you keep the bikes up moving that slow? |
| 09:16 | 18 | A.   Well... *(Demonstrating.)* |
| 09:16 | 19 | *(Laughter in the courtroom.)* |
| 09:16 | 20 | MR. YANNY:  All right, sir.  I got it. |
| 09:16 | 21 | I'm gonna show you what's been marked as D39. |
| 09:16 | 22 | *(Exhibit displayed.)* |
| 09:16 | 23 | BY MR. YANNY: |
| 09:16 | 24 | Q.   Would you tell the ladies and gentlemen'a the jury what |
|  | 25 | that is. |

09:16   1   A.   I saw these officers arming themselves.  And I thought

2   what I saw was a "Mini 14" or other type of automatic weapon

3   being pointed at my wife and I.

09:17   4       I started taking photographs with this regard to my

5   safety.  I wanted evidence that something was going on, and

6   that's why I took those photographs.

09:17   7   Q.   Was there any riots going on?

09:17   8   A.   No.

09:17   9   Q.   Were there any fights going on?

09:17   10  A.   No.

09:17   11  Q.   How many law enforcement personnel do you estimate were

12  there that day for this funeral?

09:17   13  A.   I cannot estimate.  I couldn't see the entire area.

14  When I saw this, I concentrated on watching this.

09:17   15      I saw approximately six to eight officers in front of

16  me.

09:17   17  Q.   Did you see other police vehicles and officers

18  elsewhere?

09:17   19  A.   No.  We were quickly pointed in the direction of the

20  procession to leave.  You know, like, *Go, go.  Everybody*

21  *out.  Out.*  Signaling to -- to get in the procession and go.

09:18   22  Q.   I'ma show you just D39.

09:18   23      *(Exhibit displayed.)*

09:18   24  BY MR. YANNY:

09:18   25  Q.   And this is what, sir?

09:18     1    A.    Yes.   I took those photographs of the police

          2    authorities pointing guns at the brothers at the funeral.

          3    But those aren't just men they're pointing guns at.   We also

          4    had our wives and family members there.

09:18     5    Q.    When you say "and family members," what are you

          6    referring to?

09:18     7    A.    Well, it was John Tullis' funeral.   His grandchildren

          8    were there.   His brothers and sisters were there.   There

          9    were family members that were there who were related to John

         10    Tullis.   My wife was there and other wives were there.

09:18    11    Q.    Was anybody engaging in any conduct that would justify,

         12    in your opinion, drawing weapons?

09:19    13    A.    No.   As you can see, there's a beer pack on the ground.

         14    And I don't think it was over the beer.   I never knew what

         15    it was over.

09:19    16    Q.    So you -- they had the guns drawn for public

         17    intoxication perhaps?

09:19    18    A.    Could be.

09:19    19    Q.    Now, let me ask you, sir:   How common was it, from your

         20    experience, for law enforcement to behave that way at

         21    Mongols funerals?

09:19    22    A.    Well, in the beginning it wasn't common at all.   But

         23    after the 1970s, uh, the authorities were at every -- every

         24    funeral.   Very noticeable, particularly at the last one I

         25    was at, at Rose Hills in May.

09:19   1   Q.   Did they ever -- "they" being law enforcement, um,

        2   interrupt funerals?

09:20   3   A.   Not while I was there.  Um, most were just watching,

        4   um, armed.  Most wore camouflage or black uniforms.  Some

        5   drove undercover cars.  But most drove cars with emblems

        6   showing that they were police officers from some authority.

09:20   7   Q.   Had you ever been to any holiday parties where law

        8   enforcement behaved in the same fashion?

09:20   9   A.   Let's see.  I've missed a lot over the years.  But I

       10   did make it to the Christmas party, which was last December.

       11   And police cars were stationed all up and down the block at

       12   every corner, uh, up to half a mile away.

09:21  13   Q.   Did they engage in stops of folks from the parties?

09:21  14   A.   Not that I saw.  But what I saw was plenty of uniformed

       15   officers in the neighborhood, as well as many cars.

09:21  16   Q.   Sir, you indicated you knew of, certainly, Agent --

       17   Special Agent John Ciccone?

09:21  18   A.   Never met 'em.  Only saw him in my driveway and

       19   snooping around.

09:21  20   Q.   See 'em other places?

09:21  21   A.   Yes, I did.

09:21  22   Q.   Where?

09:21  23   A.   In 2013 or '14, one'a the last, um, "Save the Patch"

