1           **UNITED STATES DISTRICT COURT**

2      **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3        **HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE**

4

5   UNITED STATES OF AMERICA,         )
                                      )
6                  Plaintiff,         )   **CERTIFIED TRANSCRIPT**
                                      )
7        vs.                          )
                                      )
8   MONGOL NATION, an unincorporated  )   Case No.
    association,                      )   2:13-cr-00106-DOC-1
9                                     )
                   Defendant.         )   Day 12, Volume I
10  _____  )

11

12

13

14              REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                        JURY TRIAL

16              THURSDAY, NOVEMBER 15, 2018

17                        8:09 A.M.

18                  SANTA ANA, CALIFORNIA

19

20

21

22

23  _____

24            **DEBBIE HINO-SPAAN, CSR 7953, CRR**
              FEDERAL OFFICIAL COURT REPORTER
              350 WEST 1ST STREET, SUITE 4455
25            LOS ANGELES, CA 90012-4565
                  dhinospaan@yahoo.com

1                    **APPEARANCES OF COUNSEL:**

2

3    **FOR THE PLAINTIFF:**

4              NICOLA T. HANNA
               United States Attorney
5              BY:  CHRISTOPHER M. BRUNWIN
                   Assistant United States Attorney
6              312 North Spring Street
               15th Floor
7              Los Angeles, California 90012
               213-894-2434
8              USACAC.Criminal@usdoj.gov

9              NICOLA T. HANNA
               United States Attorney
10             BY:  STEVEN R. WELK
                   Assistant United States Attorney
11             312 North Spring Street
               14th Floor
12             Los Angeles, California 90012
               213-894-3713
13             steven.welk@usdoj.gov

14   **FOR THE DEFENDANT MONGOL NATION:**

15             LAW OFFICES OF YANNY AND SMITH
               BY:  JOSEPH A. YANNY, ESQ.
16             1801 Century Park East
               Suite 2400
17             Los Angeles, California 90067
               310-551-2966
18             joeyanny@gmail.com

19             LAW OFFICES OF YANNY AND SMITH
               BY:  LOUIS CHARLES CARDINAL, ESQ.
20             1801 Century Park East
               Suite 2400
21             Los Angeles, California 90067
               310-551-2966
22             ccardianl.yannylaw@gmail.com

23             STEPHEN P. STUBBS, ESQ.
               626 South Third Street
24             Las Vegas, Nevada 89101
               702-759-3224
25             stephen@stephenpstubbs.com

**UNITED STATES DISTRICT COURT**

```
1                    APPEARANCES OF COUNSEL:
                            (Continued:)
2

3    FOR THE WITNESS CHRISTOPHER ABLETT:

4             MARRI DERBY, ATTORNEY AT LAW
              23 Corporate Plaza Drive
5             Suite 150
              Newport Beach, California 92660
6             marri@marriderbylaw.com

7

     ALSO PRESENT WITH ASSISTANT U.S. ATTORNEYS:
8
              John Ciccone, ATF Special Agent
9             Tina Keleshyan, DOJ law clerk
              Krystie Sor, paralegal
10

     ALSO PRESENT WITH DEFENSE:
11
              David Santillan, Mongol Nation representative
12            Andrea Ales, assistant
              Drew Viney, paralegal
13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3      **WITNESSES**                                         **PAGE**

4      **CHRISTOPHER ABLETT**
           Cross-Examination by Mr. Brunwin (Resumed)         5
5          Redirect Examination by Mr. Yanny                 18

6      **DONALD CHARLES DAVIS**
           Direct Examination by Mr. Yanny                   52
7

8

9

10

11

12

13

14

15                          **EXHIBITS**

16                        (None offered.)

17

18

19

20

21

22

23

24

25

|   |   |
|---|---|
| 1 | **SANTA ANA, CALIFORNIA; THURSDAY, NOVEMBER 15, 2018** |
| 2 | **8:09 A.M.** |
| 3 | **---** |
| 4 | |
| 08:09AM  5 | **(In the presence of the jury.)** |
| 6 | THE COURT:  We're back in session.  All counsel are |
| 7 | present. |
| 8 | Counsel, if you'd have a seat.  And thank you for |
| 9 | your patience.  We'll continue the cross-examination by the |
| 08:09AM 10 | government. |
| 11 | MR. BRUNWIN:  Yes, Your Honor.  And I'd ask to show |
| 12 | the first page of Exhibit 100. |
| 13 | THE COURT:  First page of 100 is? |
| 14 | **CHRISTOPHER ABLETT, WITNESS, RESUMED THE STAND** |
| 08:10AM 15 | **CROSS-EXAMINATION (RESUMED)** |
| 16 | BY MR. BRUNWIN: |
| 17 | Q    Mr. Ablett, that should appear on the screen in |
| 18 | front of you.  We talked a bit about this yesterday. |
| 19 | Exhibit 100-1.  I'm going to ask you if this displays the -- |
| 08:10AM 20 | shows the bullet hole in the back of Mr. Guardado's neck.  Do |
| 21 | you see that? |
| 22 | A    Can we take a second just to -- yesterday I got a |
| 23 | little aggressive with you. |
| 24 | Q    That's all right. |
| 08:10AM 25 | A    And I'd like you to know that it's not you |

1    personally.  I went through a very traumatic ordeal in my

2    trial.  As a matter of fact, the prosecutor was actually a very

3    pompous ass.  And his main goal was to make me look like I was

4    a liar.  And after what happened, I felt that I was the victim

08:10AM  5    of a crime.  Even though I didn't go to the police and cry and

6    all the rest of that.  And then for them to prosecute me the

7    way they did, I am offering you -- I will try to be a little

8    bit calmer today.

9        Q    That's perfectly fine.  No hard feelings.

08:11AM 10        A    I also -- the question you were asking me at the end

11    of the day yesterday about, you said, "Did you walk out into

12    the street?" when I answered that question in my own trial, it

13    was kind of tricky.  I was obviously under much duress.  But I

14    didn't walk out in the street that night and purposely shoot

08:11AM 15    the man in the head.  I shot him.  When I answered that

16    question in my own trial, I answered it from knowledge of

17    seeing the pictures, not from what I knew that night.  Does

18    that explain --

19        Q    That's perfectly fine, and we'll just start fresh

08:12AM 20    today.

21        A    Okay.

22        Q    Okay.  And I'm showing you, you said yesterday that

23    you wanted to see the pictures.  I intend to go through the

24    pictures with you and ask you a few questions about the

08:12AM 25    pictures, if that's okay with you.

**UNITED STATES DISTRICT COURT**

            1      A    I'll do my best not to get angry, because this is

            2   not a true representation of the injuries that I delivered to

            3   him from my knowledge and from seeing pictures previous to my

            4   trial while it was a state case.

08:12AM     5      Q    Well, I'm going to ask you some questions about

            6   these, and you'll have an opportunity to answer them.

            7      A    I'll answer them the best I can.

            8      Q    Okay.  Now, you recognize this picture as a picture

            9   of Mr. Guardado's body with the injuries that you testified

08:12AM    10   about yesterday; correct?

           11      A    I mean, it looks like him, I guess, from behind.  I

           12   didn't know the guy.

           13           MR. BRUNWIN:  Can we enlarge the portion of the back

           14   of his head.

08:13AM    15      Q    Yesterday you described having shot Mr. Guardado in

           16   the back of his neck?

           17      A    After seeing pictures from the state case --

           18      Q    I'm just -- Mr. Ablett --

           19      A    -- that star that I described --

08:13AM    20           MR. YANNY:  Objection.

           21           THE WITNESS:  I'm trying to answer your question.

           22   That star that I described --

           23      Q    BY MR. BRUNWIN:  I didn't ask you a question yet.

           24      A    -- was actually depicted in a different picture and

08:13AM    25   it was from the side.  It was actually lower on his neck, and

**UNITED STATES DISTRICT COURT**

```
         1    the bullet wound was right next to it.

         2         Q    Now, this -- this is the bullet wound that you

         3    inflicted in shooting Mr. Guardado; correct?

         4              MR. YANNY:  Objection.  Argumentative.

08:13AM  5              THE COURT:  Overruled.

         6              THE WITNESS:  But not where I've seen pictures of it

         7    before.  It seems to be traveling.

         8         Q    BY MR. BRUNWIN:  Mr. Ablett?

         9         A    As a matter of fact, I don't remember this

08:14AM 10    photograph in the trial.

        11         Q    Mr. Ablett?

        12         A    It didn't even have his head shaved.  They showed a

        13    bullet wound and it was in his hair.

        14         Q    And you testified yesterday repeatedly that you shot

08:14AM 15    Mr. Guardado in the neck from behind.

        16         A    From having seen pictures, that's apparently where

        17    the bullet hit.

        18              MR. YANNY:  I ask that the witness be permitted to

        19    answer.

08:14AM 20              THE COURT:  Timeout.  Isn't this fun, everybody

        21    talking over each other?  Stop it.

        22              Okay.  Now, just a moment.  He's going to ask you a

        23    question.

        24              The question is?

08:14AM 25         Q    BY MR. BRUNWIN:  You testified yesterday that you
```

```
 1    shot Mr. Guardado in the neck from behind.
 2              THE COURT:  The answer is?
 3              THE WITNESS:  I don't know.
 4              THE COURT:  Question is?
 5    Q    BY MR. BRUNWIN:  That is correct, isn't it?  Because
 6    we can go through that again.
 7    A    You know what, I don't know.  Honestly, I don't
 8    know.  I shot the guy.  He was on the ground.  I had people
 9    shooting at me.  I had another guy that was off to my left with
10    a gun that I thought that was the deal.  I had just been
11    attacked twice by a guy that was 85 pounds heavier than me.  I
12    didn't know that at the time.  But believe me, he was a
13    handful.  I was just trying to stop the whole situation.  I
14    didn't go to San Francisco looking for problems.
15              I went out for a drink with a couple girls.  If I
16    was going to go do a hit for my brothers, why would I take my
17    own motorcycle, my cell phone and two girlfriends that are
18    absolutely innocent of even my motorcycle world?  I used to
19    ride skateboards and that's pretty much where I knew Amie
20    Marvell from, the art world, skateboarding, music.  She didn't
21    have nothing to do with being a Mongol.  She didn't -- she'd
22    never hang out with us.  It doesn't even make logical sense.
23              If I was going to murder somebody -- and I'm not
24    retarded -- wouldn't you, like, not -- I don't know, go steal a
25    car or something?  Not bring your cell phone that tracks you
```

**UNITED STATES DISTRICT COURT**

```
 1    everywhere?  And certainly, I wouldn't bring my girlfriends.
 2            Maybe I'd do what they did, show up in some unknown
 3    vehicle with a few friends and leave my cell phone at home.
 4        Q    Mr. Ablett, you recall that you testified in
 5    San Francisco, at your trial in San Francisco; correct?
 6        A    Do I -- yeah, I testified in my trial in
 7    San Francisco.
 8        Q    And yesterday you also were asked, and you recalled
 9    having testified, you were asked in San Francisco:
10            "Mr. Ablett, you shot him in the back of the
11        head; right?
12            "ANSWER:  The bullet hit him in the neck.
13        The bottom of the head, yeah."
14            Do you recall that?  My question is --
15        A    This is exactly what I was trying to clarify
16    earlier.
17        Q    I'm just asking --
18        A    When I answered that question in trial, it had --
19    when I answered that question, it was from having seen photos
20    while this was pretrial.  You're taking it out of context.  If
21    you're asking me if I walked out into the street and shot him
22    in the head knowingly, I would say "no."
23        Q    And you also were asked, "You shot him in the back
24    of his head?"
25            Your answer, "That's where the bullet hit him, yes."
```

08:16AM (line 5)
08:16AM (line 10)
08:16AM (line 15)
08:17AM (line 20)
08:17AM (line 25)

1       A    I don't remember that, because I would never agree.

2       Q    I'm going to move into evidence the defendant's --

3   Mr. Ablett's prior testimony as a prior consistent statement.

4            THE COURT:  That's not appropriate.  You can read

08:17AM 5   and impeach from the prior statement.

6            MR. BRUNWIN:  Very well.

7            THE COURT:  I'll let you read what the prior

8   statement was and ask him if he made that statement.

9       Q    BY MR. BRUNWIN:  You also testified -- you were

08:17AM 10  asked:

11           "And so that's what was facing you; right?

12           "More or less, yes."

13           Right?  Do you recall that?

14      A    No.

08:17AM 15      Q    You don't recall that?

16           THE COURT:  Counsel, he's answered the question.  He

17  said "no."

18           MR. BRUNWIN:  Very well.

19      Q    You were then asked -- I'm going to ask if you

08:18AM 20  recall, "Now when you shot him, then you immediately turned and

21  looked up 20 -- 24 for person No. 2; right?

22           And you said "That's correct."  Do you recall that?

23      A    And remember a minute ago while I was telling you

24  guys about the prosecutor that I had in my trial?  And you

08:18AM 25  remember me telling him yesterday, "Hey, you want to come up

```
 1    here and testify?"  That's where I got that from.  Because the

 2    prosecutor in my trial, he testified for the jury, how he

 3    wanted the story to go.  I tried to answer the questions as

 4    best I could.

