**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

**HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE**

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )    **CERTIFIED TRANSCRIPT**
                                )
        vs.                     )
                                )
MONGOL NATION, an unincorporated )  Case No.
association,                    )   2:13-cr-00106-DOC-1
                                )
                Defendant.      )   Day 13, Volume II
_____)


REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

FRIDAY, NOVEMBER 16, 2018

10:18 A.M.

SANTA ANA, CALIFORNIA

**DEBBIE HINO-SPAAN, CSR 7953, CRR**
FEDERAL OFFICIAL COURT REPORTER
350 WEST 1ST STREET, SUITE 4455
LOS ANGELES, CA 90012-4565
dhinospaan@yahoo.com

```
 1                    APPEARANCES OF COUNSEL:

 2

 3   FOR THE PLAINTIFF:

 4           NICOLA T. HANNA
             United States Attorney
 5           BY:  CHRISTOPHER M. BRUNWIN
                  Assistant United States Attorney
 6           312 North Spring Street
             15th Floor
 7           Los Angeles, California 90012
             213-894-2434
 8           USACAC.Criminal@usdoj.gov

 9           NICOLA T. HANNA
             United States Attorney
10           BY:  STEVEN R. WELK
                  Assistant United States Attorney
11           312 North Spring Street
             14th Floor
12           Los Angeles, California 90012
             213-894-3713
13           steven.welk@usdoj.gov

14   FOR THE DEFENDANT MONGOL NATION:

15           LAW OFFICES OF YANNY AND SMITH
             BY:  JOSEPH A. YANNY, ESQ.
16           1801 Century Park East
             Suite 2400
17           Los Angeles, California 90067
             310-551-2966
18           joeyanny@gmail.com

19           LAW OFFICES OF YANNY AND SMITH
             BY:  LOUIS CHARLES CARDINAL, ESQ.
20           1801 Century Park East
             Suite 2400
21           Los Angeles, California 90067
             310-551-2966
22           ccardianl.yannylaw@gmail.com

23           STEPHEN P. STUBBS, ESQ.
             626 South Third Street
24           Las Vegas, Nevada 89101
             702-759-3224
25           stephen@stephenpstubbs.com
```

**UNITED STATES DISTRICT COURT**

**APPEARANCES OF COUNSEL:**
**(Continued:)**

**ALSO PRESENT WITH ASSISTANT U.S. ATTORNEYS:**

      John Ciccone, ATF Special Agent
      Tina Keleshyan, DOJ law clerk
      Krystie Sor, paralegal

**ALSO PRESENT WITH DEFENSE:**

      David Santillan, Mongol Nation representative
      Andrea Ales, assistant
      Drew Viney, paralegal

1    **I N D E X**

2

3    <u>**WITNESSES**</u>                                                          **PAGE**

4    **RAYMOND ROBLES**
         Direct Examination by Mr. Yanny                                5
5        Cross-Examination by Mr. Brunwin                               7
         Redirect Examination by Mr. Yanny                             12
6
     **DONALD DAVIS**
7        Cross-Examination by Mr. Welk (Resumed)                       15

8

9

10

11

12

13

14

15                                   **EXHIBITS**

16                              (None offered.)

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

|  |  |
|---|---|
| 1 | **SANTA ANA, CALIFORNIA; FRIDAY, NOVEMBER 16, 2018** |
| 2 | **10:18 A.M.** |
| 3 | **- - -** |
| 4 | **(In the presence of the jury.)** |
| 10:18AM 5 | THE COURT:  Mr. Robles, would you take the stand |
| 6 | again. |
| 7 | Back on the record.  All counsel, the parties are |
| 8 | present.  If you'd please be seated.  Thank you for your |
| 9 | courtesy. |
| 10:19AM 10 | The witness is present and continuing on with direct |
| 11 | examination. |
| 12 | MR. YANNY:  Just briefly, sir. |
| 13 | **RAYMOND ROBLES, WITNESS, RESUMED THE STAND** |
| 14 |  |
| 10:19AM 15 | **DIRECT EXAMINATION  (RESUMED)** |
| 16 | BY MR. YANNY: |
| 17 | Q    Mony? |
| 18 | A    Yes, sir. |
| 19 | Q    Did you have an opportunity to do a photo ID of the |
| 10:19AM 20 | gentleman who bombed your place? |
| 21 | A    Yes, I did. |
| 22 | Q    Would you tell -- |
| 23 | A    I identified Thomas Heeds (phonetic) as the carrier |
| 24 | of the bomb on the photo lineup. |
| 10:19AM 25 | Q    And when was that, sir? |

1       A    That was around 1990, I believe, that the Hells

2   Angels, who carried the bomb-making materials, were being

3   RICO'd.

4       Q    And did law enforcement approach you to testify?

10:20AM 5       A    Yes, they did.

6       Q    And did you testify?

7       A    No, I did not.

8       Q    Why?

9       A    Well, there are several reasons.  One of them being

10:20AM 10  that they were being RICO'd.  And so they were going to snitch

11  on themselves, I believe.  The other was that I could not

12  testify against the Hells Angels for fear of being assaulted

13  again.  I had been accosted twice after the bombing at my very

14  home, and so I was thinking of ways not to testify.

10:20AM 15       So during the two court cases that arose, I was

16  omitted from the testimony, one by them RICO'ing on themselves

17  and one by Thomas Heath, having people testify against him.

18  They did not need me.

19       Q    Was Heath convicted?

10:21AM 20       A    Yes, Thomas Heath was convicted.  He was heard

21  bragging about the killings while he was beating up his wife

22  and her son.  An officer was hearing him brag about this.  She

23  testified against him.

24       MR. YANNY:  I have nothing further.  Thank you,

10:21AM 25  Mony.

**UNITED STATES DISTRICT COURT**

|       |    |                                                         |
|-------|----|---------------------------------------------------------|
|       | 1  | THE COURT:  Cross-examination, please.                  |
|       | 2  |                                                         |
|       | 3  | **CROSS-EXAMINATION**                                   |
|       | 4  | BY MR. BRUNWIN:                                          |
| 10:21AM | 5 | Q    Mr. Robles, good morning.                         |
|       | 6  | A    Good morning, sir.                                  |
|       | 7  | Q    Now, I believe you testified that you went on hiatus |
|       | 8  | or you retired some time ago.  Do you recall that?      |
|       | 9  | A    Yes.                                                |
| 10:22AM | 10 | Q    Can you tell us about when that was.              |
|       | 11 | A    That would have been Christmas, 1979.               |
|       | 12 | Q    So is it fair to say, if I understand you, that    |
|       | 13 | you've been on hiatus from the Mongols since 1979?      |
|       | 14 | A    No.                                                 |
| 10:22AM | 15 | Q    Okay.  Would you explain to me, then.  I thought I |
|       | 16 | understood you to say --                                 |
|       | 17 | A    I went on hiatus from 1979 to about 1989.           |
|       | 18 | Q    So for about ten years?                             |
|       | 19 | A    Yes.                                                |
| 10:22AM | 20 | Q    And then you --                                    |
|       | 21 | A    Go ahead, sir.                                      |
|       | 22 | Q    I'm just trying to understand.                      |
|       | 23 | A    I understand.                                       |
|       | 24 | Q    And then you said you retired during --             |
| 10:22AM | 25 | A    No, I never retired.                               |

**UNITED STATES DISTRICT COURT**

```
 1              THE COURT:  Let him finish the question --
 2              THE WITNESS:  Yes, sir.
 3              THE COURT:  -- so my court reporter can take that
 4  down, okay?
 5              THE WITNESS:  Understood, sir.
 6              THE COURT:  Thank you.
 7      Q    BY MR. BRUNWIN:  But you were on hiatus for ten
 8  years?
 9      A    Yes.
10      Q    And you also said you missed out on a lot over the
11  years.  Did I understand you right?
12      A    Yes.
13      Q    And by that I understood you to mean a lot of things
14  you didn't see --
15      A    Right.
16      Q    -- in the last 40 years; is that right?
17      A    Yes.
18      Q    That's a fair understanding?
19      A    Yes.
20      Q    You also said you talked about an event and you
21  talked about a motorcycle group called Soldiers for Jesus?
22      A    Yes.
23      Q    And you said, if I understood you right, they're not
24  an outlaw club; right?
25      A    That's what I understand.
```

**UNITED STATES DISTRICT COURT**

```
 1        Q    Right.  They're not one-percenters?

 2        A    That's what I understand.

 3        Q    Okay.  You also said that -- I didn't recall what

 4   year it was you said this happened, but you said that you saw

 5   Mr. Ciccone parked in his cop car?

 6        A    Yes.

 7        Q    And he was behind your house; is that right?

 8        A    Yes.

 9        Q    Can you tell us what his cop car looked like?  Was

10   it a black and white?

11        A    It was a gray four-door Caprice-style cop car.

12        Q    A sedan?

13        A    Sedan.  I guess you would call it four doors.

14        Q    Four doors?

15        A    No insignia, just like a detective car.

16        Q    Detective car.  And you could see inside the car and

17   see Mr. Ciccone?

18        A    Yes.

19        Q    Okay.  And do you recall about when that was?

20        A    It was at that home until 2009.

21        Q    That home until 2009?

22        A    Yes.  That was in Pico Rivera.  The post office was

23   behind our home across -- behind our home across the street.

24        Q    Do you mean in 2009?

25        A    Yes.
```

1      Q     Okay.  That was a gray four-door Caprice sedan, to

2  the best of your recollection?

3      A     Well, it could have been a dirty brown or a green

4  off-color, but it was --

10:25AM 5      Q     Some color similar to that?

6      A     Yeah.  A flat, dull-looking paint job.

7      Q     Fair enough.  And you also said, if I understood

8  you, you were never in the Army; correct?

9      A     No.

10:26AM 10      Q     And you -- and you didn't know how many members were

11  veterans at the time you joined?

12      A     No.

13      Q     And you don't know how many members of the Mongols

14  are veterans today?

10:26AM 15      A     No, I don't.

16      Q     Okay.  Now, you talked about Mr. Heath.  And I

17  thought I understood you to say that you saw him -- that the

18  first time you saw him after the explosion at your tire shop

19  was in 2010 --

10:26AM 20      A     Yes.

21      Q     -- is that right?

22      A     Yes.

23      Q     But then I thought I understood you just now to say

24  that you also saw him in connection with the prosecution of

10:27AM 25  Mr. Heath?

             1          A      No, only in a photograph.

             2          Q      Only in a photograph.  So you didn't see him in

             3   person at that time?

             4          A      No.

10:27AM      5          Q      But there was a prosecution of Mr. Heath that you're

             6   aware of?

             7          A      Yes.

             8          Q      And you said that he was RICO'd; right?

             9          A      That's what I understood.  I don't know for a fact

10:27AM     10   because I never intended to follow any document, any numbers,

            11   any court cases, any date, anything to do with it.  I just

            12   ignored it.  But the word is plain.

            13          Q      And I'm -- I didn't mean to cut you off if I did.

            14          MR. YANNY:  But you did.

10:27AM     15          Q      BY MR. BRUNWIN:  But you understood that he had been

            16   convicted of racketeering; is that right?

            17          A      Only from people that called me.  I never read

            18   anything.  I never followed any court documents.

            19          Q      But when you said he was RICO'd, you meant that he

10:28AM     20   was, to your knowledge, as best you know, he was charged with

            21   racketeering?

            22          A      Yes.  What I understood was that he and others were

            23   charged with transporting the bomb-making materials.  That's

            24   what I understood.

10:28AM     25          Q      And you also understood that the charge against him

**UNITED STATES DISTRICT COURT**

```
 1    was racketeering and that he was convicted of racketeering?
 2        A    That one I know happened.  That was confirmed to me
 3    when I read the article about him two months ago.  However, my
 4    wife told me that he had been convicted when she read it in
 5    2012.
 6        Q    Of racketeering?
 7        A    I don't remember if she told me that.  But that's
 8    what I assumed all this entire time.
 9        Q    Very well.
10             Nothing further, Your Honor.
11             THE COURT:  And this would be redirect.
12
13                    REDIRECT EXAMINATION
14    BY MR. YANNY:
15        Q    Counsel asked you about the Soldiers for Jesus;
16    right?
17        A    Yes.
18        Q    Now, you don't know if they're considered a
19    one-percenter club by the government or not, do you?
20        A    No, I know them as friends.  See, general -- the
21    leader of their club is a friend of mine for 40 years.  I don't
22    know him as a one-percenter.  I know him as a friend that I've
23    known for 40 years and he's the leader of the Soldiers for
24    Jesus.  I never understood them to be a one-percenter club.
25        Q    You didn't -- but you don't know that the government
```

1    doesn't consider them to be a one-percenter, do you?