       24   fundraisers that my wife drove me to at a Los Angeles Harley

       25   Davidson motorcycle shop, run by a man named "Youngster" --

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

59

|  |  |  |
|---|---|---|
|  | 1 | uh, as we rolled up, my wife pointed to John Ciccone and |
|  | 2 | said, *There's -- There he is.*  She had her own name for him, |
|  | 3 | and she pointed at him telling me, *There he is.* |
| 09:22 | 4 | And he was backed into a driveway nextdoor to the |
|  | 5 | motorcycle fundraiser that we were having for "Save the |
|  | 6 | Patch." |
| 09:22 | 7 | My wife dropped me off.  And then she went driving |
|  | 8 | around for 20 minutes, while I made my donation.  Then she |
|  | 9 | came back for me; I hopped in the car and left.  But I was |
|  | 10 | there long enough to see the police presence. |
| 09:23 | 11 | Q.   Same kinda police presence? |
| 09:23 | 12 | A.   Yes. |
| 09:23 | 13 | Q.   And were there -- how many different clubs were |
|  | 14 | there -- |
| 09:23 | 15 | A.   Uh -- |
| 09:23 | 16 | Q.   - to the best of your recollection? |
| 09:23 | 17 | A.   -- that -- on that day, I saw the Soldiers for Jesus. |
|  | 18 | The Vagos were there.  And I believe the Hessians were |
|  | 19 | there. |
| 09:23 | 20 | Q.   You said Soldiers for Jesus? |
| 09:23 | 21 | A.   Yes. |
| 09:23 | 22 | Q.   What is that, sir? |
| 09:23 | 23 | A.   Motorcycle club.  It's a motorcycle club with guys that |
|  | 24 | pray to Jesus.  I see 'em all the time in, uh -- at my home |
|  | 25 | in the town of Crestline.  'Cause they sponsor fundraisers |

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
|       | 1  | for, um, the needy.                                            |
| 09:24 | 2  | Q.   So this is a Christian club?                             |
| 09:24 | 3  | A.   Yes.                                                     |
| 09:24 | 4  | Q.   And can you just describe what their patch looks like?  |
| 09:24 | 5  | A.   It's a large yellow-goldish club and it says, "Soldiers |
|       | 6  | for Jesus."                                                    |
| 09:24 | 7  | Q.   Has it got a cross on it?                                |
| 09:24 | 8  | A.   Right on the back, yes.                                  |
| 09:24 | 9  | Q.   Got a cross on it?                                       |
| 09:24 | 10 | A.   Yes.                                                     |
| 09:24 | 11 | Q.   In the middle?                                           |
| 09:24 | 12 | A.   Yes.                                                     |
| 09:24 | 13 | Q.   Do they wear any bottom rockers?                         |
| 09:24 | 14 | A.   I don't pay attention much.  I don't look at them as,   |
|       | 15 | um, outlaw clubs or 1 Percenters.  All I read is the top.    |
|       | 16 | Says, "Soldiers for Jesus."  And that's all I've ever cared  |
|       | 17 | about.                                                         |
| 09:25 | 18 | Q.   Let me ask you, sir:  Is the kind'a behavior shown in   |
|       | 19 | those exhibits by law enforcement typical of the way they    |
|       | 20 | treat the Mongols?                                            |
| 09:25 | 21 | A.   Yes.                                                     |
| 09:25 | 22 | Q.   And you've seen it many times?                           |
| 09:25 | 23 | A.   Many times.                                              |
| 09:25 | 24 |      While I lived in Pico Rivera, sheriff was following,    |
| 09:25 | 25 | uh, one'a the Mongols to my home, and I had the opportunity  |

|   |   |   |
|---|---|---|
|  | 1 | to -- to see this, as I was going to meet this brother.  I |
|  | 2 | saw what was happening as this, uh, sheriff was making a |
|  | 3 | wild turn in the school parking lot.  I slowed down my |
|  | 4 | vehicle, allowing my friend to escape because, uh, this, uh, |
|  | 5 | police officer was acting erratic, and I wanted to make sure |
|  | 6 | this brother was gonna be safe. |
| 09:26 | 7 | So he drove away.  Went to my home.  Officer finally |
|  | 8 | came around the corner.  Did not see this person he was |
|  | 9 | about to, uh, accost.  Instead, he brought 11 police |
|  | 10 | officers against me.  So they surrounded me and, um -- all |
|  | 11 | 11 of 'em.  Most of 'em wondering what the hell were they |
|  | 12 | doing there.  'Cause some of 'em knew me. |
| 09:26 | 13 | And one of 'em finally came to me and told me that, um, |
|  | 14 | because the Mongol disappeared, I would be getting a ticket |
|  | 15 | for a broken windshield.  They didn't know how to handle it. |
| 09:26 | 16 | So I received a ticket for a broken windshield, which I |
|  | 17 | deemed as harassment. |
| 09:26 | 18 | Q.    'emme ask you sir:  I wanna get back to your business, |
|  | 19 | the -- called the Frame Up. |
| 09:27 | 20 | A.    Yes. |
| 09:27 | 21 | Q.    Did something terrible happen at that place? |
| 09:27 | 22 | A.    Yeah. |
| 09:27 | 23 | Q.    You remember when? |
| 09:27 | 24 | A.    Uh, on September 24th, 1977.  This was three weeks |
|  | 25 | after Red Beard, Jingles, and their wives were shot off |

```
           1   their motorcycles.  On this date we were planning to close
           2   early.  A man about my age walked in with a flattened wheel.
           3   I discussed with him that we didn't have time to repair this
           4   wheel, to take it somewhere else.
09:27      5        But, as money talks, he flipped me a $50 bill, so I
           6   took the wheel.  I grabbed the wheel, tossed it through the
           7   air -- probably from here to the benches over there
           8   (indicating) -- just tossed it through the air, wheel and
           9   all.  It landed, bounced, and the guys took it to another
          10   area to take it apart.
09:28     11   Q.   Now, you say "the guys," which guys, sir?
09:28     12   A.   That would be Henry and Raymond.
09:28     13   Q.   Last names?
09:28     14   A.   Henry J. Jimenez, IV and Raymond Hernandez.
09:28     15   Q.   Now, Jimenez was your cousin?
09:28     16   A.   Yes.
09:28     17   Q.   And the other gentleman was?
09:28     18   A.   Was Ron Hernandez' younger brother.  He was 15 at the
          19   time.
09:28     20        THE COURT:  And what was his name again?
09:28     21        THE WITNESS:  It would be Raymond Hernandez.
09:28     22   BY MR. YANNY:
09:28     23   Q.   And what happened after that, sir?
09:28     24   A.   Well, few minutes went by.  Henry came to me and said
          25   that it looked like there was a rat's nest in the tire.
```