 5            Now if you want to twist things and try and change

 6    the story, change the pictures, hey, man, by all means, keep

 7    asking me these kind of questions.  We'll sit here and waste

 8    the government's money some more or the taxpayers' money.

 9        Q    The first question you were asked on

10    cross-examination in your trial in San Francisco in Federal

11    Court, where did you get the gun that you used to kill

12    Mr. Guardado.  Do you recall that?

13        A    No.

14        Q    And without reference to any photograph, you

15    answered, I got it in 1994 from a friend of mine named Ernie

16    Ellis.  Do you recall that?

17        A    Yes.

18        Q    And it is correct that you got the gun that you used

19    to kill Mr. Guardado from Ernie Ellis; correct?

20        A    Correct.

21        Q    And that's the same gun that you had stuffed in your

22    pants when you went and met with Amie Marvell; correct?

23        A    Correct.

24        Q    And that was the .357 gun that you used to shoot?

25            MR. YANNY:  Your Honor, asked and answered.
```

08:18AM  5
08:19AM  10
08:19AM  15
08:19AM  20
08:20AM  25

**UNITED STATES DISTRICT COURT**

```
 1              THE COURT:  Counsel, I didn't hear the answer.  You

 2     can finish off the question.

 3         Q    BY MR. BRUNWIN:  You can answer.  That was the .357?

 4         A    Correct.

 5         Q    Exhibit 100 shows the bullet hole in the back of

 6     Mr. Guardado's neck; correct?

 7         A    This photograph depicts a bullet hole in the back of

 8     Mr. Guardado's neck.

 9         Q    Very good.  Now, yesterday you also testified that

10     you stabbed Mr. Guardado four times; right?

11         A    That's correct.

12         Q    Do you see stab wounds also depicted?  And if we

13     could -- also depicted in the picture of Mr. Guardado?

14         A    I see two.

15         Q    Okay.  Can you indicate where you see them?

16              MR. YANNY:  Your Honor, 403.

17              THE COURT:  Overruled.  Can you show us where they

18     are located.  Thank you.

19              THE WITNESS:  (Indicating.)

20              THE COURT:  Thank you.

21         Q    BY MR. BRUNWIN:  Where's the other one?  You said

22     you saw two?

23         A    There's actually three marks, sir.  That one's not

24     good.  There's one right there and one right there

25     (indicating).
```

08:20AM (line 5)
08:20AM (line 10)
08:20AM (line 15)
08:21AM (line 20)
08:21AM (line 25)

```
 1           Q     Okay.  So you indicated a stab wound --

 2                 THE COURT:  Counsel, ask your question now.

 3           Q     BY MR. BRUNWIN:  Now, is one of those -- you

 4     described one of the stab wounds as a kidney shot yesterday.

 5     Do you recall that?

 6           A     When he ran into me, I just gave him a bear hug.

 7           Q     And you said you stabbed him with a kidney shot.  Do

 8     you recall that?

 9           A     Yeah.

10           Q     Which one would be the kidney shot?

11           A     Well, here's the rub.  That one right here, you see

12     that one?  I marked it a bunch of times.  That one right

13     there --

14           Q     Sure.

15           A     -- I don't know where that's from.

16           Q     I'm asking you where the kidney shot is.

17           A     I don't see it.

18           Q     Okay.

19           A     Why?  These are your photos.

20           Q     Let's turn to Exhibit 100-2.  Is that also a stab

21     wound?

22           A     I don't know.  It could be anything.

23           Q     Exhibit 100-3, do you see that?

24           A     (No audible response.)

25           Q     Does that also appear to be one of the stab wounds?
```

        A    I'm not an expert in stab wounds.  I don't know what

that is.

        Q    Very well.  Let's look at Exhibit 100-4.

        A    That appears to be in his arm.

08:22AM  Q    Yes.  Is that another stab wound?

        A    Apparently.

        Q    All right.  Let's look at Exhibit 100-5.  Appears to

show a bullet hole in Mr. Guardado's chest.  Do you see that?

        A    Yes, I do.

08:23AM  Q    You also testified yesterday that you shot

Mr. Guardado after you had stabbed him four times and let him

go; correct?

        A    Correct.

        Q    Is that the -- would that be the bullet hole

08:23AM consistent with shooting him in the front?

        A    As I stated yesterday, when I let him go, he walked

past me once he stepped in the street and turned around.

        Q    And you shot him in the front?

        A    As if he was going to possibly attack me again.

08:23AM  Q    And that's when you shot him in the front?

        A    Yes, I guess.  I don't know.  I aimed at him and I

shot him, if that's --

        Q    Okay.  Now let's look at Exhibit 100-6.  And this is

the bullet hole in the back of the neck where you shot him from

08:24AM behind?

1      A      You're asking me?

2      Q      Yes.  Correct?

3      A      I would probably disagree.

4      Q      Okay.  You testified on direct examination that you

08:24AM 5  were convicted of racketeering; is that right?

6      A      You're asking me what?

7      Q      You testified on direct of what your conviction was

8  in Federal Court in San Francisco.

9      A      You're talking about yesterday?

08:25AM 10     Q      Yes.

11     A      Yes.

12     Q      And you testified that you were convicted of

13  racketeering?

14     A      No, I didn't.  Murder in the aid of racketeering.

08:25AM 15     Q      Okay.  But you were also convicted of -- that was

16  one of them, right, murder in aid of racketeering?

17     A      Correct.

18     Q      You were also convicted of assault with a dangerous

19  weapon in aid of racketeering?

08:25AM 20     A      It was all the same 25 seconds I got three life

21  sentences and 25 years for, yes.

22     Q      So that was the second charge that you were

23  convicted of?

24     A      Prosecutors love to stack charges.

08:25AM 25     Q      Just asking.

1      A    My jury didn't care.  They were, like, "Sure.  Yeah.

2  Whatever."

3      Q    So you were also convicted of that, and that was

4  Count Two; correct?

08:25AM 5      A    I don't remember what count it was.

6      Q    You were also --

7      A    I got 20 years for stabbing him.  I got a life

8  sentence for shooting him.  I got another life sentence for

9  shooting in the aid of racketeering.  And then one of them was

08:26AM 10  double jeopardy.  They said -- what was it?  Use of a handgun

11  in furtherance of a murder.  Use of a handgun in a crime of

12  violence or furtherance of a crime of violence; is that

13  correct?

14      Q    I was going to ask you, you were also convicted of

08:26AM 15  the use or possession of a firearm in murder; correct?

16      A    That's correct.

17      Q    All three of those things; correct?

18      A    No, I got convicted of four things.

19      Q    Okay.  Now, at this time I'd like to ask that you be

08:26AM 20  shown Exhibit 150.  Exhibit 150 is already in evidence.

21           Mr. Ablett, the moniker of Stonee?

22      A    You spelled it wrong.

23      Q    I spelled it wrong?  How do you spell it?

24      A    Two e's.

08:27AM 25      Q    Okay.  But you recognize Stonee as your moniker with

**UNITED STATES DISTRICT COURT**

```
 1   the Mongols; correct?
 2        A     Correct.
 3        Q     And I notice that you also have a tattoo on your
 4   left forearm?
08:27AM  5        A     That one?
 6        Q     Can you show it to the jury.  Is that a Mongols
 7   tattoo?
 8        A     Yes.
 9              MR. BRUNWIN:  Nothing further, Your Honor.
08:27AM 10              THE COURT:  This would be redirect examination.
11              MR. YANNY:  Good morning, ladies and gentlemen.
12              (The jury collectively responded "Good morning.")
13
14                      REDIRECT EXAMINATION
08:27AM 15   BY MR. YANNY:
16        Q     Good morning.
17              Just so we can clarify this, do you have family in
18   Texas?
19        A     The guy that brought me into the club that I worked
08:28AM 20   with that I -- he lived in Texas.
21        Q     The Mongols have no chapters in Texas, do they?
22        A     I'm not sure.  They didn't then.
23        Q     All right.
24        A     He was just working out there.  There was a company
08:28AM 25   in Hilmar -- I don't know if you guys know where that's at.
```

1    It's by Turlock, a little tiny town -- they got a company

2    called Hilmar Cheese.  My friend that brought me into the club,

3    his name is Sean, he knew the owner.  And -- well, he knew the

4    owner of an electrical company that he used to work with.  And

08:28AM 5    the owner was real tight with the guy that owns Hilmar Cheese.

6    Well, they started a plant in Texas, so he went out there to be

7    a foreman.  That's why I went out there.

8         Q    All right, sir.

9         A    I knew I'd have a job.

08:29AM 10        Q    And you said you had been living with your parents?

11        A    Correct.  I broke my leg and, what is it,

12   disability?  And two kids.  Sometimes you need a little help.

13        Q    So you were -- and your two kids were living with

14   your parents?

08:29AM 15        A    Yes, they were.

16        Q    And the children's mother was where?

17        A    She lived -- well, one of them's mom lived -- two

18   different moms.  One of them's mom lived about a mile away.

19   The other mom lived in San Andreas, which is an hour away.  Oh,

08:29AM 20   wait.  You know what?  She may have been living in Texas, but I

21   can't remember.

22        Q    That's okay.  By the way, why did you join the

23   Mongols?

24        A    Well, I grew up riding skateboards.  And that

08:30AM 25   culture is kind of -- with a group of guys a lot, you have an

**UNITED STATES DISTRICT COURT**

1    interest in the same sport.  And it's more like a culture, and

2    that is what I grew up in hanging out in the garage, building

3    ramps, riding, going places and skateboarding.  Well,

4    motorcycle culture is a lot the same.  You hang out with

08:30AM 5    certain people, but you go visit other places and meet all

6    kinds of people all over the place.  It's fun to travel.  And

7    you have that sport or whatever, riding motorcycles,

8    skateboards, it doesn't matter.  Kind of the same thing.  A

9    common interest.  So you build bonds doing that.

08:30AM 10           You ride skateboards with guys all day.  You watch

11   them fall and get hurt and get back up and you see the quality

12   of the person -- the character they have.  It's kind of the

13   same with riding motorcycles.  You go somewhere riding with a

14   guy.  And by the time you get there, there's just this weird

08:31AM 15   bond.

16           I've heard of military people, I've read books,

17   pilots say the same thing.  They go on a mission and they come

18   back and they have that same camaraderie.  I don't know how to

19   explain it.  I've read about it, I've lived it.

08:31AM 20      Q    When did you find out -- let me ask you this:  After

21   the incident on September 2008, were you scared?

22      A    Yeah.

23      Q    Were you hurt?

24      A    I was in -- yeah, but I wasn't dwelling on it.

08:31AM 25      Q    Okay.  And you took a bus to -- you ended up back in

1    Modesto for a while?

2         A    I went back to Modesto not like the day after, not

3    the next day, but the -- two days later, whatever.

4         Q    Okay.  Now, you threw the gun away?

08:32AM 5         A    Yeah.

6         Q    Got rid of the knife?

7         A    Yeah.

8         Q    Out of fear?

9         A    I didn't need them.  I certainly didn't want to get

08:32AM 10   caught with them.

11        Q    All right.  Now, you took them with you when you

12   left Modesto to go to San Francisco to meet Amie; correct?

13        A    Correct.

14        Q    Why?

08:32AM 15        A    San Francisco is a dangerous place, especially for a

16   Mongol in Northern California.  They hate us.

17        Q    Who's "they"?

18        A    The Hells Angels.  Excuse me.

19        Q    Is riding motorcycles on the road a dangerous

08:32AM 20   venture in general anyway?

21        A    Yeah, it can be.

22        Q    Did you attempt to take defensive means with you

23   when you went on the road?

24        A    Yes.

08:33AM 25        Q    Okay.  So this was no different than any other time?

UNITED STATES DISTRICT COURT

```
 1          A     If I went out of town somewhere where I didn't know
 2   where I was going to be at, I would take my gun.  I always
 3   carried my knife.
 4          Q     Okay.  So this was nothing unusual that you have
 5   your knife?
 6          A     Yeah, it wasn't a special occasion.
 7          Q     Okay.  How long were you in Texas when you got
 8   there?
 9          A     About four hours.
10          Q     And what was the name of the man you were staying
11   with down there?
12          A     His name is Sean.
13          Q     Last name?
14          A     Joyner.
15          Q     Sean Joyner.
16                Did you -- you said were you there for four hours.
17   You got there on a Greyhound bus?
18          A     Yeah.
19          Q     You left your bike in Modesto?
20          A     Correct.
21          Q     With your parents?
22          A     Yeah, I left it at the house because I took my tools
23   to Texas.
24          Q     What tools?
25          A     Electrical tools.  Every journeyman got his own set
```

 1    of hand tools.

 2         Q    You're an --

 3         A    Union electrician.

 4         Q    Union electrician.

08:34AM  5         And so you stayed there four hours and you went to

 6    Oklahoma?

 7         A    Correct.

 8         Q    How did you get there?

 9         A    Well, that's kind of a long story.

08:34AM 10        Q    We got time.

11         A    They were having a Texas -- or not Texas, excuse

12    me -- Oklahoma was having a -- I don't know if it was an

13    anniversary party.  I know that there was a brother that got

14    patched in, and Sean was going to go to that anyway, because I

08:35AM 15    just dropped in on his life.  So I -- he was, like, "What do

16    you want to do?  The police went to your parents' house."

17              I was like, "Well, he asked me what happened.  I

18    told him."

19              Said, "All right.  Well, fuck.  Let's see what

08:35AM 20    happens."

21              He said, "What are you going to do?"

22              He said, "Are you going to go to Mexico or you could

23    surrender?"

24              I said, "I'm going to surrender.  I didn't murder

08:35AM 25    anybody.  I got two boys.  I'm an electrician.  I went to

UNITED STATES DISTRICT COURT