2         A    No, I don't know anything about the government.

3         Q    During that hiatus, as counsel wants to call it, did

4    you miss out on everything related to the Mongols during that

10:30AM 5    time?

6         A    Well, I've been seen in photographs wearing a black

7    trench coat and a straw hat to get into events unseen.  So I

8    would often do that, disguise myself just to be in the circle

9    of my brothers and sisters.  And that's how I would attend.

10:30AM 10   And that went on for a few years until about 1990, when I wore

11   my patch again for the first time after ten years.

12        Q    Sir, when you went on hiatus, you didn't give up

13   your patch, did you?

14        A    No.  It was put in storage.  It was put in lockup in

10:31AM 15   a safe place so that someday I can wear it again, because I was

16   in good standing.

17        Q    Now, the -- I believe you said you left around --

18   you went on hiatus about '79?

19        A    Yes.

10:31AM 20        Q    Were you still recovering from the trauma of the

21   explosion at that time?

22        A    I'm still recovering today.

23             MR. YANNY:  Nothing further.

24             THE COURT:  Recross?

10:31AM 25             MR. BRUNWIN:  Nothing further, Your Honor.

```
 1              THE COURT:  May the witness be excused, Counsel?
 2    May the witness be excused?
 3              MR. YANNY:  Oh, yes, Your Honor.
 4              MR. BRUNWIN:  Except continued disclosures from the
 5    defense.
 6              THE COURT:  Well, subject to our discussion, do you
 7    need him back?  And if so, I'll put him on call.
 8              MR. BRUNWIN:  I may need him subject to recall,
 9    depending on any information we obtain.
10              THE COURT:  Subject to recall we're going to put you
11    on recall, as we have many other witnesses.  I doubt if you're
12    returning.  If so, we'll be polite, we'll give you plenty of
13    notice if you're needed back in court.
14              THE WITNESS:  Thank you, Your Honor.
15              THE COURT:  All right, sir.  You may step down.
16    Thank you.
17              Counsel, your next witness, please.
18              MR. YANNY:  This might be a good point in time to
19    take up the cross of Mr. Davis.
20              THE COURT:  Whatever you'd like.  You want Mr. Davis
21    back?
22              MR. YANNY:  Yes.
23              THE COURT:  Okay.  Then apparently, Counsel, we're
24    going to recall Mr. Davis at this time.
25              Mr. Davis, come forward, sir.  Once again, walk
```

1    alongside of the jury railing box.

2                    **DONALD DAVIS, WITNESS, RESUMED THE STAND**

3              THE COURT:  Mr. Davis has returned to the stand.

4              Sir, you recall the same oath that was administered

10:33AM  5    yesterday?

6              THE WITNESS:  Yes, sir.

7              THE COURT:  I'm not going to repeat that oath, then.

8    The gentleman is under oath.  This is cross-examination that is

9    being continued on behalf of the government.

10:33AM 10

11                    **CROSS-EXAMINATION (RESUMED)**

12   BY MR. WELK:

13        Q    Good morning, Mr. Davis.

14        A    Good morning, Mr. Welk.

10:33AM 15        Q    How long have you been writing about and

16   investigating the Mongols?

17        A    A little more than ten years.

18        Q    You started in?

19        A    September of 2008.

10:33AM 20        Q    That was about a month before the takedown of the

21   Operation Black Rain; right?

22        A     That was about the time that Mark Guardado died in

23   San Francisco, yes.

24        Q    Prior to that event, the murder of Mark Guardado,

10:34AM 25   were you collecting information about the Mongols?

1        A      No.

2        Q      So to the extent that you obtained information about

3   events occurring prior to September 2008, you found out about

4   all those things after they had occurred; right?

10:34AM 5        A      In general, yes.  After the fact.

6        Q      Well, I suppose you -- I suppose you find out about

7   everything after it has occurred.  But, I mean, the --

8        A      That would be how it's like, yes, sir.

9        Q      The events that occurred prior to September 2008,

10:34AM 10  your awareness of those events came about after September 2008;

11  is that right?

12       A      Well, I've been -- I was riding a motorcycle, and I

13  did see people.  But in general, I didn't look up any documents

14  or begin to examine this case or anything like that until

10:35AM 15  around September 2008.  I knew I was going to put it up, so

16  maybe August of 2008, but not before that.

17       Q      So what was it that got you interested in this topic

18  that motivated you to start this blog that you do?

19       A      Well, I wasn't making very much money as a writer.

10:35AM 20  I saw a movie called *Julie & Julia* about a woman who started a

21  blog about Julia Child's recipes.  And I thought, oh, I bet I

22  could do that.  What could I write about?  And I knew a little

23  something about the motorcycle club world.  I thought, well,

24  that would probably be a good topic.  Maybe I could sell some

10:35AM 25  t-shirts or something.  And I started the blog and a number of

**UNITED STATES DISTRICT COURT**

1  newsworthy -- I needed content.  A number of newsworthy things

2  happened.  And before I knew it, I was doing journalism.

3      Q    And the journalism you were doing is I think you

4  described it as advocacy journalism?

10:36AM 5    A    Yes.  It came to that.  I had known a fellow named

6  Dave Burgess who had been arrested the summer before, I think,

7  in July of 2008.  And I thought that was interesting.  *Sons of*

8  *Anarchy* premiered the week I started the blog.  That same week

9  Mark Guardado was killed.  And there were probably other

10:36AM 10 things.  It was a busy time.  I started writing about -- I

11  started writing about what was news.

12      Q    And you earned income from your blog; is that right?

13      A    Very little.  Most of the money comes from books.  I

14  have advertising.  I have Google since.

10:36AM 15     Q    So for your books, you entered into book deals,

16  contracts with publishers?

17      A    No, I couldn't get a book published with a

18  publisher.  I gave up about the time that somebody told me I

19  was hopelessly naive about the motorcycle gangs.  So I

10:37AM 20 published that myself.

21      Q    Who told you you were hopelessly naive?

22      A    I forget the name.  It was an agent in New York.

23      Q    Do you --

24      A    I still listed 150 or so agents.

10:37AM 25     Q    Do you know what a hang-around is --

1    A    Yes.

2    Q    -- in the motorcycle --

3    A    Yes, I do.

4    Q    -- world?

10:37AM 5    I want to make sure we understand each other.  I --

6    we clarified yesterday, I think, that you and I have a

7    different understanding of what a one-percenter group is, I

8    think, safe to say.

9    When you talk about the motorcycle world --

10:37AM 10    A    Yes.

11    Q    -- does that world include motorcycle organizations

12    beyond the outlaw organizations?

13    A    It is the clubs that wear a three-piece -- in

14    general, that wear a three-piece patch.  That's what I mean by

10:38AM 15    the "motorcycle club world."  Clubs that are established and/or

16    they may be new that wear a three-piece patch.

17    Q    So --

18    A    With a top rocker, bottom rocker and insignia and

19    often side rockers.

10:38AM 20    Q    So the -- in your definition of motorcycle world,

21    that would include, at a minimum, the Hells Angels and the

22    Mongols?

23    A    That's correct.

24    Q    Okay.  So do you know what a hang-around is in the

10:38AM 25    motorcycle world?

1      A      Yes, I do.

2      Q      And were you ever a hang-around for the Mongols?

3      A      No.

4      Q      Are you familiar with the term "associate" as it

10:38AM 5    relates to those types of groups?

6      A      Yes.

7      Q      And were you ever an associate of the Mongols?

8      A      Well, that's sort of a -- sort of a gift word that's

9      given by the government to people.  So you would know better

10:39AM 10   than I whether I was ever considered an associate of the

11     Mongols Motorcycle Club.  I never had a formal affiliation with

12     the Mongols Motorcycle Club.

13     Q      Okay.  And just to clarify, Mr. Davis, I'm never

14     going to ask you whether you consider yourself to be something

10:39AM 15   the way I define it.  I'm -- when I ask you about a term and

16     what it means, I'm asking you what it means to you, okay?

17     A      An associate is somebody who -- what it means to me

18     is someone who attends, for example, a Mongol event without

19     being -- without regularly doing the things that hang-arounds

10:39AM 20   do.  That is, we'll go to Mongols events or we'll go to Hells

21     Angels events or any of the -- go to runs.  I love to go to

22     tour runs.  I've been to Mongols tour runs.

23     Q      When you say, "We go to those events," who do you

24     mean?

10:40AM 25   A      Anybody who's in -- anybody who's in the -- familiar

1    with motorcycle clubs, who likes to attend events with

2    motorcycle clubs.  Enjoys the company of those men.

3         Q    All right.  Do you know what a prospect is in that

4    world?

10:40AM 5    A    Yes, I do.

6         Q    Were you ever a prospect for the Mongols?

7         A    No.

8         Q    Were you ever a full-patch member of the Mongols?

9         A    No.

10:40AM 10   Q    How many Mongols national runs have you ever

11   attended?

12        A    I have never attended a Mongols national run.

13        Q    How many Mongols members meetings have you attended?

14        A    I have never attended a Mongols members meetings.

10:40AM 15   Q    How many Mongols church meetings have you attended?

16        A    I have never been formally associated with the

17   Mongols Motorcycle Club.

18        Q    As someone who has had limited contact, direct

19   contact with the Mongols organization, wouldn't you agree that

10:41AM 20   you had been required to rely upon things that people have told

21   you or that you've seen in forming your opinions about the

22   organization?

23        A    Well, in regards to *U.S. versus Cavazos* and

24   Operation Black Rain and forward into this case, my principal

10:41AM 25   sources have been government documents.  I've spent a lot of

        1    money on PACER looking at all the filings in both cases.  And

        2    that has probably been the most significant source of

        3    information that I pursued.

        4         Q    Can you explain to the jury what PACER is?

10:41AM 5         A    Yeah, I wish I knew what the letters mean.  Public

        6    access to court electronic records, I believe, which you can go

        7    establish an account with a credit card, and have access to

        8    public filings in any federal case.  And you just have to find

        9    the case and you have to pay for it.  You have to find the

10:42AM 10   filings.  Many filings are sealed.  Not so much in this case,

        11   but in a lot of cases, motorcycle club cases, the filings are

        12   sealed.

        13        Q    But in addition to those sorts of public filings,

        14   you've also been told things by members of the Mongols over the

10:42AM 15   years; is that right?

        16        A    I've had access to the discovery, most of the

        17   discovery in the Cavazos case, for example.

        18        Q    Okay.  In addition to that, haven't you also been

        19   told information by members of the Mongols?

10:42AM 20        A    Yes.

        21        Q    Okay.  Now, you said at one point yesterday, I

        22   believe it was during cross, that you thought David Santillan,

        23   national president of the Mongols, would rather talk than

        24   fight; right?

10:43AM 25        A    Yes, I said that.

1       Q    And what's that opinion based on?

2       A    Well, I probably had more conversations with

3  influential members of other motorcycle clubs than I have with

4  Mr. Santillan.  And I -- based on that, I am aware that upper

10:43AM 5  echelons of clubs, presidents of clubs and national chapters

6  and mother chapters of clubs talk with the mother chapters and

7  other officers of other motorcycle clubs.  And I have been told

8  by notable influential members of motorcycle clubs that --

9  about conflicts that have occurred that if they just would have

10:44AM 10  talked to us first, we could have avoided this.

11       Q    Who told you that?

12       A    I can remember being told that by a member of the

13  mother chapter of the Bandidos.  I forget his name.  At the

14  time he was the national secretary of the Bandidos.  And it was

10:44AM 15  about an incident that occurred with the Vagos in Albuquerque,

16  New Mexico.

17       Q    Have you had any conversations like that that

18  involved the Mongols?

19       A    I'm sure I have.  I can't remember them off the top

10:44AM 20  of my head.

21       Q    So what is the basis for your opinion that David

22  Santillan would rather talk than fight?

23       A    I have talked to David.  And I believe he's a

24  reasonable, rational person.  Nobody wants to -- no reasonable,

10:45AM 25  rational person wants to kill somebody else just for the sake

1   of killing someone else.  No rational, reasonable person wants

2   to go to jail for 20 years or more if they can avoid it.

3      Q   Okay.  But would a reasonable, rational person, in

4   your opinion, kill someone because that person had disrespected

10:45AM 5   the killer's organization?

6      A   There are always extenuating and contributing

7   circumstance to anything.  And so I think it's difficult to

8   make a generalization that good people never do bad things.  I

9   think that sometimes good people do bad things.  And it depends

10:46AM 10   on the circumstances that surround them.