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | Well, I didn't think anything of it.                     |
| 09:29 | 2  | Not being a bomb expert, never being in the army, I had  |
|       | 3  | absolutely no training as what to look for.  So I assumed it |
|       | 4  | was -- he was describing a rat's nest.  So I just said,  |
|       | 5  | "Well, just take it apart.  He's getting a new tire anyway." |
| 09:29 | 6  | And a minute later it exploded.  So while this           |
|       | 7  | explosion was going on, the -- everything behind me was  |
|       | 8  | flying through the air, uh -- kind of this way           |
|       | 9  | *(indicating)* -- behind me, probably because of the way the |
|       | 10 | racks of parts were.                                     |
| 09:29 | 11 | Q.   Indicating -- hold on -- indicating over your head from |
|       | 12 | right to left?                                           |
| 09:29 | 13 | A.   Yes.                                                |
| 09:29 | 14 | Q.   Okay.                                               |
| 09:29 | 15 | A.   Behind me, mostly.                                  |
| 09:29 | 16 | Q.   Behind you?  Yes, sir.                              |
| 09:29 | 17 | A.   And I watched 90 feet of the window, uh -- the windows |
|       | 18 | were -- there was 90 feet of glass across the front side of |
|       | 19 | the window.  It was 90 feet by 10 feet high.  And I watched |
|       | 20 | all this glass explode.  And I watched parts and just things |
|       | 21 | flying through the air all around me.                    |
| 09:30 | 22 | And the noise was indescribable.  The feeling was        |
|       | 23 | indescribable, as something -- I could tell you right now |
|       | 24 | what it is.  And it's a thumping, grinding sound that I can |
|       | 25 | hear anytime I want to that absorbed my whole body.  And |

Case 2:13-cr-00106-DOC   Document 444   Filed 06/03/19   Page 64 of 82   Page ID #:5469
2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

64

```
         1    then I could feel the whole building shaking.  And then I
         2    could smell what I figured out later was bodies burning.
09:31    3        So I turned to the left and I saw Gale -- I forget his
         4    last name -- but Gale was walking out zombielike, like
         5    outstretched, real slow, dragging his feet.
09:31    6        And I ran back in.  I knew there was two more people in
         7    there.  And I found Henry on the floor.  His body was
         8    destroyed, um, dismembered.  I could see his face, and I
         9    told 'em that help was on the way.  But his -- his body
        10    was -- he died instantly.
09:32   11        Then I crawled, looking for the other person.  And I
        12    found him.  He died instantly.  His body was dismembered
        13    also.  And I crawled out of the building.  And by then
        14    people were running to help us.
09:32   15        A lady came running across the street from her vehicle
        16    and was shouting that, "I'm a doctor.  I'm a doctor."  And I
        17    warned her not to go in, that they were already dead.  And
        18    she came out...
09:32   19    Q.   You okay?
09:32   20    A.   She was in shock.  So she stayed a while.  And by then,
        21    police, fire department started getting there.
09:33   22        However, the first ones to get there were the Mongols.
        23    I went across the street and used the cell -- um, telephone
        24    booth to call our "check out."  That would be the one person
        25    that knows where everyone is.
```

09:33   1        I called him, immediately told 'em Raymond and Henry

        2   had been killed.  He sent a boarding team to cover the

        3   windows.  And so while I was taken to jail for twelve hours,

        4   my brothers boarded the windows and locked up the place.

09:34   5        Rather than being taken to the hospital, I was put in a

        6   jail cell and investigated.  I never went to the hospital.

        7   We sat there for twelve hours.  And they finally sent us

        8   home that night, uh, after midnight.

09:34   9        The incident took place before noon that day, and

       10   that's -- that's how the day ended:  Laying on the floor,

       11   under guard, at my parent's house.

09:34  12   Q.   You say "under guard"?

09:34  13   A.   Yeah, we had to guard ourselves.

09:34  14   Q.   Now, were you able to -- well, strike that.

09:35  15        Were you able to identify the man that brought the

       16   tire?

09:35  17   A.   He actually was bragging.

09:35  18   Q.   That calls for a "yes" or "no."

09:35  19   A.   No.  Oh, I could -- I could identify 'em, but I was not

       20   able to identify who it was --

09:35  21   Q.   At the time?

09:35  22   A.   -- that day, yes.

09:35  23   Q.   Did you eventually -- were you able eventually to

       24   identify that man?