```
 1    school for five years.  I'm not going to run for the rest of my
 2    life."
 3              He said, "Are you going to surrender now?"
 4              I said, "Not really."
08:35AM 5     He said, "Well, you want to go with me to Oklahoma?"
 6    I said, "Yeah, sure."
 7              On the way there we hit a deer in the middle of the
 8    night out in the middle of nowhere, and some brothers from
 9    Oklahoma ended up coming to get me.  And Sean -- I don't know
08:35AM 10   where we were at, but Sean called somebody that he knew that
11    had a tow truck came and got his car, and he went back.
12         Q    The deer had injured the car that bad?
13         A    Yeah, it was bad.  As a matter of fact, we were
14    driving and the radiator was completely smashed and it kept
08:36AM 15   overheating.  So we drove it and turned it off and rolled the
16    car as far as we could.
17         Q    Was it a buck or a doe?
18         A    I don't know.  It got up and took off.
19         Q    All right.  So the car got the worst of the deal,
08:36AM 20   huh?
21         A    Yeah.  Yeah.  Smashed in the whole hood and
22    everything.
23         Q    Let me ask you, sir, how long after you left Texas
24    was it that you turned yourself in to the police?
08:36AM 25        A    Probably, like, three weeks.
```

**UNITED STATES DISTRICT COURT**

25

```
          1        Q    Now, you -- they told you the police were looking
          2   for you; right?
          3        A    Correct.
          4        Q    And they didn't have to come beating down any doors
08:36AM   5   looking for you or anyplace, did they?
          6        A    No.
          7        Q    Would you tell the ladies and gentlemen of the jury
          8   how that took place, that you ended up incarcerated?
          9        A    I went to -- I had met one of the brothers in
08:37AM  10   Oklahoma and he said he'd take me if I wanted to surrender and
         11   drop me off.  So after a few weeks I had been staying at
         12   somebody else's house.  I called them up and we went.  He
         13   dropped me off at a police station.  I walked in and said,
         14   "Look, I'm" -- I can't remember what I said.  Basically "I'm
08:37AM  15   wanted on murder charges and I'd like to surrender."
         16        Q    Now, you mentioned a state case.  Do you remember
         17   that?
         18        A    Which state case?
         19        Q    You said "when this was a state case."
08:37AM  20        A    Yeah, originally this wasn't a murder in the aid of
         21   racketeering, this was a first-degree murder.  That was the
         22   charges I was looking at.
         23        Q    And were you charged in State Court?
         24        A    Yes, I was.
08:38AM  25        Q    Eventually they federalized it; right?
```

```
          1      A      Yeah, after about ten months.

          2             MR. BRUNWIN:  Objection as lack of foundation.

          3             THE COURT:  Sorry?

          4             MR. BRUNWIN:  Lacking foundation.

08:38AM   5             THE COURT:  Overruled.

          6      Q      BY MR. YANNY:  You can answer.

          7      A      I did answer.

          8      Q      I'm sorry.  I missed it.  Counsel was objecting.

          9      A      Oh, sorry.  Please repeat the question.

08:38AM  10      Q      Yeah, eventually they federalized the charges?

         11      A      Yeah, after about 10 months or 11.  The next year,

         12   2009.

         13      Q      Was ATF involved in that, to your knowledge?

         14      A      Well, to my knowledge then or my knowledge

08:39AM  15   afterwards?

         16      Q      Well, now.

         17      A      Now, yeah.

         18      Q      Anybody in particular?

         19      A      Mr. Ciccone, the guy second from the right.

08:39AM  20      Q      So you saw him during the course of your

         21   proceedings?

         22      A      In my trial?

         23      Q      Yes.

         24      A      Yeah.

08:39AM  25      Q      He was there?
```

**UNITED STATES DISTRICT COURT**

1        A      Yeah, he was there.

2        Q      Was he at the table with counsel?

3        A      At times, yes.

4        Q      Now, when you surrendered, did you tell them what

08:39AM   5   had happened about your defending yourself after being

6   attacked?

7        A      You know, there was an officer.

8               MR. BRUNWIN:  I'm going to object as calling for

9   hearsay.

08:39AM  10               THE COURT:  Overruled.

11               THE WITNESS:  There was an officer that tried to

12   talk to me when I was being transferred in Oklahoma from the --

13   from the police department that I surrendered at.  They took me

14   to a county jail which was like a couple blocks away.  There

08:39AM  15   was an officer that tried to talk to me.  And the -- I told

16   them, "Look, I didn't murder anybody."  But that came about

17   after he -- I told him, you know, "I'm going to take the Fifth

18   here.  I don't want to talk to you."  He kept asking me.

19               And then finally he was, like, "Well, why did you

08:40AM  20   surrender?"

21               I said, "I didn't murder anybody."  And then they

22   dropped me off.

23        Q      Who dropped you off at the police station?

24        A      I believe he was a police officer.  I don't remember

08:40AM  25   his name.

|   | | |
|---|---|---|
| 1 | Q | You got to the police? |
| 2 | A | Oh, you mean to the police department? |
| 3 | Q | Yeah, when you surrendered. |
| 4 | A | I don't remember his name. |

08:40AM 5    Q    What was his relationship?

6    A    He was a brother.

7    Q    So a Mongol helped you?

8    A    Surrender, correct.

9    Q    Okay.  You told this brother what had happened in

08:41AM 10 San Francisco?

11    A    Yes.  Told him had I got jumped by five Hells

12 Angels.  I told him probably exactly what I told you guys.

13    Q    And then he --

14    A    Minus all of the hoopla about photographs.

08:41AM 15    Q    And so he's the man that drove you to the police

16 station?

17    A    Correct.

18    Q    You remember his name?

19    A    No.

08:41AM 20    Q    Now, when the incident first went down -- let's talk

21 about this -- the whole incident from the time Guardado got in

22 your face until he was laying on the ground, how long did that

23 take?

24    A    Me and my attorney yesterday actually sat down, we

08:42AM 25 did a mental exercise.  And from the time he put hands on me

**UNITED STATES DISTRICT COURT**

```
        1   until the time I got back on my bike and was -- the threat
        2   was -- as far as I knew, it was neutralized and I was ready to
        3   take off.  From the very second he put hands on me to the time
        4   I got on my bike was 25 seconds.
08:42AM  5        Q    Pretty quick time frame?
        6        A    It was super quick.
        7        Q    Do you remember your thought process during that
        8   engagement?
        9        A    You know what, after all -- after ten years of
08:42AM 10  sitting in a cell dwelling on things and thinking and
       11   second-guessing myself and "No, no, no, this," whatever, I
       12   don't know that -- whether I could actually tell you exactly
       13   what I was thinking.  I remember my first thought was, "Oh,
       14   shit.  The prospects found me."  Because I had been told a lot
08:43AM 15  of the members of the Hells Angels, they didn't want to go out
       16   and do dirt, so they'd send their prospects to do it.  Well,
       17   obviously that was a fallacy.  So my knowledge of how that
       18   works is -- but that was -- I learned that afterwards.
       19        Q    Let me ask you, sir:  So 25 seconds is the best of
08:43AM 20  your estimate?
       21        A    Correct.
       22        Q    And during that 25 seconds there was at least one
       23   other man you identified with a gun that was going for it and
       24   you shot him?
08:43AM 25        A    Correct.
```

         Q    Okay.  And during that 25 seconds there were other

people firing weapons as well?

         A    To my knowledge, yeah.

         Q    And those shots seemed to be coming your direction?

08:43AM  A    You know, I ducked down.  I stepped between the

cars.  I didn't hear anything because bullets make -- I don't

know if any of you have been shot at, but bullets make a funny

sound when the lid's flying through there.  Sounds like that.

I didn't hear any, but I was hearing quite a few gunshots.

08:44AM  Q    Okay.

         A    I didn't know at the time -- right at the time when

they first started, I didn't know if it was coming from the

right or the left.  Like I said, I looked back and that other

guy was gone.  So I didn't know if they were coming from him.

08:44AM  I went in between the vehicles.  I saw Mark.  I hit him again.

And I tried to look past down the cars in the street to see if

I could see that first guy that had the gun that went for the

gun running down the street or standing there, whatever, just

shoot me.  I'm trying to get on my bike and leave.  Let's go.

08:44AM  Q    That's all you ever wanted to do was get on your

bike and leave?

         A    Pretty much.  Get me and the girls out of there.  We

were on our way to go have pizza.

         Q    Yeah, you just wanted to get to that pizza; right?

08:45AM  A    Yeah.  I was hungry.

1    Q    And had it not been for these men attacking you, you

2    would have been able to get that pizza?

3    A    Probably ten more seconds I would have been gone.

4    Q    I got you.

08:45AM 5    Now, counsel kept asking you if this is where you

6    shot him and this is where you shot him.  Do you really know

7    whose bullets hit him that day?

8    A    For real, no, I don't.  I know where I -- I aimed at

9    him.

08:45AM 10    Q    Now, let me ask you something:  When you and he

11    first engaged, if I'm not mistaken, you said he bear hugged you

12    or you bear hugged him?

13    A    He tried to grab me by the front of my jacket, like

14    a little kid he was going to throw down on the ground.

08:45AM 15    Q    And he's a pretty big guy?

16    A    Yeah, he's a pretty big guy.

17    Q    And I believe you said that you all ended up on the

18    ground?

19    A    Correct.

08:46AM 20    Q    Now, somewhere along there, you got a -- you injured

21    your back, you said?

22    A    My third lumbar got broken.

23    Q    And --

24    A    Like it didn't break my back.  But your spine -- you

08:46AM 25    got those little ridges.  Doctor told me that it broke.  Like

```
 1    say my body -- the spinal cord, you got those things that -- on

 2    top of them.  And the bottom you got disks.  That piece broke

 3    and it was sliding around.

 4         Q    And all that occurred before you ever stabbed him,

 5    didn't you -- didn't it?  Let me strike that.

 6              You suffered that injury before you stabbed anybody?

 7         A    No, that would be incorrect.

 8         Q    Okay.

 9         A    Because when he first tackled me, I hit him in the

10    shoulder, and then I got him in the arm.  But with his weight,

11    we just kept going.  And I don't know -- I don't exactly know

12    when it broke.  It had to have been when I hit the ground after

13    I got him.  So I probably got him three times before we hit the

14    ground.

15         Q    And all you were trying to do was stop him from

16    attacking you?

17         A    Correct.

18         Q    And the other guy was already running up the street

19    with the gun?

20         A    I didn't know he had a gun.  He was just coming up

21    the street.  You could tell he had purpose.  He was on his way.

22         Q    And when around, then, in this whole thing did this

23    van pull up?  Or was it already there?