11      Q   Let me get a little more specific.

12      A   Sure.

13      Q   Do you consider the David -- I'm sorry, the Munz

14   killing of Fat Ray to have been an act of a reasonable,

10:46AM 15   rational person?

16      A   Well, there were other Mongols that were involved in

17   that.  And I believe that the verdict, which was involuntary

18   manslaughter, I think there was one person who was convicted of

19   manslaughter in that suggests it was a crime of passion.

10:46AM 20      Q   Okay.  I want to ask you what you think.  You said

21   that a reasonable, rational -- hold on.  You said that a

22   reasonable, rational person does not want to kill another

23   person for the sake of killing another person; right?

24      A   That's right.

10:46AM 25      Q   Do you believe that when Michael Munz killed

```
 1   Fat Ray, that he was acting as a reasonable, rational person?
 2        A    I do not believe that it was a reasonable, rational
 3   act.  And there's significant testimony that suggests that --
 4   it's in the public record -- that suggests that Mr. Munz may
 5   have had some mental difficulties stemming from a very
 6   difficult childhood and from -- there's some form of epilepsy
 7   that causes blackouts.
 8            There were a couple of psychiatrists that testified
 9   at a subsequent trial for Mike Munz.  And I'm not a
10   psychiatrist, but I do believe it's true that he had a tragic
11   childhood and he grew up to be a man with issues and that he
12   often self-medicated with psychoactive drugs, like
13   methamphetamine.
14        Q    And yet he was allowed to remain a member of the
15   Mongols; right?
16        A    Yes.
17        Q    In fact, he was rewarded by being given a special
18   patch by the group because he had killed Fat Ray; right?
19        A    To the best of my knowledge, that's why he got that
20   patch.  I think that he was a very -- I think he was often -- a
21   very devoted member of the club who tried to do what he thought
22   was good for the club.  He was part of the club, part of the
23   leadership of the club when Doc Cavazos was expelled from the
24   club.
25        Q    Who was responsible for awarding patches in the
```

```
 1   Mongols?
 2        A    I believe that would be the mother chapter.
 3        Q    And who is the head of the Mongols organization, to
 4   your understanding?
 5        A    I believe that David Santillan is the president of
 6   the mother chapter of the Mongols.
 7        Q    And so is it your testimony, then, that to your
 8   understanding, the mother chapter is the leadership component
 9   of the Mongols organization?
10        A    Yes, I believe that's reasonable to say.  I think
11   it's also -- the jury should know that Mr. Santillan had been
12   expelled from the club, I believe, at one point by Doc Cavazos
13   and was not part of the mother chapter, at least for the latter
14   part of Doc Cavazos's presidency.
15        Q    Have you read the First Superseding Indictment in
16   this case?
17        A    Yeah, I believe so.  I'm not sure I can quote it to
18   you.  I'd have to review it.
19        Q    I won't ask you to.  But you're aware, then, that
20   the allegations in the First Superseding Indictment start with
21   the melee at the Morongo Casino on March 16th, 2002; right?
22        A    Yes, I am aware of that.
23        Q    And that the First Superseding Indictment describes
24   events that occurred to at least May 15th of 2008; right?  I'm
25   sorry, 2018.
```

Line timestamps: 10:48AM (5), 10:48AM (10), 10:49AM (15), 10:49AM (20), 10:49AM (25)

         1         A      I am aware that the Superseding Indictment added

         2    some charges.  The first Indictment basically was a rehash of

         3    *United States versus Cavazos*, that Indictment.  And then I know

         4    that within the last year when the Superseding Indictment was

10:50AM  5    added, that there was a murder in Riverside County of a Hells

         6    Angels prospect by a guy that I had been told and believe was

         7    out in bad standings from the Mongols at the time that murder

         8    was committed.  I don't know what his motivation was.

         9              And then I am aware that there are at least two, but

10:50AM 10    I can't count them in my head, drug deals in the Superseding

        11    Indictment.  That occurred since the end of the Cavazos case.

        12         Q      What's your understanding of this Riverside gas

        13    station?

        14              THE COURT:  Again, can we have the date, once again,

10:51AM 15    on the Riverside gas station that's agreed to by the parties.

        16         Q      BY MR. WELK:  Do you know when that occurred, sir?

        17         A      Not off the top of my head.

        18              THE COURT:  Just to refresh the jury about the time

        19    period.

10:51AM 20         Q      BY MR. WELK:  May 21st, 2017; is that right?

        21         A      I would stipulate to that if you would like me to.

        22    That sounds perfectly reasonable.

        23         Q      Do you recall -- does it refresh your recollection

        24    that the victim in that case was named James Duty?

10:51AM 25         A      Yes, I remember that.  He was a prospect.  He was

         1    coming back from a Hells Angels run.

         2         Q    Can you tell us what your understanding is of what

         3    happened in that event.

         4         A    A -- as I recall, a car pulled into the gas station

10:52AM  5    and someone got out of the car and fired multiple shots at this

         6    small pack of Hells Angels that was gassing up.  The prospect

         7    was shot and he died.  When the car -- the car then drove away.

         8         Q    And it was a Hells Angels prospect?

         9         A    It was a Hells Angels prospect.

10:52AM 10         Q    Do you know whether the Hells Angels, including that

        11    prospect, were wearing indicia of --

        12         A    Yes, they were.

        13         Q    And your understanding is that the killer in that

        14    incident was a former Mongol?

10:52AM 15         A    He was a former Mongol, yes.

        16         Q    Now, over that period that's described in the First

        17    Superseding Indictment from March of 2002 until May of 2018,

        18    there were several national presidents during that time; right?

        19         A    From --

10:53AM 20         Q    March of 2002.

        21         A    Yes, there were.  Absolutely.

        22         Q    Okay.  Roger Pinney was the national president in

        23    2002; right?

        24         A    Until April of 2002, yes.

10:53AM 25         Q    The end of his term as president of the Mongols, did

1    that coincide in any way with the riot in Laughlin?

2        A    I believe it did.  Doc Cavazos in his book says that

3    that's when he took over.  I'm not a Mongol, so I don't know

4    what the formal procedure was.  But around that time after

10:53AM  5    Roger Pinney was stabbed and hospitalized -- and just

6    parenthetically, red and white carnations were sent to his

7    hospital room.  But he was still president of the Mongols at

8    some point after he was stabbed.  But shortly after he started

9    to recover from his injuries, Doc Cavazos became national

10:54AM 10    president.

11        Q    Were you present in the courtroom when Mr. Robles

12    testified earlier today?

13        A    Yes.

14        Q    Did you hear his testimony?

10:54AM 15        A    Yes.

16        Q    Did you hear his testimony about the red and white

17    carnations that were sent to a Mongol funeral?

18        A    Yes.

19        Q    And he said that it was -- he thought that they were

10:54AM 20    sent by the ATF; right?

21        A    Well, he said that, yes.  I'm not saying that.  It

22    could have been.  I mean, it's an inference.  I don't know who

23    would taunt a wounded Mongol like that.  I think that most

24    motorcycle outlaws would just let it go at stabbing the man.

10:54AM 25        Q    Based on your expertise -- well, two things:  One,

UNITED STATES DISTRICT COURT

         1    based on your expertise and your experience, have you ever

         2    heard of the ATF sending red and white carnations to Mongol

         3    funerals?

         4         A    No, but I've heard it alleged.

10:55AM  5         Q    But you've never seen any evidence of that?

         6         A    No.

         7         Q    Now you just finished -- you just said something

         8    about they should be satisfied with just stabbing the man?

         9         A    I didn't say "they."  I said that someone would be

10:55AM 10    satisfied with just stabbing a man rather than taunting him

        11    after they had wounded him.

        12         Q    You didn't mean to imply that the ATF would be

        13    involved in stabbing a man, were you?

        14         A    Well, there is some possibility that the -- that

10:55AM 15    agents of the ATF -- not the organization as a whole, but

        16    agents of the ATF had foreknowledge or believed that there was

        17    likely to be violence in Laughlin that night.

        18         Q    Are you aware of a single incident when an ATF agent

        19    has stabbed a man?

10:55AM 20         A    No, I'm not.

        21         Q    Are you aware of a single incident where an ATF

        22    agent instructed someone to stab someone else?

        23         A    Well, Billy Queen has said in his book that he was

        24    in a fight, and he asked a Mongol to shoot somebody for him,

10:56AM 25    and the Mongol didn't shoot.  And Billy Queen still prevailed

1    in the fight, so a felony was avoided.

2         Q    Okay.  So Ruben Cavazos Sr. took over as the

3    national president at about the time of Laughlin in April 2002;

4    right?

10:56AM  5    A    Yeah.  It may have been as late as early May, but

6    around that time.

7         Q    Okay.  And he was still the national president in

8    2005?

9         A    Yes.

10:56AM 10    Q    In fact, he was the president until sometime in mid

11   2008; is that right?

12        A    It's my understanding that he stepped down in June

13   of 2008.

14        Q    Okay.  The next president was Hector Gonzalez?

10:57AM 15    A    Yes.

16        Q    And Hector Gonzalez was president until when?

17        A    I believe Hector Gonzalez -- I don't know what

18   the -- what the transition -- I'm fuzzy in telling you what the

19   transition was after the raid.  But until approximately, I'd

10:57AM 20   say -- the Indictment was October 9th, it was about two weeks

21   after that.  So sometime -- whenever the raids were, about two

22   weeks after October 9.  That would be somewhere around the

23   23rd, I think the raids would have been.

24        Q    Of 2008?

10:57AM 25    A    Of 2008, yeah.

**UNITED STATES DISTRICT COURT**

1          Q     And who was the president after Hector Gonzalez?

2          A     I forget who the next guy was.  He wasn't president

3    for long.

4          Q     Martin Guevara?

10:57AM 5          A     Could be.  I don't remember.

6          Q     Also known as Money?

7          A     Could very well be.  I don't remember.

8          Q     Who took over from -- whoever that person was, who

9    was the next national president?

10:58AM 10          A     I believe the next national president was

11   Mr. Santillan.

12         Q     And do you know approximately when Mr. Santillan

13   became the national president?

14         A     No, because I'm fuzzy on that period of time.  I may

10:58AM 15   have been covering another story.  I think I was deep into Dave

16   Burgess at the time.

17         Q     Have you met Mr. Santillan?

18         A     Yes.

19         Q     You had conversations with him?

10:58AM 20          A     Yes, I have.

21         Q     How many times would you say you've talked to him?

22         A     Oh, maybe 6, 7.  Somewhere between 6 and 12.

23         Q     Find him to be a reasonable guy?

24         A     Yes, I do.

10:58AM 25          Q     Would you describe him as a friend?

**UNITED STATES DISTRICT COURT**

         1        A     I would describe him as an acquaintance, as a

         2  friendly acquaintance.

         3        Q     Now, did you have a similar relationship with Ruben

         4  Cavazos?

10:58AM  5        A     No.

         6        Q     Did you ever meet Ruben Cavazos?

         7        A     No.  I corresponded with him.  I did an interview

         8  with Mr. Cavazos in writing.

         9        Q     Did you ever meet Hector Gonzalez?

10:59AM 10        A     I believe I did, but I'm fuzzy on that.

        11        Q     Now --

        12        A     I may have met him in court or -- I don't remember.

        13  But if I met him, I met him once.

        14        Q     So going back again to your statement that you think

10:59AM 15  David Santillan would rather talk than fight --

        16        A     Yes.

        17        Q     -- is it your impression that as a result of that,

        18  that the Mongols right now would rather talk than fight?

        19        A     I think that leading a motorcycle club is like

10:59AM 20  herding cats.  I think no matter how reasonable and charismatic

        21  you are, individual members are going to go off and do what

        22  they think they should do.  So it's difficult to make a

        23  generalization about all the members of the club.

        24        Q     Okay.  I'm not asking you to.  I'm just trying to

10:59AM 25  figure out --

1      A      You asked me if the Mongols would rather talk than

2  fight?

3      Q      In your opinion.

4      A      I think it's difficult to talk about however many, a

11:00AM 5  thousand very individualistic men and make a generalization

6  about what they would rather do or not do.

7      Q      But didn't you testify that if a Mongol member does

8  something to embarrass or bring disrepute to the club, that

9  they will be immediately thrown out?

11:00AM 10     A      Yeah.  Yeah.

11     Q      And is it your understanding that that's how they,

12  in fact, operate?

13     A      That's my understanding of how they operate, yes.

14     Q      So wouldn't it be fair to say that if the national

11:00AM 15  president, the leader of the mother chapter, kicked people out

16  immediately upon committing bad acts or embarrassing the club,

17  that there would be fewer people doing that sort of thing?