09:35  25   A.   Yes.

09:35    1    Q.   Would you tell the ladies and gentlemen of the jury how
         2    and who it was?
09:35    3    A.   Well, Thomas Heath was bragging that he had done
         4    something to earn a Hells Angel patch.  He got a job at a
         5    textile company in the city of Bandini where one'a my
         6    friends was working.
09:35    7         Thomas Heath was bragging to this man that he was --
         8    had a fresh patch, he just did something, and he's proud of
         9    it -- or, at least, that's what it sounded like from my
        10    friend.
09:36   11         My friend called me immediately to tell me there was a
        12    guy down there.  And that's how I learned his name.
09:36   13    Q.   Now, Mony, before the tire was delivered, the one that
        14    exploded, there was some rather strange things going on near
        15    your shop the days and weeks leading up to that, were there
        16    not?
09:36   17    A.   Yes, yes.  Approximately Saturday about 11:00 o'clock,
        18    September 11th, I believe, we were having a meeting and we
        19    saw someone -- three of us saw someone take a picture of us
        20    from a gold Camaro.
09:37   21         My cousin, being an expert, said that was a 1974 gold
        22    Camaro.  So I figured he'd be back following Saturday about
        23    the same time.
09:37   24         While I had a camera, another friend -- one'a the
        25    brothers -- stayed on the sidewalk waiting for a gold

```
         1    Camaro.  When he saw a gold Camaro, he signaled me with an

         2    armed forces signal to take a photograph.  And I did.  I

         3    took a photograph of the gold Camaro, but could not see who

         4    was driving it.

09:37    5        A week after that, a third person saw the gold Camaro

         6    unloading the wheel around the corner.  We never -- I never

         7    saw the gold Camaro again.  I saw it twice; didn't see it on

         8    the third day, on the third trip.

09:38    9        The person who saw the gold Camaro the third time was

        10    out test-riding one'a the motorcycles.  So when he came

        11    back, the building was already destroyed.

09:38   12    Q.   Now, who -- the man that delivered that tire, um, to

        13    your shop, the one that exploded, you got a clear look at

        14    his face, didn't you?

09:38   15    A.   Yes.

09:38   16    Q.   Did you have occasion to see him in Long Beach at a

        17    subsequent point in time?

09:38   18    A.   Yes, I did.  During the years after that I did not

        19    follow the case.  People would often tell me how things were

        20    going, who was in jail, who got out.  I wasn't interested in

        21    going -- following the case or, uh -- or the cases.

09:39   22        But around 2010, I saw Thomas Heath at a Long Beach

        23    motorcycle event.  And as he walked by me, and I stood still

        24    in my space, he walked approximately 60 feet -- as I watched

        25    his eyes; he watched mine -- in other words, he walked
```

```
      1    60 feet, and I watched him the whole time as we made eye
      2    contact.  He was wearing his San Francisco Hells Angel hat.
09:39 3    Q.   To your knowledge, sir, was he ever held to account
      4    what happened -- for what happened?
09:40 5    A.   I never confirmed it until I read the article by
      6    Aging Rebel two months ago.  I wasn't interested in
      7    following, uh, news media, court cases, court numbers, or
      8    anything like that.  But I finally read his article six
      9    years after he wrote it.  And that confirmed to me that I
      10   was right about who did it.
09:40 11   Q.   Heath?
09:40 12   A.   Yes.
09:40 13   Q.   He was convicted for, uh --
09:40 14   A.   He was convicted for murder.  He got 35 years.  He was
      15   actually caught bragging again, and that's why he was
      16   convicted:  Because a police officer heard him, uh, bragging
      17   about being a murderer and that he could do it anytime he
      18   wanted to.  And the people he were [sic] beating up were
      19   willing to testify against him.  And so they did.
09:41 20       He had already been RICO'd.  I believe him and maybe
      21   half a dozen others were RICO'd for carrying, uh, the
      22   bomb-making products.  They all got outta jail.
09:41 23       And then Thomas Heath went back in 2012.  And that's
      24   the last I heard've 'em.
09:41 25   Q.   I'm curious, Mony.  On the day in question,
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | September 24th, 1977, um, somebody delivers a tire to your   |
|       | 2  | shop.                                                        |
| 09:42 | 3  | A.   Yes.                                                    |
| 09:42 | 4  | Q.   Oh, yes, sir.  And it explodes?                         |
| 09:42 | 5  | A.   Yes.                                                    |
| 09:42 | 6  | Q.   "Yes."  It killed two people?                           |
| 09:42 | 7  | A.   Yes, it did.                                            |
| 09:42 | 8  | Q.   One was your partner and one was a 15-year-old boy      |
|       | 9  | that'd never even had the opportunity to legally operate a  |
|       | 10 | motorcycle yet.                                              |
| 09:42 | 11 | A.   Right.  My partner was also my cousin:  Henry J.        |