24         A    After we hit the ground, we both came back up, I

25    stabbed him one more time.  Like I said, I disengaged him.
```

**UNITED STATES DISTRICT COURT**

```
 1    There was another -- the guy that had been walking up the
 2    street was there.  So they're both within -- they're closer
 3    than she is.
 4         Q     Referring to the court reporter?
 5         A     Yeah.  He walked between -- Mark walked between us.
 6    There was a parked car right there.  He stepped into the
 7    street.  He didn't go past the vehicle.  He turned around.
 8    When I looked at him -- I'm looking at the other guy, like,
 9    "What do you want?  What are you going to do?"  And the -- when
10    I looked back at Mark, because he stopped and turned around,
11    the vehicle, that was exactly when the vehicle pulled up.  And
12    then those guys were making a bunch of noise screaming "fuck
13    you" and "fag" on the -- and all kinds of whatever.
14         Q     And then at some point you heard gunshots?
15         A     Correct.
16         Q     Mark was still ambulatory; right?  He was still
17    moving?
18         A     Correct.
19         Q     Did you know if he was going for a weapon?
20         A     You know, it seemed funny that I stabbed this guy
21    with a big knife four times and he's still on his feet, still
22    moving.  He's turning around and looking at me.  There's
23    another guy that just came up.  At that point I -- it occurred
24    to me, this guy's got the gun.  He wants to watch me get
25    blasted after I stabbed him.  That was my thought.
```

          1          Q      Was it your thought process and those 25 seconds

          2   that Mark might have a weapon, a gun?

          3          A      Yeah.  He could have had one too.

          4          Q      And he was still moving?

08:49AM   5          A      He was still up and moving.  He was facing me.

          6          Q      And that's when you started shooting at him?

          7          A      I shot the guy -- I put the knife away because when

          8   I saw the three other guys show up -- I knew I had a gun.  I

          9   was waiting to see what they were going to do.  And when that

08:49AM  10   guy pulled his shirt up and went behind his back, I was, like,

         11   "All right.  Here we go."

         12          Q      And Mark was still moving as well?

         13          A      Mark was standing right there.

         14          Q      And moving?

08:49AM  15          A      And moving.

         16          Q      Did you fear that he might have a gun as well?

         17          A      I didn't know who had a gun.  They all could have

         18   had guns.

         19          Q      All you know is you had been attacked by people.

08:49AM  20   Some of them had guns.  There were five of them and you had

         21   done nothing to provoke it?

         22              MR. BRUNWIN:  Object as misstating the testimony.

         23              THE WITNESS:  That is correct, though, Your Honor.

         24   I never met any of those men before.

08:50AM  25              THE COURT:  Overruled.

1          THE WITNESS:  I had no argument with Mark.  I never

2   met the guy.  I wasn't doing anything to the San Francisco

3   chapter, the Hells Angels, other than existing.

4          Q    BY MR. YANNY:  Were you able to determine how many

08:50AM  5   people were firing that night?

6          A    No.  I actually talked to my lawyer.  And in that

7   neighborhood -- because it's -- Mission District is very

8   active.  There's a lot of gang activity in the Mission

9   District.  Probably something similar to South Central here.

08:50AM 10   And they have a technology called ShotSpotter.  And I begged

11   him, pleaded.

12          Because at trial the government's whole theory was

13   that Mark was by himself, none of those other people existed.

14   That was the story that they told the jury.  And I wanted to

08:51AM 15   disprove that.  And if there would have been a, whatever,

16   scientific way to prove that, knowing that there were other

17   people that were shooting and me and we could prove it that

18   way, but because my lawyer was not interested in helping me,

19   that kind of just got pushed off to the side.

08:51AM 20          Q    As much as I don't like doing this, I want to show

21   you the -- by the way, a .357 is a Magnum gun, is it not?

22          A    It's a revolver, yes.

23          Q    It's a revolver.  But it's a Magnum, called .357

24   Magnum?

08:51AM 25          A    Yes.

36

```
         1        Q     That's a pretty big slug; right?

         2        A     Yes.

         3        Q     I want to show you what the government has

         4    identified as 100-3 and ask you if that was a stab wound.

08:52AM  5    That's actually a bullet wound, isn't it?

         6        A     Like I told counsel, I'm not a -- an expert on

         7    injuries.  And -- I mean, if you stab yourself with something

         8    small, like an ice pick, which I didn't have an ice pick -- it

         9    might be a bullet wound.  I mean, I don't want to speak on it,

08:52AM 10    because I'm not an expert.

        11              THE COURT:  Counsel, what exhibit number is that

        12    again?

        13              MR. YANNY:  That was 100-3, sir.

        14              THE COURT:  Thank you.

08:53AM 15        Q     BY MR. YANNY:  Sir, I want to show you what the

        16    government showed you, 100-5.

        17              Now you had indicated you had shot Mark in the

        18    chest; right?

        19        A     I aimed at the man while he was facing me.

08:53AM 20        Q     You see that bullet wound there right by the --

        21        A     Yeah, I see it.

        22        Q     That's a pretty big entry wound, isn't it?

        23        A     Yeah.

        24        Q     To the best of your recollection, is that the

08:53AM 25    approximate location you shot Mr. Guardado?
```

**UNITED STATES DISTRICT COURT**

1        A     Yes.

2        Q     Well, you shot him in the chest?

3        A     He was facing me.  Yeah, I aimed in the middle of

4    his body.

08:53AM 5        Q     Okay.  I want to show you -- from your experience,

6    sir, is the size of that entry wound there about the same size

7    as the entry wound a .357 would leave?

8        A     I have no idea.  I've never shot anybody before.

9        Q     All right, sir.  I want you to take a look at the

08:54AM 10   shot -- the photo -- the one on the back of the neck.  You see

11   that?

12       A     That's a terrible picture.

13       Q     I know.  I'm doing my best.  I'm working with

14   outdated equipment and stuff.  Do you see that there?

08:54AM 15       A     Looks like paper.

16       Q     Well, can you see that entrance wound?

17       A     Yeah.

18       Q     That's not anywhere near the size of that other

19   entrance wound, is it?

08:54AM 20       A     No.

21       Q     Do you have any idea what caliber weapons were being

22   fired at you?

23       A     I mean, I could guess.  But there, again, I'm not an

24   expert.  I've been shot at a few times.  I heard guns shoot

08:55AM 25   quite a few times.  It sounded like a nine.  It might have been

```
 1    smaller.  It was definitely an automatic.

 2         Q    Full automatic or semi?

 3         A    Semi.  It wasn't an automatic.

 4         Q    So the one -- the size of the wound on the back of

 5    the man's neck, the entrance wound is a lot smaller than the

 6    one that you know for sure you fired; right?

 7         A    That's correct.

 8         Q    And it's a lot smaller than the one shown in 100-3;

 9    correct?

10         A    It appears that way.

11         Q    So do you know if it was your shot that hit

12    Mr. Guardado in the back of the neck?

13         A    Excuse me.  No.

14         Q    That's what I thought.  That entrance wound that we

15    showed there on the back of the neck there, is that, to your

16    knowledge, consistent with a 9mm entry wound?

17         A    I have no idea.

18         Q    Do you know if any of the shots fired by any of

19    those other folks there that night hit Mr. Guardado?

20         A    I have no idea.

21         Q    Was Mr. Guardado between you and the van?

22         A    At one point he was.

23         Q    If I'm not mistaken, after you had been attacked,

24    after you had been shot at, after you had seen another man with

25    a weapon there that night, you shot Mr. Guardado when he fell
```

1    to the ground, after he had fallen to the ground?

2          A     Correct.

3          Q     But he was still moving, wasn't he?

4          A     He could have been.  I mean --

08:58AM 5    Q     Did you think he was going for a weapon?

6          A     I didn't know if he would.  I didn't know if he was

7    playing possum.  I didn't know.  He had already attacked me

8    twice.

9          Q     Chris, will you accept my apologies that you had to

08:58AM 10   go through all of this?

11         A     Sure.

12               MR. YANNY:  Nothing further, Your Honor.

13               THE COURT:  Recross?

14               MR. BRUNWIN:  Nothing further, Your Honor.

08:58AM 15       THE COURT:  All right.  Ladies and gentlemen, I'm

16   going to ask you to take a brief recess.  We'll come back in 15

17   minutes.  You're admonished not to discuss this matter amongst

18   yourself nor form or express any opinions about the case.  Have

19   a nice recess.

08:59AM 20               **(Out of the presence of the jury.)**

21               THE COURT:  Mr. Ablett, thank you.  We'll have the

22   marshals remove you.

23               Ms. Derby, thank you.

24               THE DEFENDANT:  Thank you, Your Honor.

08:59AM 25       THE COURT:  Now, who would your next witness be in

**UNITED STATES DISTRICT COURT**

1    case I need to transport a gentleman under the same conditions?

2         MR. YANNY:  I would have liked to have put --

3    Mr. Melcer or -- Melcer on -- Melcer.  Clint Melcer.

4         THE COURT:  Just a moment.  Melcer is visiting with

09:00AM 5    Ted -- Tedford today.  Remember?  He should be at MDC because I

6    appointed Mr. Tedford, who called to court and told me --

7         Counsel, have a seat.

8         -- who told the clerk that he couldn't make a court

9    appearance today in Santa Ana, but he'd appreciate talking to

09:00AM 10   his client in Los Angeles at MDC.  That's why I told you

11   yesterday he'll be here tomorrow at 7:30, 7:45, so you can talk

12   to him.  And Mr. Melcer will be here tomorrow.

13        Also, just to remind you, besides Melcer being here,

14   we're bringing the gentleman from -- Mr. Maldonado -- down the

09:00AM 15   road also.

16        MR. YANNY:  All right, sir.

17        THE COURT:  And he's coming out of the state prison

18   system -- who will be transported tomorrow also.

19        Now, Deb, we got a call from -- let me see that.

09:01AM 20        THE COURTROOM DEPUTY:  John Barton.

21        THE COURT:  Who is he appointed on?

22        THE COURTROOM DEPUTY:  I believe Al Cavazos.

23        THE COURT:  See, I don't have him down.  I've got

24   Maldonado with Shaun Khojayan, Ruben Cavazos with Angel

09:01AM 25   Navarro, Klint Melcer with Ted Tedford.  And I think my guess

```
 1    is last night between you, Terry, and the other clerk, that you
 2    really have this gentleman, Mr. Barton, talking to Leyva.
 3              THE COURTROOM DEPUTY:  There's him and Al Cavazos.
 4              THE COURT:  Let me -- just by the number.  Who's
 5    going to represent John David "Yavas"?  Because we're making
 6    calls last evening.  And between the three clerks, I can't get
 7    it straight.
 8              THE COURTROOM DEPUTY:  You mean Benji Leyva?  It
 9    could be Kate or could be John.  Whoever is here.
10              THE COURT:  Okay.  Benji Leyva.
11         Then we have one attorney coming at noon, Kate
12    Corrigan, and we get this note that I didn't understand
13    concerning this other attorney.  Is this the only other witness
14    that we haven't appointed counsel for, Benji Leyva?
15              MR. YANNY:  Benji Leyva.  He'll be here today at --
16              THE COURT:  At 1:30.  And I've got an attorney
17    coming.  So I think it's going to be Ms. Corrigan at 12:00
18    noon.
19              THE COURTROOM DEPUTY:  Kate can be here at noon.
20              THE COURT:  Then I don't understand that other
21    e-mail, is what I'm trying to say, between the three clerks.  I
22    couldn't keep it straight.  I've got each clerk -- never mind.
23              (A discussion was held off the record.)
24              THE COURT:  Al Cavazos, one of the attorneys is
25    going to represent Al Cavazos.  So we have two counsel lined
```

UNITED STATES DISTRICT COURT

```
 1   up.  It's going to be first come, first served.  Is Al Cavazos
 2   here?
 3              MR. YANNY:  No.  He's going to be here tomorrow,
 4   sir.
 5              THE COURT:  Okay.  So he's here tomorrow.  So we
 6   have time.
 7              THE COURTROOM DEPUTY:  I thought he was going to be
 8   here today.
 9              THE COURT:  I did too.  That's why we're doing this
10   by the numbers.
11              We're going to have an attorney for everybody.  I
12   promise you.
13              And you're going to help me now.  Who's our next
14   witness?
15              MR. YANNY:  I guess if Your Honor would let me --
16              THE COURT:  Who's our next witness?
17              MR. YANNY:  I could call Agent Ciccone.
18              THE COURT:  I don't care what you do.  Who's our
19   next witness?
20              MR. YANNY:  I can put Don Davis on.
21              THE COURT:  Who's our next witness?
22              MR. YANNY:  Your Honor, I would prefer to --
23              THE COURT:  Who's our next witness?  When the jury
24   walks in, I'm going to ask you to call a witness.
25              MR. YANNY:  Don Davis.
```

09:03AM (line 5)
09:03AM (line 10)
09:03AM (line 15)
09:03AM (line 20)
09:04AM (line 25)

1          MR. WELK:  Your Honor, may I be heard on the Don

2    Davis witness?  The government -- I'll wait for an answer if I

3    can be heard.

4          THE COURT:  Mr. Davis, who's seated in the back; is

09:04AM 5    that correct?

6          MR. YANNY:  Yes, sir.

7          THE COURT:  Mr. Davis will be the next witness.

8          MR. WELK:  Your Honor, may I be heard?  This is

9    important because it comes to the surprise element that you've

09:04AM 10   asked us to notify you about.  The government has filed an

11   objection to Mr. Davis's testimony.  And what I want the Court

12   to know, and I have something that --

13         THE COURT:  Just a moment.  When was it filed?

14         MR. WELK:  When was what filed?

09:04AM 15         THE COURT:  This objection to Mr. Davis.  I

16   apologize.  I haven't read it or looked at it.  So --

17         MR. WELK:  It was filed on October 28th --

18         THE COURT:  Okay.

19         MR. WELK:  -- as document 223.

09:04AM 20         THE COURT:  All right.

21         MR. WELK:  But what's important, Your Honor, is we

22   haven't received any CV or resumé or expert report from

23   Mr. Davis at all from the defense.  What I have reviewed are

24   extensive posts by Mr. Davis on his blog on the Internet.  And

09:05AM 25   in those blog entries are full of personal accusations of