18     A      I think that there are fewer Mongols now committing

19  crimes than in, say, 2003.  Yes.

11:01AM 20     Q      But you're aware that there are still Mongols out

21  there committing crimes; right?

22     A      Yes, I am aware of that.  I believe there are also

23  policemen out there committing crimes too.

24     Q      But we're not talking about policemen, sir.  We're

11:01AM 25  talking about the Mongols organization.

            1       A    We're talking about making generalizations about

            2  groups.

            3       Q    I want to try to get specific now because I

            4  understand your reluctance to talk about generalities.

11:01AM     5       A    Yes.

            6       Q    So can you tell me, please, who's the most recent

            7  Mongol member that you're aware of having been kicked out of

            8  the club.

            9       A    Well, I don't know.  They don't tell me when people

11:01AM    10  get kicked out of the club.  That's club business.  And I stay

           11  out of club business.

           12       Q    So what is the basis for your opinion that the

           13  Mongols kick members out when they commit bad acts or otherwise

           14  bring disrepute on the club?

11:02AM    15       A    The basis of you saying that is conversations with

           16  sources that are familiar with actions performed -- crimes

           17  committed, members who have committed crimes and what has

           18  happened to them.

           19       Q    Let's talk about specifics.  Who have you talked to

11:02AM    20  about that?

           21       A    I couldn't tell you off the top of my head.

           22       Q    Has it happened more than once?

           23       A    Has it -- oh, sure.  It happens intermittently.

           24       Q    But you can't remember one right now?

11:02AM    25       A    I can't remember one name right now, no.

1      Q     Can you remember an incident?  Can you remember

2  anything specific about a person who committed a bad act and

3  was ejected from the Mongols organization?

4      A     Not off the top of my head.  I can remember a Vago

11:03AM 5  complaining to me.  There had been a murder and somebody wanted

6  me to write that that murder had been reasonable.  And I didn't

7  touch it.  I can remember that.  I don't remember the Mongols

8  particularly.

9      Q     I want to focus on the Mongols, because that's who

11:03AM 10  the defendant is here in this trial.

11      A     I understand that, sir.

12      Q     So --

13      A     I haven't -- the Mongols have made very little news

14  other than this case for years.  And since the stories that I

11:03AM 15  write about are generally recent events, I've probably written

16  much more about the Pagans in the last year and a half, say,

17  than I have about the Mongols.  So it's -- I think the way

18  memories work is that you remember the specific incident for a

19  while and then you form a generalized opinion.

11:04AM 20          And unless you go back and refute -- you know,

21  review your notes, you're not necessarily going to remember

22  something about old news.  That's why I don't remember much

23  specifics about the Mongols.  Because for a long time the

24  Mongols haven't made news.  The most recent event where the

11:04AM 25  Mongols have made news was in Tennessee, in Clarksville,

1    Tennessee.

2         Q    What happened in Tennessee?

3         A    A bunch of people who were affiliated with the

4    Mongols in Clarksville, Tennessee were indicted in a

11:04AM 5    racketeering Indictment there.  I have read in the court

6    filings that there was a murder that was involved and there was

7    a significant drug dealing.

8         Q    And how many of those people -- those defendants,

9    the Mongols, do you know to have been kicked out of the

11:05AM 10   organization?

11        A    I don't know.  There are 22, I think, indictees,

12   including associates.  And I don't know how many of those have

13   been kicked out.  Again, I do not monitor the -- you know, the

14   club business of any motorcycle club.  I try to avoid knowing

11:05AM 15   club business.

16        Q    To be more specific, Mr. Davis, you don't know that

17   even one of them has been kicked out of the club, do you?

18        A    Well, I will take the words of multiple sources that

19   the fellow in Riverside who shot and killed a Hells Angels at a

11:05AM 20   gas station in Riverside County, I believe -- I have no reason

21   to disbelieve that he had already been kicked out of the club.

22        Q    Let's talk about Tennessee for a second.

23        A    Sure.

24        Q    I think you said something around 20 people, members

11:06AM 25   and associates of the Mongols, were indicted in a RICO

```
 1    indictment in Tennessee?

 2         A    That's correct.

 3         Q    You think that there may have been a murder

 4    involved?

 5         A    That's one of the allegations, yes.

 6         Q    You don't know that a single one of those defendants

 7    has been kicked out of the club, do you?

 8         A    I would be inclined to think that they haven't,

 9    because they haven't been found guilty yet.  I don't know what

10    the current status within the club is, but I do believe that

11    you're considered innocent until proven guilty in the club.

12         Q    Even by the Mongols?

13         A    Yes.

14         Q    And does it change if you're proven guilty?

15         A    Yes, it usually does.

16         Q    But were you here when Christopher Ablett testified?

17         A    Yes, I was.  I'm familiar with the Ablett case.  And

18    I believe he's still a member in good standing of the Mongols.

19         Q    Wasn't he convicted of murder?

20         A    Yes, he was.  He was convicted of four different

21    felonies:  Conspiracy to commit murder; murder; and murder in

22    aid of racketeering.  And I forget what the fourth one was.

23         Q    He hasn't been kicked out, has he?

24         A    I don't believe so, no.

25         Q    So being charged with a serious offense isn't enough
```

1    to get kicked out because you're innocent until proven guilty;

2    right?

3         A    That's right.

4         Q    And then being convicted of murder in Federal Court

11:07AM 5    by a jury, that's -- is that considered being convicted?

6         A    I'm not going to state words that I think -- that

7    Mr. Santillan, for example, hasn't said, but I believe if you

8    were to ask a number of Mongols about it, they would say that

9    they believe that Christopher Ablett acted in self-defense and

11:08AM 10   that what he did was justifiable homicide.  And I believe

11   that's probably the reason why he has not been expelled from

12   the club.  A majority of club members believe that he acted in

13   self-defense and his actions were reasonable.

14        Q    So --

11:08AM 15        A    I know a jury decided otherwise.

16        Q    So regardless of a conviction, the real reason that

17   people get kicked out of the club is because the people in the

18   club decide they don't want that person in the club anymore;

19   right?

11:08AM 20        A    I think that's reasonable to say, yes.

21        Q    Doesn't matter that he was convicted of murder;

22   right?

23        A    In this case, it doesn't matter that he was

24   convicted of murder.  I think that a majority of Mongols

11:08AM 25   Motorcycle Club members believe that he -- his actions were

1    reasonable and that he acted in self-defense.

2         Q    Are you familiar with the Mongols' website?

3         A    I've seen it, yes.

4              MR. WELK:  Can you please put up Exhibit 97 which

11:09AM  5    has been entered into evidence.  I apologize.  Exhibit 150,

6    please.

7              THE COURT:  150?

8              MR. WELK:  Yes.

9              THE COURT:  Thank you.

11:09AM 10         Q    BY MR. WELK:  Are you familiar with the Brothers

11    Behind Bars page on the Mongols' website?

12         A    Sure.

13         Q    And does this appear to you to be a shot from that

14    page?

11:09AM 15         A    I don't know whether it is or not.  If you tell me

16    that it is, we can probably get on with it and, you know, I can

17    answer whatever it is that you're asking.

18              THE COURT:  Counsel, do you want to stipulate

19    between the parties, save some time?

11:09AM 20              MR. WELK:  It's already been admitted as evidence.

21              MR. YANNY:  It's admitted.

22              THE COURT:  But not -- I don't think the jury knows

23    that this is the Brothers Behind --

24              MR. YANNY:  We'll stipulate.  We'll stipulate that's

11:10AM 25    from the website.

UNITED STATES DISTRICT COURT

```
 1              THE COURT:  All right.  Counsel, stipulated by the
 2    government?
 3              MR. WELK:  Yes, Your Honor.
 4              THE COURT:  Stipulated by the defense?
 5              MR. YANNY:  Yes, sir.
 6              THE WITNESS:  All right, then.
 7         Q    BY MR. WELK:  Do you know who Dennis Maldonado is?
 8         A    He was in court this morning, yes.
 9         Q    Other than that, do you know who he is?
10         A    Yes, I do.
11         Q    And what's your understanding of who he is?
12         A    He's either a Mongol or a former Mongol who was
13    arrested after a shooting at a nightclub called Nicola's.
14         Q    He was charged in that shooting?
15         A    Yes, he was.  I think his sentence was 14 years.
16    But that's just off the top of my head.
17         Q    Because he was convicted of shooting a Maravilla
18    gang -- two Maravilla gang members in that event; right?
19         A    I understand that to be true, yes.
20         Q    Now, would you consider shooting two people, leaving
21    one paralyzed, to be a serious crime?
22         A    It depends on the circumstances of the shooting.
23         Q    Would you say that someone who is convicted by a
24    jury and sent to prison for 14 years for having shot two people
25    and leaving one paralyzed constitutes a serious crime?
```

```
 1        A     Unfortunately, with all due respect, everyone here,
 2   I am, unfortunately, cynical about the criminal justice system.
 3   And I think that innocent people get convicted of crimes all
 4   the time.  I think that people confess to crimes that they
 5   don't necessarily do.  Sometimes justice is served and
 6   sometimes it's not.
 7        Q     Okay.  Is it fair to say that that opinion that
 8   you've just articulated informs your writing on your website?
 9        A     Yeah.  The reason I started looking at this case in
10   the first place was -- so much of it was hidden.  All the plea
11   deals, there were multiple plea deals that were filed in the
12   course of Cavazos, U.S. versus Cavazos.  And I wondered why --
13   why they were being sealed.  And then they began to appear.
14   And they struck me as very similar and contrived.  And they
15   very much seemed like North Korean-style forced confessions.
16   And so I started to look at this case for that reason.  I
17   thought that there was a lot of injustice that was going on.
18   And that has formed my view of the stories that I cover ever
19   since.
20             I also -- around that time trying to understand what
21   was going on, I read a monograph that had been published in the
22   "Virginia Law Review" in 2007 called "Entrapment, Punishment,
23   and the Sadistic State."  And I mentioned that a number of
24   times on the website.  And I thought that what Andrew Carlon
25   said about that -- said in that monograph was probably true
```

```
        1   about how criminal justice works.

        2        Q    I'm going to interrupt you, sir, because we're --

        3        A    I'm done.

        4        Q    -- we're way off the point.

11:13AM 5             Did you indicate that you had read the plea

        6   agreement in the Cavazos case?

        7        A    Yes.  I have copies of all of them.

        8        Q    Okay.

        9        A    And a computer at home.  But I haven't looked at

11:13AM 10  them for eight or nine years.

       11        Q    But you read them at some point?

       12        A    Yes.

       13        Q    And how many of them did you conclude were

       14   North Korean-like?

11:14AM 15       A    Well, there would have been probably 70-some plea

       16   agreements.  I know one of the defendants died and they all

       17   struck me like that, that the defendants stipulated that the

       18   Mongols Motorcycle Club is -- or gang is a criminal enterprise.

       19   And I can remember asking Mr. Brunwin at one point in the hall

11:14AM 20  outside this courtroom about eight and a half or nine years

       21   ago, I said, "Why do you think the Mongols Motorcycle Club is a

       22   criminal enterprise" --

       23        Q    I'm going to interrupt you --

       24             MR. YANNY:  I ask that he be allowed to finish his

11:14AM 25  answer.
```

```
 1              MR. WELK:  I'm going to object that the statement by
 2      Mr. Brunwin is hearsay.
 3              THE WITNESS:  All right.
 4         Q    BY MR. WELK:  What I'd rather talk about, sir, is
 5      the things that you read.  You said that you read the plea
 6      agreement.
 7         A    Yes.
 8         Q    And you got access to those how?
 9         A    On PACER.  They were all eventually published.
10         Q    Publicly filed documents?
11         A    That's correct.
12         Q    These were documents that were signed under penalty
13      of perjury by the defendants who signed them?
14         A    That's right.  That's right.  And my understanding
15      is that if you signed a piece of paper, you got out of jail.
16      If you didn't sign the piece of paper, you didn't get out of
17      jail and you faced significant jeopardy, more jeopardy than if
18      you just went ahead and signed the document.
19         Q    So you know, for example, that Norberto Montes
20      admitted as part of his plea agreement that he and Klint Melcer
21      killed Leon Huddleston on February 14, 2007; right?
22         A    Yes.  And I'm aware of the facts surrounding the
23      Huddleston murder, yes.
24         Q    And Norberto Montes is still in custody; right?
25         A    I don't know.
```

```
 1        Q     You know that Klint Melcer made the same admission

 2   in his plea agreement; right?

 3        A     I believe so, yes.

 4        Q     You know that Montes admitted as part of his plea

 5   that he was a Mongols gang member?

 6        A     Yeah.  That was the part that I found a little

 7   North Korean.  I don't believe that someone would spontaneously

 8   identify themselves as a Mongols gang member.

 9        Q     And yet he did under penalty of perjury; right?

10        A     That's correct, yes.

11        Q     With advice of counsel?

12        A     Yes.

13        Q     And he also admitted that his conduct was committed

14   as part of his role in the Mongols; right?

15        A     Yes.  I've already said that I'm cynical about how

16   criminal justice works.  This is an example of one of the

17   things I'm cynical about, yes.

18        Q     I understand how you feel about it.  I want to

19   clarify what happened.  So --

20        A     He signed the piece of paper.

21        Q     And that piece of paper also included an admission

22   that he was part of a conspiracy to commit racketeering crimes;

23   right?

24        A     I do not -- yes, it did.  And I do not believe that

25   he wrote that.  I believe that someone -- either you or the
```

1  assistant Attorney General or U.S. Attorney Brunwin probably

2  wrote that or someone on your staff wrote that, and it was --

3  and that sort of boilerplate was in all of these plea deals.