|       | 12 | Jimenez, IV -- my mother's nephew; my aunt's son.            |
| 09:42 | 13 | Q.   And were you injured?                                   |
| 09:42 | 14 | A.   No, I wasn't.  As far as any bones broken or bleeding,  |
|       | 15 | no.                                                          |
| 09:42 | 16 | Q.   How's your hearing?                                     |
| 09:42 | 17 | A.   I have a lotta trouble, uh, hearing, concentrating,     |
|       | 18 | uh -- um, memory loss is a big problem now.  Names.  I can't |
|       | 19 | remember everyone's name like I used to.                     |
| 09:43 | 20 | Q.   Yeah.  You're still minus five guys on that list.       |
| 09:43 | 21 | A.   What's that again?                                       |
| 09:43 | 22 | Q.   I said, "You're still minus five guys on that list."    |
| 09:43 | 23 | A.   Oh, yeah.                                                |
| 09:43 | 24 | Q.   If it comes to you, just give 'em to us.                |
| 09:43 | 25 | A.   'kay.                                                    |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

70

09:43   1    Q.   And if -- how long did -- after the explosion, did it

2    take for law enforcement types to arrive?

09:43   3    A.   Let's put it this way:  It took awhile.  The Mongols

4    got there first.  Fire department was next.  And the police

5    officers got there next.

09:43   6         You could hear the explosion all throughout that area.

7    The fire department fellers that were there told us that

8    they heard the explosion all the way to York Street, which

9    was a half a mile away.

09:44   10   Q.   How badly was the business?  *(Verbatim.)*

09:44   11   A.   Uh, the roof was -- exploded.  Every nail on the roof

12   was -- exploded off of the roof.  Every -- every glass was

13   exploded.  It'd be 90 feet by 10 feet.  All the shelves were

14   knocked over.  All the shelves in the work area were emptied

15   out.  Paint tipped over.  Just shambles of, uh -- piles of

16   parts, and, uh, just stuff all over the place.

09:44   17        The front lobby was shown later on television.  I saw

18   it for the first time on television, and it looked like a

19   bomb exploded it.  And it was shown on, uh, *Gangland* series

20   television since 2008.

09:45   21   Q.   Sir, let me ask you --

09:45   22   A.   Oh -- I'm sorry, sir.

09:45   23        That photo was actually showed on *Chronicles* within the

24   last five years.

09:45   25   Q.   Was there another explosion of a brother's car about

|          |    | the same time -- near in time to the -- |
|----------|----|------------------------------------------|
| 09:45    | 2  | A.   Uh, two weeks later a bomb exploded in Prez Louie's van |
|          | 3  | in the City of Atwater.  The bomb exploded downward; the van |
|          | 4  | went up, and he was -- life was spared. |
| 09:46    | 5  | Q.   Now, when the -- when the cops, uh, arrived at your |
|          | 6  | shop the day of that explosion, they took you into custody? |
| 09:46    | 7  | A.   Yes. |
| 09:46    | 8  | Q.   Did they tell you why? |
| 09:46    | 9  | A.   No. |
| 09:46    | 10 | Q.   Did they ever tell you why they held you for twelve |
|          | 11 | hours? |
| 09:46    | 12 | A.   No.  I could only assume, um, that those stacks of |
|          | 13 | files were Hells Angels files.  There was a 3-foot-tall |
|          | 14 | stack of files.  And so I'm assuming they were investigating |
|          | 15 | and they weren't sure who did the deed. |
| 09:46    | 16 | Q.   And were you ever offered medical care or assistance? |
| 09:46    | 17 | A.   Never. |
| 09:46    | 18 | Q.   Did the doctor at the jail come in to visit you? |
| 09:46    | 19 | A.   Never.  I have never seen a doctor. |
| 09:47    | 20 | MR. YANNY:  One second, Your Honor. |
| 09:47    | 21 | THE COURT:  *(To the jury:)* Why don't you take 15 |
|          | 22 | minutes before we start cross-examination. |
| 09:47    | 23 | You're admonished not to discuss this matter |
|          | 24 | amongst yourselves nor form or express any opinion |
|          | 25 | concerning the case. |

| | | |
|---|---|---|
| 09:47 | 1 | And the government will start right after the |
| | 2 | recess. |
| 09:47 | 3 | Counsel, if you would remain for just a moment. |
| 09:47 | 4 | MR. YANNY:  Yes. |
| 09:47 | 5 | *(Jury recesses at 9:37 a.m.)* |
| 09:47 | 6 | THE COURT:  All right.  Have a seat. |
| 09:48 | 7 | *(Outside the presence of the jury.)* |
| 09:48 | 8 | THE COURT:  *(To the witness:)* Sir, thank you very |
| | 9 | much.  You may step down.  We'll see you in 15 minutes. |
| | 10 | Okay? |
| 09:48 | 11 | THE WITNESS:  Thank you. |
| 09:48 | 12 | THE COURT:  I want you to leave the courtroom.  I |
| | 13 | want to speak to counsel. |
| 09:48 | 14 | And this has vital information from you that |
| | 15 | Debbie just received in an email.  So I'd ask the witness to |
| | 16 | remain outside for just a moment. |
| 09:48 | 17 | *(Witness exits the courtroom.)* |
| 09:48 | 18 | **DISCUSSION RE WITNESS RUBEN CAVAZOS** |
| 09:48 | 19 | THE COURT:  All right.  During the session -- the |
| | 20 | witness is no longer present -- Debbie received an email |
| | 21 | from Angel Navarro, who is the attorney who was appointed by |
| | 22 | the Court to represent Ruben Cavazos.  The email reads as |
| | 23 | follows -- this is from Angel Navarro, concerning Ruben |
| | 24 | Cavazos, sent to the clerk of the Court: |
| 09:49 | 25 | "Good morning.  I received an email |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