```
 1          criminal activity by the UCs in this case and by Mr. Brunwin.
 2          In particular, there's a posting of September 16, 2011, and I
 3          have copies of it here for everyone, in which Mr. Davis accuses
 4          the UCs by name and Mr. Brunwin of being involved in the murder
09:05AM  5  of Manuel Martin, known as "Hitman" in October of 2008.
 6                  Now, I'm not suggesting that he's not allowed to do
 7          that and put it on the Internet, but the accusations that he
 8          makes are based on anonymous sources and unidentified --
 9                  THE COURT:  Just a moment.  The danger doesn't sound
09:06AM 10  to me to be Mr. Davis testifying.  The detriment of Mr. Davis
11          testifying is really your ability to ask those kinds of
12          questions that might show his bias.  So it's not keeping
13          Mr. Davis off the stand.  I think the defense needs to be aware
14          that you may have, you know, incredibly good impeachment
09:06AM 15  material because of these statements.  So which is it?
16                  Mr. Davis, you can stay.  Come on up here.
17                  Which is it?  Are you trying to keep him off the
18          stand because of what you perceive to be outrageous statements?
19                  MR. WELK:  No.
09:06AM 20          THE COURT:  So you just want to notify him that,
21          one, watch out.  In other words, "You get on that stand and,
22          Judge, I'm giving you fair notice that there are some
23          statements that we might go after that shows that he's biased
24          or making outrageous comments"?
09:06AM 25          MR. WELK:  But my concern, Your Honor, is that he's
```

**UNITED STATES DISTRICT COURT**

          1    going to be allowed to testify on direct and then on cross when

          2    he's asked about the source of these statements, these

          3    accusations that he's made, that he will declare under the

          4    First Amendment that he's going to refuse to identify his

09:07AM   5    sources.

          6             THE COURT:  Oh, no, he's not, because his testimony

          7    will be stricken and then the defense looks foolish.

          8             Mr. Davis can testify.

          9             MR. YANNY:  What's that?

09:07AM  10             THE COURT:  Mr. Davis can testify.  The end result,

         11    though, is how he testifies, you're the one who shapes.  So I'm

         12    not going to hear a First Amendment issue later on that there's

         13    a refusal to answer because of his sources.  In other words,

         14    you'll shape that.  If we don't get into that on direct, then

09:07AM  15    the government is not going to get that in cross.  But there

         16    are some alleged statements.  Did you commit a murder,

         17    Mr. Brunwin?

         18             MR. BRUNWIN:  No, Your Honor.

         19             THE COURT:  I'm just kidding you.

09:07AM  20             But the accusation must be some kind of connivance

         21    that you're referring to.  In other words, on this blog is

         22    there some kind of belief that the U.S. Attorney's Office is in

         23    connivance with ATF and, therefore, a hitman was set up to be

         24    murdered?

09:08AM  25             MR. WELK:  It's actually alleged conspiracy amongst

```
 1  the UCs and Mr. Brunwin by name, not the U.S. Attorney's
 2  Office.
 3          THE COURT:  Counsel, help me.  I'm not going to
 4  force you to testify.  I'm not going to limit you, but watch
 5  out for Pandora's box opening.  So I trust you to take him
 6  through professionally in terms of his opinion.  Isn't that
 7  refreshing?
 8          MR. YANNY:  Very much.
 9          THE COURT:  Why don't you put him up on the stand in
10  five minutes.
11          If you'd like to use the restroom, great.  At my
12  age, I don't care.  So I'll just sit here and wait for you.  I
13  don't care what you do.  At 9:15 those doors open.
14          (Recess from 9:08 a.m. to 9:14 a.m.)
15          THE COURT:  Let me go on the record outside the
16  presence of the jury with Mr. Davis, who's apparently the
17  expert who's going to be called, for a moment.
18          Mr. Davis, you weren't present last evening.  One of
19  my concerns is some late developing information about, one, an
20  incident --
21          Have a seat for a second.
22          Come on up so I can see you.  There's an incident
23  down in Tijuana, and it was just shown to the Court yesterday
24  for the first time.  It came off of a cell phone of some kind.
25  Were you here?
```

09:08AM (line 5)
09:08AM (line 10)
09:14AM (line 15)
09:15AM (line 20)
09:15AM (line 25)

**UNITED STATES DISTRICT COURT**

1          MR. DAVIS:  I saw that video, yes.

2          THE COURT:  Okay.  Because what I don't want is I

3     don't want you or any other expert to testify on the witness

4     stand.  And then if there is evidence later on that was

09:15AM 5     requested for impeachment or rebuttal, and I don't know how

6     that ruling would come out, then the accusation would be, "Oh,

7     well, Mr. Davis testified.  And look, he's not a qualified

8     expert because he didn't see this late developing information."

9          MR. DAVIS:  I saw it and I don't have any knowledge

09:15AM 10    of it at all.

11         THE COURT:  I don't either.  I saw it for the first

12    time.  The second thing, there is information that the

13    government's had.  They alluded to it at one time, but I hadn't

14    seen it before and the defense got the video yesterday of a

09:16AM 15    push-and-shove match going on out in 2018 in Riverside.  Have

16    you seen that tape?

17         MR. DAVIS:  I saw that tape yesterday in court.  I

18    have no knowledge of the incident.

19         THE COURT:  Neither do I.

09:16AM 20         Now, they believe that it may be appropriate for

21    impeachment.  I don't know.  And I'm going to simply delay that

22    ruling because technically, although I think I know what the

23    defense is through cross-examination, that hasn't technically

24    or legally been developed yet.  So I'm making a premature

09:16AM 25    decision.

 1          MR. DAVIS:  I have no knowledge of either of those

 2  incidents.

 3          THE COURT:  But, in other words, eventually the

 4  government's position is going to be, "Judge, let this

09:16AM 5  unindicted information into evidence.  Because it shows a

 6  continuing activity between the Hells Angels and the Mongols."

 7          MR. DAVIS:  I understand that.

 8          THE COURT:  From the government's perspective, I

 9  think they should be allowed at some point to get the fact that

09:17AM 10  there's ongoing activity, but nobody can tell who the aggressor

11  is again.  In other words, when I look at this, the claim by

12  the government is, "Well, the jacket was taken off."

13          MR. DAVIS:  Uh-huh.

14          THE COURT:  Well, when you watch it, the argument

09:17AM 15  from the defense will be if they took it off, it came off

16  during the fight.  And the defense is going to say the jacket

17  was basically with the prospect it was given back, and nobody

18  pursued it.  So if this jacket is really a trophy, like a

19  scout, it's silly that all these people are looking, and here's

09:17AM 20  the vest and giving it back.  So I don't know what to do with

21  that yet until I hear the defense case, and therefore, you may

22  need to be called back.

23          Because if I was to make a decision eventually that

24  the government's entitled to show some kind of continuing

09:17AM 25  conduct, then I don't think it's fair that the defense isn't

        1    able to respond.  Because otherwise, it puts you or other any

        2    other expert on either side.

        3            MR. DAVIS:  That sounds reasonable to me.

        4            THE COURT:  You know, in the position of, "Well,

09:18AM 5    this expert doesn't know what he's talking about because they

        6    didn't touch upon this incident."

        7            Here's my inclination so your expert and all of you

        8    hear that.  I'm really concerned about this Tijuana incident.

        9    I don't know who started it.  There's so many people out there.

09:18AM 10   I don't have a decent foundation or some understanding like

        11   I've got, at least, down at the river.  I mean, that's -- we've

        12   got some pretty good information out there:  Who got killed,

        13   what started it, who came over.

        14           But just to show me that video right now in Tijuana,

09:18AM 15   I need to have a hearing outside the presence of the jury.  I'm

        16   going to give that to you.  You got to get people up here.  I

        17   got to understand that.  And I'm not inclined at this point, if

        18   you rested, to let that in.  It's just a melee out there.

        19           I'm a little more inclined to let that in your

09:19AM 20   Riverside incident, but I'm not telegraphing that to you, and

        21   you shouldn't have that expectation right now.  First, I

        22   understand in good faith that you believe it was going to be

        23   impeachment.  There's no connivance.  I'm not finding that.  By

        24   the same token, I'm not sure I'm going to allow any

09:19AM 25   impeachment.

1    No. 2, it's silly.  Between the two of you, I'm not

2    sure what that tape shows.  So on one hand with a fair trial, I

3    want you to have some continuing conduct up to the present.

4    But the real value of that tape isn't who pushed who first or

09:19AM 5    taking off the vest.  The real value of that tape and the

6    reason it would come in is because whoever started this or

7    didn't or how grave this vest -- it just shows that this

8    continuing exacerbation and fight is going right up to the

9    present time.

09:19AM 10    So for that reason I'm seriously considering it.

11    But for the reason of the Hells Angels being aggressive or the

12    Mongols being aggressive or the vest, I don't think I would be

13    letting the tape in under those circumstances.

14    So if you want to handle that through this expert,

09:20AM 15    so be it.  But if you ask me to receive that and if I

16    eventually made that decision, Davis is back on the stand as a

17    surrebuttal witness with fair warning to you, to explain.  And

18    that's the last thing the jury is going to be hearing.  Okay?

19    So that's a tactical decision you make.  Therefore, I may need

09:20AM 20    to keep you on call, because it's a little unfair on time.

21    MR. YANNY:  One other thing, Your Honor --

22    THE COURT:  Sure, I'm listening.

23    MR. YANNY:  I'd like to take -- Benji Leyva is only

24    available for a period of time this afternoon.  If we could

09:20AM 25    take him out of order.

1          THE COURT:  Certainly.

2          MR. YANNY:  Thank you, sir.

3          **(In the presence of the jury.)**

4          THE COURT:  We're back in session.  The jury is

09:21AM 5  present, the alternates.  All counsel and the parties.

6          If you'd be seated, Counsel.

7          Thank you for your courtesy.

8          And if you'd call your next witness, please.

9          MR. YANNY:  The defense would call Don Davis.

09:22AM 10         THE COURT:  Sir, would you be kind enough to step

11  between the doors.  Would you walk along the side of the jury

12  railing.  It's a little tight.  And if you'd be seated.

13         And let me explain to the jury that Mr. Davis is

14  going to be called as an expert by the defense.  Either party,

09:22AM 15  the government or the -- or the defense could have expert

16  witnesses.  And those expert witnesses like -- unlike other

17  witnesses, are allowed to be in the courtroom.  And if they

18  choose to hear the testimony, they can also rely upon hearsay

19  statements.  But if they are, those statements are not for the

09:23AM 20  truth, they're only for the reason that an opinion is being

21  borne.

22         So when an agent testifies, probably qualifies as an

23  expert witness and, as such, will be able to make statements

24  also that may be hearsay statements, but about why he formed

09:23AM 25  his opinion, okay.

**UNITED STATES DISTRICT COURT**

```
 1            Now, I'll explain that as we go along.  But both
 2    investigating officers are allowed to be present, or government
 3    expert.  And Mr. Davis has been in the courtroom.  So he hasn't
 4    transgressed any admission by the Court.
 5                 DONALD CHARLES DAVIS, WITNESS, WAS SWORN
 6            THE COURT:  Sir, would you be kind enough to state
 7    your full name for the jury, please.
 8            THE WITNESS:  Donald Charles Davis.
 9            THE COURT:  And would you spell your last name.
10            THE WITNESS:  D-a-v-i-s.
11            THE COURT:  Thank you.
12            And this would be direct examination by Mr. Yanny
13    for the defense.
14
15                        DIRECT EXAMINATION
16    BY MR. YANNY:
17        Q    Good morning, Don.
18        A    Good morning.
19        Q    Just to start out, you and I know each other, yes?
20        A    Yes, we do.
21        Q    For a while?
22        A    Yes, we have.
23        Q    About how long?
24        A    Well, you were representing the Vagos at the time.
25    And we had a meeting in Hollywood with some officers of the
```

```
 1    Vagos.  I think that was the first time I met you.
 2         Q    I think so.
 3         A    I believe so.
 4         Q    We conversed on the phone prior to that?
09:24AM 5  A    Yes.  We've talked many times.
 6         Q    Sir, will you outline the -- your educational
 7    background for the jury.
 8         A    I attended but did not graduate from college.
 9         Q    Where?
09:24AM 10      A    Indiana State.
11         Q    And would you outline for them your work history.
12         A    Well, I'm fairly old, so I was a laborer for a long
13    time.  What's most relevant here, I think, is -- I worked for a
14    newspaper at a production company at one point, but what's most
09:25AM 15  relevant here is that for about the last ten years, I've
16    written about the motorcycle club world.  And I've done that on
17    a blog called The Aging Rebel at www.agingrebel.com.  And I've
18    written five books and about topics that are pertinent to that.
19    One of which was about the Cavazos case.
09:25AM 20      Q    Ruben "Doc" Cavazos?
21         A    Yes.  The United States versus Cavazos, et al.
22         Q    Now you've also been cited by noted periodicals on
23    occasion about the biker culture, have you not?
24         A    Yes, I have.  Usually reporters find me because
09:25AM 25  there's not many people who are informed about this subject,
```

**UNITED STATES DISTRICT COURT**

```
 1    who aren't police officers.
 2         Q    What about police officers?
 3         A    Who are not police officers.  Most experts who
 4    testify in cases like this are police officers.
 5         Q    And you have run Aging Rebel for how long?
 6         A    A little over ten years.
 7         Q    One of the periodicals have cited you as an expert?
 8         A    There's a lot.  "The New York Times," "The Wall
 9    Street Journal," the "Daily Mail," "The Guardian."  There's a
10    lot.  There's probably 100 citations.
11         Q    "Washington Post"?
12         A    Huh?
13         Q    "Washington Post"?
14         A    Yes.  Yes.
15         Q    You didn't supply me with a curriculum vitae, did
16    you?
17         A    I thought I did.  Probably I didn't.
18         Q    I'll see if we can fill it in.  Counsel was
19    complaining I hadn't supplied him with one.
20         A    Sure.
21         Q    Now you -- you're also familiar with the
22    relationship between the law enforcement and the motorcycle
23    world?
24         A    Yes.
25         Q    And have you written and been cited as an authority
```

**UNITED STATES DISTRICT COURT**

```
  1    on that?
  2         A    Yeah, I believe so.  I believe so.  I don't keep a
  3    scrapbook, so I don't know exactly what everything -- everyone
  4    has said about the news.
  5         MR. YANNY:  Your Honor, we offer him as an expert
  6    under 702.
  7         THE COURT:  You can continue on at this point.
  8         MR. YANNY:  Okay.
  9         Q    Let me ask you, sir, have you been following the
 10    travails of the Mongols Motorcycle Club with the ATF and the
 11    prosecution?
 12         A    Yeah.  For about ten years.
 13         Q    Are you familiar with Agent Ciccone?
 14         A    Yes.
 15         Q    And are you familiar with the undercovers in this
 16    particular case?
 17         A    Well, I've actually spoken to Agent Ciccone a number
 18    of times.  I don't believe I've ever spoken to Agents
 19    Kozlowski, Gaioni, or D'Angelo.
 20         Q    What about Hollywood Carr?
 21         A    I've never spoken to Mr. Carr.
 22         Q    You're familiar with their work and their testimony
 23    though?
 24         A    Yes, sir, I am.
 25         Q    And were you familiar with the work of Billy Queen?
```

09:27AM (line 5)
09:27AM (line 10)
09:27AM (line 15)
09:28AM (line 20)
09:28AM (line 25)

**UNITED STATES DISTRICT COURT**

```
 1        A    Yes.  I've spoken to both Mongols and members of

 2   other clubs and about Mr. Queen.  And I've read Mr. Queen's

 3   book and seen his television shows.