4      Q    Do you have any reason to believe that Mr. Montes

11:17AM 5  didn't read it before he signed it under penalty of perjury?

6      A    No, I have no reason -- well, I believe he trusted

7  the advice of his attorney.  I don't know whether he read it or

8  not.  I believe that his attorney read it and advised him to

9  take the deal.

11:17AM 10      Q    Okay.  Do you know that Christopher Loza and John

11  Newman both signed plea agreements under penalty of perjury in

12  which they admitted that they beat and stabbed two Hells Angels

13  prospects at a Mobil Gas Station in Pasadena on April 6, 2008?

14      A    I am aware of that incident, and I believe -- I

11:18AM 15  don't remember every plea deal, but -- yes, I do.

16      Q    And are you aware that as part of that plea

17  agreement that they signed under penalty of perjury, Loza and

18  Newman further admitted that they received "Respect Few, Fear

19  None" patches as a reward for that attack, and that the attack

11:18AM 20  was part of their role as members of the Mongols and part of

21  the racketeering conspiracy?

22      A    Well, I don't remember that plea deal or those plea

23  deals specifically, but I certainly had -- don't have any

24  doubts that you're quoting from them accurately.

11:18AM 25      Q    Having read all of the plea agreements?

1        A     Yes.

2        Q     You know that Ricardo Gutierrez admitted in his plea

3   agreement that he sold 107.1 grams of methamphetamine to an

4   undercover officer on September 10, 2008; right?

11:19AM 5        A     Very well.  I've read -- yes, I have read all the

6   plea agreements about -- but I don't have them in front of me

7   as I believe you do.  And yeah, they all signed these plea

8   agreements that they did everything on behalf of the Mongols

9   criminal enterprise.  And I do not believe that they

11:19AM 10  necessarily did anything on behalf.  I believe each crime was

11  individual.  And I don't believe that -- I have to see the

12  evidence that they were actually committed on behalf of the

13  Mongols Motorcycle Club.

14              And one of the things that plea agreements do is

11:19AM 15  that rather than admissions like this being contested in a

16  court, in a forum like this, it becomes an administrative form

17  of law where people simply -- you negotiate -- you assume that

18  they're going to be punished.  They're going to be punished

19  because they have been arrested and charged.  And then it

11:20AM 20  becomes an administrative matter of negotiating what sort of

21  punishment they're going to receive.  And that's why I brought

22  up the Carlon article, because he describes --

23        Q     I'm going to stop you.

24              MR. YANNY:  Oh, no.  Allow him to answer,

11:20AM 25  Your Honor, please.

1          THE COURT:  Finish the -- finish your answer.

2          MR. WELK:  Okay.

3          THE WITNESS:  Okay.  We have -- we now have a

4    punishment-centric criminal justice system.  A certain number

11:20AM  5    of people have to be punished.  And punishment becomes a good

6    unto itself.  And that, to me, seemed to describe what happened

7    in the Cavazos case.

8          MR. YANNY:  Your Honor, I'm going to object to this

9    entire line of questioning about these plea agreements.  It's

11:21AM 10    hearsay, and I have no way to cross-examine the statements of

11    the men that he's quoting from.

12          THE COURT:  Overruled.

13      Q    BY MR. WELK:  This punishment, what did you call it?

14      A    Carlon called it punishment-centric.  Punishment

11:21AM 15    centric form of justice.

16      Q    When a man, as Norberto Montes did, admits under

17    penalty of perjury that he beat another man to death on a

18    specific date and under specific circumstances, how is that

19    manifestation of a punishment-centric society, in your view?

11:21AM 20      A    Well, the circumstances and any extenuating

21    circumstances surrounding that have never been contested; they

22    were negotiated.  And I am aware that a man named Leon

23    Huddleston was beaten to death in a bar up in the High Desert

24    with pool cues.  Another one of the defendants hit him with a

11:22AM 25    pool cue.  I'm aware that there was a report of investigation

```
 1   that Special Agent Kozlowski went up and investigated what had

 2   happened the next day in his role as a Mongol.  But I'm not

 3   aware that there was ever, you know, a trial to say, "Well, did

 4   you hit him?  Why did you hit him?  What was going on there?"

 5   And that's my point.

 6        Q    What would the point of a trial be when Mr. Montes

 7   and Mr. Melcer admitted under penalty of perjury that they had

 8   killed Leon Huddleston by beating him to death with a cue

 9   stick?

10        A    Well, now that's -- the confession obviates any need

11   for an adversarial form of justice for an argument over whether

12   this homicide was justified or not.

13        Q    You know that Dennis Maldonado admitted that he shot

14   Zeus Sanchez and Marcelo Garay at Nicola's on November 8, 2007;

15   right?

16        A    Yes.  And I'm also aware that the circumstances of

17   that shooting are not just one thing, that there are various

18   people.  I have talked to various people and I'm sure that

19   Mr. Yanny has talked to people who have contested the

20   circumstances under which that shooting occurred and whether it

21   could have been prevented or not.

22        Q    Did you talk to Dennis Maldonado?

23        A    No, I didn't.

24        Q    Because he said he did it.

25        A    He signed a statement that he did it.
```

1    Q    Who would know better than Dennis Maldonado whether

2  he shot Zeus Sanchez and Marcelo Garay at Nicola's on April 8,

3  2007?

4    A    I don't think there's any dispute that he actually

11:24AM 5  did it.  I believe Special Agent Ciccone was a witness to the

6  shooting.  And I do not contest that he shot him.

7    Q    He also admitted, Mr. Maldonado, that he did that

8  shooting as part of the Mongols and part of the racketeering

9  conspiracy.  Do you understand that?

11:24AM 10    A    Well, I understand that he signed that statement.  I

11  don't know that that necessarily proves that the Mongols

12  Motorcycle Club is a criminal enterprise that has people going

13  around committing crimes on its behalf.  That's the part that I

14  think should probably be contested and argued over.

11:25AM 15    Q    Who would know better than Dennis Maldonado whether

16  the shooting of those two men by him was done for the Mongols?

17    A    Well, I think Mr. Santillan probably has an opinion

18  about that.

19    Q    When Mr. Santillan is on the stand, I'll ask him

11:25AM 20  about his opinion.  But right now I'm asking you.

21    A    You asked me who, and I gave you an example of who I

22  thought might have an opinion that differed with the written

23  statement that Dennis -- became a filing in Dennis Maldonado's

24  case.

11:25AM 25    Q    That's not the question I asked you.

1      A    All right.  I apologize.  Please ask me the question

2  again.

3      Q    Who would know better than Dennis Maldonado whether

4  his shooting of two Maravilla gang members on April 8, 2007,

11:25AM 5  was done for the Mongols?

6      A    Do you want -- well, I gave you one example.  Would

7  you like me to give you more examples?

8      Q    You think there's someone else who better

9  understands Dennis Maldonado's specific intent than Dennis

11:26AM 10  Maldonado?

11      A    Well, I know that Al Cavazos was a witness to that

12  shooting.  And his opinion might differ from the statement that

13  Dennis Maldonado made.

14      Q    You think Al Cavazos's opinion of what Dennis

11:26AM 15  Maldonado thought is more important than what Dennis Maldonado

16  testified under penalty of perjury was his motivation for the

17  shooting?

18      A    You would know better than I whether a plea

19  agreement is a form of testimony or not.  I don't know.  I

11:26AM 20  don't believe that he was ever examined and cross-examined in

21  an open forum.

22      Q    Are you aware of in a change of plea in federal

23  court that the defendant who signs a plea agreement comes into

24  court, appears before a federal district judge, and is asked by

11:27AM 25  that judge whether he, in fact, committed the crime to which he

```
 1   is pleading guilty?

 2        A    Yes, I've heard -- I believe it's called the

 3   colloquy.  And I heard that a number of times in the Cavazos

 4   case.  And I think that would have been Judge Florence-Marie

 5   Cooper who heard that plea change.

 6        Q    And when they have that colloquy, the defendant,

 7   who's pleading guilty, is placed under oath; right?

 8        A    Yes.  And I find that procedure to be very

 9   disheartening to listen to it.  It's very mechanical.  And I

10   wrote about it at one point:  How far did you go in school?

11   What -- are you aware that you might never serve on a jury

12   again?  Are you aware that you might -- if you plead guilty,

13   that you may give up your ability to possess firearms?  And so

14   on.  It's a number of things they explain people's rights to

15   them.  And the defendant is always in chains, in a jumpsuit,

16   and he confers with his lawyers.  And he goes, "Oh, yeah, I did

17   it."  That's how it ends up.  "I did it.  Sure."

18        Q    And in your opinion, is there something improper

19   about that?

20        A    Yes.  I believe that serious cases like this should

21   be contested.

22        Q    By who?

23        A    By opposing parties in the same way there are

24   opposing parties in this trial.

25        Q    The opposing party in this trial is the defendant;
```

52

1    right?

2         A     Yeah.  There are -- pardon me, there are defense

3    attorneys and there are prosecuting attorneys.

4         Q     Right.

11:28AM 5         A     And justice and this -- and a jury of impartial

6    citizens will decide who's telling the truth and whatever truth

7    is, and who's lying, and what the disposition of this case

8    should be.  I think it should always be like that.

9         Q     In the Maldonado case, who would have been the party

11:29AM 10   opposing the -- the charges to which Dennis Maldonado confessed

11   and pled guilty?

12        A     Well, the -- it would have been the *United States of*

13   *America versus Dennis Maldonado*.  And I presume that he would

14   have had a competent attorney.  And I presume that you and

11:29AM 15   Mr. Brunwin, who I know to be also a competent attorney, would

16   have argued that case.

17        Q     But Mr. Maldonado did have a competent attorney;

18   right?  He signed the plea agreement.

19        A     Yes, he signed the plea agreement.  His attorney

11:29AM 20   advised him to take the deal.

21        Q     Okay.  You're aware that Hector Gonzalez, the

22   president of the Mongols, he also entered into a plea

23   agreement; right?

24        A     Yes.  Yes.

11:30AM 25        Q     In that plea --

**UNITED STATES DISTRICT COURT**

1      A    I'm aware that all his available funds were seized

2  at the time that he was arrested.  And whether he had the

3  attorney that he would have liked to have had or not, I don't

4  know.  I know that it was a hard -- I know that his arrest was

11:30AM 5  a hardship on his family.  And he may have been the one who

6  told me that.

7      Q    Are you done?

8      A    Uh-huh.

9      Q    Okay.  I don't want to interrupt you.

11:30AM 10     A    No problem.  We can work it out.

11     Q    You know that Mr. Gonzalez admitted that the Mongols

12 organization has long participated in armed conflicts and

13 violent confrontations?

14     A    I'll take your word for it.  I don't remember that

11:30AM 15 verbatim.  But I believe that it's very likely that he signed a

16 plea agreement with those exact words on it, yes.

17     Q    In his role, defendant directed some of the

18 activities of the Mongols organization; right?

19     A    Sure.

11:31AM 20     Q    He advised members, amongst other conversations,

21 that the Mongols organization would pay the cost of legal

22 representation for those crimes that were committed on behalf

23 of the Mongols organization; right?

24     A    I'm not sure what your question is.

11:31AM 25     Q    I'm asking you if you -- if that was in the plea

1    agreement for Mr. Gonzalez.

2         A    I believe I already testified that I read all of the

3    plea agreements and I do -- I do not dispute a plea agreement

4    that's already in the public record.  If that's the agreement

11:31AM 5    that he signed and agreed to, then that's the agreement that he

6    agreed to.