73

|          |    |                                                  |
|----------|----|--------------------------------------------------|
|          | 1  | from John Littrell.  John took over the          |
|          | 2  | original case for Mr. Cavazos when I             |
|          | 3  | left the Federal Public Defender Office          |
|          | 4  | in early 2010.  Mr. Cavazos has reached          |
|          | 5  | out to John."                                    |
| 09:49    | 6  | I'm assuming that that's John Littrell.          |
| 09:49    | 7  | "Per John" -- and I'm assuming that              |
|          | 8  | that's John Littrell -- "Mr. Cavazos             |
|          | 9  | does not want me to represent him.  He           |
|          | 10 | would like for John" -- and I'm assuming         |
|          | 11 | that's John Littrell -- "to represent            |
|          | 12 | him.                                             |
| 09:49    | 13 | "Also, Mr. Cavazos does not desire to            |
|          | 14 | come out to L.A.  He has concerns about          |
|          | 15 | his safety.  He was a cooperating                |
|          | 16 | defendant in the original Mongols case.          |
|          | 17 | How would you like me to proceed?"               |
| 09:50    | 18 | I wanted to share that information with each of  |
|          | 19 | you.  Because my proposal is to have both John Littrell and |
|          | 20 | Angel Navarro, as counsel, come to this Court on the day |
|          | 21 | that Mr. Cavazos is coming to this Court.        |
| 09:50    | 22 | And, therefore, we are not wasting time in terms |
|          | 23 | of there being a potential switch or change of mind. |
|          | 24 | Because I can't discern from this whether he's testifying or |
|          | 25 | not.  And I don't know what his position will be when he's |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

74

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | here.                                                        |
| 09:50 | 2  | But if you need him here, we don't change course.            |
|       | 3  | He's on the way, on transportation out of his location,      |
|       | 4  | which is in a different location in the United States.  And  |
|       | 5  | he's gonna have to go through Oklahoma transfer station      |
|       | 6  | because there's different air runs across America.           |
| 09:50 | 7  | He's supposed to be near November 28th or, at the            |
|       | 8  | latest, the 29th.  And I think that we need to obviously      |
|       | 9  | have a hearing, sort out who is finally going to be counsel   |
|       | 10 | of record, find out what his Fifth Amendment right position   |
|       | 11 | is.  But you're kind of forewarning that apparently from     |
|       | 12 | this, whatever information you've been receiving, there may   |
|       | 13 | be some reluctance.                                          |
| 09:51 | 14 | I want to make certain you still want him.  I                |
|       | 15 | would suggest to you that you do since you've gone, you       |
|       | 16 | know, through the process so far.  But he is expressing      |
|       | 17 | concerns about his safety.                                   |
| 09:51 | 18 | MR. YANNY:  Your Honor, can I be heard for a                 |
|       | 19 | second?                                                      |
| 09:51 | 20 | THE COURT:  Certainly.                                       |
| 09:51 | 21 | MR. YANNY:  I had originally been led to believe             |
|       | 22 | by Mr. Cavazos, Ruben "Doc" Cavazos, and his brother that     |
|       | 23 | they were going to testify.                                  |
| 09:51 | 24 | THE COURT:  Yeah.                                            |
| 09:51 | 25 | MR. YANNY:  Uh.                                              |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

75

09:51   1          THE COURT:  And, by the way, I find no fault in

        2    that.  I've been through this with the Mexican Mafia trials,

        3    the Aryan Brotherhood trials.  This doesn't catch me by

        4    surprise -- okay? -- which is why I follow this procedure.

09:51   5          MR. YANNY:  Would I like to have his testimony?

        6    Yes.

09:52   7          THE COURT:  Okay.

09:52   8          MR. YANNY:  However, I think, as a realistic

        9    matter, he's gonna claim his Fifth Amendment, and I'm not

        10   gonna be able to put 'em up.

09:52   11         THE COURT:  My job is to make sure there's a fair

        12   trial between the two of you.  And if you need him here, I

        13   would suggest you get him here, for one reason:  I don't

        14   know what he's thinking until he finally gets to court.

09:52   15         In other words, from my perspective, does he

        16   change his mind; and if he does testify, because it's been

        17   all over television, then does that leave you the ability to

        18   get Al Cavazos back?  You see what I mean?  'Cause his

        19   brother testified, it could have a domino effect.

09:52   20         It's one reason why I've tried to be careful and

        21   not have these folks gather at one time so one person can

        22   hear what another person's doing.  Because once one person

        23   says that they're not gonna testify, you may not've gotten

        24   Ablett or anybody else up there.