 4        Q    Have you ever had the pleasure of speaking with him?

 5        A    No, I haven't.

 6        Q    What about Mr. Robbins -- Dobbins?  Excuse me.

 7        A    Yeah, I've interviewed Jay Dobbins in writing.

 8        Q    Now, how many times did you say you've spoken with

 9   Agent Ciccone?

10        A    Many times.  Most recently spoke to him the day

11   before yesterday.  I told him he was looking thin.

12        Q    Are you familiar with the relationship between the

13   Hells Angels and the Mongols?

14        A    Yes, I am.

15        Q    Are you familiar with the history of the Mongols?

16        A    Yes, I am.

17        Q    Are you familiar with the history of the Hells

18   Angels?

19        A    Yes, I am.

20        Q    Would you tell us, to the best of your

21   understanding, what, if any, disputes that have been between

22   the Hells Angels and the Mongols over the years.

23        A    There was a dispute between the two clubs that

24   began, I think, in 1976.  My understanding of what happened

25   then was that the Mongols, which were -- who are a growing club
```

(09:28AM at line 5, 09:29AM at lines 10, 15, 20, 25)

**UNITED STATES DISTRICT COURT**

1    in Southern California, were in conflict with the Satans Slaves

2    and a club called the Satans Slaves in the San Fernando Valley.

3    And there was tenseness.

4         I hesitate to say "war" because they're not really

09:30AM 5    at war, but there was ongoing disputes between the Mongols in

6    Southern California and the Satans Slaves.  And the Satans

7    Slaves patched over, joined, stopped being Satans Slaves and

8    became Hells Angels.  And so that dispute continued to simmer.

9         And then there was a fight, I think, in 1976 between

09:30AM 10   members of the Hells Angels and members of the Mongols

11   Motorcycle Club.  There were increasingly hard feelings.  I've

12   been told that it was over a woman.  A woman who was having an

13   affair with both a Mongol and Hells Angel simultaneously.

14        And then it got very serious, particularly between

09:31AM 15   members of the San Diego charter of the Hells Angels Motorcycle

16   Club and members of the Mongols Motorcycle Club.  And that led

17   to a well-known shooting, it was on the 15 Freeway.  There had

18   been a run and two Mongols and two women were shot off their

19   motorcycles with a machine gun.

09:31AM 20        There was a bombing at a funeral allegedly by the --

21   I'll say allegedly by the Hells Angels against the Mongols.

22   There was a tire bombing.  There was a bombing of a van.  And

23   these were all things that happened to Mongols members.  There

24   was a murder in a bar by Mongols against the San Diego charter

09:32AM 25   president of the Hells Angels, who was said to be the man who

```
         1    actually shot the machine gun that killed the two Mongols.
         2           And then the very first RICO case that I know about
         3    motorcycle clubs was lodged against the -- I think 25 members
         4    of the San Diego charter, the Hells Angels for conspiring to
09:32AM  5    kill Mongols.
         6           There's -- I think there had been tense feelings
         7    between the two clubs ever since.  And sometimes that tenseness
         8    has been more pronounced and sometimes members of the clubs
         9    have gotten along.  I've been told by members of both clubs
09:32AM 10    that at various times they've gotten along.
        11      Q    Sir, the Mongols, would you consider them to be
        12    predominantly a Hispanic club?
        13      A    I believe they're Chicano -- predominantly a Chicano
        14    club, yes.
09:33AM 15      Q    That other club that you said I represent, the
        16    Vagos, are they considered to be similarly a predominantly --
        17      A    They have many Chicano members.  And the president,
        18    I believe he's still the president, he's under Indictment of
        19    the Vagos, is Chicano.  There are many white members of the
09:33AM 20    Vagos as well.  Anglos.
        21      Q    And also the Mongols?
        22      A    And also the Mongols, yes.
        23      Q    Now, historically what has been the -- how can I
        24    say? -- ethnic background of the Hells Angels?
09:33AM 25      A    Generally white.  But they also have many Hispanic
```

```
 1    members and they have Asian members.
 2         Q    And that's mostly in the San Francisco area;
 3    correct?
 4         A    I believe so.
 5         Q    Do you know George Christie?
 6         A    Yes, I do.  I interviewed George for about 13 hours
 7    about five years ago.
 8         Q    Now, you --
 9         A    And I got it on tape.
10         Q    You've been previously qualified as a court expert
11    in this area, have you not?
12         A    Yes, I have.  And that was in a case -- a civil case
13    in Philadelphia.
14              THE COURT:  Just a moment.  You mentioned a name I
15    couldn't hear.  George who?
16              MR. YANNY:  Christie.
17              THE COURT:  Christie?
18              MR. YANNY:  C-h-r-i-s-t-i-e.
19              THE COURT:  Please continue.
20         Q    BY MR. YANNY:  George was president of the Hells
21    Angels?
22              THE COURT:  Let's use George Christie.
23         Q    BY MR. YANNY:  George Christie was president of the
24    Hells Angels?
25         A    Mr. Christie was president of the Ventura charter of
```

```
 1   the Hells Angels Motorcycle Club.  He was at one time on what
 2   the Hells Angels called the West Coast Council.  I don't
 3   believe that he has ever been -- the Hells Angels don't have a
 4   national president, they have a West Coast Council and East
```
09:34AM
```
 5   Coast Council in North America.  And George has never been --
 6   George has always been eager to represent himself as a
 7   spokesman for the Hells Angels.  But I'm not sure that the
 8   Hells Angels took him seriously at that.
 9        Q    All right, sir.  What about Sonny Barger?
```
09:35AM
```
10        A    Yes.  I know Sonny Barger.  And I have talked to
11   Sonny Barger and I know his wife.
12        Q    Would you explain to the ladies and gentlemen of the
13   jury who he is.
14        A    Originally there were three clubs called the Hells
```
09:35AM
```
15   Angels.  One in San Bernardino, I think there might have been
16   one in Fontana.  And in 1957, a young man named Ralph Hubert
17   "Sonny" Barger wanted to start a motorcycle club.  And he saw a
18   Hells Angels patch in the store in San Francisco, and he said,
19   "I like that one."  And that -- and he was one of the founders
```
09:35AM
```
20   of the San Francisco charter of the Hells Angels.  And
21   eventually he -- those three Hells Angels charters coalesced.
22   And Ralph Barger was, for a while, probably the most
23   influential Hells Angels of them all.
24        Q    And he was based in Oakland, was he not?
```
09:36AM
```
25        A    His original charter was in Oakland, and he later
```

```
 1   moved to the Cave Creek Charter in Arizona.  He's back in
 2   Oakland.
 3        Q    He's of ill-health now?
 4             THE COURT:  I can't hear you.
09:36AM 5        Q    BY MR. YANNY:  He's in ill-health?
 6        A    He's 80 years old.  He's a tough guy for an
 7   80-year-old man.  His wife told me he's had a couple heart
 8   attacks.  I don't know whether she was being ironic or he's
 9   actually in bad health.  But he's still robust.  I believe he
09:36AM 10  still rides a motorcycle.
 11       Q    Now, this is a matter of curiosity.  I've heard that
 12  the Hells Angels actually stole their trademark from the
 13  United States Army.  Do you know anything about that?
 14       A    Well, they were inspired -- their name was inspired
09:37AM 15  by a bomber group during the Second War, group called the Hells
 16  Angels.
 17            There was also a movie in the 1930s about fighter
 18  pilots in the First World War called Hells Angels.  I think
 19  that they -- Hells Angels enjoyed the marshals' spirit of those
09:37AM 20  names, those terms or phrase.
 21       Q    The Flying Tigers under Claire Chennault used to
 22  write flying fighter covers for the Hells Angels, did they not?
 23       A    I don't know.
 24       Q    Now, you mentioned that there was a RICO case
09:37AM 25  against the Vagos, very recent one?
```

**UNITED STATES DISTRICT COURT**

```
 1        A    Yes, it will go to trial.  There will be three

 2   trials, and the first of those trials will be January 29th,

 3   next year.

 4        Q    And is that also being headed up by Agent Ciccone?

09:38AM 5  A    I don't know what his involvement is.  I'm sure he's

 6   informed about it.

 7        Q    They even indicted a lawyer in that case, did they

 8   not?

 9        A    Yes, they did, who is the president of the

09:38AM 10  Los Angeles chapter of the Vagos Motorcycle Club.

11        Q    His name is Jeffrey Voll?

12        A    That's correct.  Jeff Voll.

13        Q    Goes by the moniker Shyster?

14        A    Yes, he does.

09:38AM 15  Q    Let me ask you, sir, we've heard all about these

16   wars between the Hells Angels and the Mongols.  You say that

17   there are periods of time where there's relative peace between

18   them; correct?

19        A    That's been my understanding.  There's been more

09:38AM 20  peace than war.

21        Q    And you've been here throughout the trial and you've

22   seen instances of fights.  Do you recall those?

23        A    Yes.

24        Q    Did those tend to be spontaneous events?

09:39AM 25  A    Well, the -- are you talking about Laughlin in 2002
```

**UNITED STATES DISTRICT COURT**

1    specifically or --

2         Q    I'm talking in general, excluding Laughlin.

3         A    They're predictable.  But yes, they're spontaneous

4    as well.

09:39AM 5    Q    Now, let me ask you, sir, you mentioned Laughlin.

6    Would you tell us what Laughlin was.

7         A    There is an annual motorcycle event, a run in

8    Laughlin, Nevada, that started in the 1980s.  And at its peak

9    about 60- or 70,000 bikers attend that.  In 2002, there was a

09:39AM 10   well-known brawl on the floor of Rosa's Cantina in Harrah's

11   Casino in Laughlin between members of the Hells Angels and

12   members of Mongols Motorcycle Club.  Two Hells Angels were

13   killed, and one Mongol was killed.

14        Q    What is your understanding as to how that particular

09:40AM 15   brawl started?

16        A    Well, there are a lot of elements to it.  The

17   San Francisco charter of the Hells Angels was staying at

18   Harrah's Casino, which is at one end of the Laughlin strip, and

19   that was the hotel that the Mongols chose to use that year.  So

09:40AM 20   there were many Mongols there and only a few Hells Angels.

21   There's much drinking in Laughlin, and there was some

22   harassment of Hells Angels by members of the Mongols Motorcycle

23   Club.  Specifically, I think, over the sale of t-shirts.

24        The president of the Mongols at the time was a

09:40AM 25   fellow named Roger Pinney, and he allowed the -- he discouraged

```
 1  the Mongols from doing any real damage.  It was sniping back

 2  and forth between two members of the two clubs.

 3          Later that night there was a brawl that erupted and

 4  lasted somewhere less than a minute between members of the

 5  Mongols and members of the Hells Angels.  I have seen tapes of

 6  the hour before the brawl erupted and -- because the curious

 7  thing about that event was that rather than the casino cameras

 8  following the money, they were following the Mongols, the Hells

 9  Angels, and members of another club called Brother Speed.  They

10  were watching the bikers rather than watching the money, which

11  is notable in itself.

12          So it's reasonable to say that there was a buildup

13  for about at least 45 minutes and maybe as long as an hour,

14  during which Mongols would bump into Hells Angels, and Hells

15  Angels would say rude things to Mongols.  And then eventually

16  it erupted.  A Mongol said something rude to a Hells Angels

17  sergeant-at-arms named Ray Ray Foakes.  And Ray Ray Foakes

18  responded by kicking him in the chest and immediately a brawl

19  ensued.  It's been frequently overstated how serious the brawl

20  was.