7         Q    Now, you've testified that you thought, I think this

8    is true, and please correct me if I'm wrong, that you think

9    that these illegal acts being committed by one or more of the

11:32AM 10   Mongols are individual acts of those individuals that are not

11   done on behalf of the organization; is that right?

12        A    In general, yes.  In general, yes.  I don't know

13   what Doc Cavazos told individual Mongols.  I know that he has a

14   small cadre of club members who are, like, his own personal

11:32AM 15   chapter.  I -- so I don't know.  I don't know what it is, the

16   circumstances of each case were and each defendant were.

17        Q    Largo -- I'm sorry -- Hector Gonzalez said that he

18   advised members that the Mongols organization would pay the

19   cost of legal representation for those crimes that were

11:32AM 20   committed on behalf of the Mongols organization; right?

21        A    Well, you keep -- you keep asking me to -- you read

22   a statement from the plea deal and asked me to acquiesce to the

23   truthfulness of that.  And I do not doubt the truthfulness of

24   all the statements that defendants --

11:33AM 25        Q    I asked that --

```
 1        A      -- that they signed these statements.  I don't

 2   necessarily know the truthfulness of what the plea deal

 3   asserts.

 4        Q      You talked yesterday about an incident where a woman

 5   had her phone knocked out of her hand and was allegedly smashed

 6   by a federal officer of some kind; right?

 7        A      Sure.  It wasn't allegedly, it was on videotape.  A

 8   neighbor videotaped that.  So it happened.

 9        Q      It's on video, so it must be true; right?

10        A      In this case, no, nothing was edited or anything

11   else.  That happened in reality.

12        Q      What was the setting that day?  What was happening

13   that day?

14        A      There was a -- there was a Mongols party that day.

15        Q      Wasn't it a fundraiser for Christopher Ablett?

16        A      I understand it was a fundraiser to raise money for

17   an appeal by -- or a motion, a habeas motion, I'm not sure

18   which, for Christopher Ablett.

19        Q      To pay his legal fees; right?

20        A      That's correct.

21        Q      The Mongols were sponsoring that event?

22        A      I would -- it might have been someone -- almost

23   certainly it was the Mongols as a club.

24        Q      And they only pay the cost of legal representation

25   for crimes committed on behalf of the Mongols organization;
```

**UNITED STATES DISTRICT COURT**

```
 1   right?

 2        A    I don't know that to be true.

 3        Q    Hector Gonzalez said that, didn't he?

 4        A    I don't know.  I don't know.  I don't remember that.

 5        Q    Would it refresh your recollection to look at Hector

 6   Gonzalez's plea agreement?

 7        A    Well, I'm not sure what the point would be.  He

 8   agreed to what he agreed to.  And my point is that I think it

 9   would have been more just if there would have been a trial in

10   the matter and every point in that plea agreement had been

11   contested by competent attorneys on both sides and heard by

12   either an impartial judge or a good jury.

13        Q    Okay.  Would you know Roger Pinney if you saw him?

14        A    Yes.

15        Q    Okay.  I want to show you a video that's been

16   entered as evidence.  It's Exhibit 12.  This is a video of an

17   incident that occurred at the Morongo Casino in March of 2002.

18             Please play the video.

19             THE COURT:  Is there an exhibit number before you --

20             MR. WELK:  No. 12.  I'm sorry.

21             THE COURT:  I'm sorry I missed that.  Thank you.

22             (Videotape was played, not reported.)

23        Q    BY MR. WELK:  As you're watching this, can you tell

24   me if you see Roger Pinney in this video.

25        A    (No audible response.)
```

**UNITED STATES DISTRICT COURT**

1      Q    Pause it, please.  Is that Mr. Pinney there in the

2   sunglasses?

3      A    It could be.  Could you back it up just a little bit

4   and I could get a full look at his face.  Is that possible?  I

11:38AM  5   couldn't positively identify Roger Pinney in this shot, no.

6      Q    We'll do it right now.

7           **(Videotape was played, not reported.)**

8           THE WITNESS:  I don't know that that's Roger Pinney

9   or not.  I know Roger Pinney with a beard and mustache.  But if

11:38AM 10   you say that he -- that that's Roger Pinney, I'll take your

11   word for it.

12      Q    BY MR. WELK:  I don't know him.  So all right.

13           Whoever that man is, did it look to you like he was

14   trying to stop the fight?

11:38AM 15      A    I didn't see -- no, it didn't.  But it didn't look

16   like he was trying to perpetuate the fight either.

17      Q    Next president was Ruben Cavazos; right?

18      A    Yes.

19           MR. WELK:  Can you please play Exhibit 40, please.

11:39AM 20           **(Videotape was played, not reported.)**

21           MR. WELK:  Now could you please play Exhibit 43.

22           **(Videotape was played, not reported.)**

23           MR. WELK:  Please play Exhibit 52.

24           **(Videotape was played, not reported.)**

11:40AM 25           MR. WELK:  Exhibit 53, please.

**UNITED STATES DISTRICT COURT**

1          **(Videotape was played, not reported.)**

2          MR. WELK:  And now I want to play you a video clip

3    that is Exhibit 126 -- I'm sorry, an audio clip.  Part 1,

4    please.

11:40AM  5          **(Audio recording was played, not reported.)**

6          MR. WELK:  I want to play this second part of the

7    exhibit.  And I need to warn everyone in the courtroom there is

8    a very loud cough at the very beginning of the clip.  Just so

9    you don't be startled by it.

11:43AM 10         **(Audio recording was played, not reported.)**

11         Q    BY MR. WELK:  In the first clip of that, he said

12   something about when the Mongols and the Hells Angels conflict

13   started, a lot of people fell off their bikes.  Did you hear

14   that?

11:45AM 15         A    Yeah.  Are we going to talk about the video or this

16   last audio part?

17         Q    I'm going to ask you about the audio part.  You

18   understand what he meant by "fall off their bikes"?

19         A    Yeah, they got out of clubs.  I believe that's what

11:46AM 20   he meant.

21         Q    They got out of clubs?

22         A    Yeah, they stopped participating in the -- well, it

23   could also mean that they got shot.  But I understood it to

24   mean when I heard it, that people stopped participating in the

11:46AM 25   motorcycle club world because they thought it was too

1    dangerous.

2         Q    So you think when the Mongols and the Hells Angels

3    started their conflict with each other and Doc says, "A lot of

4    people fell off their bikes," you interpreted that to mean that

11:46AM 5    a lot of people in the motorcycle world left the clubs they

6    were in?

7         A    I understood -- when I heard it, I understood it to

8    mean that they stopped participating in the sport of

9    motorcycling, yes.  That may not be true, but that's what I

11:46AM 10   thought it meant.

11        Q    The things you just heard in the videos and the

12   audio, does that sound like someone who would rather talk than

13   fight to you?

14        A    No, that was Doc Cavazos.  He was a unique

11:47AM 15   individual.

16        Q    So he would rather fight than talk; right?

17        A    I believe -- I believe he would rather bully than

18   negotiate.

19        Q    Do you know what an enforcer is in the context of

11:47AM 20   a -- an outlaw group or one-percenter group?

21        A    Well, I know what an enforcer means in genuine

22   language.  There may be clubs that have enforcers as a formal

23   position.  It may be a way of referring to a sergeant at arms.

24   But no, I don't necessarily know what an enforcer is.

11:47AM 25        Q    To the extent that you're aware that there is such a

**UNITED STATES DISTRICT COURT**

1   title in some of those groups, what would be the role of that

2   person, to your understanding?

3        A    Could be the sergeant at arms.

4        Q    And what would that entail?

11:47AM 5   A    That would involve keeping order at club meetings.

6   That would involve being the tough guy in the club if a fight

7   breaks out.  The sergeant at arms would be the guy who would be

8   expected to step up and defend the other members of the club.

9   And in many clubs it means that he knows where the guns are.

11:48AM 10       Q    Okay.  Could you play Exhibit 38, please.

11            **(Videotape was played, not reported.)**

12            MR. WELK:  And Exhibit 39, please.

13            **(Videotape was played, not reported.)**

14       Q    BY MR. WELK:  Does that gentleman strike you as

11:48AM 15  someone who'd rather fight than talk?

16       A    That's the guy whose name in the club is Boxer.  And

17  I met him.  And he's a pleasant individual.  And I think that

18  was a -- you know, a stupid thing to say.  And I don't know --

19  I don't know what the circumstances were of that *Gangland*

11:49AM 20  episode.  But that was certainly -- those were certainly

21  moderate remarks.

22       Q    You're familiar with the Mongols constitution;

23  right?

24       A    As you pointed out yesterday, there may be very many

11:49AM 25  additions of that.  I recently have reread the 2013 Mongols

1    constitution.

2         Q    And that document purports to set out the rules that

3    govern the organization; right?

4         A    Yes.

11:49AM  5    Q    You'd agree, wouldn't you, that what the

6    constitution says has some bearing on the attitudes and

7    philosophy of the organization?

8         A    Yes.

9              MR. WELK:  Like to put up Exhibit 17-13, please.

11:50AM 10    That paragraph says, "Mongols will never press charges on

11    anyone."  See that?

12        A    Yeah, I see that.

13        Q    And this -- this is a -- does this fall into that

14    code of honor that you were talking about yesterday?

11:50AM 15        A    Yes.  This is a sentiment that is common among all

16    one percent motorcycle clubs.  They don't testify except for

17    the defense.  They will never testify for the prosecution.

18        Q    And so is this something that is a rule of the

19    organization?

11:50AM 20        A    Yeah.  It's a -- it is a rule throughout the

21    counterculture, the motorcycle club world, yes.

22        Q    This is an example of something, then, that you

23    would say is not just an individual act, it's something that

24    all of the members of the organization adopt?

11:51AM 25        A    They believe that that's how they should act being

1    proper.  They should not testify ever for the prosecution.

2         Q    It's a foundational tenet of their membership that

3    they not cooperate with law enforcement or the justice system;

4    right?

11:51AM 5         A    It's a foundational tenet of all of these motorcycle

6    clubs.

7         Q    Including the Mongols?

8         A    Including the Mongols.

9         Q    Would you please put up the next page of that 17-14

11:51AM 10   and highlight the last line there.  Can you read that?

11        A    Uh-huh.

12        Q    What does that say, please.

13        A    "Always pay attention and be alert.  Carry yourself

14   as though we are at war."

11:51AM 15        Q    "Carry yourselves as though we are at war"?

16        A    That's right.

17        Q    Given that this is in the constitution, is it your

18   opinion that this is something that the members of the Mongols

19   were expected to follow?

11:51AM 20        A    Yes.  And -- if I could, they often attract

21   attention from people who want to prove that they are tougher

22   than, say, a Mongol is.  And there was an incident within the

23   last few months in Oklahoma, for example, where there was a

24   dispute at a gas station.  The Mongol basically ran away.  And

11:52AM 25   as he was leaving, somebody ran over him -- ran over his moving

motorcycle at 70 miles an hour.  I think that this statement

should be taken in that context to always be defensive.

Because it is a dramatic lifestyle, and you never know what bad

thing might happen to you.

11:52AM 5     Q    And, in fact, as we talked about earlier with Newman

and Loza, Newman and Loza attacked and stabbed a couple of

Hells Angels as a gas station in Pasadena; right?

      A    I forgot that it was Pasadena.  But yeah, I know

about the incident and it was caught on video.

11:53AM 10    Q    So would you say that Newman and Loza in that

instance, when they attacked and stabbed the Hells Angels, were

acting as though they were at war?

      A    I would say that they behaved as if they thought

that they -- for whatever reason, that they should carry out

11:53AM 15 the stabbing.

      Q    Okay.  Do you think that Norberto and Melcer, when

they beat Leon Huddleston to death at Yong's Tavern, were

carrying themselves as though they were at war?

      A    No.  I think they -- I think that they are angry.  I

11:53AM 20 don't know to what degree they were intoxicated, but they acted

like angry men.  I don't know that they had this -- that this

was part of their state of mind when they carried out that

assault.

      Q    When you -- were you present in court when the

11:54AM 25 testimony was received about the killing of Bill James in

UNITED STATES DISTRICT COURT

1    Gustine, California?

2         A    No, I wasn't.  I missed that day.

3         Q    Let me suggest a hypothetical to you.

4         A    Sure.

11:54AM 5         Q    A group of men, between five and eight men, enter a

6    bar in a small town in Central California, screaming "Mongols

7    motherfuckers, Mongols."  They then swarm a man who's standing

8    at the bar.  No indication that they know who he is.  They

9    spray mace in the faces of the other people in the bar and then

11:54AM 10   proceed to stab the first person repeatedly.  And then they

11   flee the scene and leave him to die in the parking lot.