09:52   25         So I wanna handle each of these folks in isolation

           1    so you get the people you need.
09:52      2          Right now I think, quite frankly, he's already in
           3    transit.
09:53      4          MR. YANNY:  Oh, really?
09:53      5          THE COURT:  Yeah.  Now, I've gotta check with
           6    Marcelino over the a lunch hour, but I think he's already
           7    moving through the system.  And I don't know that I can pull
           8    'em back.  But if I am going to pull him back, you know, I
           9    need a definite response from you that you truly don't want
          10    him; that you're truly not going to use him, with no change
          11    of heart later on.  Because I can't have a pop-up; I can't
          12    then turn him around.
09:53     13          MR. YANNY:  I hear you.
09:53     14          THE COURT:  Okay?
09:53     15          So why don't you discuss that with your team for a
          16    moment.  Have a meeting.  But by noon we outta be back to
          17    this issue with a decision.
09:53     18          Right now he's coming.
09:53     19          MR. YANNY:  Your Honor, I have no desire to force
          20    the government to waste money.
09:53     21          THE COURT:  No, no.  See there's that -- hold on.
09:53     22          He's your witness.  You've requested him.  He's
          23    coming.  It's not the government.  So you're gonna get him
          24    here if you want him here.  And I'm not changing course.
09:53     25          So be very careful about what you say to me.

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
|       | 1  | Because it's not the government who's asking for                     |
|       | 2  | Mr. Cavazos.  They've got him on TV.                                 |
| 09:54 | 3  | MR. YANNY:  I got you, Your Honor.                                    |
| 09:54 | 4  | THE COURT:  You see what I mean?                                      |
| 09:54 | 5  | MR. YANNY:  Yes.                                                      |
| 09:54 | 6  | THE COURT:  You're the one who may need Cavazos,                      |
|       | 7  | and you're the one who's requested him.  And I'm gonna get           |
|       | 8  | him here.  I don't care what he wants.                                |
| 09:54 | 9  | So you have a discussion about that over the lunch                    |
|       | 10 | hour.  And maybe we just want a better record.  And if he's          |
|       | 11 | gonna take the Fifth, that protects you.  Okay?                       |
| 09:54 | 12 | In other words, you made the effort.  For goodness                    |
|       | 13 | sakes, that's his call, his choice.  But he didn't dictate           |
|       | 14 | to you.  If you need that witness, he's here and he states           |
|       | 15 | on the record that he's taking his Fifth, or he changes his          |
|       | 16 | mind and is going to testify.                                        |
| 09:54 | 17 | So I think he's got a sense of non-reality down                       |
|       | 18 | here about what he thinks his transportation rights are.  He         |
|       | 19 | doesn't have any.  Okay.                                              |
| 09:54 | 20 | Now, you have that thoughtful discussion.  But if                     |
|       | 21 | you truly don't want him, or you fear his testimony, or you          |
|       | 22 | think it's a waste of time, then pay me that courtesy of             |
|       | 23 | stopping that transportation, so that he's not coming outta          |
|       | 24 | wherever he is.                                                      |
| 09:55 | 25 | Now, the second thing is, uh -- fascinating about                     |

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

78

|       |    |                                                           |
|-------|----|-----------------------------------------------------------|
|       | 1  | Jesse Ventura.  I didn't know he's getting karate-chopped. |
|       | 2  | I'm just joking with ya.                                  |
| 09:55 | 3  | Okay.  Now, look there's more drama.  And what I           |
|       | 4  | can't afford to do -- and that's why I keep bearing down on |
|       | 5  | you and the government -- is, you know, waiting for people  |
|       | 6  | to decide what they're gonna do.  And we're not working on  |
|       | 7  | his schedule, but we're trying to be polite.  So we've got  |
|       | 8  | from now until December 3rd; right?                        |
| 09:55 | 9  | MR. YANNY:  Sir.                                           |
| 09:55 | 10 | THE COURT:  Have you called 'em?                          |
| 09:55 | 11 | MR. YANNY:  Who?  Jesse?                                   |
| 09:55 | 12 | THE COURT:  Yeah.                                         |
| 09:55 | 13 | MR. YANNY:  I spoke with him twice this morning,          |
|       | 14 | sir.                                                       |
| 09:55 | 15 | THE COURT:  Excellent.                                    |
| 09:55 | 16 | Can he be here on December 23rd [sic]?  'Cause           |
|       | 17 | I've gotta sneaking suspicious -- although you don't know   |
|       | 18 | it, and I don't care -- that you're gonna quickly run out of |
|       | 19 | witnesses the way that this is going.  A lotta these folks  |
|       | 20 | just aren't gonna testify.                                 |