21          There were, I think, 42 Hells Angels in the casino

22  at the time.  All 42 were later indicted for racketeering,

23  including one fellow who was hiding under a table.  And there

24  were maybe 60 Mongols on the casino floor at that time.  Most

25  of the people who were either Mongols or Hells Angels ran, but
```

09:41AM (line 5)
09:41AM (line 10)
09:42AM (line 15)
09:42AM (line 20)
09:43AM (line 25)

**UNITED STATES DISTRICT COURT**

        1    there was real violence.  There were real shots.  There were

        2    real punches thrown.  And Roger Pinney, for example, was

        3    stabbed.

        4         Q    Multiple times?

09:43AM  5         A    Multiple times, yes.

        6         Q    Let me ask you, how many Hells Angels were staying,

        7    to your knowledge, at the Harrah's Casino -- before the brawl?

        8         A    It would have been less than 12.

        9         Q    And to the best of your knowledge, how many Mongols

09:43AM 10    were at that Harrah's Casino?

       11         A    It would have been at least 100.  I don't know what

       12    the membership of the Mongols was at the time.  I don't know

       13    how many memberships they had.  But most of the -- most of the

       14    Mongols would have been there, and it was probably more like

09:43AM 15    200 in the hotel.  I don't know how many were on the floor.  An

       16    educated estimate would be there were 60 Mongols on the floor

       17    of the casino at the time.  It was 2:00 o'clock in the morning.

       18         Q    Now --

       19         A    Old bikers like to go to bed early, just like old

09:44AM 20    people anywhere.

       21         Q    Yes, sir.  And when I seen that video, it seems like

       22    there were a lot more Hells Angels there than just a dozen.

       23         A    There were 42.  Well, there were 42 on the 4th in

       24    time that the brawl broke out.

09:44AM 25         Q    Let me ask you, sir, how many days were the Mongols

                        UNITED STATES DISTRICT COURT

1    and the Hells Angels -- the dozen Hells Angels staying at the

2    same hotel before the brawl?

3        A    Well, the event would have started on Thursday, and

4    the fight was early Sunday morning, late Saturday night.  So

09:44AM  5    three days.

6        Q    And is it fair to say despite being in the proximity

7    of each other, there were no real fights that broke out during

8    that period of time?

9        A    No.  There was -- I understand that at one point

09:45AM 10    some Mongols surrounded some Hells Angels who had gotten into a

11    taxicab.  But I don't believe that there were any -- there was

12    any significant violence, no shoving or, you know, punches

13    thrown or --

14        Q    They were basically sniping at each other?

09:45AM 15        A    That's right.  Two proud tribes of men.

16        Q    How did those extra Hells Angels get to Harrah's at

17    that brawl at 2:00 in the morning?

18        A    I believe most of them came by motorcycle.  Most of

19    them were staying at the what was then the Flamingo, what is

09:45AM 20    now the Aquarius at the other end of the strip in Laughlin.

21        Q    Was there ATF presence in Laughlin at that time?

22        A    Yes, there was.

23        Q    Would you tell the ladies and gentlemen of the jury

24    about that.

09:45AM 25        A    Special Agent Dobbins, who testified, was at the

1    Flamingo, and was written that he watched the Hells Angels

2    leave the Flamingo and go up the strip to Harrah's.  Special

3    Agent Kozlowski was drinking, I believe.  Special Agent Dobbins

4    was in the Flamingo at the time.  I know Special Agent Carr was

09:46AM 5    in Laughlin at that time.  And I -- Special Agent Ciccone has

6    stated that he was in Laughlin at the time and that he assisted

7    with the investigation after the brawl ended.

8        Q    To your knowledge and your understanding, did

9    Agent Ciccone have any undercover operations going at the time?

09:46AM 10       A    Yes, he did.  Special Agent Dobbins was undercover

11   at the time and he had already -- Special Agent Dobbins had

12   already met with an ATF asset named Michael "Mesa Mike" Kramer,

13   who became an ATF asset, I believe, around -- around

14   Thanksgiving in late November of 2001.  That would have been

09:47AM 15   four or five months before that brawl.

16       Q    And you said Mason?

17       A    Mesa Mike.  His road name was Mesa Mike.  His first

18   name was Michael, last name is Kramer, K-r-a-m-e-r.

19       Q    Was he undercover with anybody at that time?

09:47AM 20       A    He was a confidential informant.  He was a paid

21   confidential informant of the Bureau of Alcohol, Tobacco,

22   Firearms and Explosives.  It might have been just Alcohol,

23   Tobacco and Firearms at the time.

24       Q    Who was he informing on, do you know?

09:47AM 25       A    He was informing on the Hells Angels.  He had been

```
 1   involved in a murder in Mesa, Arizona.  Had gone west to join
 2   the San Fernando Valley charter of the Hells Angels because he
 3   feared arrest.  And about a month after he moved west, he
 4   contacted Special Agent Ciccone.
09:48AM  5        Q    Now, when you said there was a -- you said there was
 6   a tire shop explosion.  Do you remember that?
 7        A    Yes.  I forget the name of the tire shop.  But a
 8   Hells Angels prospect brought a tire to be repaired into the
 9   shop, and a 14-year-old boy, who was like the nephew of the
09:48AM 10   tire shop owner, was killed when the tire exploded.
11        Q    That belonged to Mony Robles?
12        A    That sounds correct.
13        Q    And there was another gentleman killed as well, was
14   there not?
09:48AM 15        A    I believe there were two people killed in that
16   incident, yes.
17        Q    And they were both associated with the Mongols?
18        A    Yes, they were.
19        Q    Would you outline for the ladies and gentlemen of
09:49AM 20   the jury what you know about the operations run just by
21   Agent Ciccone against the Mongols.
22        A    Well, the big ones were called Operation Ivan, which
23   involves Special Agent William Queen, because Ivan the Great
24   chased the Mongols out of Russia.  That's where that name came
09:49AM 25   from.  He -- and then there was Operation Black Rain, which was
```

```
 1   the big one.  Those are the major operations.  I don't know

 2   every time he's had someone surveilled.

 3        Q    Do you know any other clubs that Agent Ciccone has

 4   surveilled or infiltrated?

 5        A    Tried to investigate in depth.  Sure, the Sundowners

 6   and the Vagos and the Hells Angels.

 7        Q    And, of course, the Mongols?

 8        A    And the Mongols.

 9        Q    Fair to say that Mr. Ciccone has made a career out

10   of infiltrating?

11        A    I believe all Special Agent Ciccone has done since

12   the Death Row Records investigation, which was in the late

13   '90s, has been to investigate motorcycle clubs.  I believe he

14   has been involved in 200 investigations and -- or more, and

15   that most of those are not publicly known.

16        Q    Now, the -- DOJ, Department of Justice --

17   Mr. Ciccone works for the DOJ; right?

18        A    Ultimately, sure.

19        Q    They put out a list of what they call OMGs; right?

20        A    Yes.

21        Q    What's an OMG?

22        A    OMG is a term that means Outlaw Motorcycle Gang, and

23   it was coined in 1948 after the so-called Riverside biker

24   riots -- or Riverside motorcycle riots in Riverside,

25   California.
```

09:50AM (line 5)
09:50AM (line 10)
09:50AM (line 15)
09:51AM (line 20)
09:51AM (line 25)

```
 1        Q    And to the best of your recollection, how many clubs
 2   do they have listed there?
 3        A    I don't know.  It depends on the list.  The lists
 4   change frequently.  It depends on who they're trying to get.
 5        Q    Now, there are Christian clubs too, aren't there?
 6        A    Yes, there are.
 7        Q    Would you tell them about the Christian clubs and
 8   what they stand for and do.
 9        A    Well, there are Christian motorcycle clubs, and
10   there are also what are called motorcycle ministries.  And
11   there are clean and sober clubs, and sometimes they overlap.
12   There are people who enjoy riding motorcycles and enjoy the
13   experience of being in a motorcycle club and riding in a pack,
14   but they have also had events in their lives that have turned
15   them deeply in a devout way to religion.  And being in a
16   Christian motorcycle club for most of those people is a way of
17   exhibiting their devotion, their religious devotion.
18        Q    To your knowledge, does the -- does the Department
19   of Justice consider any of the Christian clubs to be OMGs and
20   included on that list?
21        A    Well, a group called the Set Free Soldiers has been
22   investigated by the ATF, yes.
23        Q    And who -- you say "centuries"?
24        A    Set, S-e-t, Set Free, F-r-e-e, Soldiers.
25        Q    Set Free Soldiers.  That's a Christian club?
```

09:51AM (line 5)
09:51AM (line 10)
09:52AM (line 15)
09:52AM (line 20)
09:53AM (line 25)

1       A       Yes, it is.

2       Q       Do they minister?

3       A       I believe they do.

4       Q       And has Mr. Ciccone and his crew listed them as an

09:53AM  5  Outlaw Motorcycle Gang?

6       A       I know that the -- I know the group was raided.  I

7   know that there was a fight between members of the Set Free

8   Soldiers and the Hells Angels Motorcycle Club in a coffee shop.

9   And I would be -- I think that Special Agent Ciccone knows

09:53AM 10  everything that happened with motorcycle investigations or

11  virtually everything in the United States.  I think he's very

12  well informed.

13      Q       So they got the Jesus people on the outlaw

14  motorcycle gang list too?

09:54AM 15      A       I think that's fair to say.

16      Q       Keeps them pretty busy that way; right?  I said it

17  keeps them pretty busy that way?

18      A       Yes.  It is a full-time job for a number of people

19  to study and analyze the activities of all motorcycle clubs

09:54AM 20  not only in the United States, but in the world.  The ATF

21  agents have advised politicians in Australia on how to outlaw

22  motorcycle clubs, for example.  I know they've consulted with a

23  number of people in Europe -- a number of government agencies

24  in Europe.

09:54AM 25      Q       That includes the Jesus people?

1        A     Yes.

2        Q     Yeah.  Let me ask you, have you ever done an

3   estimation of what has been spent by the United States

4   Government infiltrating and investigating and prosecuting the

09:55AM 5   Mongols Motorcycle Club?

6        A     Yes.  As a matter of fact, I have.  It took about

7   two weeks.  And I started adding up all the numbers, and they

8   amounted to about $150 million.  That included costs, of

9   course, incarceration, the overhead on courtrooms like this,

09:55AM 10  the amount of money that would be spent buying guns or buying

11  drugs spread across many government agencies, it amounted to

12  about $150 million.  I don't have those numbers in front of me.

13       Q     It kept a lot of people busy?

14       A     Yes.  Yes.  This is a career for many people.

09:55AM 15       Q     Funded a lot of pensions?

16       A     I believe that all of these gentlemen sitting at the

17  prosecutor's table are well-compensated, yes.  And I believe

18  that includes benefits and retirement benefits.

19       Q     And have they been -- "they," being the government,

09:56AM 20  have they targeted minorities?

21       A     Do you mean -- by "minorities," do you mean Chicanos

22  or do you mean black clubs?  There are black clubs and I

23  don't -- black motorcycle clubs that are very similar to white

24  motorcycle clubs except their members are black or, in some

09:56AM 25  cases, integrated.  I don't know to what extent they have

UNITED STATES DISTRICT COURT

73

```
 1   investigated them.  I believe that they have devoted more
 2   assets to Hells Angels, Vagos, Mongols, Pagan's, Outlaws,
 3   Bandidos, and so on.
 4        Q    You know a group called the 1DOWNERS?
 5        A    Yes, I do.  It's a black club.
 6        Q    And is it true, sir, that they are a friendly club
 7   with the Mongols?
 8        A    That's my understanding, yes.
 9        Q    They ride together?
10        A    That's my understanding, yes.
11        Q    They come to each other's assistance?
12        A    That's also my understanding.
13        Q    They support each other in legal battles by the
14   government?
15        A    Yes.
16        Q    Do you remember the name of the man that is the head
17   of the 1DOWNERS?
18        A    No, not off the top of my head.  I have seen him in
19   court watching proceedings directed against the Mongols in this
20   club and others.
21        Q    Goldie DeWitt?
22        A    Yes, Goldie.
23        Q    Do you know of any animosity by the Mongols towards
24   blacks?
25        A    No, I do not.  I honestly do not.
```

09:56AM (line 5)
09:57AM (line 10)
09:57AM (line 15)
09:57AM (line 20)
09:57AM (line 25)

74

```
         1        Q     Do you know of any animosities of the Mongols

         2   against whites?

         3        A     No, I do not.

         4        Q     Sir, who is Ruben "Doc" Cavazos?

09:58AM  5        A     Ruben "Doc" Cavazos, who is now incarcerated, was

         6   the lead defendant, was at one time the president of the

         7   Mongols Motorcycle Club.  He assumed control of the club after

         8   Laughlin when the then president, Roger Pinney, was stabbed and

         9   hospitalized.  And he had control of the club until June of

09:58AM 10   2008, when he stepped down because he wanted to pursue his

        11   career as a celebrity.  And then he was voted out of the club

        12   in bad standing and -- on June 30th, 2008.

        13        Q     That was right -- strike that.

        14              Were any other people kicked out of the club at that

09:59AM 15   time as well?

        16        A     I believe his son and -- whose name is also Ruben

        17   and whose rogue name was Lil Rubes.  His brother, Al Cavazos,

        18   whose name was -- rogue name was Al The Suit were also expelled

        19   from the club at the same time.

09:59AM 20        Q     Now, additional people besides them were booted out;

        21   right?

        22        A     I don't know.  I couldn't name them.

        23        Q     Were there complaints about the manner in which

        24   Doc -- if I call him Doc, we'll know who we're talking about --

09:59AM 25   which he was operating the club?
```

1      A      Yes.

2      Q      Would you tell the ladies and gentlemen about that.

3      A      There were many complaints that Doc was embezzling

4    money from the club and that he was using the club to his own

10:00AM  5    advantage, that he was trying to make himself into a celebrity

6    with the club.  He had published a book called "Honor Few,

7    Respect None" [sic] or something like that.  I forget what it

8    was.  And it was a good book deal for him.  That's why he had

9    attended a celebrity dinner in June.  That's when he decided to

10:00AM 10    retire.  And there was -- he had entangled the club in

11    Hollywood to the extent that it was a gangland television

12    program about the Mongols.  I'm sure that will pop up at some

13    point in this trial.  And generally, people in the motorcycle

14    club world are shy about publicity.

10:01AM 15            And he was also involved in a war with the Mexican

16    Mafia.  He had a background.  He had come -- rather than being

17    a motorcycle, like a second generation motorcycle outlaw, he

18    had a background with a street gang called The Avenues.  And

19    one of the things he had done when he joined the Mongols was he

10:01AM 20    recruited a number of people from various street cliques into

21    the Mongols.  And how many of those are left, I don't know.

22    Some of them didn't even know how to ride a motorcycle.  But

23    the idea was that Doc wanted to have outlies in the club

24    because he intended for a long time to take over the club.

10:01AM 25    That answer your question?

1        Q    Pretty much.

2        A    All right.

3        Q    Doc was eventually indicted, was he not?

4        A    Yes, he was.

10:01AM  5     Q    Do you remember when?

6        A    Yes.  He was indicted on October the 9th, 2008.

7        Q    Now, there were other folks indicted along with him;

8   right?

9        A    There were -- I believe there were 79 people who

10:02AM 10  were indicted in that Indictment.

11       Q    And many of them had already been kicked out of the

12  club before the Indictment came down?

13       A    I believe so.

14       Q    And they were kicked out for the very same things

10:02AM 15  that they were indicted for in many ways?

16       A    Yes.  Often.

17       Q    The club did not look fondly on drug deals, did it?

18       A    Specifically after Doc was voted out bad, there

19  were -- the Mongols and the so-called Mexican Mafia made up.

10:02AM 20  And specifically the president of the club then, fellow named

21  Hector Largo Gonzalez --

22       Q    Gonzalez?

23       A    -- forbid the sale of drugs.  He didn't forbid the

24  use of drugs, but he forbid the sale of drugs.

10:03AM 25       Q    The use of drugs was frowned upon though; correct?

        1          A     Yes.

        2          Q     As a matter of fact, there were a lot of members

        3    from the Mongols that are clean and sober for decades?

        4          A     That's correct.  But I don't think the club acts as

10:03AM  5    a party police.  If you're a reasonable person, what you ingest

        6    is your own business.

        7          Q     They do frown on dealing drugs though?

        8          A     Yes.  They frown on anything that -- the Cavazos

        9    Indictment was a very traumatic event for this motorcycle

10:03AM 10    club -- for the Mongols Motorcycle Club.  And they have taken

       11    great pains to avoid further Indictment and to try and appear

       12    as much as possible and to, in fact, be as much as possible a

       13    law-abiding motorcycle club.

       14          Q     To your knowledge, do the Mongols maintain a sober

10:04AM 15    chapter?

       16          A     Yes, you know, they do.

       17          Q     How about the Vagos?

       18          A     I believe they have a sober chapter.  I believe both

       19    of those clubs provide rehabilitation for people with -- for

10:04AM 20    members with a substance abuse problem.

       21          Q     If you've got a substance abuse problem in the

       22    Mongols and you refuse to handle it, what happens?

       23          A     We would be -- they would probably be voted out bad.

       24    Which means that you lose all your friends.

10:04AM 25          Q     Is that true as well, to your knowledge, in the

```
  1   Vagos?
  2        A    As far as I know, yes.
  3        Q    Now, that sober chapter is in Pasadena, is it not,
  4   for the Mongols?
10:04AM  5        A    It's somewhere in the valley, San Gabriel Valley.
  6        Q    Is it run by a guy named Don Farris?
  7        A    The name is familiar.  I couldn't answer that that's
  8   the chapter present.
  9        Q    He goes by the moniker Poor Boy?
10:05AM 10        A    I know that name as well, but I don't specifically
 11   know that he's president of the clean and sober chapter.
 12        Q    What, if anything, do you know about Poor Boy?
 13        A    I know the name.  I don't know anything else about
 14   it.
10:05AM 15        Q    Do you know a guy name Dr. Ritchie?
 16        A    I know the name.  I don't know anything more about
 17   it.  I stay out of club business.  I don't -- I don't meddle
 18   into club business.  And I believe that would be club business,
 19   how they run their own affairs.
10:05AM 20        Q    Now you're familiar with the 1%?
 21        A    Yes.
 22        Q    Would you tell the ladies and gentlemen of the jury
 23   what that is.
 24        A    Well, it's obscure.  The story that most people tell
10:06AM 25   is that after the so-called Hollister riot in 1947 on --
```

July 4th weekend, 1947, that the American Motorcycle
Association said that only one percent of the motorcycling
public acts like hoodlums.  I've had discussions with the
American Motorcycle Association.  They said nobody in their
organization ever said that.

So it probably came -- the phrase was probably
coined by a reporter from the "San Francisco Chronicle."  But
it stuck.  And it has come to mean in this day and age a
club -- there's a couple of meanings:  One is a club that is --
a member of the club that is willing to do all the things that
a 1% club is.  And those aren't necessarily criminal.  It
involves going to a meeting once a week, whether you like it or
not, paying dues -- significant dues of possibly as much as
$100 a month every month.  Going on many long ride, being able
to ride 600 miles a day in formation and taking the sort of
trips, which can be expensive, that a major club expects its
members to go on.

It also has the inference of a club that is
preeminent in a particular geographical area by which it means
a 1% club sets the rules for other three-piece patch clubs,
patch clubs whose members were a three-part patch who are
generally part of the motorcycle club world, that they mediate
disputes between those clubs and they keep the peace between
those clubs, and they prevent those clubs from selling guns,
drugs, and women.  They specifically forbid almost any 1% club,

```
 1   specifically forbids any three-piece patch club from selling
 2   guns, drugs or women.  They are the top of the motorcycle club
 3   world.
 4        Q    They're the top one percent of the motorcycle club
 5   world?
 6        A    That's correct.
 7        Q    That one percent thing has no official meaning, does
 8   it?
 9        A    Well, many clubs who aspire to be one percent clubs
10   wear a diamond patch that encloses the number one, the Roman
11   numeral I, a percent, and the letters "e-r."
12        Q    "D-r"?
13        A    "E-r."
14        Q    Oh, one-percenter?
15        A    One-percenter, yes.
16        Q    Does it mean somebody's a member of the criminal
17   organization?
18        A    No, it does not.  These clubs consider themselves
19   elite brotherhoods.  They are brotherhoods.  That's what -- the
20   brotherhoods and motorcycles are what ties them together.
21   That's why they exist.
22        Q    From your understanding -- your understanding of the
23   culture and the environment, does that one-percenter, was it
24   adopted and tattooed and pasted on vests as a kind of
25   in-your-face thing?
```

           1        A    No.  It's -- most people -- the fact that I'm

           2   explaining it to people, most people have no idea of the

           3   significance of that.  That's something that only has

           4   significance within the motorcycle club world.

10:09AM    5        Q    It is it claimed to be the top dog?

           6        A    It is a claim to all the things that a one-percenter

           7   club does, which includes keep the peace in a particular area

           8   of operation and make a great commitment to both the club and

           9   to the style that that club exhibits that isn't necessarily

10:10AM   10   made by a club that's merely a three-piece patch club, like,

          11   say, the Vietnam vets.

          12        Q    Now, there's a Vietnam Vets club, is there not?

          13        A    That's correct.

          14        Q    What are they called?

10:10AM   15        A    Well, it's now the Vietnam Vets/Legacy Vets, because

          16   Vietnam Vets got old.

          17             MR. YANNY:  No offense, Your Honor.

          18        Q    The ATF --

          19        A    Yes.

10:11AM   20        Q    -- are you aware of any corrupt activities that

          21   they've engaged in?

          22        A    One of the things that struck me when I started

          23   doing what I do now is the amount of entrapment that goes into

          24   making up the investigation and prosecution of a motorcycle

10:11AM   25   club.  And the ATF is probably the most experienced and

1   informed federal agency for investigating motorcycle clubs.

2   Even though it may be an FBI investigation or a Drug

3   Enforcement Agency investigation, they rely on the expertise of

4   various members of the ATF.  And the ATF regularly -- members

10:12AM 5   of the ATF regularly testify at trials for motorcycle club

6   members.

7       Q    Sir, let me ask you this:  To your knowledge,

8   Mr. Ciccone had -- well, strike that.

9           The ATF had somebody in the Hells Angels as an

10:12AM 10   undercover agent at the time of the Laughlin event; correct?

11       A    Well, Mesa Mike -- I don't know whether they had an

12   ATF agent who had patched into the Hells Angels.  I doubt it.

13   They did have -- they had employed Mesa Mike Kramer as an

14   asset, and he was an asset at the time of the Laughlin

10:12AM 15   incident.

16       Q    They also had Jay Dobbins, did they not?

17       A    Yeah, Jay Dobbins, although I'm unclear -- I'm

18   unclear about his connection to the Hells Angels in April of

19   2002.  I know that Michael Kramer had introduced him to members

10:13AM 20   of the Hells Angels.  But I like to look at documents.  And I

21   haven't found any documents that explain exactly what it was

22   that he was doing, other than buying guns and buying drugs and

23   setting up -- trying to set people up.

24       Q    Now, the Laughlin event occurred, to the best of

10:13AM 25   your recollection, how long after the end of the Billy Queen

|  | |
|---|---|
| 1 | infiltration of the Mongols? |
| 2 | A     I'm not sure when Billy Queen's infiltration ended. |
| 3 | I believe it was 2001.  And Laughlin began -- Laughlin incident |
| 4 | was in late April 2002. |
| 10:13AM 5 | Q     Are you aware of any agents that Officer Ciccone was |
| 6 | running on the Mongols after the Billy Queen investigation |
| 7 | ended? |
| 8 | A     Well, sure.  There were all the confidential |
| 9 | informants and undercover officers in so-called Operation Black |
| 10:14AM 10 | Rain, which really started as -- for investigations with |
| 11 | numbers.  One was the Los Angeles and then a bunch of numbers, |
| 12 | like a telephone number. |
| 13 | There was Laughlin and a bunch of numbers, like a |
| 14 | telephone number.  Phoenix.  And there was one more that I've |
| 10:14AM 15 | seen described.  And eventually, two of those four became |
| 16 | Operation Fabricant and Operation Dequillo.  But eventually |
| 17 | they all were coalesced for America's most wanted as Operation |
| 18 | Biscuit.  What did you ask me about? |
| 19 | Q     I'm trying to remember now.  You said Fabricant and |
| 10:15AM 20 | what was the other? |
| 21 | A     Dequillo. |
| 22 | Q     You got to spell that for me? |
| 23 | A     I believe it's spelled D-e-q-u-i-l-l-o.  And a |
| 24 | Dequillo patch is a Hells Angels patch that signifies that that |
| 10:15AM 25 | Hells Angels has followed a policeman.  It comes from a time |

**UNITED STATES DISTRICT COURT**

1    when following a policeman was not necessarily a felony.

2              **(Further proceedings reported by Deborah**

3               **Parker in Volume II.)**

4                        -oOo-

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

1        *CERTIFICATE OF OFFICIAL REPORTER*

2

3    COUNTY OF LOS ANGELES   )
                              )
4    STATE OF CALIFORNIA     )

5            I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

6    COURT REPORTER, in and for the United States District Court for

7    the Central District of California, do hereby certify that

8    pursuant to Section 753, Title 28, United States Code that the

9    foregoing is a true and correct transcript of the

10   stenographically reported proceedings held in the

11   above-entitled matter and that the transcript page format is in

12   conformance with the regulations of the Judicial Conference of

13   the United States.

14

15   *Date:  June 16, 2019*

16

17

18

19                            */S/ DEBBIE HINO-SPAAN*
                              _____
20                            *Debbie Hino-Spaan, CSR No. 7953*
                              *Federal Official Court Reporter*
21

22

23

24

25