12              Now, based on what they said, in your opinion, would

13   that incident be something that would have involved the

14   Mongols?

11:55AM 15        A    Well, sure.  It could involve the Mongols or it

16   could involve any number of people.  I don't -- I don't know

17   who -- as you describe it, I don't know to what extent that was

18   in service of the Mongols.  It was a -- certainly a wanton and

19   gruesome act.  I don't know -- it seems to me that you're

11:55AM 20   asking me if being Mongols was the motive for doing that.  And

21   I don't know if -- I don't know what the motive was other than

22   to carry out people acting crazy and carrying out a wanton and

23   gruesome act.  I don't know why they did it.

24        Q    You said that you've talked to John Ciccone on

11:56AM 25   occasion; right?

1       A    Sure.

2       Q    Have you ever interviewed him?

3       A    No.

4       Q    Have you ever spoken with any of the undercover

11:56AM 5   agents from Black Rain, who I will list for you, John Carr --

6       A    I know who they are.  No, I have never interviewed

7   any of the four of them.

8       Q    Have you ever interviewed Billy Queen?

9       A    No, I have never interviewed Billy Queen.

11:56AM 10      Q    Have you ever interviewed Jay Dobbins?

11      A    Yes, in writing.

12      Q    Were you present when Jay Dobbins testified in this

13  trial?

14      A    Yes.

11:56AM 15      Q    And following that testimony, did you write on your

16  blog on November 9th, 2018, that "Dobbins lies as most men

17  breathe"?

18      A    That sounds like something I would have said.  That

19  reflects my opinion of Mr. Dobbins, yes.

11:56AM 20      Q    What is the basis for that opinion?

21      A    He says -- he says just crazy things.  I think the

22  example I used in that was that he presented himself to the

23  Hells Angels as a hitman.  And I just thought danger, danger,

24  alert, run away.  I'm not sure who would come and present

11:57AM 25  themselves as a hitman to the Hells Angels.  He talks about

when he was a prospect that he was asked to go to Las Vegas to

assassinate some Bandidos.

And not only have I heard many people dispute that

allegation, but it's just something that would never happen.

11:57AM    It's a dramatic story that he's obviously making up.  That

would never happen.  They would never -- no motorcycle club

would assign a prospect, particularly the Hells Angels, which

is a very conservative club, would assign a prospect to go

carry out an assassination.  Not in this day and age.

11:58AM    I understand that the fellow who carried the tire in

was a prospect, and he -- the tire that blew up, and that he

got his patch as a result of that.  But that was a long time

ago.  That just would never happen though.

Q    And you know that that would never happen.  You

11:58AM  sound very certain of that.

A    I am absolutely certain.

Q    And you know that because you are a patched Hells

Angel for how long?

A    I was never a patched Hells Angel, but I've been in

11:58AM  Hells Angels' clubhouses.  I know what prospect do.  I've

talked to -- I've talked to numerous Hells Angels, including

people who -- who are or were fairly influential Hells Angels,

and that would never happen.

Q    Who are these people that you've talked to that are

11:58AM  influential -- excuse me -- I'm sorry.

**UNITED STATES DISTRICT COURT**

```
 1          A     I'm sorry.

 2          Q     Let me finish the question.

 3                THE COURT:  Stop.  Ask the question.

 4          Q     BY MR. WELK:  Who are the influential Hells Angels

 5    who you just referred to by name, please?

 6                THE COURT:  Now answer.

 7                THE WITNESS:  I had in mind David Burgess who I did

 8    interview.  And I had in mind Sonny Barger, B-a-r-g-e-r.

 9          Q     It sounds like based on what you said yesterday that

10    you have a fairly close relationship with Sonny Barger; is that

11    fair?

12          A     No, I do not.  But I have talked to him on several

13    occasions.  I've never interviewed him, but I talked to him on

14    several occasions.  I talked to his wife more than I talked to

15    him.

16          Q     Sounds like you admire him.

17          A     I think he's an historical person.  I wouldn't say I

18    admire him, or I wouldn't want his life, but I think he's an

19    historical person.

20          Q     How much time would you say you spent in Hells

21    Angels' clubhouses?

22          A     Over the years, maybe 12 hours.

23          Q     How much of -- how much of that time was spent in

24    the Mesa, Arizona Hells Angels' clubhouse?

25          A     I've never been in the Mesa clubhouse.  But the
```

**UNITED STATES DISTRICT COURT**

1    reason why I brought that up is that if you go in, you will

2    also be more or less inspected by a couple of prospects.  And

3    that's one of the things prospects always do, is that they

4    guard events and they guard clubhouses and they learn to behave

12:00PM  5    in a particular way.  And if prospects would have gone to a --

6    a confederation of clubs meeting in Las Vegas, what they would

7    have done is they would have guarded the motorcycles, and they

8    would have made sure that they knew who everyone going in and

9    out was.  They wouldn't be there to carry out an assassination.

12:00PM 10         Q    You just testified that you are certain, absolutely

11   certain, that Jay Dobbins, a retired federal law enforcement

12   agent, sat in the same chair that you're sitting in right now,

13   having taken an oath to testify truthfully, and lied about

14   being -- about the incident that you just described; right?

12:01PM 15         A    Yes, that's what I'm saying.

16         Q    And that's based on you never having visited the

17   clubhouse in which he was a patched-in member?

18         A    I believe he was -- he was never patched in.  And

19   the chapter that -- the charter that he was with was not Mesa,

12:01PM 20   it was Skull Valley.

21         Q    How much time did you spend in the Skull Valley

22   clubhouse?

23         A    I've never been in the Skull Valley clubhouse.

24         Q    Can you please tell me the names of the members of

12:01PM 25   the Hells Angels that belong to the Skull Valley chapter

```
 1   charter that you have met.
 2        A    Well, the president that I met -- I've never met any
 3   of them.
 4        Q    So you don't know a single member of the Hells
 5   Angels Skull Valley charter; is that right?
 6        A    That's correct.
 7        Q    You have no --
 8        A    There is no longer a Skull Valley charter, by the
 9   way.  I didn't mean to interrupt you.  There just is no longer
10   a Skull Valley charter.
11        Q    I'll wait until you're done.
12        A    I'm done.
13        Q    Did you ever have a conversation with anyone face to
14   face about that story that Jay Dobbins testified to concerning
15   his instructions to go perform an assassination for the Hells
16   Angels?
17        A    I've had several conversations face to face with
18   people, but I'm not sure that I remember who they were because
19   Dobbins' book came out in 2009, but it's a pretty outrageous
20   thing for someone to say.
21        Q    Well, saying it's "pretty outrageous" is different
22   than saying you're certain that it didn't happen, isn't it?
23        A    I am certain that it didn't happen.
24        Q    Based on what?
25        A    Logic.  I know what Hells Angels prospects do.  I
```

(line timestamps in left margin: 12:01PM at line 5; 12:02PM at lines 10, 15, 20, 25)

1    have talked to Jay Dobbins.  I have found him to be an

2    extravagantly dramatic man.  I know that he has said, "I can

3    get over on anybody."  I believe that he believes that he can

4    get over on anybody.  And he can convince almost anyone of

12:03PM 5    whatever it is that he happens to say.

6        Q    You understand that members of the Mongols and the

7    Hells Angels have been killing each other for decades now;

8    right?

9        A    I understand that there have been murderers that

12:03PM 10   have occurred since approximately 1976.

11       Q    And that those murders have been committed --

12       A    On both sides.  I'm sorry.  Go on.

13       Q    -- that those murders have been committed by Mongols

14   and Hells Angels against the other group; right?

12:03PM 15       A    Homicides.  I'm not sure that I would necessarily

16   characterize them as murders, but members of both clubs have

17   certainly killed each other.

18       Q    And is it your understanding that part of the reason

19   for that is because they're retaliating against each other for

12:04PM 20   the last murder or killing?

21       A    Yes.  I -- it's tragic.  And I believe that it is --

22   that both sides believe in vigilante justice, yes.

23       Q    Are you aware of any incidents that occurred around

24   the time of the Ablett -- the murder of Mark Guardado by

12:04PM 25   Christopher Ablett that were considered by members of the

1   Mongols to have been retribution for the Guardado murder?

2       A    I know that there was a pipe exploded in a driveway,

3   a Mongol's driveway in San Jose.  That's the only one I can

4   remember off the top of my head.  If you refresh my memory, I

12:04PM 5   can acquiesce and say "sure."

6           MR. WELK:  Your Honor, I'm about to go into another

7   area.  This might be a good time to break.

8           THE COURT:  All right.  Thank you.  Why don't we

9   just reassemble, then, at -- let's make that 1:15.  Take a

12:05PM 10   couple extra minutes.

11           We've been consistently late today, and I apologize.

12   So we'll see you at 1:15.  Please don't discuss this matter nor

13   form or express an opinion concerning the case.

14           **(Out of the presence of the jury.)**

12:05PM 15           THE COURT:  Have a seat, Counsel.  Here are my

16   initial thoughts concerning this e-mail from one attorney to

17   another attorney.  It's not a good record if I proceed on the

18   basis of those e-mails, so I'm going to order the marshal

19   regardless to continue the transportation of Mr. Cavazos Sr.

12:06PM 20   into this jurisdiction.  That way I think the defense will have

21   some comfort about whether he will or won't testify; otherwise,

22   you'll never know until he gets here.  It's not his choice any

23   longer.

24           Now, not Mr. Cavazos -- I expect him to be a

12:06PM 25   gentleman -- but in the past with the Aryan Brotherhood,

Mr. Burnett decided he wasn't going to get transported.  So if
you have communication with Mr. Cavazos, a tactical teammate in
his cell, and basically he was transported head first.  Clear?

MR. YANNY:  Yes, sir.

THE COURT:  Not his choice, understood?  So I rely
upon you to convey that information, but he's coming here.  And
then we'll get a record for you and he'll either testify or he
won't.  That way we'll all have reality and you won't be
guessing in the future.  You've asked for it in the beginning
and he will be here.

So 1:00 o'clock, I will give explicit instructions
to the marshal, Deb, on the record, that even if he resists, he
should be brought here forcibly.  Now, I don't expect him to,
but if I send that friendly message now, there's no
misunderstanding about that.  So if you communicate with him,
I'll make it easy.  Okay?

MR. YANNY:  Understood, Your Honor.

THE COURT:  Now, how are we doing?

MR. WELK:  Doing well, Your Honor.

THE COURT:  How we doing?  Holding up okay?

MR. YANNY:  Yes, sir.

THE COURT:  My job is to keep you as fresh as
possible.  Here's what I need before we leave tonight though.
I need to go over the jury instructions -- strike that -- the
jury verdict forms with you.  And I need to get in Count One,

1   the racketeering act set out.  Because remember, I have the

2   Fernandez case, and there I decided back in 1970-something --

3   or no, I'm just kidding you -- I think 2000.  There hadn't been

4   any law concerning the racketeering acts, and I required that

12:08PM 5   those be proven beyond a reasonable doubt within the forum.

6           And originally in those days in RICO, they were just

7   giving RICO Count One, guilty or not guilty.  Those

8   racketeering acts have to be proven beyond a reasonable doubt.

9   And there has to be two or more.  So that is what Fernandez

12:08PM 10   stood for.

11          I do have a marshal here though, and maybe I don't

12   need -- Marshal Hazelton --

13          MARSHAL HAZELTON:  Yes, sir.

14          THE COURT:  -- you're ordered to continue to

12:08PM 15   transport Ruben Cavazos.  And if he resists, bring him

16   forcibly.  He won't, because I think the message is out.  But

17   he doesn't have a choice now.

18          THE U.S. MARSHAL:  Yes, sir.

19          THE COURT:  We received an e-mail about his

12:08PM 20   unwillingness or concern about being here.  He'll be here.  So

21   we need to get a tactical squad, which I don't think you will.

22   He's here.

23          THE U.S. MARSHAL:  Yes, sir.

24          THE COURT:  Let's talk about the schedule because

12:09PM 25   he'll arrive on the 28th or 29th.  We need some time -- thank

```
 1    you very much.  Then I don't need the marshal.  I sometimes
 2    just get -- they won't appear and we have to sort that out.
 3              THE U.S. MARSHAL:  We'll get him here on the 29th.
 4              THE COURT:  Excellent.  And he'll be here because of
 5    our involvement and counsel's involvement, I think, very
 6    peaceably.
 7              Mr. Davis is going to finish today at some point; is
 8    that correct?
 9              MR. WELK:  I hope so, Your Honor.
10              THE COURT:  Yes, he will.  He will finish today.  He
11    will finish today.
12              All right.  Who's your next witness?
13              MR. YANNY:  Could be one of a couple of folks,
14    Your Honor.  Either Dr. Ritchie Rich --
15              THE COURT:  Okay.  Now, we know that we're
16    recessing, so he's going to be with us.  And thank you for
17    correcting me.  I was a week off.  He's going to be with us,
18    then, as a courtesy to your opposing counsel on the 28th of
19    November; is that right?
20              MR. YANNY:  What's that, sir?
21              THE COURT:  Of November --
22              MR. YANNY:  Correct, sir.  Back on the 28th.
23              THE COURT:  28th of November; right?  Okay.
24              MR. YANNY:  And I need as a courtesy to Mr. Ventura
25    to get him on and off because he's scheduled to travel to
```

12:09PM  (line 5)
12:09PM  (line 10)
12:09PM  (line 15)
12:10PM  (line 20)
12:10PM  (line 25)

**UNITED STATES DISTRICT COURT**

1      London for a show.

2              THE COURT:  No problem at all.  If you want to put

3      him on first on the 28th, we'll do that.  But remember, it's

4      going to take me time with Cavazos here to go through the Fifth

12:10PM 5    Amendment rights to get two attorneys down here to decide who's

6      going to represent him.

7              So Deb, I want both attorneys here at 7:30, okay?

8      And each of them.

9              And Counsel, you're ordered, all of you, to be here

12:10PM 10   at 7:30 so we can do this before the jury goes into session and

11     we're not wasting our time as we have today.

12             Then after Jesse Ventura, then maybe Ritchie Rich;

13     is that right?

14             MR. YANNY:  Ritchie Rich, yes, sir, on that day.

12:11PM 15   Oh, Ritchie is going to be here today, Your Honor.

16             THE COURT:  Once again, if you can get him on and

17     off the stand and if the government agrees, I have no problem

18     interrupting him.  But I'm not requesting that.  In other

19     words, you need continuity in your cross-examination out of

12:11PM 20   fairness.  You don't need this chopped up.  So you go until

21     you're comfortable.  But we need to keep going now.

22             Now after Ritchie Rich, what are your thoughts?

23             MR. YANNY:  I've got Rags.  I've got --

24             THE COURT:  Who?  Rags?

12:11PM 25   MR. YANNY:  Yeah.  Ritchie Gutierrez.

**UNITED STATES DISTRICT COURT**

```
            1              THE COURT:  Just a moment.  Do I have any concerns

            2    about any need for counsel?

            3              MR. YANNY:  No.

            4              THE COURT:  Okay.

12:12PM     5              MR. BRUNWIN:  Your Honor, is that Ricardo Gutierrez?

            6              MR. SANTILLAN:  It's not the one you're thinking of.

            7    It's another one.

            8              THE COURT:  What are your additional thoughts?  I

            9    want to get some idea.  Because normally what happens, the case

12:12PM    10    abruptly stops, people -- and this jury is not sitting around,

           11    trust me.

           12              MR. YANNY:  You know what, Your Honor, I may need to

           13    flip some of these folks to accommodate their schedules.

           14              THE COURT:  I understand that.  But give me an idea.

12:12PM    15              MR. YANNY:  So then there's Mr. Gutierrez, Rags,

           16    Hector Gonzalez.

           17              THE COURT:  Hector Gonzalez.  Is Gonzalez -- I don't

           18    know a lot about the gentleman.  Is he still serving a

           19    sentence, appeal rights?  Is he in custody?

12:12PM    20              MR. YANNY:  He's out.

           21              THE COURT:  He's out.  Okay.  So no need for an

           22    attorney?

           23              MR. BRUNWIN:  He's the fellow who's been -- being

           24    discussed.  He pled guilty and was convicted in the Cavazos

12:12PM    25    matter.  I think you have the same --
```

**UNITED STATES DISTRICT COURT**

1          THE COURT:  I don't know if he's not on supervised
2     release anymore.  I don't know why I would just pick somebody
3     who belonged to the Mongols and force, you know, Fifth
4     Amendment rights on them.  I think that that can have a
12:13PM 5     chilling effect, also.
6          So if they're in custody, et cetera, I've been
7     cautious about that.  But if they're testifying, I'll leave
8     that to each of you.  If he's not being supervised, if his
9     probation or parole terms run --
12:13PM 10          MR. BRUNWIN:  It's the same situation as Mr. Leyva
11     was yesterday.  He's a convicted defendant who has a plea
12     agreement.  And if he's coming in and he's going to contradict
13     the plea agreement like Mr. Leyva --
14          THE COURT:  Oh.  Counsel, what are your thoughts?
12:13PM 15          MR. YANNY:  May want to advise him.
16          THE COURT:  Okay.  Then we're going to need --
17          MR. YANNY:  He's on supervised release, by the way.
18          THE COURT:  And he is on supervised, then we're
19     definitely going to advise him.  And this will save us a lot of
12:14PM 20     time sitting around.
21          MR. YANNY:  Then we got Poor Boy Donald Farris.
22          THE COURT:  Oh, we just saw -- Mr. Fierro?
23          MR. YANNY:  No, Donald Farris.
24          THE COURT:  Spell it for me.
12:14PM 25          MR. YANNY:  F-e-r-r-i-s [sic], I believe, is the

1   spelling.

2           THE COURT:  Okay.  Any issues, do you think, between

3   what you could advise the Court or Mr. Farris?

4           MR. BRUNWIN:  Don't know him.

12:14PM 5           THE COURT:  Okay.

6           MR. BRUNWIN:  I don't have any information about

7   him.

8           MR. YANNY:  Then we got big Albert Aceves.

9           THE COURT:  Spell his last name.

12:14PM 10          MR. YANNY:  A-c-e-v-e-s.

11          THE COURT:  A-c-e- --

12          MR. YANNY:  A-c-e-v-e-s.

13          THE COURT:  Thank you.

14          MR. YANNY:  Then we got Andy Holguin.

12:15PM 15          THE COURT:  How do I spelled that?

16          MR. YANNY:  H-o-l-g-u-i-n.

17          THE COURT:  Thank you.

18          MR. YANNY:  And then George Christie.

19          THE COURT:  He's our Hells Angel?

12:15PM 20          MR. YANNY:  He's the former Hells Angel, yes, sir.

21          THE COURT:  Now, are any of these others Hells

22   Angels?

23          MR. YANNY:  No, sir.

24          THE COURT:  Now remember, I get paid a lot of money

12:15PM 25   to look ahead to potential problems.  I'm not worried about

Mr. Christie coming in.  You shouldn't either.  Here's what I'm
worried about.  I'm worried about associates of Mr. Christie
coming in just like the Mongols coming in.  You see the
problem?  It's not Mr. Christie that you should be concerned
12:15PM about on either side, it's well-intentioned folks thinking that
they're going to show up and support him.  And under the First
Amendment, they have the right to walk in.  Understood?

MR. YANNY:  Understood.

THE COURT:  No problem.

12:15PM Now, when that happens, what am I going to do?
Since you're both very wise attorneys, what do you think I'm
going to do?

MR. YANNY:  Something very wise, isn't it, Judge?

THE COURT:  Yeah.  And what is that very wise thing
12:16PM you're going to do?

UNIDENTIFIED SPEAKER:  You're going to talk to them
and instruct them.

THE COURT:  Now that is the dumbest thing I've ever
heard.

12:16PM MR. YANNY:  You're going to bring more security in.

THE COURT:  Amazing.  Do you see what's happening
there?  We anticipate these things because I don't want any
prejudice to either side.  Do you understand?

MR. YANNY:  Yes, sir.

12:16PM THE COURT:  And one of the things that can be

 1   prejudicial is if I have to bring in more security, one of the

 2   problems becomes that can be detrimental because the Hells

 3   Angels look more dangerous than the Mongols.  Or if it's

 4   reversed, the Mongols look more dangerous.  And if I heard a

 12:16PM 5   bunch of Hells Angels were coming, if I was the Mongols, I

 6   might want to have more support here too.  So I need you both

 7   to work with me on that.

 8           I don't care if they come.  It's just they're not

 9   walking in here with five or ten people from each side without

 12:17PM 10  me having -- and I won't balance the security, but I'll have

 11  enough here so there's no nonsense.  So I don't think you can

 12  control that.  I'm just telling you that as things get

 13  ratcheted up, I'll watch and try to engage what's fair for both

 14  sides, try not to have any prejudice.  But it's not going to be

 12:17PM 15  one CSO back there in a blue coat.

 16          So let me know if there's more support people

 17  coming.  They're welcome, the Hells Angels.  Mongols are

 18  welcome to bring in support people also, no problem.  But be

 19  forewarned.

 12:17PM 20          MR. YANNY:  Understood.

 21          THE COURT:  Now remember, I've tried to keep all of

 22  you out of the complex courtroom.  I built that for the Aryan

 23  Brotherhood.  It looks like the Nuremberg war trial.  Didn't

 24  want you next door.  Okay.

 12:17PM 25          That stunt you pulled with 40 or 50 coming in here,

 1  we got that resolved before the jury got in here.  All right.

 2  But you can have 50 people come in.  I don't care.  I think

 3  we've reached an accommodation now.

 4          So forewarn now, I've got my record.  And if I need

12:18PM  5  to react, it will be swift.

 6          MR. YANNY:  Yes, sir.

 7          THE COURT:  Understood from both sides?

 8          MR. BRUNWIN:  Yes.

 9          THE COURT:  And you can help on the government side

12:18PM 10  also.  Let me know your intel out there.  If I have people

11  coming, I've got a good response.

12          Now, the third thing is I kept this from being an

13  anonymous jury.  Remember in Fernandez, I can do that.  And I

14  thought that that was potentially prejudicial, because in some

12:18PM 15  ways it's an argument over a trademark.  Nobody's going to

16  jail.  So I try to keep the drama down.  And I still feel

17  pretty good about that decision.  But I'll leave that in each

18  of the parties' hands concerning the Hells Angels and

19  Mr. Christie and the Mongols and their response.

12:18PM 20          Now I'll see you about ten after this time.  I

21  really do want to open the door at 1:15.  And now you can see

22  why I want you here early in the morning, because I don't want

23  to wait while we conduct this business when I tell the jury to

24  be here at 8 o'clock.  So I mean it.  Don't be late on the

12:19PM 25  28th.  You're ordered to be here at 7:30.  Got it?

1          MR. YANNY:  Yes, sir.

2          THE COURT:  Seated.  Got it?

3          Now have a nice lunch.

4          MR. YANNY:  One other thing, if I can bring it up.

12:19PM 5          THE COURT:  Sure.

6          MR. YANNY:  Remember that stipulation that we

7    entered about Detective Clark, I believe it was, that said they

8    were -- he had taped interviews of six men?  It's become very

9    germane, given the questioning of Mr. Davis.  I think it might

12:19PM 10   be appropriate after break to enter that stipulation --

11         THE COURT:  Fine.

12         MR. YANNY:  -- on the record --

13         THE COURT:  Fine.

14         MR. YANNY:  -- with the jury.

12:19PM 15         THE COURT:  I think you should choose that because,

16   in a sense, that's part of your case that that's the

17   impeachment or non-impeachment.  So choose when you want that

18   read.

19         MR. YANNY:  Might be a good time to do that right

12:19PM 20   after lunch.

21         THE COURT:  Well, that's your call.

22         MR. YANNY:  All right, sir.

23         THE COURT:  You tell me what you want in terms of

24   the timing.  You're entitled to read it when you want to.

12:20PM 25         MR. YANNY:  Right after lunch, sir.

**UNITED STATES DISTRICT COURT**

1          THE COURT:  Okay.  Have a nice lunch.

2          MR. YANNY:  Thank you, Your Honor.

3          **(Further proceedings reported by Deborah Parker**

4          **in Volume III.)**

5                              -oOo-

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

```
 1              CERTIFICATE OF OFFICIAL REPORTER

 2

 3  COUNTY OF LOS ANGELES   )
                            )
 4  STATE OF CALIFORNIA     )

 5              I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME

 6  COURT REPORTER, in and for the United States District Court for

 7  the Central District of California, do hereby certify that

 8  pursuant to Section 753, Title 28, United States Code that the

 9  foregoing is a true and correct transcript of the

10  stenographically reported proceedings held in the

11  above-entitled matter and that the transcript page format is in

12  conformance with the regulations of the Judicial Conference of

13  the United States.

14

15  Date:  June 16, 2019

16

17

18

19                            /S/ DEBBIE HINO-SPAAN

20                            Debbie Hino-Spaan, CSR No. 7953
                              Federal Official Court Reporter
21

22

23

24

25
```

**UNITED STATES DISTRICT COURT**