| 09:55 | 21 | MR. YANNY:  Your Honor, we're dark 23rd according        |
|       | 22 | to what you told us.                                       |
| 09:55 | 23 | THE COURT:  Uh, December 3rd.                             |
| 09:55 | 24 | MR. YANNY:  Oh, December 3rd?                             |
| 09:55 | 25 | THE COURT:  Isn't that a Wednesday?                       |

| | | |
|---|---|---|
| 09:55 | 1 | MR. YANNY:  He's scheduled to be -- |
| 09:55 | 2 | THE COURT:  Well, my apologies.  The 5th -- I |
| | 3 | don't have a calendar.  The 5th. |
| 09:56 | 4 | MR. YANNY:  Your Honor, November 28th? |
| 09:56 | 5 | THE COURT:  You're absolutely right. |
| 09:56 | 6 | What's that Wednesday? |
| 09:56 | 7 | MR. YANNY:  That's the 28th. |
| 09:56 | 8 | THE COURT:  See, I skipped a whole week on you. |
| 09:56 | 9 | MR. YANNY:  You -- you -- |
| 09:56 | 10 | THE COURT:  There we go.  Thank you. |
| 09:56 | 11 | On the 28th, can he be here? |
| 09:56 | 12 | MR. YANNY:  Sir,Oh, yes, sir. |
| 09:56 | 13 | THE COURT:  Can he? |
| 09:56 | 14 | MR. YANNY:  I've already spoken with him. |
| 09:56 | 15 | THE COURT:  Excellent.  That saves a whole lot of |
| | 16 | problems. |
| 09:56 | 17 | Okay.  I don't care if it's the morning or |
| | 18 | afternoon.  Because it sounds to me like we have a little |
| | 19 | while on cross-examine with Mr. Davis.  I -- I don't know. |
| | 20 | I haven't inquired.  We've got a little redirect or a little |
| | 21 | recross. |
| 09:56 | 22 | What are we doing this afternoon?  Are we gonna |
| | 23 | call Agent Ciccone to the stand?  Or are you saving him? |
| 09:56 | 24 | MR. YANNY:  I'm saving him. |
| 09:56 | 25 | THE COURT:  Who's our witness?  Because these |

|       |    |                                                                 |
|-------|----|-----------------------------------------------------------------|
|       | 1  | jurors, at 40 bucks a day, don't sit around because of my       |
|       | 2  | inability.                                                      |
| 09:56 | 3  | MR. YANNY:  Understand.                                          |
| 09:56 | 4  | THE COURT:  Who's taking the stand, then?                       |
| 09:57 | 5  | MR. YANNY:  It's going to be -- hopefully, if we                 |
|       | 6  | can get 'em here, either Dr. Richie Rich [sic] or, um --         |
|       | 7  | there's another gentleman.                                      |
| 09:57 | 8  | THE COURT:  Let's take Dr. Richie Rich.                          |
| 09:57 | 9  | MR. YANNY:  If we can get 'em here.                              |
| 09:57 | 10 | THE COURT:  Now, "if we can get 'em here" -- is                  |
|       | 11 | that because he doesn't wanna come or he just work -- or         |
|       | 12 | working on his time schedule?                                    |
| 09:57 | 13 | MR. YANNY:  He didn't get a lotta notice.  I                     |
|       | 14 | thought we weren't gonna need him today, so I put 'em on         |
|       | 15 | call for --                                                      |
| 09:57 | 16 | THE COURT:  No.  The whole way down the line with                |
|       | 17 | you and the government -- but both of you -- I've been           |
|       | 18 | saying, "These jurors don't sit around.  Get these people       |
|       | 19 | here."                                                           |
| 09:57 | 20 | MR. YANNY:  I know, Your Honor.                                  |
| 09:57 | 21 | THE COURT:  Okay.  Now, I'm not finding fault with               |
|       | 22 | you, but I'm not recessing.  Okay?  We'll sit here for an        |
|       | 23 | hour and stare at each other, with the jury.  Now, that's        |
|       | 24 | not pleasant.  I'm not kidding about it now.                     |
| 09:57 | 25 | MR. YANNY:  Oh, yes, sir.                                        |

09:57   1            THE COURT:  Okay?  It's taxpayers' money,

2       taxpayers' time.  And these folks are basically

3       volunteering.

09:57   4            So who's on the stand this afternoon?

09:57   5            MR. YANNY:  Let me make --

09:57   6            THE COURT:  Okay.

09:57   7            MR. YANNY:  -- a couple --

09:57   8            THE COURT:  Think about it.  'Cause I'm not

9       joking.

09:58  10            MR. YANNY:  I hear you, Your Honor.

09:58  11            THE COURT:  All right.  Then go take a 10 minute

12      recess.  We'll see you in 10 minutes.

09:58  13            MR. YANNY:  Thank you, Your Honor.

09:58  14       *(Recess held at 9:57 a.m.)*

09:59  15       *(Further proceedings reported by Debbie Hino-Spaan*

16          *in Volume II.)*

10:00  17                           -oOo-

10:00  18

19

20

21

22

23

24

25

2:13-CR-0106-DOC-1 - 11/16/2018 - Day 13 Volume I

82

| | | |
|---|---|---|
| 10:00 | 1 | -oOo- |
| 10:00 | 2 | |
| 10:00 | 3 | CERTIFICATE |
| 10:00 | 4 | |
| 10:00 | 5 | I hereby certify that pursuant to Section 753, |
| | 6 | Title 28, United States Code, the foregoing is a true and |
| | 7 | correct transcript of the stenographically reported |
| | 8 | proceedings held in the above-entitled matter and that the |
| | 9 | transcript page format is in conformance with the |
| | 10 | regulations of the Judicial Conference of the United States. |
| 10:00 | 11 | |
| 10:00 | 12 | Date:  May 30, 2019 |
| 10:00 | 13 | |
| 10:00 | 14 | |
| 10:00 | 15 | /s/ Debbie Gale |
| 10:00 | 16 | DEBBIE GALE, U.S. COURT REPORTER |
| | | CSR NO. 9472, RPR, CCRR |
| 10:00 | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |