1

2

3                       UNITED STATES DISTRICT COURT

4                      CENTRAL DISTRICT OF CALIFORNIA

5                           SOUTHERN DIVISION

6

7   UNITED STATES OF AMERICA,        )
                                     )
8                                    )
                 PLAINTIFF,          )
9                                    )
                 V.                  )  SA CR 13-0106-DOC
10                                   )
                                     )  SANTA ANA, CALIFORNIA
11  MONGOL NATION, AN                )
    UNINCORPORATED ASSOCIATION,      )
12                                   )  DECEMBER 3, 2018
                                     )  (1:56 P.M. TO 2:23 P.M.)
13               DEFENDANT.          )  (2:50 P.M. TO 3:32 P.M.)
    _____)  (3:43 P.M. TO 4:58 P.M.)

14

15                     TRIAL - DAY 18, VOLUME IV

16

17            BEFORE THE HONORABLE DAVID O. CARTER
                     UNITED STATES DISTRICT JUDGE

18

19  APPEARANCES:              SEE NEXT PAGE

20  COURT REPORTER:           RECORDED; COURT SMART

21  COURTROOM DEPUTY:         DEBORAH LEWMAN

22  TRANSCRIBER:              DOROTHY BABYKIN
                              COURTHOUSE SERVICES
23                            1218 VALEBROOK PLACE
                              GLENDORA, CALIFORNIA  91740
24                            (626) 963-0566

25  PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
    TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

2

```
 1    APPEARANCES:

 2    FOR THE PLAINTIFF UNITED STATES OF AMERICA:

 3              NICOLA T. HANNA
              UNITED STATES ATTORNEY
 4              BY:  LAWRENCE MIDDLETON
              CHIEF, CRIMINAL DIVISION
 5              ASSISTANT UNITED STATES ATTORNEY
              BY:  CHRISTOPHER BRUNWIN
 6                  ASSISTANT UNITED STATES ATTORNEY
                  CRIMINAL DIVISION
 7              312 NORTH SPRING STREET
              15TH FLOOR
 8              LOS ANGELES, CALIFORNIA  90012

 9              NICOLA T. HANNA
              UNITED STATES ATTORNEY
10              BY:  LAWRENCE MIDDLETON
              CHIEF, CRIMINAL DIVISION
11              BY:  STEVEN R. WELK
              ASSISTANT UNITED STATES ATTORNEY
12              ASSET FORFEITURE DIVISION
              312 NORTH SPRING STREET
13              14TH FLOOR
              LOS ANGELES, CALIFORNIA  90012
14

15    ALSO PRESENT WITH ASSISTANT U.S. ATTORNEYS:

16              JOHN CICCONE, ATF SPECIAL AGENT
              TINA KELESHYAN, DOJ LAW CLERK
17              KRYSTIE SOR, PARALEGAL

18

19

20

21

22

23

24

25
```

```
 1   FOR DEFENDANT MONGOL NATION:

 2              LAW OFFICES OF YANNY & SMITH
               BY:   JOSEPH A. YANNY
 3                   ATTORNEY AT LAW
               1801 CENTURY PARK EAST
 4             SUITE 2400
               LOS ANGELES, CALIFORNIA  90067
 5
               STEPHEN P. STUBBS
 6             ATTORNEY AT LAW
               626 SOUTH THIRD STREET
 7             LAS VEGAS, NEVADA  89101

 8   ALSO PRESENT WITH DEFENSE:

 9              DAVID SANTILLAN, REPRESENTATIVE, MONGOL NATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

1
I N D E X
SA CR 13-0106-DOC                                    DECEMBER 3, 2018

2
PROCEEDINGS:  TRIAL - 18TH DAY - VOLUME IV

3
PAGE

4
         CLOSING ARGUMENT BY MR. WELK                     5
5        (CONTINUED)

6        CLOSING ARGUMENT BY MR. YANNY                   51

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           SANTA ANA, CALIFORNIA; DECEMBER 3, 2018; 1:56 P.M.

2                   GOVERNMENT'S CLOSING ARGUMENT

3

4           MR. WELK:  SOME OF THE OTHER -- SO, ALL THE DRUG

5    TRANSACTIONS, WHERE THE -- EVERY TIME THE MONGOLS HELD A

6    MEETING WHERE THE PROSPECTS WERE PROVIDING ARMED SECURITY, THAT

7    PROVIDES THAT SAME CONNECTION.  THAT'S THE ASSOCIATION

8    CONNECTION.  THIS ISN'T A PARTICULARLY DIFFICULT ONE TO SHOW.

9           ONE OF THE MORE SIGNIFICANT ONES IS THE MURDER OF

10   BILL JAMES.

11           BILL JAMES UP IN GUSTINE WHEN HE WAS UP IN THE BAR,

12   AND THE GUYS CAME IN AND STARTED STABBING HIM.  AND THEY MACED

13   THE OTHER PEOPLE.  THE EVIDENCE WAS THAT THOSE GUYS WERE NOT

14   ALL MEMBERS.

15           IN FACT, ONE GUY WAS WEARING A MONGOLS T-SHIRT

16   BECAUSE WHEN -- YOU'LL REMEMBER THAT AMARO MORAIS, WHEN HE

17   LOOKED AT THE TAPE FROM THE OTHER BAR, AND HE RECOGNIZED THOSE

18   GUYS, HE SAID, YEAH, THOSE ARE THE GUYS THAT MURDERED BILL.

19   AND I RECOGNIZE THEM WALKING BACK AND FORTH.

20           AND HE CIRCLED THAT ONE GUY THAT HAD THE MONGOLS

21   ONE-PERCENTER T-SHIRT ON.

22           SO, THAT -- THAT GUY WAS ASSOCIATED WITH THE MEMBERS

23   BECAUSE THOSE GUYS WHEN THEY COMMITTED THAT MURDER WERE

24   SCREAMING, "MONGOLS.  MOTHER-F'ER.  MONGOLS."

25           SO, THEY WERE IDENTIFYING THEMSELVES WITH THE

1    DEFENDANT, BUT THEY WEREN'T -- WE DON'T THINK THEY WERE ALL

2    MEMBERS OF THE DEFENDANT.  AND IT'S POSSIBLE THAT NONE OF THEM

3    WERE.  BUT THEY WERE USING THE SYMBOLS OF THE ENTERPRISE AND

4    THE MONGOLS DEFENDANT -- THE DEFENDANT NATION.  AND THEY WERE

5    CHANTING THE NAME OF THE ENTERPRISE.

6            AND, REMEMBER, THE REQUIREMENT IS THAT THE ENTERPRISE

7    CAN INCLUDE PEOPLE THAT AREN'T MEMBERS OF THE DEFENDANT.  AND

8    IT DOESN'T HAVE TO BE A FORMAL ORGANIZATION.

9            WELL, THAT'S AN INFORMAL ORGANIZATION WHEN YOU'RE A

10   -- BASICALLY A HIT CREW WORKING FOR A RICO ENTERPRISE LIKE

11   THIS AND YOU'RE SERVING THE INTEREST OF THE DEFENDANT IN THIS

12   CASE.

13           ELEMENT THREE:  THE DEFENDANT CONDUCTED OR

14   PARTICIPATED DIRECTLY OR INDIRECTLY IN THE CONDUCT OF THE

15   AFFAIRS OF THE ENTERPRISES -- ENTERPRISE THROUGH A PATTERN OF

16   RACKETEERING ACTIVITY.

17           TO CONDUCT OR PARTICIPATE MEANS THAT THE DEFENDANT

18   HAD TO BE INVOLVED IN THE OPERATION OR MANAGEMENT OF THE

19   ENTERPRISE.

20           MANAGEMENT, OBVIOUSLY, RUNNING THE ENTERPRISE.

21           OPERATION OF THE ENTERPRISE CARRYING OUT ACTS OF THE

22   ENTERPRISE.

23           NOW, THIS IS A -- THE PART OF THE JURY INSTRUCTION

24   FOR WHAT IS A PATTERN OF RACKETEERING ACTIVITY.

25           AND IN ORDER TO SHOW A PATTERN, THE GOVERNMENT HAS TO

1    PROVE THREE THINGS.

2            NUMBER ONE, AT LEAST TWO ACTS OF RACKETEERING WERE

3    COMMITTED WITHIN A PERIOD OF 10 YEARS.

4            THAT'S SOMETHING THAT YOU'RE GOING TO WANT TO LOOK AT

5    AND PAY ATTENTION TO BECAUSE THERE'S A LONG SPAN OF TIME IN THE

6     -- IN THE INDICTMENT ABOUT THE ACTS THAT ARE ALLEGED AS

7    SUBSTANTIVE RACKETEERING ACTS.

8            NOW, WHEN YOU'RE LOOKING AT THIS IN THE -- IN THE

9    JURY ROOM, AND YOU'RE CONSIDERING THE FIRST COUNT, COUNT ONE,

10   COUNT ONE, THE SUBSTANTIVE RICO ACT LISTS A SPECIFIC LIST OF

11   PREDICATE RACKETEERING ACTS.  I THINK THERE'S -- I THINK

12   THERE'S NINE OF THEM ALTOGETHER THAT -- WE TOOK A COUPLE OF

13   THEM OUT.  SO, THE NUMBERING IS A LITTLE WEIRD.  BUT I THINK

14   THERE'S NINE OF THEM.

15           AND IN ORDER TO FIND THE DEFENDANT GUILTY, YOU HAVE

16   TO CONCLUDE THAT AT LEAST TWO OF THEM WERE PROVEN -- THAT THEY

17    -- THAT THEY HAPPENED BY A REASONABLE DOUBT.

18           NOW, WE'RE GOING TO -- MR. BRUNWIN AND I ARE GOING TO

19   ASK YOU -- AND THE COURT IS GOING TO ASK YOU AND AS WILL THE

20   DEFENSE -- ALL OF US WANT YOU TO MAKE A FINDING ON EACH OF

21   THOSE, WHETHER PROVED OR NOT PROVEN.

22           SO, IF IT'S NONE OF THEM OR ALL OF THEM, WE WANT TO

23   KNOW WHAT YOU THINK ABOUT EACH ONE SO THAT WE CAN HAVE SOME

24   CLARITY ABOUT WHAT THE DECISION IS ABOUT.

25           SO -- BUT YOU'LL LOOK AT EACH ONE OF THOSE AND

8

1  DETERMINE WHETHER THAT SPECIFIC ACT WAS PROVEN OR NOT PROVEN.

2  AND IN ORDER -- IN ORDER FOR THERE TO BE A CONVICTION, THERE

3  HAS TO BE AT LEAST TWO OF THEM THAT ARE PROVEN OF THOSE -- OF

4  THOSE ONES THAT ARE LISTED.

5          AND THEY HAVE TO HAVE BEEN COMMITTED WITHIN A PERIOD

6  OF 10 YEARS.

7          NOW, AT LEAST ONE OF THE RACKETEERING ACTS THAT

8  YOU'RE GOING TO LOOK AT IS A -- IS A CONSPIRACY.  IT'S THE

9  FIRST ONE, RACKETEERING ACT ONE.

10          THE CONSPIRACY LANGUAGE IN THAT RACKETEERING ACT

11  SAYS,

12          FROM A TIME UNKNOWN UP UNTIL -- I THINK IT'S MAY

13  15TH, 2018, WHICH IS THE DATE OF THE INDICTMENT --

14          THERE WAS A CONSPIRACY TO TRAFFIC IN NARCOTICS --

15  METHAMPHETAMINE.

16          SO, THAT -- THAT ACT -- BECAUSE IT'S A CONSPIRACY

17  THAT TAKES OVER A LONG PERIOD OF TIME, IT DOESN'T MEAN IT JUST

18  HAPPENED ON MAY 15TH, 2018.  THE WHOLE IDEA IS THAT IT HAPPENED

19  OVER A LONGER PERIOD OF TIME.  SO, THAT'S JUST SOMETHING TO BE

20  AWARE OF.

21          SECOND, THAT THE ACTS OF RACKETEERING HAD A

22  RELATIONSHIP TO EACH OTHER WHICH POSED A THREAT OF CONTINUED

23  CRIMINAL ACTIVITY.

24          THE POINT HERE IS THAT CONGRESS DIDN'T WANT THERE TO

25  BE A SINGLE ACT THAT WOULD IMPOSE THE SORT OF LIABILITY THAT

1    RICO MIGHT IMPOSE ON A DEFENDANT.

2           THE IDEA BEHIND RICO WAS TO GO AFTER CORRUPT

3    ORGANIZATIONS AND DISMANTLE THEM.  SO, THAT'S WHY THEY WANTED

4    TO MAKE SURE THAT THESE ACTS HAVE SOME RELATIONSHIP TO EACH

5    OTHER.  AND THAT'S -- THAT'S ALL THERE IS TO IT.  IT'S THAT

6    SIMPLE.

7           THAT'S ANOTHER REASON FOR THAT 10-YEAR REQUIREMENT.

8    THEY DON'T WANT TO -- YOU KNOW, SOMEBODY SELLS DRUGS IN 1975

9    AND THEN THEY DON'T SELL DRUGS AGAIN UNTIL 2018, THAT'S NOT A

10   RICO -- THAT'S NOT A RICO VIOLATION.

11          SO, RACKETEERING ACTIVITY IS A LIST OF CERTAIN

12   CRIMES.  AND THE LIST THAT'S HERE, THAT'S NOT ALL OF THEM.  BUT

13   IT'S ALL THE ONES THAT ARE RELEVANT TO THIS CASE.

14          SO, THE ACTS THAT THE GOVERNMENT HAS ALLEGED IN THIS

15   CASE AS RACKETEERING ACTIVITY ARE MURDER, ATTEMPTED MURDER,

16   DISTRIBUTION OF CONTROLLED SUBSTANCES, AND A CONSPIRACY TO

17   COMMIT ANY ONE OF THOSE THINGS.  SO, THAT'S WHAT YOU'RE LOOKING

18   FOR.  AND BASICALLY THAT'S WHAT ALL OF THEM ARE.  SO, WE DIDN'T

19   INCLUDE STUFF THAT DIDN'T FALL INTO THOSE CATEGORIES.

20          THIRD, THE ACTS OF RACKETEERING EMBRACED THE SAME OR

21   SIMILAR PURPOSES, RESULTS, PARTICIPANTS, VICTIMS OR METHODS OF

22   COMMISSION OR WERE OTHERWISE INTERRELATED BY DISTINGUISHING

23   CHARACTERISTICS.

24          AGAIN, THAT NEXT SENTENCE IS THE KEY THERE.  THEY'RE

25   NOT LOOKING FOR SPORADIC WIDELY SEPARATED OR ISOLATED CRIMINAL

1    ACTS TO FORM A PATTERN.  THERE HAS TO BE SOMETHING THAT SORT OF

2    TIES THEM TOGETHER.

3              AND WE THINK THAT THE ACTS ALLEGED HERE, THEY ARE A

4    PART OF A REC- -- AND EASILY RECOGNIZABLE PATTERN THAT FIT

5    TOGETHER FOR SORT OF -- TOWARDS A COMMON GOAL.  IT'S NOT JUST

6    ONE GOAL.

7              THE MONGOLS ENTERPRISE HAS A LOT OF GOALS.  IT

8    INCLUDES MAKING EVERYONE AFRAID OF THEM.  IT INCLUDES MAKING

9    PEOPLE NOT WANT TO ENTER INTO THEIR TERRITORY -- AGAIN, SPECIAL

10   AGENT KOZLOWSKI -- WHO I QUOTE A LOT BECAUSE HE WAS UP THERE

11   FOR A WHILE -- BUT HE TALKED ABOUT HOW IMPORTANT TERRITORY IS.

12   AND THAT'S A -- THAT'S ANOTHER GANG FUNCTION.  THAT'S A THING

13   THAT GANGS REALLY CARE ABOUT IS THEIR TERRITORY AND IT NOT

14   BEING INTERFERED WITH.

15             AND, YOU KNOW, YOU REMEMBER HEARING THAT STORY ABOUT

16   JOE GARCIA AND HOW THE CYPRESS PARK CHAPTER AGREED TO PUT THEIR

17   -- THEIR ROCKER -- THEIR CHAPTER ROCKER ON THE INSIDE OF THEIR

18   VEST BECAUSE THE CYPRESS PARK STREET GANG WAS THERE FIRST.  AND

19   JOE DIDN'T WANT TO DISRESPECT THEM BY CLAIMING CYPRESS PARK AS

20   THEIRS.

21             SO, YOU'VE GOT THESE GANGS WITH THEIR TERRITORY.  AND

22   THEY'RE VERY, VERY PROTECTIVE OF THAT.  SO -- I MEAN,

23   PROTECTIVE TO THE EXTENT THAT THEY'LL COMMIT VIOLENT ACTS.

24             YOU'LL REMEMBER THAT ONE OF THE RECORDINGS THAT WE

25   PLAYED WAS A MEETING WHERE RUBEN CAVAZOS WAS TALKING ABOUT

1    GOING INTO -- I THINK IT WAS DENVER.  AND HE WAS TALKING ABOUT

2    HOW THE SONS OF SILENCE WERE SUPPOSEDLY -- THEY WERE

3    RESPONSIBLE FOR KEEPING THE MONGOLS OUT -- LIKE THEY WERE -- IT

4    WAS SUPPOSEDLY THEIR JOB -- I DON'T REMEMBER WHO GAVE THEM THAT

5    ASSIGNMENT -- BUT IT WAS THEIR JOB TO KEEP OTHER MOTORCYCLE

6    GANGS OUT OF THAT AREA.  AND THEY -- AND THEY DIDN'T.  THE

7    MONGOLS SORT OF FORCED THEIR WAY IN.  THE MONGOLS WERE READY TO

8    FIGHT THEIR WAY IN, AND THEY DIDN'T HAVE TO.

9            NOW, THE MONGOLS RAN INTO SOME PROBLEMS WHEN THEY

10   WENT TO INDIANA.  THE SONS OF SILENCE IN INDIANA PUSHED BACK ON

11   THEM.

12           AND YOU'LL REMEMBER THERE -- YOU'VE GOT THAT PICTURE

13   OF ALEX LOZANO AGAIN -- THE LOZANO BROTHERS ARE -- KEEP SHOWING

14   UP THROUGHOUT THIS -- THROUGHOUT THESE ACTS.  BUT YOU'VE GOT

15   THAT PICTURE OF "REAPER," ALEX LOZANO, HOLDING THAT SONS OF

16   SILENCE BACK PATCH.

17           AND THERE WAS TESTIMONY ABOUT THAT AND HOW

18   SIGNIFICANT THAT WAS BECAUSE THAT'S -- THAT'S THE ULTIMATE

19   INSULT IS TO GO TO ANOTHER MOTORCYCLE GANG MEMBER AND TO TAKE

20   HIS PATCH AWAY FROM HIM.

21           SO -- BUT THAT WAS SOMETHING THAT DOC CAVAZOS

22   ORDERED.  AND WE'LL TALK A LITTLE BIT MORE ABOUT THAT LATER.

23           OKAY.  SO, THAT GIVES YOU AN IDEA OF WHAT THE -- AND,

24   AGAIN, YOU'LL SEE THAT WHEN YOU GO BACK.  BUT THAT'S JUST AN

25   IDEA.

1          AND, AGAIN, THAT'S HOW WE'RE -- THAT'S HOW I WOULD

2     SUGGEST YOU INTERPRET THAT AND YOU LOOK AT THAT.

3          ALL RIGHT.  ELEMENT FOUR:  IS THE ENTERPRISE ENGAGED

4     IN OR ITS ACTIVITIES IN SOME WAY AFFECTED COMMERCE BETWEEN ONE

5     STATE AND ANOTHER STATE OR THE UNITED STATES AND A FOREIGN

6     COUNTRY.

7          INTERSTATE COMMERCE INCLUDES THE MOVEMENT OF GOODS,

8     SERVICES, MONEY, AND INDIVIDUALS BETWEEN STATES.

9          THE GOODS CAN BE LEGAL OR ILLEGAL.  THERE NEED ONLY

10    BE A MINIMAL EFFECT ON COMMERCE.  AND THE EFFECT NEED ONLY BE

11    POTENTIAL OR PROBABLE -- NOT ACTUAL.

12         SO, THE QUESTION ISN'T WHETHER THE INDIVIDUAL

13    AFFECTED INTERSTATE COMMERCE.  IT'S WHETHER THE ENTERPRISE AS A

14    WHOLE AFFECTED INTERSTATE COMMERCE.

15         AND HERE, THAT'S AN EASY ONE HERE.  YOU'VE GOT DRUG

16    TRAFFICKING, THE 13 KILOS IN GARDENA THAT ARE MARKED WITH A

17    LOGO FROM A MEXICAN DRUG CARTEL.  THERE'S AN INTERNATIONAL

18    TRANSFER RIGHT THERE.

19         AS I EXPLAINED EARLIER, YOU'VE GOT JOHN CARR, WHO IS

20    BASED IN NEVADA.  BUT HE IS DOING BUSINESS IN CALIFORNIA.  HE'S

21    GOING TO COLORADO.  HE'S GOING TO OREGON.  HE'S ALL OVER THE

22    PLACE.

23         AND YOU'VE GOT -- ONE OF THE WITNESSES -- I DON'T

24    REMEMBER WHICH ONE -- ONE OF THE MONGOLS' WITNESSES, DEFENSE

25    WITNESSES, WAS TALKING ABOUT HOW CARR HAD APPARENTLY DONE

1    ANOTHER HOTEL THEATER DEAL IN LAS VEGAS WITH -- I BELIEVE IT

2    WAS WITH HARRY REYNOLDS -- I THINK WAS THE ALLEGATION THAT

3    HARRY REYNOLDS HAD BEEN INVOLVED IN THAT.

4              SO, YOU'VE GOT PEOPLE THAT -- THE GANG IS OPERATING

5    IN MULTIPLE STATES.

6              AND, ALSO, THE OTHER THING IS -- THE MOST OBVIOUS

7    THING I THINK YOU'VE GOT THE MOTHER CHAPTER THAT'S IN CHARGE OF

8    THE ENTIRE MONGOL NATION.  THE MONGOL NATION HAS CHAPTERS ALL

9    OVER THE COUNTRY.  SO, THERE YOU'VE GOT THAT INTERSTATE

10   COMMERCE CONNECTION.

11             OKAY.  I WANT TO TALK ABOUT THE RACKETEERING ACTS.

12             RACKETEERING ACT NUMBER ONE IS THAT DRUG CONSPIRACY

13   THAT I WAS -- THAT I WAS TELLING YOU ABOUT.

14             THE ALLEGATION IS THAT BEGINNING ON AN UNKNOWN DATE,

15   CONTINUING UNTIL AT LEAST MAY 15TH, 2018, THE DEFENDANT ACTING

16   THROUGH FULL-PATCH MEMBERS OF THE MONGOL ENTERPRISE TOGETHER

17   WITH PROSPECTIVE AND PROBATIONARY MEMBERS AND ASSOCIATES --

18             SO, THE -- IT MAKES SENSE THAT THE INDICTMENT WOULD

19   BE CONSISTENT WITH MY UNDERSTANDING BECAUSE WE WROTE IT.

20             SO, ALL THOSE PEOPLE CONSPIRED AND AGREED WITH EACH

21   OTHER TO KNOWINGLY AND INTENTIONALLY DISTRIBUTE COCAINE AND

22   METHAMPHETAMINE.

23             AND THERE'S A DEFINITION OF WHAT IT MEANS TO BE FOUND

24   GUILTY OF CONSPIRING -- WHICH I'M NOT GOING TO READ RIGHT NOW

25   -- THERE'S A DEFINITION FOR WHAT IT MEANS TO DISTRIBUTE A

1    CONTROLLED SUBSTANCE -- WHICH IS VERY STRAIGHTFORWARD.

2             NOW, THE UNDERCOVER AGENTS TESTIFIED ABOUT NUMEROUS

3    DRUG TRANSACTIONS THAT THEY WERE INVOLVED IN PERSONALLY OVER

4    THE COURSE OF THE TRIAL.

5             WHILE THE AMOUNTS VARIED, ALL OF THEM WERE

6    DISTRIBUTION AMOUNTS.  AND THEY TOLD YOU THAT.

7             IN ADDITION, YOU HEARD ABOUT THE GARDENA SEARCH

8    WARRANT IN MAY OF 2009 WHERE MORE THAN 13 KILOGRAMS OF COCAINE

9    -- AND THAT'S 30 POUNDS OF COCAINE -- WERE SEIZED IN THAT

10   CASE.  AND THERE'S THE PICTURE OF THAT.

11            AND I BELIEVE -- MY RECOLLECTION IS THAT THOSE LITTLE

12   GREEN BAGS ARE METHAMPHETAMINE.  SO, THEY WERE -- THEY WERE

13   DOING A LOT.

14            AND -- AND IN THIS HOUSE WHERE THEY FOUND THIS STUFF

15   WAS AN INDOOR MARIJUANA GROW, WHICH LARGE INDOOR MARIJUANA

16   GROWS AT THIS TIME, THAT WASN'T LEGAL.  BUT IT -- I'M NOT SURE

17   IT MATTERS WHETHER IT WAS OR NOT BECAUSE THEY HAD 13 KILOGRAMS

18   OF COCAINE.

19            SO, WHETHER THEY HAD A MARIJUANA GROW IS NOT THAT

20   SIGNIFICANT EXCEPT THAT -- I GUESS WHAT DOES MAKE IT

21   SIGNIFICANT IS YOU'VE GOT A HOUSE HERE WITH A MONGOL INVOLVED

22   IN IT AND OTHERS WHO ARE NOT MONGOLS.  AND THAT'S A LOT OF

23   WEIGHT.  THAT'S A LOT OF DRUGS IN ONE PLACE.

24            AND, SO, THAT'S THE SORT OF ACTIVITY THAT THIS

25   ENTERPRISE IS INVOLVED IN.

1            SPECIAL AGENT CARR ENGAGED IN NUMEROUS DRUG

2    TRANSACTIONS WITH RAFAEL AND ALEX LOZANO AND MANUEL ARMENDARES.

3            NOW, YOU'LL FIND THAT THE RACKETEERING ACTS IN THE

4    INDICTMENT, THEY'RE ALSO LISTED AS OVERT ACTS IN THE

5    CONSPIRACY.

6            SO, IF YOU FIND THAT A -- THAT A RACKETEERING ACT IS

7    PROVEN AS PART OF COUNT ONE, THEN, YOU WILL AUTOMATICALLY HAVE

8    ALSO FOUND THAT THAT SAME ACT IS ALLEGED AS AN OVERT ACT IN

9    SUPPORT OF THE CONSPIRACY IN COUNT TWO.

10            AND THAT'S JUST SOMETHING I WANT TO PUT IN YOUR HEADS

11    SO YOU KNOW THAT THEY'RE ALLEGED A LITTLE BIT DIFFERENTLY.

12    THEY'RE DESCRIBED DIFFERENTLY.  BUT IF YOU LOOK AT THEM

13    CAREFULLY, YOU CAN ACTUALLY MATCH THEM UP.  AND YOU WILL FIND

14    -- THE RACKETEERING ACTS UNDER COUNT ONE, YOU WILL FIND THEM

15    AMONG THE OVERT ACTS IN COUNT TWO AS WELL.

16            SO -- SO, EVERY TRANSACTION INVOLVING THE SPECIAL

17    AGENT CARR FULFILLED THE ENTERPRISE REQUIREMENT BECAUSE HE

18    NEVER MADE FULL-PATCH STATUS.

19            THE -- I THINK THE OTHER, THE L.A. U.C.'S MAY HAVE

20    DONE SOME DRUG TRANSACTIONS AFTER THEY BECAME FULL-PATCH

21    MEMBERS.  AND TO THE EXTENT THAT THEY WERE DEALING WITH OTHER

22    MEMBERS, THOSE MAY OR MAY NOT HAVE BEEN WITHIN THE SCOPE OF THE

23    ENTERPRISE BECAUSE THERE MAY OR MAY NOT HAVE BEEN DISTINCTNESS.

24            BUT THERE WAS DEFINITELY DISTINCTNESS WITH RESPECT TO

25    THE DRUG TRANSACTIONS THAT THE L.A. UNDERCOVERS ENTERED INTO

1    WHEN THEY WERE HANG-AROUNDS AND PROSPECTS BECAUSE AT THAT POINT

2    THEY WEREN'T MEMBERS OF THE DEFENDANT.

3              NOW, WE GET BACK TO THIS DIRECTING -- WHETHER IT WAS

4    DIRECTED EXPLICITLY OR IMPLIEDLY.  AND THE QUESTION THAT THAT

5    PRESENTS IS DID MONGOL LEADERSHIP KNOW THAT DRUG USE AND SALES

6    WERE RAMPANT THROUGHOUT THE MEMBERSHIP BECAUSE THAT'S WHAT THE

7    -- THAT'S WHAT THE UNDERCOVERS TESTIFIED TO.

8              THEY SAID, YEAH. LOOK, EVERYWHERE WE WENT -- PRETTY

9    MUCH -- AND I THINK IT WAS EVERYWHERE THEY WENT, PARTICULARLY

10   PARTIES, RUNS, EVENTS, EVERYTHING BUT FUNERALS -- PEOPLE WERE

11   USING DRUGS.  PEOPLE WERE EXCHANGING DRUGS, DISTRIBUTING THEM.

12             ANOTHER THING ABOUT DISTRIBUTION, YOU DON'T HAVE TO

13   SELL IT TO DISTRIBUTE IT.

14             SO, IF YOU JUST GIVE DRUGS TO SOMEONE, THAT COUNTS AS

15   DISTRIBUTION -- JUST AS ILLEGAL AS IF YOU SELL IT.

16             SO, THEY SAW THAT.  AND THEY SAID IT WAS COMMON ALL

17   THE TIME WHEREVER THEY WENT.

18             SO, THE QUESTION IS DID THE MONGOLS' LEADERSHIP, THE

19   LEADERSHIP OF THE DEFENDANT, DID THEY KNOW THAT THIS WAS GOING

20   ON.

21             OF COURSE, THEY DID.  THEY -- THEY COULDN'T HAVE NOT

22   KNOWN THAT IT WAS GOING ON.  SOME OF THEM WERE INVOLVED IN IT.

23             YOU HAD THE CHAPTER PRESIDENT OF NELA WHO WAS

24   ACTIVELY INVOLVED IN SELLING DRUGS.  AND YOU HAD JOE GARCIA WHO

25   MAY NOT HAVE BEEN ENGAGING IN THOSE SALES, BUT HE KNEW ABOUT

1    IT.  HE FOUND OUT ABOUT IT.  AND HE DIDN'T TELL THEM TO STOP

2    DOING IT.

3              BUT THE MOST IMPORTANT THING IS WHAT I SAID BEFORE.

4              WHEN THE MEXICAN MAFIA REACHED OUT TO TOUCH RUBEN

5    CAVAZOS AND SAID YOU NEED TO PAY US TAXES FOR THE DRUGS THAT

6    YOU'RE SELLING -- THAT YOUR GANG IS SELLING, RUBEN CAVAZOS

7    DIDN'T SAY, WELL, NO.  WE'RE NOT SELLING DRUGS.  HE SAID WE'RE

8    NOT GOING TO PAY YOU.

9              AND WE'RE GOING TO LISTEN TO -- BEFORE WE'RE DONE --

10   BEFORE I'M DONE HERE TODAY, I'M GOING TO -- I'M GOING TO PLAY

11   YOU THE COMMENTS THAT RUBEN CAVAZOS MADE ABOUT THAT -- ABOUT LA

12   EME.  HE WAS VERY BELLIGERENT AS -- AS THE MONGOLS TEND TO BE.

13             BUT HE MADE IT CLEAR THAT THEIR POSITION WASN'T THAT

14   THEY WEREN'T SELLING DRUGS, IT'S THAT THEY WERE GOING TO REFUSE

15   TO PAY TAXES.  AND HE SAID THAT HE TALKED TO THE MEMBERSHIP

16   ABOUT THAT.  AND THAT THEY SAID THEY WANTED TO GO TO WAR.  AND

17   YOU'LL HEAR HIM SAY IN A CLIP THAT THAT WAS REALLY INSPIRING TO

18   HIM, LIKE HE REALLY -- HE SAID, YOU KNOW -- HE SAYS, BOY, WHEN

19   THEY SAY THEY WANT TO GO TO WAR, THAT'S REALLY GREAT.

20             SO, THE IDEA THAT THE MONGOL LEADERSHIP DIDN'T KNOW

21   ABOUT THIS PROLIFIC DRUG TRAFFICKING GOING ON IN THEIR MIDST IS

22   JUST -- IS NOT A CREDIBLE CLAIM TO MAKE.

23             AND IT'S ALSO NOT A CREDIBLE CLAIM TO SAY THAT IT WAS

24   ONLY DOC CAVAZOS'S TIME WHEN THAT WAS HAPPENING BECAUSE WE'VE

25   STILL GOT SUBSTANTIAL DRUG TRAFFICKING GOING ON.  IN FACT, THAT

1    13 KILOGRAM DEAL, THAT SEIZURE OF 13 KILOGRAMS, THAT'S MAY OF

2    2009.  WE'RE INTO THE SANTILLAN ERA BY THAT POINT INTO THE --

3    SO, IT'S NOT -- IT'S NOT RUBEN CAVAZOS ANYMORE.  BY THAT POINT

4    HE'S GONE FOR ALMOST A YEAR.

5              AND ON THAT POINT, YOU HEARD EVIDENCE THAT HECTOR

6    GONZALEZ WAS INVOLVED AS PRESIDENT OF THE MONGOLS IN

7    NEGOTIATIONS WITH LA EME.

8              SO, THIS IDEA THAT, YOU KNOW, ALL THE BAD STUFF

9    HAPPENED WHEN RUBEN GONZALEZ WAS PRESIDENT, THAT JUST DOESN'T

10   WASH.  THE EVIDENCE DOESN'T SUPPORT IT.

11             IT WAS HAPPENING BEFORE RUBEN CAVAZOS TOOK OVER

12   BECAUSE, YOU KNOW WHAT, RUBEN CAVAZOS WASN'T THE PRESIDENT.  HE

13   WAS THERE IN LAUGHLIN WHEN THE RIOT HAPPENED.  HE -- BECAUSE

14   ROGER PINNEY -- YEAH.  YEAH.  PINNEY WAS THE PRESIDENT THEN.

15   AND YOU CAN SEE HIM IN THE LAUGHLIN VIDEO.  YOU CAN SEE PINNEY

16   IN THE MORONGO VIDEO AS WELL.

17             BUT THAT KIND OF STUFF WAS HAPPENING BEFORE RUBEN

18   CAVAZOS TOOK OVER AS PRESIDENT.  AND IT'S STILL GOING ON NOW.

19   AND IT'S STILL -- IT KEPT HAPPENING WHEN HE LEFT.  SO, BLAMING

20   IT ON CAVAZOS IS NOT CONSISTENT WITH THE -- WITH THE EVIDENCE

21   IN THIS CASE.

22             ALL RIGHT.  RACKETEERING ACT TWO, THIS IS ONE WE'VE

23   TALKED ABOUT A COUPLE OF TIMES ALREADY.  IT'S THE TOY DRIVE,

24   THE NORCO TOY DRIVE.

25             TWO HELLS ANGELS WERE SHOT.  DAIN FISH WAS SHOT.

1   IT'S DESCRIBED IN THE INDICTMENT.  YOU'LL UNDERSTAND WHAT IT

2   IS.

3          NOW, THIS ONE ALLEGES ATTEMPTED MURDER.  AND IN ORDER

4   TO BE FOUND GUILTY -- OR FOUND TO HAVE COMMITTED THE CRIME OF

5   ATTEMPTED MURDER, THE GOVERNMENT MUST PROVE THAT A PERSON TOOK

6   AT LEAST ONE DIRECT BUT INEFFECTIVE STEP TOWARD KILLING ANOTHER

7   PERSON AND INTENDED TO KILL A PERSON.

8          IT'S NOT A REQUIREMENT THAT YOU HAVE -- THAT YOU TRY

9   TO KILL A SPECIFIC PERSON.  IF YOU TAKE A STEP, AND YOUR INTENT

10  IS TO KILL SOMEONE -- THE POINT OF THAT IS YOU DON'T WANT TO --

11  YOU DON'T WANT A GUY TO GET OFF BECAUSE HE TRIES TO SHOOT, YOU

12  KNOW, ONE GUY, AND HE'S A BAD SHOT, AND HE HITS THE GUY NEXT TO

13  HIM.

14         SO, ALL THAT HAS TO HAPPEN IS THAT YOU'RE INTENDING

15  TO KILL A PERSON.  AND YOU TAKE AN ACT -- YOU TAKE SOME STEP TO

16  DO THAT.

17         SO, YOU ENDED UP HEARING FROM THREE WITNESSES ABOUT

18  THAT TOY DRIVE -- DAIN FISH, LINDA CAYETANO, AND RICHARD

19  GUTIERREZ.

20         (PAUSE IN PROCEEDINGS.)

21         MR. WELK:  OKAY.  AND I'VE SAID EVERYTHING -- I'VE

22  ALREADY SAID EVERYTHING ELSE I NEED TO SAY ABOUT THAT.

23         RACKETEERING ACT THREE, THIS IS A SIMPLE ONE.

24         IT'S THE NOVEMBER 26TH, 2006 SALE OF METHAMPHETAMINE

25  TO SPECIAL AGENT GAIONI.  HE TESTIFIED TO THAT TRANSACTION.

1      AND YOU SAW -- YOU ACTUALLY SAW THE ACTUAL

2  METHAMPHETAMINE ASSOCIATED WITH THAT -- WITH THAT DRUG SALE

3  THAT HE ACQUIRED.  SO, THAT'S JUST A DRUG BUY.

4      RACKETEERING ACT FOUR IS THE MURDER OF LEON

5  HUDDLESTON AT YOUNG'S TAVERN IN LANCASTER ON FEBRUARY 14TH,

6  2007.

7      ANOTHER CRIME COMMITTED BY A FULL-PATCH MEMBER JOSE

8  MONTES AND A MONGOLS ASSOCIATE KLINT MELCER.  AFTER THEY BEAT

9  HIM NEARLY TO DEATH, THE TWO OF THEM WENT TO A MONGOLS' HANGOUT

10 TO BRAG ABOUT WHAT THEY HAD JUST DONE.

11     THERE'S SOME INTERESTING OR ODD FACTS ABOUT THAT

12 PARTICULAR CRIME -- AND HORRIBLE MOSTLY.

13     BUT THE -- NOT ONLY THEIR BRUTALITY OF THE MURDER --

14 WHEN THE DEPUTY WHO RESPONDED TO THE SCENE, WHEN HE GOT THERE

15 HE SAID THAT HE SAW LEON HUDDLESTON FACE DOWN ON THE FLOOR, AND

16 THAT HE THOUGHT HE WAS SNORING.  HE HEARD A NOISE.  HE THOUGHT

17 HE WAS SNORING.  AND WHEN HE WENT DOWN TO LOOK AT HIM, HE WAS

18 ABLE TO SEE THAT THE BACK OF -- THE BACK OF LEON HUDDLESTON'S

19 HEAD WAS ACTUALLY CAVED IN, LIKE IT WAS INDENTED.  AND THEN

20 WHEN HE -- WHEN HE TURNED HIM OVER HIS WHOLE FACE WAS JUST

21 COMPLETELY COVERED IN BLOOD.  AND HE COULD HARDLY BREATHE.

22     THE CURIOUS THINGS ABOUT THAT INCIDENT IN ADDITION TO

23 THE HORROR OF IT WAS THAT THE CUE STICK, THE MAIN PART OF THE

24 CUE STICK WAS BEHIND THE BAR FOR SOME REASON.  AND NO ONE EVER

25 EXPLAINED HOW THAT HAPPENED.

1              AND THE OTHER THING WAS THERE WERE VIDEO SURVEILLANCE

2      CAMERAS IN THAT BAR THAT WERE MYSTERIOUSLY EITHER NOT TURNED ON

3      OR THE MEDIA HAD BEEN REMOVED BY THE TIME THE POLICE GOT THERE.

4              SO, IT CERTAINLY APPEARS THAT SOMEONE TOOK STEPS TO

5      COVER UP WHAT HAD HAPPENED OR TO MAKE IT MUCH MORE DIFFICULT

6      FOR THE POLICE TO DETERMINE WHO DID IT.

7              NOW, MONTES AND MELCER WERE -- BASED ON WHAT RITA

8      DOLLAR TESTIFIED TO WHEN SHE CAME HERE ON THE STAND -- THEY

9      WERE PRETTY PROUD OF WHAT THEY DID.  AND THEY WERE BRAGGING

10     ABOUT IT WHEN THEY GOT BACK TO THE HOUSE WHERE SHE WAS.

11             SO, AGAIN, NOT A LOT OF QUESTIONS THERE.

12             YOU KNOW, ONE THING TO -- TO KEEP IN MIND ABOUT THIS.

13     YOU KNOW, IN A LOT OF CRIMINAL TRIALS THE JURY'S CALL IS TO

14     FIGURE OUT WHAT HAPPENED AND WHO DID IT.

15             AND ONE OF THE THINGS THAT'S UNIQUE ABOUT THIS CASE

16     IN MANY WAYS -- ESPECIALLY WITH ALL OF THESE EVENTS -- IS THAT

17     THAT'S NOT REALLY PART OF THE QUESTION HERE FOR ALMOST ANY OF

18     THESE ACTS.

19             LIKE WHO DID IT IS NOT -- IS NOT THE QUESTION.

20             AND WHAT HAPPENED IS NOT REALLY THE QUESTION.

21             THE DISPUTE ISN'T OVER HOW THESE VICTIMS DIED OR WHO

22     GOT ATTACKED.  I MEAN, PART OF IT IS THE VIDEOS WHICH ARE

23     OBVIOUSLY INCREDIBLY VALUABLE.

24             AND THEN WE'VE GOT WITNESSES THAT SAW THESE PEOPLE

25     AND IDENTIFIED THEM.

1          AND THEN THE VIDEOS WERE ALSO SHOWN TO PEOPLE WHO

2     KNEW THE PEOPLE IN THE VIDEO.  BUT PART OF THAT IS ALSO THAT A

3     LOT OF THESE PEOPLE -- AND DEFENSE COUNSEL IS GOING TO REMIND

4     YOU OF THIS WHEN HE GETS UP HERE -- A LOT OF THESE PEOPLE HAVE

5     ALREADY BEEN PROSECUTED.  AND THEY'VE -- THEY'VE GONE TO JAIL.

6     AND SOME OF THEM MAYBE THEY'RE OUT OF JAIL.  I DON'T KNOW ABOUT

7     THAT.  BUT THEY MIGHT BE.

8          ANYWAY, THE POINT IS THERE'S A LOT OF INDIVIDUALS

9     THAT -- INCIDENTS THAT WE'VE TALKED ABOUT IN THIS TRIAL WHERE

10    THE PEOPLE WHO DID IT, THEY GOT CAUGHT.  AND SOME OF THEM WENT

11    TO TRIAL OR THEY PLED GUILTY.  AND THEY WENT TO JAIL.  AND

12    THAT'S FINE.

13         BUT THE POINT IS THEM GOING TO JAIL DOESN'T ADDRESS

14    THIS ISSUE, WHY WE'RE HERE.  BECAUSE THE MONGOLS WOULD BE HAPPY

15    TO FEED THE FEDERAL AND STATE PRISON SYSTEM FOR A TIME

16    IMMEMORIAL WITH THESE MEN THAT THEY RECRUIT TO DO THESE

17    HORRIBLE THINGS FOR THEM WHILE THEY STAND BACK AND SAY I DON'T

18    KNOW.  ANOTHER BAD GUY.  ANOTHER BAD APPLE.  ONE OF THEM USED

19    THAT EXAMPLE, THAT THEY GET RID OF THE BAD APPLES.

20         WELL, IT'S A LOT OF BAD APPLES.  AND THE EVIDENCE

21    DOESN'T SUGGEST -- DOESN'T BEGIN TO SUGGEST THAT THE MONGOLS

22    ARE MAKING ANY KIND OF A REALISTIC EFFORT TO GET RID OF THOSE

23    BAD APPLES.  SO, JUST A -- KIND OF AN INTERESTING SIDE NOTE ON

24    THESE.

25         NOW, TO BE GUILTY OF MURDER -- AND THEN THIS IS A

1   STATE VIOLATION.  SO, WE USE STATE LAW.

2           IN ORDER TO BE GUILTY OF MURDER IN VIOLATION OF

3   CALIFORNIA PENAL CODE SECTIONS 187 AND 644, THE GOVERNMENT HAS

4   TO PROVE THAT AN INDIVIDUAL COMMITTED AN ACT THAT CAUSED THE

5   DEATH OF ANOTHER PERSON.

6           WHEN THE INDIVIDUAL ACTED, HE HAD THE STATE OF MIND

7   CALLED "MALICE AFORETHOUGHT."  AND HE KILLED WITHOUT LAWFUL

8   EXCUSE OR JUSTIFICATION.

9           AND WHEN YOU LOOK AT THOSE -- WHEN YOU LOOK AT THOSE

10  ELEMENTS, YOU'LL FIND THAT LEON HUDDLESTON WAS MURDERED.

11          AGAIN, THE QUESTION IS WAS HE MURDERED AS PART OF THE

12  ONGOING CONDUCT OF THIS ENTERPRISE?  YES, HE WAS.  BECAUSE HE

13  WAS DOING -- THESE GUYS WERE OUT THERE PREACHING THE --

14  PREACHING THE CATECHISM OF THE MONGOLS.  THEY FOUND A GUY AT A

15  BAR.  WHO KNOWS WHAT HE DID.  IT DOESN'T MATTER WHAT HE DID.

16          HE --

17          MR. YANNY:  YOUR HONOR, I DESPERATELY NEED TO USE THE

18  BATHROOM.

19          (LAUGHTER.)

20          THE COURT:  WELL, COUNSEL, IF YOU WANT TO FINISH THE

21  THOUGHT.  AND --

22          MR. WELK:  I WILL.  THANK YOU, YOUR HONOR.

23          THE COURT:  AND THEN WE'LL DO IT.

24          MR. YANNY:  THANK YOU, SIR.

25          MR. WELK:  SO --

1              THE COURT:  WELL, COUNSEL, I THINK -- IF IT'S OKAY, I

2    THINK WE NEED TO TAKE A BREAK.

3              MR. WELK:  SURE.

4              THE COURT:  YEAH.  AND WE'LL COME BACK.

5              MR. WELK:  OKAY.

6              THE COURT:  SO, YOU CAN RETRACE PART OF THE ARGUMENT

7    SO YOU CAN PICK UP --

8              MR. WELK:  OKAY.

9              THE COURT:  -- WITH WALDO --

10             MR. WELK:  THANK YOU, YOUR HONOR.

11             THE COURT:  THANK YOU.

12             ALL RIGHT.  YOU ARE ADMONISHED NOT TO DISCUSS THIS

13   MATTER AMONGST YOURSELVES OR FORM OR EXPRESS ANY OPINION

14   CONCERNING THE CASE.

15             HAVE A NICE RECESS.

16             COUNSEL, ABOUT 15 MINUTES.

17             (RECESS AT 2:23 P.M. TO 2:50 P.M.)

18             (IN THE PRESENCE OF THE JURY.)

19             THE COURT:  ALL RIGHT.  WELL, THEN, WE'RE BACK IN

20   SESSION.

21             THE JURY IS PRESENT.  THE ALTERNATES.  ALL COUNSEL

22   ARE PRESENT AND THE PARTIES.

23             AND, COUNSEL, IF YOU WOULD LIKE TO, PLEASE CONTINUE.

24             THANK YOU.

25             MR. WELK:  THANK YOU, YOUR HONOR.

Case 2:13-cr-00106-DOC  Document 488  Filed 10/09/19  Page 25 of 98  Page ID #:6438

```
 1              OKAY.  NEXT, RACKETEERING ACT FIVE, RACKETEERING ACT
 2    FIVE IS THE NICOLA'S SHOOTING.  DENIS "STEAKY" MALDONADO
 3    SHOOTING THE TWO MARAVILLA GANG MEMBERS.
 4              I'M NOT GOING TO REHASH THE WHOLE THING.  I DO WANT
 5    TO POINT OUT ONE THING IN PARTICULAR, THOUGH, ABOUT THAT
 6    PARTICULAR EVENT.
 7              THIS WAS THE NIGHT THAT "STEAKY" MALDONADO EARNED THE
 8    RIGHT TO HAVE THE MONGOLS' FULL-PATCH TATTOOED ON THE BACK OF
 9    HIS HEAD.
10              AND AS YOU WILL RECALL, "STEAKY" MALDONADO SUBMITTED
11    HIS APPLICATION TO BECOME A MONGOLS PROSPECT ON MARCH 28, 2005.
12    AND THAT'S EXHIBIT -- I THINK IT'S EXHIBIT 14.  I MAY NOT BE
13    RIGHT ON THAT.  BUT IT'S -- IT'S ONE OF THE EXHIBITS.  AND THE
14    DATE ON THAT IS MARCH 28TH, 2005.
15              IF YOU -- I DON'T HAVE IT UP ON THE SCREEN, BUT THE
16    -- THE RULES CONCERNING TATTOOS, MONGOLS TATTOOS, ARE FOUND IN
17    EXHIBIT 17 AT PAGE 72.
18              AND THOSE RULES SAY THAT IN ORDER TO GET A FULL-PATCH
19    TATTOO ANYWHERE, YOU HAVE TO BE A MEMBER FOR NO LESS THAN FIVE
20    YEARS IN THE -- IN THE GANG UNLESS YOU GET SPECIAL PERMISSION
21    FROM THE MOTHER CHAPTER -- WHICH "STEAKY" MALDONADO DID AS A
22    REWARD FOR HAVING SHOT THE MARAVILLA GANG MEMBERS THAT NIGHT AT
23    NICOLA'S.
24              AND THE REASON WE KNOW THAT IS, FIRST OF ALL, BECAUSE
25    IT WAS COMMON KNOWLEDGE.  BUT HIS -- HIS APPLICATION WAS IN
```

1    MARCH OF 2005.  AND THAT WAS HIS PROSPECT APPLICATION.  SO, HE

2    BECAME A FULL-PATCH MEMBER SOME TIME AFTER THAT.

3              AND THE SHOOTING WAS IN APRIL OF 2008, WHICH IS JUST

4    SLIGHTLY OVER THREE YEARS AFTER THAT.  SO, HE CLEARLY HAD NOT

5    BEEN IN IN FIVE YEARS.

6              SO -- AND THAT REWARD SYSTEM IS A BIG DEAL THAT I'M

7    GOING TO TALK ABOUT A LITTLE BIT MORE WHEN I GET TO CONSPIRACY.

8              SO, YOU HEARD TESTIMONY FROM WALDO SALAZAR ABOUT THIS

9    SHOOTING.

10             (PAUSE IN PROCEEDINGS.)

11             MR. WELK:  OH, I'M SORRY.  2007 IS THE -- WAS THE

12   SHOOTING.  I'M SORRY.  I HAD A TYPO IN HERE.  IT WAS APRIL 8TH,

13   2007.  SO, IT WAS ONLY TWO YEARS AFTER HE HAD SUBMITTED HIS

14   PROSPECT APPLICATION THAT HE WAS -- THAT HE COMMITTED THAT ACT.

15   AND THEN SHORTLY AFTER THAT WAS ALLOWED TO GET THAT FULL-PATCH

16   TATTOO.

17             OH, WALDO SALAZAR, YOU HEARD FROM HIM, TESTIFIED

18   ABOUT THIS EVENT.  AND IT WAS -- IT WAS MR. SALAZAR WHO WAS

19   ORDERED BY MALDONADO TO FLEE THE SCENE WITH MALDONADO'S VEST --

20   HERE IT GOES AGAIN -- REMEMBER WHAT WALDO SALAZAR TESTIFIED TO

21   THAT AFTER THE SHOOTING STOPPED, ALL OF THE MONGOLS STARTED

22   TAKING OFF THEIR VESTS AND MELTING INTO THE -- SOMEWHERE ELSE.

23   THEY LEFT.  BECAUSE THEY DIDN'T WANT TO BE THERE WHEN THE

24   POLICE ARRIVED.

25             BUT MR. MALDONADO THOUGHT IT WOULD BE A GOOD IDEA TO

1   GIVE HIS VEST AND THE GUN THAT HE USED TO TRY AND KILL THOSE

2   TWO MEN TO WALDO SALAZAR AND MAKE IT HIS PROBLEM.

3           AND, OF COURSE, WALDO TRIED TO LEAVE, BUT HE GOT

4   STOPPED BY THE POLICE.  AND THEN HE SAT IN THE BACK OF A SQUAD

5   CAR AND WATCHED -- I THINK IT WAS AL MARTINEZ FIND THE GUN AND

6   THE -- AND THE STICKY VEST, WHICH -- WELL, YOU REMEMBER THE

7   STORY HE TOLD ABOUT THAT.

8           AND THAT WAS -- AS IT TURNED OUT, THAT WAS WALDO

9   SALAZAR'S FIRST STEP TO REDEMPTION IN FINDING HIS WAY OUT OF

10  THE MONGOLS.

11          WALDO SALAZAR, WHO WAS INVOLVED IN THAT EVENT BECAUSE

12  HE WAS -- HE RECEIVED THE JACKET AND THE -- AND THE GUN AND

13  TRIED TO FLEE WITH IT, WALDO SALAZAR WAS A PROBATIONARY MEMBER.

14  SO, HE WAS NOT A MEMBER OF THE DEFENDANT BECAUSE HE WASN'T A

15  FULL-PATCH MEMBER.  HE WAS A PROBATIONARY MEMBER.

16          MALDONADO ADMITTED IN HIS PLEA AGREEMENT -- THAT'S

17  EXHIBIT 151 -- THAT HE HAD ENGAGED IN THE SHOOTING THAT NIGHT

18  WITH OTHER MONGOLS AS PART OF HIS ROLE AS A MEMBER OF THE

19  MONGOLS CRIMINAL ENTERPRISE.

20          HE SAID -- HE ADMITTED THAT HE JOINED THE ENTERPRISE

21  KNOWING THAT ITS MEMBERS AND ASSOCIATES WOULD COMMIT MULTIPLE

22  RACKETEERING OFFENSES.

23          DESPITE THESE ADMISSIONS, DESPITE HAVING BEEN

24  CONVICTED, HAVING PLED GUILTY TO SHOOTING THESE TWO MEN,

25   "STEAKY" MALDONADO REMAINS AN ACTIVE MEMBER OF THE MONGOLS

1    NOTWITHSTANDING THE STATED POLICY REQUIRING THAT MEMBERS

2    CONVICTED OF SERIOUS FELONIES BE AUTOMATICALLY EXPELLED.  AND

3    I'M GOING TO COME BACK TO THAT IN A SECOND.

4           RACKETEERING ACT 6 IS NEXT.  THAT'S THE ATTEMPTED

5    MURDER OF THE TWO HELLS ANGELS AT THE GAS STATION IN PASADENA

6    BY CHRISTOPHER "PUNK ROCK" LOZA AND JOHN "WETO" NEWMAN ON APRIL

7    6TH, 2008.

8           THE ONLY -- THE ONLY ADDITIONAL THING I WANT TO

9    MENTION ABOUT THIS IS THAT TWO MONTHS AFTER THAT EVENT SPECIAL

10   AGENT GAIONI WAS PRESENT AT A NATIONAL RUN IN SAN DIEGO WHERE

11   RUBEN CAVAZOS, THE NATIONAL PRESIDENT, AWARDED "RESPECT FEW

12   FEAR NONE" PATCHES TO NEWMAN AND LOZA AS A REWARD FOR THE KNIFE

13   ATTACK THAT THEY HAD COMMITTED AGAINST THE HELLS ANGELS AT THAT

14   GAS STATION.

15          RACKETEERING ACT EIGHT IS A QUICK ONE.  IT'S A JUNE

16   19TH, 2008 SALE OF METHAMPHETAMINE TO SPECIAL AGENT CARR.

17          RACKETEERING ACT NINE IS THE MURDER OF MARK GUARDADO

18   BY CHRISTOPHER ABLETT IN SAN FRANCISCO WHOM YOU SAW TESTIFY, OF

19   COURSE.

20          NOW, ABLETT WAS CONVICTED -- WAS CONVICTED OF MURDER

21   IN AID OF RACKETEERING.

22          AND AS HE TESTIFIED WHEN HE WAS HERE, HE SPENT -- HE

23   HAS BEEN SENTENCED TO THREE CONSECUTIVE LIFE TERMS.

24   NEVERTHELESS, HE WAS NOT IMMEDIATELY EXPELLED FROM THE MONGOLS

25   DESPITE HIS CONVICTION.  AND HE LIKE DENIS MALDONADO IS

1   ACTUALLY FEATURED ON THE "BROTHERS BEHIND BARS" PAGE, WHICH IS

2   WHAT THE -- WHAT THIS IS FROM ON THE GANG'S WEBSITE.

3          THAT PAGE IS DEDICATED TO LOYAL MEMBERS OF THE GANG

4   WHO ARE SERVING TIME IN PRISON.

5          AS I MENTIONED BEFORE, THE DEFENDANT HELD AT LEAST

6   ONE FUND-RAISING EVENT TO PAY FOR MR. ABLETT'S ATTORNEYS FEES

7   -- SOMETHING THAT IS ONLY SUPPOSED TO HAPPEN WITH APPROVAL OF

8   NATIONAL OFFICERS FOR ACTIONS TAKEN ON BEHALF OF THE GANG.

9          RACKETEERING ACT TEN IS THE MURDER OF BILL JAMES IN

10  GUSTINE.

11         THE ONLY -- THE ONLY ADDITIONAL FACTOR I WANT TO

12  REMIND YOU OF IN THAT INCIDENT IS THE FACT THAT -- THE IDEA

13  THAT THAT WAS A SPONTANEOUS EVENT OF SOME KIND, THAT DOESN'T

14  WORK BECAUSE ONE OF THE THINGS THAT AMARO MORAIS KEPT SAYING

15  WHEN HE WAS WATCHING THAT VIDEO OF THOSE GUYS CRUISING IN AND

16  OUT OF THAT OTHER BAR BEFORE THEY CAME TO KILL BILL JAMES WAS

17  HE -- YOU MAY REMEMBER HE KEPT CIRCLING THAT ONE GUY AND SAYING

18  THAT WAS THE GUY WITH THE MACE CAN.  BECAUSE HE TESTIFIED THAT

19  ONE OF THE GUYS IN THAT GROUP HAD A BIG CAN OF MACE.  AND THAT

20  WHEN THE STABBING STARTED, THAT GUY TURNED AROUND AND MACED

21  EVERYBODY ELSE IN THE BAR.

22         NOW, THAT -- THAT IS A SIGN THAT THAT GUY WAS

23  RESPONSIBLE FOR KEEPING OTHER PEOPLE AWAY FROM WHAT THEY WERE

24  DOING.  SO, ONCE THEY DECIDED WHO THEY WERE GOING TO KILL, THE

25  MONGOL WAY IS NOT TO GET IN A FIGHT -- SEE, THEY DON'T LIKE

1   THAT VANGUARD STYLE WHERE A BUNCH OF PEOPLE ARE FIGHTING EACH

2   OTHER.  THEY'RE LIKE -- THEY LIKE TO DO IT WHILE A WHOLE BUNCH

3   OF THEM ATTACK ONE PERSON.

4           SO, THAT TIME THEY BROUGHT A GUY WITH THEM WHO

5   ACTUALLY BROUGHT SOMETHING THAT HE COULD USE BECAUSE HE SPRAYED

6    -- AMARO MORAIS TESTIFIED THAT HE GOT SPRAYED RIGHT IN THE

7   FACE WITH MACE.  HE SAID IT KNOCKED HIM BACK ON A SHUFFLEBOARD

8   TABLE.  AND IT TOOK HIM A FEW MINUTES TO RECOVER BECAUSE HE

9   COULDN'T -- COULDN'T SEE.  AND BY THE TIME HE RAN OUTSIDE, BILL

10  JAMES WAS BEING STABBED REPEATEDLY BY A GUY WITH A -- WITH A

11  BIG KNIFE.

12          SO, IT'S JUST A INDICATION THAT THEY HAD A PLAN WHEN

13  THEY DID THAT.  THAT WASN'T JUST THEY WERE WALKING IN AND JUST

14  SPONTANEOUSLY DECIDED TO DO THAT.

15          ALL RIGHT.

16          COUNT TWO IS THE RICO CONSPIRACY.

17          THE MOST IMPORTANT THING TO REMEMBER ABOUT THE RICO

18  CONSPIRACY IS THAT IT'S -- IT'S MUCH MORE BROAD THAN THE FIRST

19  COUNT.

20          FIRST OF ALL, ALL IT REQUIRES IS THAT TWO OR MORE

21  PEOPLE COMBINED, CONSPIRED, CONFEDERATED AND AGREED TO CONDUCT

22  AND PARTICIPATE IN THE CONDUCT OF THE AFFAIRS.  AND IT'S THAT

23  THEY -- THAT THEY CONSPIRED TO COMMIT A CRIME.  THEY DIDN'T

24  HAVE TO SUCCESSFULLY COMMIT IT.

25          NOW, LIKE I TOLD YOU, THE ACTS THAT ARE ALLEGED AS

1    RACKETEERING ACTS UNDER COUNT ONE ARE ALSO ALLEGED IN COUNT

2    TWO.  SO, THOSE CROSS OVER.

3            YOU STILL HAVE TO FIND AT LEAST TWO ACTS THAT FIT

4    WITHIN THE RACKETEERING ACTIVITY.  BUT, AGAIN, RACKETEERING

5    ACTIVITY INCLUDES DRUG TRAFFICKING, MURDER, ATTEMPTED MURDER.

6    AND THERE'S SEVERAL OF THEM TO CHOOSE FROM.

7            SO -- BUT THE KEY THING ABOUT THE -- THE TWO KEY

8    THINGS ABOUT THE CONSPIRACY COUNT IS, NUMBER ONE, IT DOESN'T

9    HAVE TO BE A COMPLETED ACT.  IT'S A CRIME TO CONSPIRE TO COMMIT

10   A RACKETEERING ACT.

11           THE OTHER THING TO REMEMBER ABOUT CONSPIRACY IS

12   THERE'S THIS TERM CALLED "OVERT ACTS."

13           AND YOU CAN DO SOMETHING TO FURTHER A CONSPIRACY THAT

14   ISN'T NECESSARILY A CRIME IN AND OF ITSELF.

15           AND, SO, IN THE OVERT ACTS THAT ARE LISTED IN THE

16   INDICTMENT -- AND IF YOU READ THE INDICTMENT, YOU'LL SEE

17   ALLEGATIONS IN THERE THAT WE PROVED UP -- THINGS LIKE MEETINGS

18   LIKE WHERE WE -- WHERE WE PLAYED YOU TAPES OF MEETINGS WHERE

19   RUBEN CAVAZOS WAS BRAGGING ABOUT SOMETHING.

20           THE MEETING WHERE HE TALKS ABOUT GOING TO INDIANA AND

21   FIGHTING WITH THE SONS OF SILENCE, I THINK THAT'S ONE OF THE

22   OVERT ACTS.  SO, THAT'S SOMETHING THAT'S NOT BY ITSELF NOT

23   NECESSARILY A CRIME.  BUT IT IS AN OVERT ACT THAT'S DONE IN

24   FURTHERANCE OF THE CONSPIRACY.

25           SO, I'LL LEAVE IT AT THAT IN TERMS OF THE CONSPIRACY.

1  I'M NOT GOING TO GO THROUGH ALL OF THE ILLEGAL ACTS.

2          OKAY.  I THINK IT'S OBVIOUS THAT THE GOVERNMENT'S

3  POINT HERE -- ONE OF OUR POINTS IS THAT THIS GANG, THIS

4  ENTERPRISE, HAS BEEN JUST A BEEHIVE OF PERNICIOUS CRIMINAL

5  ACTIVITY FOR DECADES.  AND I'VE EXPLAINED TO YOU WHY WE THINK

6  THAT IS.

7          IT'S INSTRUCTIVE I THINK TO LOOK AT ITS HISTORY AS

8  THAT HAS COME IN THROUGH THE -- THE LIFE OF THE TRIAL,

9  ESPECIALLY SINCE THERE HAVE BEEN SOME SUGGESTIONS IN THE COURSE

10 OF THE TRIAL BY THE DEFENSE THAT THIS WAS ALL RUBEN CAVAZOS

11 DOING THIS.

12         ACCORDING TO THE GANG'S OWN LITERATURE, IT WAS

13 ESTABLISHED IN 1969 IN PRISON BY "RED MAN," I THINK IT IS.  SO,

14 THAT'S WHERE THEY GOT STARTED.  AND THAT IS INSTRUCTIVE AND

15 SIGNIFICANT.

16         WE KNOW THE ORGANIZATION WAS ALREADY INVOLVED IN

17 ORGANIZED CRIMINAL ACTIVITY BY 1973 -- AGAIN, THANKS TO

18 GOVERNOR VENTURA WHO EXPLAINED TO JOE ROGGAN IN THAT INTERVIEW

19 THAT HE WAS EXCUSED WHEN THEY TALKED ABOUT CRIMINAL ACTIVITY IN

20 THE WEEKLY CHURCH MEETINGS.

21         GOVERNOR VENTURA SEEMED TO INTERPRET THIS AS A -- AS

22 A CHARITABLE ACT IN ORDER TO HELP HIM AVOID ACCOUNTABILITY FOR

23 HIS INVOLVEMENT IN WHAT HE HAD TO KNOW WAS A CRIMINAL GANG.

24 BUT I THINK MAYBE A MORE REASONABLE INTERPRETATION OF THAT IS

25 THAT EVEN BY 1973 THEY WERE SOPHISTICATED ENOUGH AS AN

1    ORGANIZATION TO UNDERSTAND THAT THEY NEEDED TO BE CAREFUL ABOUT

2    WHO WAS GIVEN ACCESS TO INFORMATION ABOUT ITS CRIMINAL

3    OPERATIONS.

4           AND WHEN YOU -- WHEN YOU THINK ABOUT IT, SORT OF LOOK

5    AT IT THROUGH THAT LENS, THAT EXPLAINS A LOT OF THE BUREAUCRACY

6    OF THE DEFENDANT AND WHY THE MEMBERSHIP IS LIMITED TO

7    FULL-PATCH MEMBERS.  BECAUSE THEY TALK ABOUT THESE THINGS IN

8    THEIR MEETINGS, THESE CRIMES THAT THEY COMMIT AND THAT THEY

9    ENCOURAGE PEOPLE TO COMMIT.

10          ONE OF THE RECORDINGS THAT -- I'M NOT GOING TO PLAY

11   FOR YOU TODAY, BUT IT'S ONE OF THE RECORDINGS FROM THE

12   "GANGLAND" EPISODE.  AND DOC CAVAZOS TALKS ABOUT THESE

13   RESPONSE TEAMS THAT HE HAS THAT HE CAN MOBILIZE AND SEND OUT

14   TO, YOU KNOW, TAKE CARE OF PROBLEMS.

15          HE SAYS IN THAT ONE RECORDING THAT, YOU KNOW, IF --

16   IF SOMEBODY HAS GOT A PROBLEM, THAT THE RESPONSE TEAM CAN GO

17   AND ELIMINATE THE PROBLEM.

18          AND SPECIAL AGENT KOZLOWSKI SAID THAT HE INTERPRETED

19   THAT TO MEAN THAT THEY WERE SUPPOSED TO GO THERE AND KILL

20   WHOEVER WAS GIVING TROUBLE TO THE MONGOL THAT WAS HAVING A

21   PROBLEM.

22          SO, YOU'VE GOT -- YOU'VE GOT AN ORGANIZATION THAT --

23   THAT DOES MAKE PLANS FOR CONTINGENCIES LIKE THAT.  AND THEY

24   WANT TO MAKE SURE THAT THEY'RE READY FOR ANY THREAT WHILE

25   THEY'RE POTENTIAL OR PERCEIVED OR ACTUAL.  THEY'RE -- THEY'RE

1  READY FOR ANYTHING.

2         THERE'S ANOTHER CLIP WHERE MR. CAVAZOS SAYS, IF YOU

3  WANT A SHOOT OUT, WE'RE GOING TO GIVE YOU A SHOOT OUT.  AND

4  THAT'S CONSISTENT WITH THE ATTITUDE OF THIS ORGANIZATION,

5  ESPECIALLY WITH THE GUNS.  THERE'S GUNS EVERYWHERE.  THEY TALK

6  ABOUT CARRYING GUNS.  THEY CARRY GUNS FOR EACH OTHER.  THEY

7  HIDE GUNS IN THEIR AIR VENTS.

8         WHEN THERE'S SEARCHES AT THESE LOCATIONS, THEY PULL

9  OUT MULTIPLE GUNS.  AND WE DIDN'T BRING THEM HERE TODAY --

10  BECAUSE YOU SAW THEM IN TRIAL.  BUT IT'S -- IT'S ALMOST

11  FETISHISTIC THE WAY THEY HAVE TO BE HOLDING GUNS ALL THE TIME

12  AND POINTING GUNS WHEN THEY HAVE THEIR PICTURES TAKEN.  AND

13  THEY POINT GUNS AT THE CAMERA.  IT'S ANOTHER SIGN OF THEIR --

14  OF THAT VIOLENCE OBSESSION THAT SEEMS TO JUST POSSESS THEM.

15         THE SELF-IDENTIFICATION OF THE MONGOLS AS A

16  ONE-PERCENTER MOTORCYCLE GANG, IT'S IMPORTANT.  THAT'S A --

17  THAT'S A GLOBAL SYMBOL THAT HAS THE SAME MEANING EVERYWHERE.

18  IT'S NOT JUST A -- SOMETHING THAT'S USED IN THE STATES.

19         AND, AGAIN, THE AGENTS TALKED ABOUT THAT BECAUSE THEY

20  -- BECAUSE OF THEIR EXPERIENCE HERE WORKING IN THESE -- IN

21  THESE CASES, THEY HAVE WORKED WITH LAW ENFORCEMENT AGENCIES IN

22  OTHER COUNTRIES THAT ARE ALSO TRYING TO CONTROL THESE GROUPS

23  AND THE HARM THAT THEY CAUSE.

24         WITHIN A FEW YEARS OF GOVERNOR VENTURA'S DEPARTURE IN

25  1974 WE KNOW THAT THE MONGOLS PROVOKED WHAT HAS TURNED INTO A

1   40-YEAR WAR WITH THE HELLS ANGELS.

2           AND, OF COURSE, I GUESS, YOU KNOW, APPROPRIATELY, IT

3   WAS OVER A PATCH.  THEY STARTED THIS SERIES OF MURDERS AND

4   BOMBINGS AND STABBINGS AND SHOOTINGS AND MINDLESS VIOLENCE.

5           IT STARTED OVER THAT BOTTOM ROCKER -- WHETHER IT

6   COULD SAY "CALIFORNIA" OR NOT.  NOBODY OWNS CALIFORNIA.  BUT

7   NOBODY -- IT TOOK THE MONGOLS TO ACTUALLY TURN IT INTO A WAR

8   WITH THE HELLS ANGELS.

9           AND, LOOK, AGAIN, I'M NOT -- I'M NOT DEFENDING THE

10  HELLS ANGELS HERE.  THEY'RE JUST ANOTHER CRIMINAL ORGANIZATION.

11  THEY'RE JUST LIKE THE MONGOLS.  THEY JUST WEAR DIFFERENT

12  COLORS.  THERE'S NOTHING DIFFERENT ABOUT THEM.

13          THE IDEA THAT THE MONGOLS ARE JUSTIFIED IN WHAT

14  THEY'RE DOING BECAUSE THE HELLS ANGELS DID IT FIRST, THAT'S NOT

15  -- THAT'S NOT HOW THIS WORKS.  THAT'S NOT HOW THE LAW WORKS.

16  IT'S NOT WE DON'T GET MAD.  WE GET EVEN.  THAT'S NOT HOW

17  CRIMINAL JUSTICE WORKS.  SO, THAT'S NOT AN EXCUSE, THAT THEY

18  DID IT FIRST.

19          THE MONGOLS DON'T GET TO KEEP KILLING HELLS ANGELS

20  FOREVER TIME IMMEMORIAL BECAUSE THE HELLS ANGELES STARTED IT.

21  THAT'S THE WAY CHILD -- THAT'S THE WAY CHILDREN THINK.

22          SPECIAL AGENT QUEEN, HE TALKED ABOUT ALWAYS BEING ON

23  THE DEFENSIVE WHEN HE WAS WITH THE MONGOLS.

24          NOW, BEFORE I GET TO SPECIAL AGENT QUEEN, WE TALKED

25  -- WE HEARD FROM JESSE VENTURA.  AND THEN SPECIAL AGENT QUEEN

1    INFILTRATED IN 1998.  SO, THERE'S A GAP THERE BETWEEN THE

2    MID-70'S AND THE LATE 90'S WHERE WE DIDN'T REALLY HEAR FROM

3    ANYBODY.  THERE WERE NO INFILTRATIONS DURING THAT PERIOD.

4             THE ONLY PERSON THAT WE HEARD FROM SORT OF IN THAT

5    ERA WAS "MONY" ROBLES.  AND "MONY" ROBLES SEEMED LIKE A DECENT

6    GUY, OLDER GENTLEMAN.  HAD A -- HAD A HORRIBLE THING -- A

7    HORRIBLE, HORRIBLE THING HAPPEN TO HIM -- WAS A VICTIM OF AN

8    AWFUL CRIME.  AND THIS DOESN'T NECESSARILY DIMINISH THAT.

9             BUT ONE OF THE THINGS THAT I TOOK FROM "MONY"

10   ROBLES'S TESTIMONY AND THE TESTIMONY ABOUT "MONY" ROBLES,

11    "MONY" ROBLES HAS GOT A MURDER PATCH.  SOMEBODY TESTIFIED THAT

12    "MONY" HAD A MURDER PATCH.

13            NOW, THAT MAY HAVE BEEN WHERE WE CAME UP WITH IT

14   MEANS MONGOLS OR IT MEANS MARIJUANA, BUT IT DOESN'T.

15            SO, "MONY" MAY BE A KINDLY OLDER GENTLEMAN NOW WHO,

16   LIKE I SAID, HAD SOMETHING ABSOLUTELY UNFORGIVABLE HAPPEN TO

17   HIM.  BUT THE OTHER THING ABOUT "MONY" ROBLES IS THAT PARANOIA

18   SNUCK IN.

19            WHEN DEFENSE COUNSEL ASKED HIM ABOUT THAT EXPLODING

20   FLOWER ARRANGEMENT AT THE FUNERAL HOME, "MONY" ROBLES SAID HE

21   KNEW WHO SENT THAT.  AND IT WAS ATF -- THAT IT WAS A

22   RED-AND-WHITE FLOWER ARRANGEMENT SENT BY ATF -- BECAUSE THAT

23   WAS THEIR CALLING CARD.  THAT'S RIDICULOUS.  BUT "MONY" SEEMED

24   TO BELIEVE IT.

25            AND ONE OF THE THINGS -- WHEN I TALK ABOUT THIS BEING

1    PERNICIOUS IS THAT PARANOIA.  AND WE HEARD THAT FROM A LOT OF

2    PEOPLE IN THE SECOND HALF OF THIS TRIAL.  THEIR DISTRUST OF THE

3    GOVERNMENT AND OF THE LAW -- OF LAW ENFORCEMENT IS SO PROFOUND,

4    SO DEEP THAT THEY DO THINGS LIKE THAT.

5            MR. DAVIS PUBLISHED AN ARTICLE WHERE HE IMPLICATED

6    LIKE MY TRIAL PARTNER AND AGENTS OF THE ATF IN THE MURDER OF

7    HITMAN, THE MONGOL.  THAT'S ABSURD.  THERE'S NO EVIDENCE.

8    THERE'S NOTHING TO SUGGEST THAT THAT'S TRUE.  AND THAT'S

9    SOMETHING HE PUBLISHED.

10           NOW, I'M NOT SUGGESTING THAT MR. DAVIS DOESN'T

11   BELIEVE THAT.  BUT THE FACT THAT HE DOES BELIEVE IT, THAT'S --

12   THINK ABOUT THAT.  THAT'S -- THAT PARANOIA DRIVES A LOT OF THIS

13   SUB-CULTURE, THAT FEELING THAT PEOPLE ARE OUT TO GET THEM.  AND

14   THAT'S DANGEROUS FOR EVERYONE -- FOR THEM AND FOR THE PEOPLE

15   THAT THEY VICTIMIZE.

16           BACK TO SPECIAL AGENT QUEEN, HE SAID HE WAS ALWAYS ON

17   THE DEFENSIVE WHEN HE WAS WITH THE MONGOLS, THAT THE MONGOLS

18   WENT TO THE LAUGHLIN RIVER RUN EVERY YEAR LOOKING FOR A FIGHT.

19   THAT'S WHERE THE RIOT HAPPENED IN 2002.

20           HE TALKED ABOUT ENGAGING IN NUMEROUS DRUG

21   TRANSACTIONS DURING HIS INFILTRATION.  THAT'S 1998 TO 2002.

22   HIS KNOWLEDGE OF BEATINGS AND MURDERS FOR WHICH NO CHARGES WERE

23   EVER BROUGHT.  IT'S THE SAME STUFF.  IT'S THE SAME THINGS THAT

24   WERE HAPPENING FROM 2005 TO 2008.  IT'S THE SAME ACTIVITIES

25   THAT HAVE BEEN HAPPENING SINCE 2009 UNTIL A FEW MONTHS AGO IN

1  MARCH.

2         HE SPOKE OF A MONGOLS GOON SQUAD THAT DID THE GANG'S

3  DIRTY WORK, INCLUDING MURDER, BEATINGS, AND EXTORTION.

4         HE TALKED ABOUT BEING TAKEN OUT TO A FIELD IN CENTRAL

5  CALIFORNIA WHERE A MONGOL NAMED "RED DOG" PUT A GUN TO HIS HEAD

6  AND THREATENED TO KILL HIM BECAUSE HE THOUGHT HE WAS A COP.

7         BILLY QUEEN SAID HE THOUGHT HE WAS GOING TO DIE THAT

8  DAY.  THEY SENT HIM OUT TO SET UP CANS FOR TARGET PRACTICE.

9  AND HE THOUGHT THEY WERE GOING TO SHOOT HIM IN THE BACK.

10 THAT'S UTTERLY TERRIFYING.  HE WAS -- HE WAS -- THAT'S THE NAME

11 OF HIS BOOK, "UNDER AND ALONE."  BILLY QUEEN WROTE A BOOK.  JAY

12 DOBBINS WROTE A BOOK.  IT DOESN'T MAKE ANY OF THE THINGS THAT

13 THEY SAID IN THAT BOOK ANY LESS TRUE.

14        JESSE VENTURA GOT A LOOK AT THAT BOOK, "UNDER AND

15 ALONE."  THEY SENT IT TO HIM BEFORE IT WAS PUBLISHED.  HE FOUND

16 ONE THING IN THAT BOOK THAT WASN'T RIGHT.  HE ASKED THEM TO

17 CHANGE IT.  AND THEY DID.  HE SAID EVERYTHING ELSE IN THAT BOOK

18 IS TRUE.

19        YOU KNOW WHAT ELSE IS IN THAT BOOK.  A STORY ABOUT A

20 GUY NAMED JOHNO WHO OWED MONEY TO THE MONGOLS AND STOPPED

21 PAYING IT.  SO, WHAT DID THEY DO?  THEY SCALPED HIM.  THEY

22 SCALPED HIM.  AND THEN THEY STUCK HIS SCALP ON A TREE

23 UNDERNEATH THEIR FLAG.

24        HE TALKED ABOUT THE MURDER PATCH.  BILLY QUEEN TALKED

25 ABOUT THE MURDER PATCH AND WHAT THAT MEANT.  IT DIDN'T STAND

1    FOR MONGOLS.  IT DIDN'T STAND FOR MARIJUANA.  THEY DIDN'T COME

2    UP -- THEY HAVEN'T COME UP WITH A CREDIBLE STORY ABOUT WHAT

3    THAT PATCH STANDS FOR BECAUSE WHAT IT STANDS FOR IS WHEN YOU

4    KILL SOMEBODY FOR THE CLUB.

5            NOW, AS THEY SAY IN THEIR CONSTITUTION, THEY DID

6    SOMETHING OUTSTANDING FOR THE CLUB.  THAT IS ARGUABLY TRUE

7    BECAUSE THAT'S PROBABLY PRETTY OUTSTANDING WHEN YOU LOOK AT

8    THINGS THE WAY THAT THEY DO.

9            THE OTHER WITNESSES WE HEARD FROM WERE THE UNDERCOVER

10   AGENTS.  THE CAVAZOS ERA LASTED FROM 2002 AND 2008.  THERE'S NO

11   QUESTION THAT RUBEN CAVAZOS MAINTAINED A HIGH LEVEL OF CRIMINAL

12   ACTIVITY WHEN HE WAS PRESIDENT OF THE MONGOLS.  ABSOLUTELY DID.

13           IN HIS PLEA AGREEMENT, WHICH WAS ADMITTED INTO

14   EVIDENCE, RUBEN CAVAZOS ADMITTED THAT WHILE HE WAS NATIONAL

15   PRESIDENT HE PROMOTED AND FACILITATED THE DISTRIBUTION OF

16   METHAMPHETAMINE AND COCAINE BY MONGOLS MEMBERS.

17           HE ADMITTED THAT HE NEGOTIATED WITH RIVAL STREET

18   GANGS TO ALLOW MONGOLS TO SELL NARCOTICS IN AREAS CONTROLLED BY

19   THE MEXICAN MAFIA.

20           HE ADMITTED TO HAVING DIRECTED AND REWARDED THE

21   COMMISSION OF VIOLENT CRIMES BY MONGOLS AGAINST RIVAL GANG

22   MEMBERS AND MEMBERS OF THE PUBLIC.

23           HE ORGANIZED AND DIRECTED ARMED RESPONSE TEAMS TO

24   ENGAGE RIVALS IN VIOLENT CONFRONTATIONS.

25           THOSE ARE JUST LIKE THE GOON SQUADS THAT BILLY QUEEN

1    TALKED ABOUT.

2             HE AND OTHER LEADERS OF THE MONGOLS, INCLUDING HECTOR

3    GONZALEZ WHO SUCCEEDED HIM AS THE NATIONAL PRESIDENT, TAXED

4    MONGOLS' DRUGS SALES AND USED DUES PAID BY THE MEMBERS TO

5    PROMOTE THE CRIMINAL GOALS OF THE ENTERPRISE.

6             HE ADMITTED THAT THE SHOOT-OUT AT THE NORCO TOY DRIVE

7    WAS AN ATTACK BY THE MONGOLS.  AND HE PUBLICLY CONGRATULATED

8    THE MONGOLS WHO PARTICIPATED AT A NATIONAL RUN A FEW DAYS AFTER

9    THE INCIDENT.

10             SO, RUBEN CAVAZOS IS NOT A GOOD GUY EITHER.  BUT THE

11    CLAIM THAT YOU'RE LIKELY GOING TO HEAR THAT RUBEN CAVAZOS WAS

12    DEPOSED AS NATIONAL PRESIDENT OF THE MONGOLS BECAUSE HE WAS

13    TOLERANT OF CRIMINAL ACTIVITY, THAT'S NOT CONSISTENT WITH THE

14    TESTIMONY THAT WE HEARD.

15             THE EVIDENCE INDICATES THAT THIS GANG WAS VIOLENT,

16    HEAVILY INVOLVED IN CRIMINAL ACTIVITY FROM THE TIME IT WAS BORN

17    IN PRISON.

18             CAVAZOS WAS REMOVED AS PRESIDENT BECAUSE HE WAS

19    BELIEVED TO HAVE STOLEN MONEY FROM THE GANG AND BECAUSE HE

20    WROTE A BOOK THAT OFFENDED A LOT OF PEOPLE -- TRYING TO MAKE

21    MONEY OFF THE PATCH, WHICH IS SOMETHING THAT IF YOU LOOK UP IN

22    THE EXHIBITS, THE FIVE COMMANDMENTS OF THE MONGOLS, ONE OF

23    THEIR FIVE COMMANDMENTS IS YOU DON'T TRY TO MAKE MONEY OFF THE

24    PATCH FOR YOURSELF.  AND THAT'S WHAT RUBEN CAVAZOS DID.  THAT'S

25    WHAT THE GANG THOUGHT HE DID.  AND THEY THOUGHT HE STOLE A

1    BUNCH OF MONEY.  THAT'S WHY HE WAS REMOVED AS NATIONAL

2    PRESIDENT -- NOT BECAUSE EVERYBODY GOT SQUEAMISH ABOUT ALL THE

3    CRIME THAT WAS HAPPENING DURING HIS TENURE.

4            THE MOST COMPELLING REASON, THOUGH, THAT DOC'S

5    DEPARTURE HAD NOTHING TO DO WITH THE CRIMINAL NATURE OF THIS

6    ORGANIZATION IS THAT IT DIDN'T CHANGE AFTER HE LEFT.  THERE

7    HAVE BEEN THREE PRESIDENTS OF THE MONGOLS SINCE DOC CAVAZOS WAS

8    DEPOSED.  AND DURING THAT TIME THOSE ACTS HAVE CONTINUED --

9    MURDERS, ATTEMPTED MURDERS, DRUG TRANSACTIONS.  IT HASN'T

10   CHANGED.

11           CLAIMS OF A RECENTLY ADOPTED ZERO TOLERANCE POLICY

12   RELATED TO DRUGS AND VIOLENT CRIME ARE COMPLETELY ILLUSORY.

13           MR. GUTIERREZ, HE HADN'T HEARD OF THE INCIDENTS.  HE

14   DIDN'T RECOGNIZE THE PERPETRATORS.  DIDN'T BOTHER LOOKING THEM

15   UP EITHER.

16           ONE OF THE MORE IMPORTANT INSTRUCTIONS THAT YOU WILL

17   SEE IN THAT SET HAS TO DO WITH CREDIBILITY OF WITNESSES.

18           AMPLE REASON TO QUESTION THE CREDIBILITY OF THE

19   MONGOL WITNESSES WHO TESTIFIED ABOUT THESE ZERO TOLERANCE

20   POLICIES.

21           GUTIERREZ LISTED OFF A NUMBER OF DEFENDANTS LISTED IN

22   THAT 2008 CAVAZOS CASE THAT HE CLAIMS HAD BEEN KICKED OUT.

23           THE SUGGESTION THAT DRUG USE WAS FROWNED UPON IN THE

24   MONGOLS WAS SOMETHING THAT HE AGREED WITH.  BUT WHAT EVIDENCE

25   IS THERE OF THAT.  NONE.

1          AND -- AND THE MOST IMPORTANT THING IS SO THEY'VE GOT

2     THIS STATEMENT IN THERE ABOUT AUTOMATIC EXPULSION IF YOU USE

3     ILLEGAL DRUGS -- MUCH LESS SELL THEM.

4               ANY MONGOL BROTHER USING, SELLING, TRANSPORTING OR

5               POSSESSING HEROIN, COCAINE OR ANY OTHER ILLEGAL DRUG

6               -- WHICH INCLUDES MARIJUANA -- SHALL BE

7               AUTOMATICALLY EXPELLED FROM THE MONGOL NATION.

8               THEY JUST DIDN'T -- THEY DID NOT MAKE A RECORD OF

9     THAT.  PEOPLE THOUGHT -- THERE WERE PEOPLE WHO SAID, YEAH, I

10    THINK SOMEBODY MIGHT HAVE GOTTEN THROWN OUT FOR THAT.  THERE'S

11    NO RECORD OF THAT.

12              THERE'S A SIMILAR PROVISION OF EXPULSION FOR A FELONY

13    --

14              PROVIDING THAT A CONVICTION FOR A SERIOUS FELONY,

15              INCLUDING MURDER, RAPE, ROBBERY OR BURGLARY, SHALL

16              BE AUTOMATICALLY EXPELLED.

17              BUT WE KNOW THAT'S NOT TRUE.  WE KNOW IT.  WE'VE

18    HEARD FROM THREE WITNESSES, OR WE KNOW OF THREE INDIVIDUALS --

19    TWO OF THEM TESTIFIED -- THAT GOT CONVICTED OF SERIOUS

20    FELONIES.  AND THEY'RE STILL MEMBERS.  BENGY LEYVA -- WELL,

21    HE'S -- HE'S RETIRED, BUT HE'S LIKE A NOMAD.  HE DIDN'T GET

22    KICKED OUT, THOUGH.

23              DENIS MALDONADO AND CHRISTOPHER ABLETT, THEY'RE STILL

24    IN.

25              SO, THAT'S NOT TRUE.  BECAUSE THERE'S A MURDERER

1    THAT'S IN AND AN ATTEMPTED MURDERED THAT'S IN.  THOSE ARE

2    SERIOUS FELONIES.

3            SO, THE EXPLANATION FOR THAT, REMEMBER, RITCHIE RICH,

4    MR. GUTIERREZ, THEIR EXPLANATION, OH, YEAH, WELL, THOSE GUYS

5    WERE CONVICTED, BUT WE THINK THEY WERE WRONGLY CONVICTED.

6            WELL, THAT'S NO STANDARD AT ALL.  THAT SAYS

7    CONVICTED.  APPARENTLY THEY MEAN CONVICTED BY THE STAR CHAMBER

8    THAT THE MONGOLS MOTHER CHAPTER SETS UP TO DECIDE IF THEIR

9    MEMBERS DID SOMETHING WRONG.  AND THEY JUST SEEM TO COME TO THE

10   CONCLUSION THAT THEY NEVER DO UNLESS THEY COOPERATE.  THAT'S

11   SOMETHING THAT WE HEARD TESTIMONY THAT THAT GETS YOU KICKED OUT

12   -- YOU COOPERATE WITH LAW ENFORCEMENT.

13           I JUST WANT TO -- I WANT TO PLAY A COUPLE OF THINGS

14   THAT I THINK REALLY -- REALLY ISOLATE WHAT ATTITUDE THIS GROUP

15   HAS, THIS ENTERPRISE HAS IN THE WAY THEY THINK.

16           GO AHEAD.

17           (AUDIO PLAYING.)

18           MR. WELK:  THAT'S THE PRESIDENT AND THE FORMER

19   VICE-PRESIDENT OF NATIONAL OFFICERS OF THE MONGOLS TELLING YOU

20   WHAT THEY WANT TO BE PERCEIVED AS.

21           ONE LAST WORD ABOUT THE HELLS ANGELES.  JAY DOBBINS

22   KNEW THE HELLS ANGELS BECAUSE HE INFILTRATED -- OR HE DIDN'T

23   BECOME A FULL-PATCH MEMBER, BUT HE HAD SOME HARROWING

24   EXPERIENCES.

25           AND, AGAIN, I WANT TO HIGHLIGHT AGAIN THE SACRIFICES

1   THAT THESE MEN MADE FOR -- TO HELP -- TO INVESTIGATE THESE

2   CRIMINAL ORGANIZATIONS AND PROTECT THE PEOPLE OF THIS COUNTRY

3   FROM THESE ORGANIZATIONS.

4          WILLIAM QUEEN SAT UP ON THAT STAND AND SAID THAT HE

5   LOST EVERYTHING BECAUSE OF HIS WORK ON -- ON BLACK BISCUIT.  HE

6   LOST HIS FAMILY.  HE HAD TO GO INTO HIDING FOR A WHILE BECAUSE

7   HE THOUGHT HE WAS GOING TO BE KILLED.

8          JAY DOBBINS, HE TALKED ABOUT HOW THE THREATS, THE

9   HORRIBLE THREATS THAT HE RECEIVED TOWARDS HIS FAMILY, HIS

10  CHILDREN.  THAT'S REAL LIFE THAT THESE MEN GAVE SOMETHING UP TO

11  HELP, TO DO SOMETHING BETTER.

12         AND THE U.C.'S, THE UNDERCOVERS IN THE BLACK RAIN

13  CASE AS WELL, THREE YEARS THEY DID THAT.  THEY JUST GAVE UP

14  THREE YEARS OF THEIR LIVES TO INFILTRATE THIS ORGANIZATION.

15         AND THAT'S -- THEY DIDN'T DO IT FOR OVERTIME.  AND

16  THEY DIDN'T DO IT BECAUSE THEY WANTED TO INCREASE THE BUDGET OF

17  ATF.  THAT WASN'T THEIR MOTIVATION.  AND IT WASN'T THE

18  MOTIVATION OF BILLY QUEEN OR JAY DOBBINS.  THEY TOLD YOU WHAT

19  THEIR MOTIVATION WAS.

20         YOU WANT TO -- YOU WANT TO KNOW ABOUT BROTHERHOOD.

21  LISTEN TO THE WAY THOSE MEN TALK ABOUT EACH OTHER, THE

22  ADMIRATION THAT THEY FEEL FOR EACH OTHER.

23         JAY DOBBINS AND WILLIAM QUEEN, JAY DOBBINS SAID IF

24  THERE WAS A MT. RUSHMORE FOR  -- FOR UNDERCOVER AGENTS, DARRIN

25  KOZLOWSKI WOULD BE ON IT.

1          BILLY QUEEN SAID THAT DARRIN KOZLOWSKI WAS A MENTOR

2     TO HIM.  THESE MEN ADMIRE EACH OTHER BECAUSE THEY'RE GREAT.

3     THEY'RE GREAT AT WHAT THEY DO.  AND THEY'RE DEDICATED TO WHAT

4     THEY DO.  AND THEY SACRIFICE FOR THE RIGHT REASONS.

5          THE LAST WORD ABOUT THE HELLS ANGELS.

6          DOBBINS SAID THAT WHEN HE WAS WITH THE HELLS ANGELS

7     THEY WERE TERRIFIED OF THE MONGOLS BECAUSE THEY THOUGHT -- EVEN

8     THOUGH THEY HAD THE GREEN LIGHT, TOO -- THEY WERE TERRIFIED OF

9     THE MONGOLS BECAUSE THEY THOUGHT THE MONGOLS WERE TOTALLY

10    UNPREDICTABLE AND JUST CRAZY VIOLENT.

11         SO, EVEN THOUGH THEY WERE AT WAR WITH THEM, THE HELLS

12    ANGELS WERE AFRAID OF THESE GUYS.  THAT'S HOW -- THAT'S HOW

13    SCARY THIS ORGANIZATION IS.  THEY SCARED THE HELLS ANGELS.

14         BUT, AGAIN, BEING AFRAID THAT SOMEBODY MIGHT ATTACK

15    YOU DOESN'T MEAN YOU GET TO KILL THEM WHEN YOU SEE THEM.

16         LA EME, THIS BELLIGERENT ATTITUDE THAT THIS

17    ORGANIZATION MAINTAINS COMES OUT IN THESE COMMENTS BY CAVAZOS

18    WITH RESPECT TO LA EME.

19         PLEASE PLAY THOSE.

20         (AUDIO PLAYING.)

21         MR. WELK:  YEAH.  THEY REALLY MEAN IT.  THEY WANT TO

22    GO TO WAR.  NOW, THEY'RE GOING TO GO WITH WAR WITH LA EME.

23    IT'S NOT ENOUGH THAT THEY'RE AT WAR WITH THE HELLS ANGELS.

24         THE MONGOLS' WAR WITH LA EME IS LIKE THE WAR WITH THE

25    HELLS ANGELS.  THEY SEEM TO THINK THAT BECAUSE THERE'S A

1    POTENTIAL, THAT SOME SERENO GANG MEMBER MIGHT KILL THEM OR TRY

2    TO KILL THEM, THAT IT'S OKAY FOR THEM TO STRIKE FIRST AND

3    ELIMINATE THAT THREAT.

4            AGAIN, THERE'S NO LEGAL DOCTRINE FOR THAT.  THAT'S

5    NOT SOMETHING THAT YOU'RE ALLOWED TO DO.

6            THE LAST SORT OF AREA THAT I WANT TO HIT -- AND I'M

7    ALMOST DONE -- IS THIS CONTEMPT FOR LAW ENFORCEMENT.  AND I

8    JUST WANT TO SHOW YOU SOME EXAMPLES OF THAT QUICKLY AND RUN

9    THROUGH THEM.  THESE ARE ALL FROM THE CONSTITUTION.

10            1713:  MONGOLS WILL NEVER PRESS CHARGES ON ANYONE.

11            YOU'VE SEEN -- YOU'VE SEEN SOME OF THESE THROUGH THE

12    CASE.  I JUST WANT TO HIGHLIGHT THESE AGAIN.

13            THIS IS THE EXTENT THAT THEY WILL GO.  THIS IS

14    SOMETHING THAT THEY'RE NOT AFRAID TO PUT IN THEIR CONSTITUTION

15    EVEN THOUGH THEY KNOW THE POLICE ARE GOING TO GET A HOLD OF

16    THIS.  THEY'LL PUT THIS OUT IN THE OPEN, THAT THEY DO NOT PRESS

17    CHARGES ON ANYONE.

18            WHY?  BECAUSE THEY'LL -- THEY'LL TAKE CARE OF IT.

19    THEY DON'T GET MAD.  THEY GET EVEN.

20            NEXT ONE.

21            THIS IS ON PAGE 15, NEVER GIVE A STATEMENT OF ANY

22    KIND.  DON'T MAKE STUPID MISTAKES OF TRYING TO TALK YOUR WAY

23    OUT OF JAIL.  ALL YOU'LL END UP DOING IS TELLING ON YOURSELF.

24    SO, DON'T TALK TO THE COPS NO MATTER WHAT.

25            NEXT ONE.

1          1713:  THIS IS THE ONE THAT TELLS THEM TO GO TO

2   PRISON FOR SOMEBODY ELSE.

3          AND SOMEBODY TESTIFIED ABOUT THIS.  I DON'T REMEMBER

4   OFFHAND WHO IT WAS -- WHERE THIS WAS THIS TESTIMONY ABOUT,

5   LOOK, IF -- YOU KNOW, IF YOU'VE GOT THE TIME BASICALLY, YOU

6   SHOULD GO TO PRISON FOR SOMEBODY ELSE IN CASE THEY'VE GOT OTHER

7   PLANS OR THEY HAVE BETTER THINGS TO DO THAN GO TO JAIL.

8          SO, HERE THEY'RE TELLING THEIR MEMBERS TO GIVE

9   THEMSELVES UP AND GO TO PRISON EVEN IF THEY DIDN'T NECESSARILY

10  DO SOMETHING.

11          NEXT, THIS LAST ONE.

12          ALWAYS PAY ATTENTION AND BE ALERT.  CARRY YOURSELF AS

13  THOUGH WE ARE WAR.  BECAUSE THAT'S WHAT THEY ARE.

14          DARRIN KOZLOWSKI SAID THE SAME THING AS BILLY QUEEN.

15  HE'S LIKE I WAS NEVER RELAXED WHEN I WAS OUT WITH THESE GUYS.

16  BECAUSE OF THE WAY THEY ACTED AND THE WAY THEY MOVED AND THE

17  WAY THEY THOUGHT, ANYTHING COULD HAPPEN AT ANY TIME.  VIOLENCE

18  WAS ALWAYS RIGHT AROUND THE CORNER.

19          I TALKED A LITTLE BIT EARLIER ABOUT THAT WORD

20   "BROTHERHOOD."  AND I'VE GOT TO SAY THAT THERE'S SOMETHING TO

21  BE SAID FOR THAT.  THERE'S -- THEY HAVE A BROTHERHOOD, THESE

22  GUYS.  LOOK AT THOSE THINGS THAT WE JUST LOOKED AT ARE THINGS

23  THAT THEY -- THAT THEY'LL DO FOR EACH OTHER.  BUT THEY AREN'T

24  THE SORT OF THINGS THAT THE 99 PERCENT WOULD DO FOR EACH OTHER.

25  THEY'RE THE STUFF THAT THE 1 PERCENT, THAT CRIMINALS DO FOR

1    EACH OTHER.

2           SO, THEY ARE A BROTHERHOOD, BUT IT'S A BROTHERHOOD OF

3    VIOLENCE AND A BROTHERHOOD OF ARROGANCE, A BROTHERHOOD OF HATE,

4    A BROTHERHOOD OF INTIMIDATION, A BROTHERHOOD OF POSTURING, A

5    BROTHERHOOD OF CONTEMPT.  THEY ARE MEN WHO BELIEVE THAT THEY

6    ARE A LAW UNTO THEMSELVES.  THEY'RE A BROTHERHOOD OF FEAR AND

7    ULTIMATELY A BROTHERHOOD OF DEATH.

8           JAY DOBBINS AGREED WITH SOMETHING THAT DEFENSE

9    COUNSEL ASKED HIM.  HE SAID,

10           DON'T YOU AGREE, MR. DOBBINS, THAT THAT 1-PERCENTER

11           PATCH IS LIKE A RATTLE ON A RATTLESNAKE?

12           AND JAY DOBBINS SAID, YOU KNOW, YEAH.  IT KIND OF IS.

13           IT'S A WARNING.

14           AND I'VE THOUGHT ABOUT THAT ANALOGY, THAT

15    RATTLESNAKE.  THINK ABOUT WHAT A RATTLESNAKE IS.  A RATTLESNAKE

16    IS A WILD ANIMAL WITH A BRAIN THE SIZE OF A PEA THAT ATTACKS

17    ANYTHING THAT COMES WITHIN ITS REACH AND TRIES TO KILL IT.  IT

18    DOESN'T MATTER WHETHER THAT THING IS ATTACKING IT.  IT DOESN'T

19    MATTER WHETHER IT PRESENTS A RISK.  IF THAT THING, THAT PERSON

20    IGNORES THAT RATTLE, THAT SNAKE IS GOING TO TRY AND KILL IT.

21    SO, MAYBE THAT'S A PRETTY APT ANALOGY.

22           I'LL TELL YOU WHAT RATTLESNAKES DON'T DO:

23           THEY DON'T SLITHER INTO A BAR AND KILL A RANDOM

24    PATRON.

25           THEY DON'T PICK A FIGHT OUTSIDE A BAR AND SLASH A

1   PERSON'S FACE OPEN WITH A KNIFE.

2          THEY DON'T GANG UP ON A MAN IN A PARKING LOT AND BEAT

3   HIM AND POINT A LOADED GUN AT HIS HEAD AND SHOOT AT HIM AS HE

4   ATTEMPTS TO ESCAPE.

5          THEY DON'T FOLLOW A MAN THEY DON'T EVEN KNOW OUT OF A

6   BIRTHDAY PARTY, KNOCK HIM OUT IN THE PARKING LOT. AND THEN BEAT

7   AND KICK HIM AS HE LAYS UNCONSCIOUS.

8          THEY DON'T SHOOT AT POLICE OFFICERS EXECUTING

9   COURT-AUTHORIZED SEARCH WARRANTS.

10          THE MONGOLS DO THOSE THINGS.  YOU HAVE SEVERAL

11   INSTANCES OF THIS ON VIDEO.  THEY DO IT BECAUSE THEY'VE BEEN

12   TOLD TO DO IT AND BECAUSE THEY'LL BE REWARDED FOR DOING IT.

13          I WANT TO THANK ALL OF YOU FOR YOUR PATIENCE AND YOUR

14   FORTITUDE THROUGH THIS LENGTHY PROCESS.  THIS HAS BEEN A

15   DIFFICULT PERIOD.  AND YOU'VE BEEN INCREDIBLY PATIENT AND

16   GRACIOUS.  AND WE THANK YOU FOR THAT.

17          I WILL ASK YOU AT THE END OF THIS TO RETURN VERDICTS

18   OF GUILTY ON COUNTS ONE AND TWO OF THE FIRST SUPERSEDING

19   INDICTMENT.

20          THANK YOU.

21          THE COURT:  ALL RIGHT.  THANK YOU.

22          LET'S TAKE A RECESS THEN.

23          I PROMISED ALL SIDES THAT WE'D TAKE A BRIEF RECESS IN

24   TRANSITION.

25          SO, WE'LL COME BACK AND GET YOU IN ABOUT 10 TO 15

1    MINUTES.

2         SO, PLEASE DON'T DISCUSS THIS MATTER NOR FORM OR

3    EXPRESS ANY OPINION CONCERNING THE CASE.

4         (JURY EXITING COURTROOM.)

5         THE COURT:  -- INFORMAL COUNSEL, IF YOU WANT TO

6    REMOVE THE JACKETS THEN.

7         AND YOU CAN GET SET UP, MR. YANNY, FOR YOUR

8    PRESENTATION WITH WHATEVER.  OKAY.

9         IN THE MEANTIME, ON THIS REBUTTAL, I SAID 20 MINUTES.

10   I DIDN'T REALIZE THAT YOU WOULD BE THAT EXTENSIVE.  THERE'S A

11   LOT OF EVIDENCE HERE.  TWENTY MINUTES ISN'T SUFFICIENT TIME FOR

12   REBUTTAL.

13        BUT WHAT'S FAIR?  WHAT I DON'T WANT IS, YOU KNOW, A

14   LENGTHY ARGUMENT THAT'S UNFAIR TO THE DEFENSE WITHOUT A DIRECT

15   RESPONSE IN REBUTTAL.

16        SO, I DON'T WANT TO PUT A TIME LIMIT ON IT, BUT IT

17   MAY NOT BE, YOU KNOW, 20 MINUTES.

18        SO, LET'S SEE HOW MR. YANNY DOES.

19        AND, MR. YANNY, ONCE AGAIN, YOU HAVE UNLIMITED TIME.

20        MR. YANNY:  WHAT'S THAT, SIR?

21        THE COURT:  YOU HAVE UNLIMITED TIME.

22        MR. YANNY:  THANK YOU, YOUR HONOR.

23        THE COURT:  OKAY.

24        WELL, WHY DON'T YOU GO TAKE A RECESS FOR 10 MINUTES.

25   AND LET'S GET BACK IN.

1            MR. YANNY:  I HATE TO HAVE TO BREAK MY ARGUMENT UP,

2    THOUGH.

3            THE COURT:  WELL, THAT'S THE BEST WE COULD DO.  YEAH.

4            SO, WE'RE GOING TO START AGAIN IN 10 MINUTES.  AND I

5    HOPE WE'LL --

6            (RECESS AT 3:32 P.M. TO 3:43 P.M.)

7            (IN THE PRESENCE OF THE JURY.)

8            THE COURT: WE ARE BACK IN SESSION.

9            ALL COUNSEL AND PARTIES ARE PRESENT.

10           COUNSEL, THANK YOU.

11           PLEASE BE SEATED.

12           THE REPRESENTATIVE IS PRESENT.

13           MR. YANNY, YOUR CLOSING ARGUMENT.

14           MR. YANNY:  YEAH.

15                  DEFENSE CLOSING ARGUMENT

16           MR. YANNY:  GOOD AFTERNOON, LADIES AND GENTLEMEN OF

17   THE JURY -- ALMOST GOOD EVENING.

18           YOUR HONOR -- FIRST OF ALL, LET ME THANK YOU BECAUSE

19   WHAT YOU'VE JUST -- WHAT YOU'RE ENGAGING IN IS PROBABLY THE

20   MOST SIGNIFICANT ACT OF GOVERNMENT THAT IS UNDERTAKEN.

21           ABE LINCOLN ONCE SAID THAT SERVING ON A JURY IS THE

22   HIGHEST ACT OF CITIZENSHIP.

23           AND THERE'S A REASON FOR THAT.

24           YOU KNOW, AS THE AVERAGE MAN ON THE STREET, WE DON'T

25   REALLY HAVE MUCH TO SAY ABOUT WHO BECOMES OUR LAWMAKERS AND WHO

1    BECOMES OUR CHIEF EXECUTIVE.  AND WE HAVE EVEN LESS TO SAY

2    ABOUT WHO BECOMES OUR JUDICIAL OFFICERS.

3            WHEN IT COMES TO THE ELECTED OFFICIALS, WE GET TO

4    PICK BETWEEN THE TWO PEOPLE THAT THE LIBERAL AND THE

5    CONSERVATIVE ESTABLISHMENTS THROW ENOUGH MONEY AT THAT THEY CAN

6    SURVIVE THE PRIMARY AND GENERAL ELECTORAL PROCESSES.

7            ONCE THEY TAKE OFFICE, IT'S EVEN WORSE.  BECAUSE AS

8    ORDINARY CITIZENS WE DON'T REALLY HAVE ACCESS TO THE BACK DOORS

9    OF POWER THROUGH POLITICAL ACTION COMMITTEES OR LOBBYISTS.  SO,

10   WE HAVE LITTLE TO SAY ABOUT WHAT BECOMES THE LAW AND HOW IT

11   GETS USED BY THE CHIEF EXECUTIVE.

12           THE FOUNDING FATHERS SAW FIT TO PUT THE FINAL CHECK

13   IN THE SYSTEM OF CHECKS AND BALANCES DIRECTLY IN THE HANDS OF

14   THE PEOPLE IN THE FORM OF A JURY SYSTEM.

15           NOW, I KNOW THAT THE CONSTITUTION TALKS ABOUT THE

16   RIGHT OF AN ACCUSED TO A TRIAL BY A JURY.  AND IT TALKS ABOUT

17   THE RIGHT OF A CIVIL LITIGANT TO A RIGHT OF A JURY TRIAL IN

18   DISPUTES OF A CERTAIN NATURE AND OVER A CERTAIN AMOUNT OF

19   MONEY.  BUT THERE'S A CORRELATIVE RIGHT TO THAT.  THERE'S A

20   FLIP SIDE OF THAT COIN.

21           AND THAT IS THE RIGHT OF THE PEOPLE TO BE THAT

22   ULTIMATE CHECK IN THE SYSTEM OF CHECKS AND BALANCES.

23           NO MATTER WHAT THE GOVERNMENT SAYS THE LAW IS THROUGH

24   LEGISLATION AND ATTEMPTS TO ENFORCE IT, ALL THE LAWS IN THE

25   WORLD DON'T MEAN A HILL OF BEANS UNTIL SOMEBODY GETS A VERDICT

1    ON THEM.

2            AND THAT'S WHY YOU ARE THE ULTIMATE CHECK IN THE

3    SYSTEM OF CHECKS AND BALANCES.  AND THE CONSTITUTIONAL FATHERS

4    DESIGNED IT THAT WAY.

5            AND I KNOW THAT FOR A FACT BECAUSE I MET THEM ALL AT

6    A GRATEFUL DEAD SHOW IN 1993 IN SACRAMENTO.  DURING THE

7    INTERMISSION THEY EXPLAINED THE WHOLE THING TO ME.

8            (LAUGHTER.)

9            MR. YANNY:  AND THEY WERE IN A BLUE SCHOOL BUS WITH

10   THE YELLOW BUTTERFLIES ON IT AND STUFF, BUT THEY WERE VERY NICE

11   MEN.

12           (LAUGHTER.)

13           MR. YANNY:  AND PEOPLE THINK PUBLIC POLICY GETS MADE

14   IN PLACES LIKE WASHINGTON AND SACRAMENTO AND COUNTY HALL OR

15   CITY HALL, BUT IT ISN'T.  AND FOR ALL THOSE LAWS AND ALL THOSE

16   ORDINANCES GET PASSED, IT COMES TO YOU TO MAKE A DECISION ON

17   HOW THEY WILL BE APPLIED TO ANY GIVEN SET OF FACTS IN THE CASE.

18           PUBLIC POLICY GETS MADE IN THE JURY ROOM THAT YOU'RE

19   GOING TO SURRENDER TO TO MAKE THE DECISION IN THIS CASE AND IN

20   JURY ROOMS JUST LIKE IT THROUGHOUT THIS BUILDING, AND IN

21   BUILDINGS JUST LIKE THIS ONE THROUGHOUT THIS GREAT NATION.  AND

22   THIS NATION REMAINS GREAT ONLY SO LONG AS YOU DO WHAT'S

23   RIGHTEOUS.

24           NOW, I KNOW THE PAY HAS BEEN GOOD AND THE MEALS HAVE

25   BEEN EVEN BETTER, RIGHT.  BUT ALL THAT ASIDE, THERE'S A KARMA

1    THAT COMES WITH THIS AS WELL.  BECAUSE THE DECISIONS AND THE

2    PRECEDENT THAT YOU SET WITH YOUR DECISION WILL FOLLOW YOU.  AND

3    IF YOU LET YOUR BIASES AND PREJUDICES GET IN THE WAY, THAT'S

4    BEAUCOUP BAD KARMA.

5            AND THE SINS OF THE FATHER SHALL BE VISITED UPON THE

6    CHILDREN FOR THREE GENERATIONS -- I THINK THE GOOD BOOK SAYS.

7            SO, TREAD LIGHTLY.  TREAD VERY LIGHTLY AND CAREFULLY.

8    APPLY THE LAW BUT DO JUSTICE.  DON'T BE HOODWINKED.  DON'T BE

9    HOODWINKED.

10           YOU KNOW, THE GOVERNMENT'S APPROACH TO THIS -- OKAY.

11           BY THE WAY, IT IS STILL THE BEST BOOK OF FICTION I'VE

12   EVER HEARD IN MY LIFE.  IT'S JUST BEEN A VERY LONG BOOK.

13           THEY FORGET THAT THE GOVERNMENT HAS THE OBLIGATION TO

14   PROVE THEIR CASE BEYOND A REASONABLE DOUBT.  IT TAKES A LITTLE

15   MORE THAN A KISS PROMISE AND A PAT ON THE BACKSIDE TO PASS

16   MUSTER HERE.

17           BEYOND A REASONABLE DOUBT --

18           (PAUSE IN PROCEEDINGS.)

19           MR. YANNY:  WE CAN START WITH "PERHAPS" AND GO UP THE

20   SCALE.  PERHAPS DOESN'T GET IT.

21           "SUSPECTED," THAT DOESN'T CUT IT EITHER.

22           "POSSIBLY GUILTY," NOT ENOUGH.

23           "PROBABLY GUILTY," THAT STILL DOESN'T GET IT DONE FOR

24   THE GOVERNMENT.

25           "GUILT LIKELY," STILL NOT ENOUGH TO PASS MUSTER.

1          "GUILT HIGHLY LIKELY," STILL NOT ENOUGH TO CONVICT

2     THIS DEFENDANT ON THE CHARGES BEFORE YOU.

3          NOT UNTIL YOU GET UP TO THE LAST LEVEL, WHICH IS

4     GUILTY BEYOND A REASONABLE DOUBT.

5          AND THERE'S A REASON WHY THAT STANDARD APPLIES.

6     BECAUSE YOU'RE TALKING ABOUT VERY SERIOUS ALLEGATIONS AND

7     DESTROYING ENTITIES AND PEOPLE'S REPUTATION FOR THE REST OF

8     FOREVER.

9          I'M TELLING YOU I BELIEVE THAT THIS GROUP HAS BEEN

10    CHARGED THE WAY THEY HAVE BECAUSE THEY'VE GOT A LOT OF MEXICANS

11    IN THERE.  THEY'VE GOT A LOT OF MEXICAN-AMERICAN MEMBERS IN

12    THIS CLUB.

13         THIS CLUB WAS BORN AS THE EVIDENCE INDICATED IN THE

14    JUNGLES OF VIETNAM.  THERE'S A LOT OF MEN WHO SERVED THEIR

15    COUNTRY AND CAME BACK WITH SCARS, BOTH PHYSICAL, EMOTIONAL, AND

16    MENTAL.  THEY WEREN'T WELL RECEIVED WHEN THEY CAME BACK.

17    THAT'S STILL TRUE IN MANY WAYS FOR PEOPLE WHO SERVE OVERSEAS.

18         NOW, ARE THEY ALL VETS?  NAH.  BUT "ONE-PERCENTER"

19    DOESN'T MEAN WHAT THEY SAY IT MEANS.

20         WHEN THE AMERICAN MOTORCYCLE ASSOCIATION SAID, "ONE

21    PERCENT DON'T MIS- -- DON'T BEHAVE, THEY ALL SAID, WE'LL WEAR

22    IT WITH PRIDE.  OKAY.  WE -- WE -- WE -- IN YOUR FACE.  WE ARE

23    WHAT YOU SAY WE ARE.  OKAY.

24         BUT IT DOESN'T MEAN THEY'RE CRIMINALS.  THEY PARTY.

25    THEY LIKE TO PARTY.  BUT THEY HAVE BECOME TARGETS.  THEY HAVE

1    BECOME TARGETS.

2            NOW, COUNSEL ASKED YOU -- COUNSEL SAID PROMISES MADE

3    PROMISES KEPT.  I GOT IT.

4            BUT THE FACT OF THE MATTER IS WE DON'T HAVE TO PROVE

5    A THING WHERE WE SIT.  THE DEFENDANT DOESN'T HAVE TO PUT ON A

6    WITNESS.  THE DEFENDANT HAS -- DOESN'T HAVE TO PUT IN A SHRED

7    OF EVIDENCE.

8            THE GOVERNMENT MUST PROVE ITS CASE BEYOND A

9    REASONABLE DOUBT.

10           WE DON'T HAVE TO PROVE A THING -- NOT ONE BLOODY

11   THING.  WE JUST SIMPLY HAVE TO POINT OUT HOW THE GOVERNMENT

12   HASN'T.  THAT WE'RE GOING TO GET DOWN INTO THE NITTY-GRITTY

13   DETAIL ON SOME OF THIS.  AND I HOPE YOU'LL BEAR WITH ME ON THAT

14   BECAUSE IT'S GOING TO TAKE AWHILE.

15           THEY LIKE TO -- BY THE WAY, YOU KNOW, IN THE BOOKS --

16   IN THE -- IN THE NEWS THESE DAYS THERE'S -- THEY LOVE -- THE

17   GOVERNMENT LOVES PLEA DEALS.  YOU KNOW WHY?  YOU CAN ASK

18   PRESIDENT DONALD TRUMP WHY.  BECAUSE HE KNOWS.  PLEA DEALS ARE

19   ENTERED BY WEAK PEOPLE WHO TRY TO GET A BETTER DEAL FOR

20   THEMSELF AT THE EXPENSE OF SOMEBODY ELSE.

21           THEY IGNORED THE INSTRUCTION THAT THE JUDGE IS GOING

22   TO GIVE YOU IN A LITTLE BIT.  I'LL GIVE YOU A LITTLE SNEAK PEAK

23   OF IT.  THIS ONE -- I'LL TELL YOU A SECRET.  WE ALREADY KNOW

24   WHAT THEY ARE.  AHH, HE READ THEM TO YOU.  THAT'S RIGHT.

25           AND I HOPE YOU DON'T FORGET THIS ONE.

1               LET'S TAKE IT DOWN A LITTLE BIT.

2               CAN YOU FOCUS THIS FOR ME, SON.  I'M NOT AS NIMBLE AS

3      I USED TO BE.

4               IS THAT GOOD?

5               (COUNSEL CONFERRING.)

6               MR. YANNY:  IT SAYS,

7               OVER THE COURSE OF THIS TRIAL YOU'VE HEARD TESTIMONY

8               ABOUT PRIOR CASES AGAINST MEMBERS AND ASSOCIATES OF

9               THE MONGOL NATION.

10              YOU ARE TO UNDERSTAND THAT THESE PLEA AGREEMENTS AND

11              CONVICTIONS ARE NOT BINDING ON THE DEFENDANT IN THE

12              PRESENT CASE.

13              YOU ARE NOT TO FIND GUILT IN THE PRESENT CASE BASED

14              ON THE RESULTS OF PREVIOUS PROCEEDINGS.

15              THEY'D LIKE YOU TO FORGET THAT.

16              THEY READ YOU DOC CAVAZOS'S STATEMENTS AND AL

17     CAVAZOS'S STATEMENTS AND BENGY LEYVA'S STATEMENTS.

18              A LOT OF THOSE PEOPLE DIDN'T TESTIFY.  AND THEY HAVE

19     THE RIGHT NOT TO TESTIFY.  THEY HAVE AN ABSOLUTE RIGHT NOT TO.

20              NOW, THE GOVERNMENT COULD HAVE CALLED THEM.  AND THEY

21     COULD HAVE GIVEN THEM IMMUNITY SO THAT THEY COULD TELL THE

22     TRUTH, BUT THEY DIDN'T WANT THAT.  THEY DIDN'T WANT THAT.

23              WHY?  BECAUSE THEN YOU'D HAVE KNOWN THAT JUST LIKE

24     BENGY LEYVA SAID, HE SIGNED ANYTHING THEY PUT IN FRONT OF HIM

25      -- JUST LIKE MICHAEL COHEN OR JUST LIKE PAUL MANAFORT IN

1    DONALD TRUMP'S SITUATION.  PEOPLE SIGN ANYTHING TO GET A BETTER

2    DEAL FOR THEMSELVES.

3              WHEN I WENT OVER AL CAVAZOS'S STATEMENTS WITH HIM

4    THAT HE SIGNED IN HIS PLEA DEAL UNDER OATH -- REMEMBER THAT --

5    I WENT THROUGH THEM ONE BY ONE.  HE SAID, NOT TRUE.  I NEVER

6    DID THAT.  BUT HE SWORE TO IT BECAUSE THAT WAS THE ONLY WAY HE

7    WAS GOING TO GET OUT OF 20 YEARS IN PRISON AND INSTEAD GET --

8    WHAT WAS IT? -- FIVE MONTHS WITH PROBATION.

9              THAT'S WHAT THOSE PLEA DEALS INDICATE.  AND THE

10   PRESIDENT IS LEARNING ABOUT THAT RIGHT NOW.  PEOPLE WILL SIGN

11   PLEA DEALS EVERY DAY AS LONG AS -- AND THEY'LL POINT THE FINGER

12   AT WHOEVER THE GOVERNMENT WANTS THEM TO POINT THE FINGER AT IF

13   AND WHEN THEY GET A DEAL THAT IS OF SOME BENEFIT TO THEM.

14             NOW, I ALSO WANT TO POINT OUT SOMETHING.  COUNSEL

15   SAID SOMETHING ABOUT THE DEFENDANTS HAVE BEEN DOING SOMETHING

16   OVER THE LAST DECADE.  WELL, LET ME TELL YOU WHAT THE

17   GOVERNMENT HAS BEEN DOING OVER THE LAST DECADE BESIDES SPENDING

18   MILLIONS AND MILLIONS AND MILLIONS AND MORE MILLIONS -- TENS OF

19   MILLIONS OF DOLLARS OF YOUR MONEY AND EVERYBODY ELSE'S HOUNDING

20   THESE FELLOWS.

21             WHAT THEY DID WAS THEY MADE SOME DRUG BUSTS.  AND

22   GUESS WHAT? -- THERE THEY ARE RIGHT THERE.  THAT'S ALL OF THEM.

23   THAT'S EVERYTHING THEY PUT IN EVIDENCE.

24             (PAUSE IN PROCEEDINGS.)

25             MR. YANNY:  ALL OF IT.  THIS ONE.  GROSS WEIGHT.

```
 1   THAT'S WHAT THEY GIVE YOU.  GROSS WEIGHT.  OKAY.

 2             PUT THAT IN THE BAG.

 3             (PAUSE IN PROCEEDINGS.)

 4             MR. YANNY:  THIS ONE, GROSS WEIGHT.  THAT INCLUDES

 5   THE PACKAGING --

 6             THE COURT:  MR. YANNY, I'M SORRY.  YOU'LL HAVE TO GO

 7   BACK AND USE A MICROPHONE.  YOU CAN USE THE LECTERN.

 8             MR. YANNY:  ALL RIGHT, SIR.

 9             THE COURT:  WE CAN'T PICK UP THE SOUND.

10             MR. YANNY:  AND THIS ONE -- IF I MAY PUBLISH.

11             (DISPLAYING EXHIBIT.)

12             MR. YANNY:  AND THIS ONE.

13             (DISPLAYING EXHIBIT.)

14             MR. YANNY:  AND THIS ONE, EXHIBIT 101.  THEY'RE ALL

15   IN THERE.  YOU CAN ASK FOR THEM.

16             (DISPLAYING EXHIBITS.)

17             MR. YANNY:  EXHIBITS 102 AND 104 AS WELL.

18             (DISPLAYING EXHIBITS.)

19             MR. YANNY:  AND THIS ONE, EXHIBIT 103.

20             (DISPLAYING EXHIBITS.)

21             MR. YANNY:  AND THAT INCLUDES THE STYROFOAM CUP AND

22   THE PACKAGING.

23             AND THERE'S STILL ROOM IN THERE FOR MY WIFE TO PUT

24   THE MILK AND EGGS.

25             (DISPLAYING EXHIBITS.)
```

1          MR. YANNY:  THAT'S WHAT THEY SPENT 10 YEARS, A

2    DECADE, COLLECTING.

3          THAT'S THESE MASSIVE AMOUNT OF DRUGS.

4          NOW, IN CERTAIN QUARTERS -- BY THE WAY, HAPPY

5    HANUKKAH.

6          IN CERTAIN QUARTERS THEY WOULD SAY THE GOVERNMENT HAS

7    A LOT OF CHUTZPAH BECAUSE THEY KEEP WANTING TO TALK ABOUT THAT

8    -- HOW MANY KEYS WAS IT DOWN IN GARDENA? -- 13 KEYS.

9          REMEMBER THAT 13 KEYS, THE ONE WITH THE PALM IN IT.

10   GUESS WHAT? -- AND WE'LL GET TO THE SIGNIFICANCE OF THIS --

11   IT'S MISSING.

12         GUESS WHAT ELSE?  THEY NEVER BROUGHT ANY CHARGES

13   AGAINST ANY MONGOLS ON THAT 13 KEYS.  OKAY.  THEY JUST LIKE TO

14   FLASH IT.

15         AND THEN THERE WAS THAT DRUG DEAL THEY DID WITH THE

16   LOZANOS.  REMEMBER THAT? -- IN THE HOTEL ROOM WHERE HOLLYWOOD

17   CARR GOT THESE GUYS TO DRESS UP LIKE PROTECTION.  ALL THEY WERE

18   SUPPOSED TO BE THERE WAS FOR PROTECTION.  ALL RIGHT.  IN CASE

19   THIS FAKE DRUG DEAL THAT HE WAS DOING -- JUST LIKE THE STASH

20   HOUSE CASES -- WENT BAD.  THEY GOT HIM TO PUT ON BULLET PROOF

21   VESTS.  WELL, THAT'S A VIOLATION OF THE LAW.  BUT HE SUPPLIED

22   THEM.

23         THEY SUPPLIED THE 20 KEYS OF COCAINE THAT WAS

24   INSPECTED THERE.  THAT DIDN'T COME FROM ANY MONGOLS OR ANYBODY

25   ELSE.  THEY JUST PULLED IT OUT OF THE EVIDENCE LOCK-UP, BROUGHT

1    IT IN, PUT IT ON CAMERA.  GOD KNOWS WHAT THEY WERE GOING TO TRY

2    TO DO WITH IT.  BUT THEY ENDED UP TELLING THE TRUTH ABOUT THE

3    FACT THAT IT WAS A STAGED STREET THEATER.

4              AND GUESS WHAT?  REMEMBER THE METHAMPHETAMINE THAT

5    ONE OF THE LOZANOS DELIVERED THAT DAY?  THAT WAS ASKED FOR.

6    THEY ASKED HIM TO PICK THAT UP.  AND THAT'S IN THE TESTIMONY.

7    AGENT CARR ADMITTED IT.

8              HE ASKED LOZANO TO PICK IT UP FROM A CONFIDENTIAL

9    INFORMANT AND DELIVER IT TO HIM.  HE WASN'T SELLING IT, LOZANO.

10   LOZANO WAS JUST DELIVERING IT.

11             THAT'S THE TESTIMONY.  AND THAT'S WHAT YOUR

12   GOVERNMENT BRINGS YOU -- THAT AND THE STASH HOUSE CASES.

13             HOW MANY PEOPLE DID THIS SAME ORGANIZATION, THE ATF,

14   THAT IS TRYING TO PROSECUTE THESE MEN PUT IN PRISON WITH THOSE

15   FAKE STASH HOUSE CASES.  DO YOU REMEMBER THOSE?  THAT WAS WHERE

16   THERE WAS NO TRUE STASH HOUSE.  THERE WAS NO 20 OR 30 KEYS OF

17   DOPE.  THERE WAS NO LARGE AMOUNTS OF CASH.  AND THERE WAS NO

18   ARMED GUARDS PROTECTING ANY OF IT.

19             BUT THE MOMENT THEY CAME OVER AND MET WITH AGENT CARR

20   AND THEN REPEATED THE SCHEME HE HAD TOLD THEM WAS GOING TO BE

21   ENGAGED IN BECAUSE IT WAS HIS PLAN.

22             AND THEY PUT THEIR GUNS ON, THEIR VESTS.  AND THEY

23   GOT READY TO GO.  HE WAS GOING TO LET THEM IN.  THEY BUSTED HIM

24   AND ARRESTED HIM.  FOUR OF THEM.  AND THEY WENT TO PRISON.

25             HE SAID HE RAN 30 OF THOSE OPERATIONS.  THAT'S THE

1    SAME PEOPLE, THE ATF, THAT ARE BRINGING THIS TO YOU TODAY.

2              ALL OF THAT MONEY, TIME, AND EFFORT FOR THAT.

3    REALLY?  I'VE SEEN MORE AT A FRAT HOUSE IN THE COURSE OF A

4    MONTH.

5              NOW --

6              (PAUSE IN PROCEEDINGS.)

7              MR. YANNY:  -- I'M SORRY IF I SEEM ANGRY AT TIMES.

8    BUT I THINK I'VE GOT A RIGHTEOUS REASON TO BE BECAUSE THEY ARE

9    HOUNDING THESE MEN FOR NO GOOD CAUSE.

10             THE LAW ISN'T AS THEY'VE REPRESENTED IT TO YOU.  AND

11   BY THE TIME I'M DONE, YOU'RE GOING TO UNDERSTAND THAT.

12             THEY HAVE THE BURDEN OF PROVING ALL OF THE THINGS

13   YOU'LL SEE IN THE INSTRUCTIONS -- BEYOND A REASONABLE DOUBT.

14   ALL THEY DO IS THROW IT UP AND SEE WHAT STICKS ON THE WALL.  IF

15   THEY CAN GET YOU TO BITE OFF ON IT LIKE MANY JURIES DO, YOU'LL

16   DO WHAT ISN'T THE RIGHTEOUS THING IN THIS CASE.

17             YOU KNOW, AND IF YOU DON'T DO WHAT'S RIGHTEOUS, THE

18   SAME THING MAY BE VISITED UPON YOUR CHILDREN, YOUR LOVED ONES,

19   YOUR GRANDCHILDREN AND OTHER FOLKS.  SO, BE CAREFUL.

20             IT'S TIME TO SEND A MESSAGE FOR SURE.  AND IT'S TO

21   THE ATF AND TO THE UNITED STATES GOVERNMENT THAT THEY SHOULD

22   NOT VICTIMIZE CITIZENS THIS WAY.  MOST PEOPLE JUST FOLD -- ROLL

23   IT -- YOU KNOW, ROLL IT UP AND JUST SEND IT HOME.  MAIL IT IN.

24   BECAUSE THEY DON'T HAVE THE MONEY AND THE EFFORT -- THE MONEY,

25   THE DEDICATION OR THE TIME TO FIGHT THESE KIND OF CASES.  SO,

1    THEY MAKE A DEAL.

2          YOU KNOW, CRIMINAL JUSTICE -- IN CIVIL CASES, I GET

3    IT.  MAKE A DEAL.  BUT CRIMINAL JUSTICE OUGHT NOT BE LET'S MAKE

4    A DEAL.  YOU KNOW, THE JUDGE IS NOT BOB BARKER, COME ON DOWN.

5    LET'S MAKE A DEAL.  THAT'S NOT THE WAY THIS IS SUPPOSED TO

6    WORK.

7          THEY OUGHT NOT BE BRINGING CASES WHERE THERE IS NO

8    MERIT.

9          NOW, BEAR IN MIND THEY'VE ALREADY BROUGHT A CASE,

10   U.S. V. CAVAZOS AND 78 OTHER PEOPLE.  THEY ALREADY BROUGHT A --

11   AND ALL OF THEM TOOK PLEA DEALS.  ALL OF THEM TOOK PLEA DEALS.

12   AND THEY GOT LESS TIME -- JUST LIKE MICHAEL COHEN, JUST LIKE

13   PAUL MANAFORT.  AND I CAN GO DOWN THE LIST, MICHAEL FLYNN.

14         DONALD TRUMP IS DEALING WITH IT RIGHT NOW.  IT

15   DOESN'T MAKE IT RIGHT.  AND NOW HE UNDERSTANDS WHAT ORDINARY

16   PEOPLE GO THROUGH.  AND THESE ARE ORDINARY PEOPLE.  THEY'RE

17   HARD-WORKING FOLKS FROM EVERY WALK OF LIFE.  AND THE ONLY CRIME

18   THEY COMMITTED WAS SHOWING UP SOMEPLACE ON A SUSPICION OF BEING

19   MEXICAN.

20         YOU DON'T SEE THE HELLS ANGELS HERE.  YOU SEE THE

21   MONGOLS.

22         YOU DIDN'T SEE THE HELLS ANGELS IN THE LAST CASE,

23   U.S. V. CAVAZOS.  IT WAS MONGOLS.

24         MINORITIES ARE EASIER TO PICK ON.  AND THEY TYPICALLY

25   DON'T FIGHT LIKE THESE GUYS DO.

1           NOW, THEY TALK ABOUT BAD ATTITUDE.  WELL, I'LL TELL

2      YOU WHAT.  YOU KNOW, MOST PEOPLE DO AND SHOULD WALK THROUGH

3      THIS WORLD LIKE THEY'RE IN A WAR BECAUSE AS THE PRESIDENT

4      RECENTLY SAID IT'S A REALLY UGLY PLACE OUT THERE SOMETIMES.

5      AND IT IS.  AND THESE GUYS AIN'T MAKING IT ANY BETTER.

6           ALL OF THESE PEOPLE BEEN THERE SINCE DAY ONE BEFORE

7      CAVAZOS.  AGENT CICCONE HAS BEEN THERE SINCE BILLY QUEEN.

8           THE MONGOLS MOTORCYCLE CLUB HAS BECOME THE FULL

9      EMPLOYMENT ACT FOR LAW ENFORCEMENT.  AND THAT AIN'T RIGHT.

10     THAT JUST IS NOT RIGHT.  IT'S NOT THE WAY IT'S SUPPOSED TO BE.

11     AND IT'S TIME FOR YOU TO SEND A MESSAGE THAT IT NEEDS TO STOP.

12          NOW, WHAT THIS IS ABOUT -- NOW, BEAR IN MIND.  EVERY

13     ONE OF THE CRIMES ALLEGED IN THIS CASE THAT STILL REMAINS -- BY

14     THE WAY, THERE'S ONLY AFTER ALL OF THIS STUFF YOU SAW, YOU

15     DON'T NEED TO BOTHER YOURSELF ABOUT WHY.  BUT THERE'S ONLY --

16     WHAT? -- ABOUT NINE THINGS PLUS CONSPIRACY LEFT.  AND THAT'S

17     ALL THERE IS.  OKAY.  THAT'S ALL THERE IS.

18          AND EVERY ONE OF THOSE ALLEGATIONS HAS BEEN THE

19     SUBJECT MATTER OF PRIOR LITIGATION, PRIOR CRIMINAL PROCEEDINGS

20     IN WHICH THE MEN WHO ALLEGEDLY PERPETRATED THE ACTS WERE EITHER

21     TRIED AND CONVICTED, TOOK A PLEA BARGAIN, OR BEAT THE RAP.

22          I -- I DON'T WANT TO SAY "BEAT THE RAP."  IT MIGHT

23     SOUND LIKE I'M A THUG.  YOU KNOW, BUT THE FACT OF THE MATTER IS

24     THAT'S WHAT IT IS.  IT'S A RAP.  AND THAT'S WHAT -- THAT'S THE

25     WAY THEY MAKE THEIR MONEY.

1          YOU REMEMBER THE PURPOSE FOR THE STASH-HOUSE CASES?

2     THEIR STATISTICS WERE DOWN FOR THE NUMBER OF GUNS CONFISCATED.

3     SO, THEY HAD TO COME UP WITH SOME WAY TO CONFISCATE MORE GUNS

4     AND SEND MORE PEOPLE TO JAIL.  IT DIDN'T MATTER IF THEY DIDN'T

5     DO ANYTHING.

6          AND PEOPLE FROM POOR NEIGHBORHOODS WERE THE EASIEST

7     TO GET INVOLVED IN THESE SITUATIONS.  AND THAT'S WHERE

8     HOLLYWOOD CARR FOCUSED HIS ATTENTION.  HE GOT FOLKS LIKE MR.

9     ROBINSON -- REMEMBER HIM, ROBINSON V. -- OR U.S. V. ROBERTS --

10    ROBERTS -- EXCUSE ME, MR. ROBERTS -- TO GO OUT AND RECRUIT

11    PEOPLE FROM POOR NEIGHBORHOODS AND THEN GET THEM INVOLVED.  AND

12    THEN BUST THEM.

13         THAT WAS ALL RUN BY THE ATF, THE SAME GOOD AGENCY

14    THAT MR. CICCONE IS OPERATING ON BEHALF OF NOW.

15         THAT'S THE SAME GOOD AGENCY THAT AGENT DOBBINS, ONE

16    OF THEIR UNDERCOVERS, THEY GAVE TESTIMONY IN THIS CASE SUED FOR

17    BEING A CORRUPT ORGANIZATION.  YOU REMEMBER THAT?  AND HE GAVE

18    TESTIMONY ABOUT THAT.

19         WELL, THOSE ARE THE SAME PEOPLE THAT ARE PROSECUTING

20    THIS CASE.  THOSE ARE THE SAME FOLKS THAT ARE PROSECUTING THIS

21    CASE.

22         AND YOU SHOULD BE WARY.  AND THAT'S WHY THE BURDEN OF

23    PROOF IS BEYOND A REASONABLE DOUBT BECAUSE IT SHOULD BE.  IT'S

24    NOT ENOUGH THAT THEY'VE GOT SOME EVIDENCE AND IT LOOKS LIKE

25    MAYBE.  THAT AIN'T GOING TO GET IT.  IT SHOULDN'T -- NOT IF YOU

1   DO WHAT'S KARMICALLY PROPER HERE.  OKAY.

2                (PAUSE IN PROCEEDINGS.)

3                MR. YANNY:  THE ONLY LENGTHY -- I'VE LOVED IT WHEN

4   COUNSEL SAID THAT THEY -- YOU KNOW, THERE'S BEEN A LENGTHY

5   PARADE OF CRUELTY.

6                THE ONLY LENGTHY PARADE OF CRUELTY HAS BEEN

7   PERPETRATED BY THE GOVERNMENT IN THEIR PERSECUTION -- NOT

8   PROSECUTION OF THE MONGOLS AND THE MEMBERS OF THE MONGOLS.

9                THE MEN WHO DID SOMETHING WRONG ARE GONE.  THEY'VE

10  BEEN PROSECUTED.  THEY TOOK DEALS.  THEY'VE BEEN CONVICTED.

11  THE ONES WHO DIDN'T DO ANYTHING WRONG ARE NOT CONVICTED OR

12  THEY'RE STILL STANDING TRIAL.

13               NOW, THEY LIKE TO SHOW YOU ABOUT -- THEY LIKE TO TALK

14  ABOUT CHRIS ABLETT.  SO DO I.

15               DO YOU HAVE THOSE PHOTOS?  ABLETT.

16               (PAUSE IN PROCEEDINGS.)

17               MR. YANNY:  THEY WANTED TO TALK TO YOU ABOUT CHRIS

18  ABLETT.

19               DO YOU REMEMBER HIM?

20               HE'S THE GUY THAT WAS SHOT UP IN SAN FRANCISCO THAT

21  WAS ONE OF A NUMBER OF GUYS ACCORDING TO THE TESTIMONY THAT WAS

22  FIGHTING WITH MR. ABLETT THAT DAY.

23               NOW, I'M GOING TO SHOW YOU TWO PHOTOS THAT I THINK

24  ARE GOING TO TELL THE STORY PRETTY GOOD.

25               THEY SAY THAT CHRIS ABLETT KILLED THAT MAN.  CHRIS

1    ABLETT HURT HIM.  THAT'S FOR SURE.  BUT AFTER HE WAS ATTACKED

2    AND AFTER MORE HELLS ANGELS SHOWED UP, KNOWING FULL WELL THAT

3    HELLS ANGELS HAD BEEN KILLING MEMBERS OF THE MONGOLS SINCE THE

4    GOOD LORD WAS A CHILD.  THEY -- SINCE 1977 THEY'VE BEEN

5    SHOOTING THEM OFF THEIR BIKES.  THEY'VE BEEN SHOOTING THEIR

6    WIVES OFF THE BIKES WITH THEM.  THEY'VE BEEN BLOWING UP THEIR

7    PLACES OF BUSINESS.  THEY'VE BEEN KILLING PEOPLE THAT WORKED

8    THERE.

9           SO, DO THE -- DO THE MONGOLS HAVE A REASONABLE

10   SUSPICION WHEN THEY SEE THE HELLS ANGELS THAT MAYBE THEY OUGHT

11   TO BE ON THEIR GUARD?  SURE THEY DO.

12          AND THEY WANT TO MAKE A BIG DEAL OUT OF WHAT DOC

13   CAVAZOS SAID WHEN HE WAS PUTTING TOGETHER HIS P.R. TO SELL HIS

14   BOOK, RIGHT.  EVERYBODY WANTS TO BE A BOOK WRITER, RIGHT.

15   WE'LL TALK ABOUT THAT WHEN WE TALK ABOUT THE UNDERCOVERS.

16          BUT, REMEMBER, DOC CAVAZOS WAS WRITING A BOOK.  AND

17   HIS BROTHER AL TESTIFIED ABOUT IT.  THE PHOTOS, THE TELEVISION

18   SHOOTS, THEY WERE ALL PUBLIC RELATIONS.  THEY WERE ALL

19   PROMOTION.

20          BUT LET'S TALK ABOUT THE FACTS.  HERE'S THE AUTOPSY

21   PHOTOS FROM --

22          WHAT'S HIS NAME? -- PAPA GUARDADO.

23          THE ONE WE KNOW -- THE ONE WE KNOW THAT CHRIS FIRED

24   BY HIS OWN TESTIMONY -- HE SHOT THE MAN IN THE CHEST WITH A

25   .357.  AND THAT'S IN THE UPPER RIGHT-HAND SIDE.  THAT'S NOT A

1    FATAL SHOT.  IT'S GOING TO BUST THE LUNG UP.  IT'S GOING TO

2    HURT A LOT, BUT IT'S NOT GOING TO KILL YOU.

3            THE STAB WOUNDS WEREN'T GOING TO KILL HIM EITHER.

4    THEY WERE GOING TO HURT HIM A LOT, BUT LOOK AT THE SIZE OF

5    THAT, THAT ENTRY WOUND.

6            NOW, CHRIS TESTIFIED THAT HE SHOT HIM AT CLOSE RANGE.

7    THAT CAUSES WHAT'S CALLED "STIPPLING."

8            DO YOU SEE THAT KIND OF CHARCOAL COLORING AROUND THE

9     -- THE ENTRY WOUND THERE.  LOOK AT THE SIZE OF THAT ENTRY

10   WOUND.  THAT'S A .357.  THAT'S THE GUN THAT CHRIS HAD.  OKAY.

11           NOW, CHRIS TESTIFIED THAT THERE WAS SOMEBODY ELSE

12   WITH A GUN THERE THAT DAY, AT LEAST ONE OTHER SOMEBODY.  AND

13   THEY WERE SHOOTING HIS DIRECTION, WHICH WOULD HAVE BEEN FROM

14   BEHIND PAPA GUARDADO AS THEY STOOD THERE CONFRONTING EACH

15   OTHER.

16           NOW, GUESS WHERE ELSE HE GOT HIT?  IN THE BACK OF THE

17   HEAD -- IN THE BACK OF THE NECK.  AND THAT BULLET WENT UP INTO

18   HIS BRAIN.  THAT WAS THE FATAL SHOT.

19           TAKE A LOOK AT THE SIZE OF THE APERTURE ON THAT ONE,

20   THAT ENTRANCE WOUND.  IT AIN'T THE .357.  IT'S A SMALLER

21   CALIBER.

22           SO, THE FATAL WOUND -- AND BY THE WAY, IT DOESN'T

23   HAVE THE STIPPLING.  SO, IT WASN'T FIRED BY CHRIS CLOSE UP.

24   THAT SHOT CAME FROM A DISTANCE.  AND THAT WAS THE FATAL SHOT.

25   BUT CHRIS GOT WRONGFULLY CONVICTED FOR TAKING THE LIFE OF

1    ANOTHER EVEN THOUGH HE PROBABLY DIDN'T DO IT.

2         AND -- AND DEFENDING HIMSELF.  HE WAS DEFENDING

3    HIMSELF IN A SITUATION THAT UNFORTUNATELY HE GOT INTO BECAUSE

4    HE DIDN'T KNOW WHERE HE WAS.  HE DIDN'T KNOW WHAT HE WAS --

5    WHERE HE -- DIDN'T KNOW WHERE HE WAS, DIDN'T KNOW WHAT WAS

6    GOING ON.  AND HE WAS CONFRONTED BY A MASS OF PEOPLE.  PEOPLE

7    HE HAD REASON TO BELIEVE WANTED TO KILL HIM BECAUSE THEY WERE

8    HELLS ANGELS.  AND THEY WERE CONFRONTING HIM.  AND THEY WERE

9    AFTER HIM.

10        AND THEY WERE FIRING WEAPONS AS WELL.  AND SOMEBODY

11   ELSE FIRED THAT FATAL SHOT TO THE BACK OF THE NECK.

12        AGAIN, LOOK AT THE DIFFERENCE IN THE APERTURE SIZE

13   FROM WHAT CHRIS FIRED.  THAT'S EXHIBITS 100-1 AND 100-5.  JUST

14   COMPARE THEM.

15        NOW, THAT'S UNFORTUNATE.  SOMETIMES THE JUSTICE

16   SYSTEM DOESN'T WORK.  BUT THAT'S NOT THE END OF IT.

17        CHRIS AS HE'S TESTIFIED STILL HAS WRITS PROCEEDINGS

18   GOING TO CHALLENGE HIS CONVICTION BECAUSE HE WAS CONVICTED

19   WHILE HE WAS REPRESENTED UNBEKNOWNST TO HIM BY A LAWYER WHO

20   REPRESENTED THE HELLS ANGELS.

21        AND IF THINGS GO RIGHT WHEN THIS OVER, WE'LL SEE WHAT

22   WE CAN DO TO HELP CHRIS BECAUSE I HATE TO SEE THAT KIND OF

23   THING GO DOWN.  I'VE SPENT 40 YEARS OF MY LIFE TRYING TO SEE TO

24   IT IT DOESN'T.  AND I'M NOT ABOUT TO STOP NOW.

25        NOW, BEYOND A REASONABLE DOUBT, JUST THOSE PHOTOS

1   ALONE OUGHT TO RAISE SOME DOUBT IN YOUR MINDS.

2           NOW, POOR AMIE, SHE WAS THERE THAT DAY.

3           AND, BY THE WAY, HE NEVER DID GET THAT PIZZA.

4           I WANT TO SEE HE GETS OUT AND GETS THAT PIZZA SOMEDAY

5   BECAUSE HE DESERVES IT.  AND HE DOESN'T DESERVE TO BE IN PRISON

6   FOR THE REST OF HIS LIFE JUST BECAUSE HE WAS A MONGOL IN THE

7   WRONG PART OF SAN FRANCISCO ON THE WRONG DAY.

8           NOW, REMEMBER THIS.  THEY -- THEY SHOWED YOU PART OF

9   IT BUT NOT ALL OF IT.  SO, LET'S SHOW YOU ALL OF THE

10  INSTRUCTION THAT THE JUDGE IS GOING TO GIVE YOU.

11          I BELIEVE IT'S GOING TO BE SOMEWHERE AROUND

12  INSTRUCTION 34, IF MY FOLLOWING OF THE NUMBERS IS CORRECT.  BUT

13  IF IT AIN'T 34, IT'S GOING TO BE CLOSE.  YOU CAN FIND IT.  IT

14  WILL BE IN THAT NEIGHBORHOOD.

15          "OVER THE COURSE OF THIS TRIAL YOU'VE HEARD

16           TESTIMONY AND SEEN EVIDENCE REGARDING VIOLENT

17           CRIMINAL CONDUCT.

18           IT IS NOT ENOUGH THAT VARIOUS MONGOL MEMBERS

19           AND ASSOCIATES WERE INVOLVED IN SPONTANEOUS

20           VIOLENT ACTS AS AN INDIVIDUAL OR AS A SMALL

21           GROUP OF INDIVIDUALS.

22           IN OTHER WORDS, THE SPONTANEOUS ROGUE ACTS OF

23           INDIVIDUAL MEMBERS AND ASSOCIATES DO NOT CREATE

24           GROUP GUILT FOR THE DEFENDANT MONGOLS NATION.

25           THUS, IF YOU FIND THE ALLEGED VIOLENT CRIMINAL

1   CONDUCT IN THIS CASE TO BE SPONTANEOUS ROGUE ACTS OF

2   INDIVIDUALS, YOU MAY FIND THE DEFENDANT NOT GUILTY.

3            THEY DIDN'T GIVE YOU THAT PART OF IT.

4            NOW, LET'S RECALL WHAT THE TESTIMONY OF EVEN THEIR

5   UNDERCOVERS WERE.  I THINK EVEN CAUSE.  AND HOLLYWOOD CARR SAID

6   -- MAYBE ALL OF THEM SAID -- CALL FOR THE TESTIMONY AND HAVE

7   IT READ BACK -- THAT THESE ACTS OF VIOLENCE JUST AROSE

8   SPONTANEOUSLY.  THEY JUST HAPPENED.  IT ISN'T LIKE THEY WERE

9   PLANNED.  IT ISN'T LIKE THEY WERE DEBATED AT MEETINGS.  IT

10  ISN'T LIKE ANY OF THAT.

11           THESE THINGS, THESE PEOPLE RAN INTO EACH OTHER.

12  SOMETHING HAPPENED.  AND ROGUE ACTS HAPPENED.  THAT'S NOT

13  ENOUGH TO CAUSE CONVICTION OF THE MONGOLS NATION.

14           AGAIN, THE INDIVIDUAL MEN WHO WERE INVOLVED IN THOSE

15  INCIDENTS HAVE BEEN CONVICTED IF APPROPRIATE.  EVERY BLOODY ONE

16  OF THEM.

17           AND THEY WERE ALL IN LAWSUITS AND LITIGATION AND

18  CRIMINAL PROCEEDINGS IN WHICH THE GOVERNMENT NAMED ALL OF THE

19  PEOPLE INVOLVED.  AND GUESS WHAT?  ALL OF THE PERSONS INVOLVED.

20  AND GUESS WHAT?  NOT ONCE IN ANY OF THOSE CASES DID THE UNITED

21  STATES GOVERNMENT NAME THE MONGOLS MOTORCYCLE CLUB.  NOT ONE.

22  THEY NAMED EVERYBODY ELSE THAT WAS INVOLVED AND POTENTIALLY

23  RESPONSIBLE.  BUT THEY DIDN'T NAME THE MONGOLS MOTORCYCLE CLUB.

24  THAT'S AN AFTERTHOUGHT.

25           WHAT THEY ARE ASKING YOU TO DO IS TAKE POTENTIALLY

1  THE WRONGFUL ACTS OF A FEW INDIVIDUALS AND APPLY GROUP GUILT.

2  THAT CONCEPT WAS DONE AWAY WITH WITH THE NUREMBERG WAR TRIALS.

3  THAT'S NO LONGER LEGAL ANYPLACE.  YOU CAN'T CONVICT AND CONDEMN

4  A GROUP OF PEOPLE BASED UPON THE ACTS OF A FEW.  THAT'S NOT

5  WHAT THIS -- THAT'S NOT THE CORNERSTONE OF THE AMERICAN

6  JURISPRUDENTIAL SYSTEM.  THAT'S NOT HOW IT WORKS HERE.

7          AND IF IT DOES, GOD SAVE EVERYBODY.  BECAUSE WE'RE

8  GOING TO NEED IT BECAUSE AT ANY POINT IN TIME ANYBODY CAN BE

9  GUILTY.

10         POLICE OFFICERS DO WRONGFUL ACTS ON -- ON OCCASION.

11 MOST POLICE ARE GOOD PEOPLE.  BUT ON OCCASION YOU'VE GOT BAD

12 COPS.  EVERYBODY KNOWS THAT.  YOU'VE GOT THE GUYS THAT BEAT

13 RODNEY KING.  YOU GOT THE GUYS THAT DID THE RAMPART --

14         QUESTION?

15         OKAY.  THAT'S WHAT -- (LAUGHTER.)

16         YOU GOT -- YOU GOT THE -- YOU GOT THE GUYS WHO DID

17 THE RAMPART SCANDAL WHILE THEY WERE STEALING DRUGS OUT OF THE

18 EVIDENCE LOCK-UP AND THEN SELLING THEM ON THE STREETS.  THEY

19 WERE RUNNING PROSTITUTION OUT OF THE HOTEL ROOMS.  THEY WERE

20 DOING ALL OF THOSE THINGS.  OKAY.

21         IT DIDN'T MAKE LAW ENFORCEMENT A CRIMINAL

22 ORGANIZATION.  AND YOU TALK ABOUT PARANOIA.  YOU DON'T -- YOU

23 DON'T -- YOU KNOW, THEY SAY THIS GROUP, THIS ORGANIZATION IS

24 PARANOID.  WELL, GUESS WHAT?  YOU EVER HEARD OF THE THIN BLUE

25 LINE.  COPS DON'T TESTIFY AGAINST OTHER COPS.

1          DOES THAT MAKE THEM A CRIMINAL ORGANIZATION BECAUSE

2     COPS DON'T DO THAT?  I DON'T THINK SO.  THE THIN BLUE LINE.

3     YOU DON'T CROSS THAT LINE.

4          PEOPLE TAKE CARE OF THEIR OWN.

5          YOU KNOW, THERE'S AN -- THERE'S AN OLD SAYING IN

6     CERTAIN QUARTERS UNIT CORE GOD COUNTRY.  AND THE REASON IT IS

7     UNIT CORE GOD COUNTRY IS BECAUSE WHEN YOU GET YOURSELF IN A

8     PICKLE, THAT'S THE ORDER OF THE PEOPLE IDENTIFIED THAT ARE

9     GOING TO SAVE YOUR BACKSIDE.

10          THE FIRST ONES THAT ARE GOING TO SAVE YOU ARE YOUR

11     UNIT.  THE NEXT ONE IS GOING TO BE THE CORE OF THE BRANCH.

12     GOD'S GOING TO BE NEXT.  AND COUNTRY IS GOING TO BE LAST.

13          BUT THERE IS NOTHING WRONG WITH LOOKING TO YOUR GROUP

14     TO COVER YOUR BACKSIDE.  THAT'S WHAT YOU DO.  THAT'S WHAT MOST

15     OF THESE MEN GREW UP DOING IN FOXHOLES FROM VIETNAM TO

16     AFGHANISTAN TO IRAQ.  THEY GOT USED TO THINKING THAT WAY.  THEY

17     WERE TAUGHT TO THINK THAT WAY.  THAT WAS THEIR CREDO.  THAT WAS

18     WHAT THEY SURVIVED WITH -- UNIT CORE GOD COUNTRY.  NOTHING

19     WRONG WITH IT.  THESE MEN STILL USE THAT CREED IN THEIR OWN WAY

20     -- IN THEIR OWN WAY.

21          I CAN'T BELIEVE THEY MENTIONED THE 30 KEYS FROM

22     GARDENA.  NO CHARGES WERE EVER BROUGHT ON THAT AGAINST ANYBODY.

23     BUT THEY WANTED TO FLASH THAT IN FRONT OF YOU.

24          AND THEN THEY WANTED TO FLASH THAT VIDEO OF HOLLYWOOD

25     CARR SITTING THERE IN THAT HOTEL ROOM WITH TWO GUYS WITH VESTS,

1    MONGOLS, TWO MEXICAN BOYS -- MEXICAN-AMERICAN BOYS, SITTING

2    THERE TRYING TO EARN A THOUSAND DOLLARS PROVIDING SECURITY FOR

3    A DRUG TRANSACTION THAT SPECIAL AGENT CARR WAS DOING STREET

4    THEATER ON.

5            OKAY.  IT'S THE SAME SPECIAL AGENT CARR, LIKE I SAID,

6    BROUGHT YOU THE STASH HOUSE CASES.

7            NOW, HOW MUCH -- YOU DON'T SEE THAT 30 KEYS THERE.

8    WHY?  BECAUSE IT WASN'T LEGIT.

9            YOU DON'T SEE THOSE 14 KEYS ON THAT TABLE.  WHY?

10           ONE, BECAUSE THEY LOST IT.

11           BUT, TWO, IT'S NOT ONE OF THE ACTS.  IT'S NOT A

12   PREDICATE ACT.  IT'S NOT AN OVERT ACT BECAUSE IT WAS FAKE --

13           WELL, EXCUSE ME, MAYBE THEY PUT IT IN THE PLEADING.

14   MAYBE THEY REMOVED IT BY NOW.  I DON'T KNOW.  THERE'S A WHOLE

15   LOT OF STUFF MISSING FROM THAT INDICTMENT THAT YOU RECEIVED

16   THAT USED TO BE IN THERE.

17           BUT THE FACT OF THE MATTER IS IT WAS NOT A LEGITIMATE

18   TRANSACTION.

19           AND THE LOZANO BROTHERS, AT THAT POINT IN TIME

20   BECAUSE OF THE DOWNTURN IN THE ECONOMY LOST THEIR JOBS.  AND

21   THEY WERE LOOKING TO MAKE A FEW BUCKS TO FEED THE FAMILY.  SO,

22   THEY WERE GOING TO PROVIDE SECURITY.

23           AND GUESS WHAT?  FOR BEING BONEHEADS, THEY GOT KICKED

24   OUT OF A CLUB.  YOU DON'T DO THAT STUFF.

25           THEY WANT TO TALK ABOUT JOE GARCIA.  THE TESTIMONY

1    CAME OUT DURING TRIAL JOE GARCIA GOT KICKED OUT OF THE CLUB.

2            THEY WANTED TO TALK ABOUT THE GUYS FROM NELA,

3    NORTHEAST LOS ANGELES.  GUESS WHAT?  THOSE GUYS GOT KICKED OUT

4    OF THE CLUB AFTER IT WAS DISCOVERED THEY WERE DEALING DRUGS.

5            AND -- AND THE CHAPTER WAS COMPLETELY SHUT DOWN.

6    THAT WAS THE END OF IT.

7            YOU KNOW, THIS DEFENDANT IS ENTITLED TO A PRESUMPTION

8    OF INNOCENCE.  NOT GUILTY -- UNTIL PROVEN GUILTY BEYOND A

9    REASONABLE DOUBT.

10           THE JUDGE IS GOING TO GIVE YOU THIS.

11           (PAUSE IN PROCEEDINGS.)

12           MR. YANNY:  THE INDICTMENT IS NOT EVIDENCE.

13           THE DEFENDANT HAS PLEADED NOT GUILTY TO THE CHARGES.

14           THE DEFENDANT IS PRESUMED TO BE INNOCENT UNLESS AND

15   UNTIL THE GOVERNMENT PROVES THE DEFENDANT GUILTY BEYOND A

16   REASONABLE DOUBT.

17           IN ADDITION, THE DEFENDANT DOES NOT HAVE TO TESTIFY

18   OR PRESENT ANY EVIDENCE TO PROVE INNOCENCE.

19           THE GOVERNMENT HAS THE BURDEN OF PROVING EVERY

20   ELEMENT OF THE CHARGES BEYOND A REASONABLE DOUBT.  THEY HAVEN'T

21   DONE THAT.  NOT EVEN CLOSE.

22           (PAUSE IN PROCEEDINGS.)

23           MR. YANNY:  LOST OR DESTROYED EVIDENCE:

24           THE JUDGE IS GOING TO GIVE YOU AN INSTRUCTION THAT

25   READS SOMETHING LIKE THIS.  AS A MATTER OF FACT, ALMOST EXACTLY

1    -- AND IT'S LIKELY TO BE INSTRUCTION NUMBER 4.

2              AND -- CAN YOU GET THAT LINED UP FOR ME, PLEASE.

3              (PAUSE IN PROCEEDINGS.)

4              MR. YANNY: (READING.)

5              "IF YOU FIND THAT THE GOVERNMENT INTENTIONALLY

6               DESTROYED OR FAILED TO PRESERVE ANY EVIDENCE

7               THAT THE GOVERNMENT KNEW OR SHOULD HAVE KNOWN

8               WOULD BE EVIDENCE IN THIS CASE, YOU MAY INFER,

9               BUT ARE NOT REQUIRED TO INFER, THAT THIS

10              EVIDENCE WAS UNFAVORABLE TO THE GOVERNMENT."

11              THINK ABOUT THOSE 30 OR WHATEVER IT WAS -- 14 KEYS

12   THAT WENT DISAPPEARING.  WE NEVER GOT -- EVEN GOT A CHANCE TO

13   LOOK AT IT.  WE GOT PHOTOS OF WHAT'S SUPPOSED TO BE IT, BUT

14   THAT'S ALL WE GOT.

15              THINK ABOUT THOSE TAPES.  REMEMBER THE INCIDENT --

16              ONE OF THE INCIDENTS THEY'RE RELYING UPON VERY

17   HEAVILY, THE GOVERNMENT IS, IS THAT GUSTINE INCIDENT.  DO YOU

18   REMEMBER THAT ONE?  THAT'S WHERE THE SIX GUYS GO RUNNING IN.

19              AND THEY FIND A GUY THAT SAYS -- SUPPOSEDLY THEY'RE

20   YELLING, "MONGOLS.  MOTHER-FUCKER.  MONGOLS."  AND SOME GUY

21   SAYS, "I DON'T GIVE A SHIT WHO YOU ARE."  AND THEY GET INTO A

22   FIGHT.  IT WORKS OUTSIDE.  THE MAN ENDS UP DEAD, RIGHT.

23              WELL, REMEMBER DETECTIVE CLARK -- RETIRED DETECTIVE

24   CLARK.  HE SAYS HE KNOWS THEY WERE MONGOLS.  HE KNOWS THEY WERE

25   MONGOLS BECAUSE HE HAD VIDEOTAPED INTERVIEWS OF EVERY ONE OF

1   THEM.  AND THEY ALL SAID THAT THEY WERE MONGOLS.

2            WELL, GUESS WHAT?  DO YOU REMEMBER DURING GOVERNOR

3   VENTURA'S TESTIMONY WE READ A STIPULATION INTO THE RECORD.

4   HERE IT IS RIGHT HERE.

5            I DON'T KNOW IF YOU ALL CAN READ THAT OR NOT, BUT --

6            DURING TESTIMONY LAST WEEK RETIRED LAW ENFORCEMENT

7            OFFICER LANE CLARK TESTIFIED THAT DURING HIS

8            INVESTIGATION OF THE DEATH OF BILL JAMES HE

9            INTERVIEWED THE SUSPECTS.

10            HE STATED THAT THOSE INTERVIEWS WERE RECORDED ON

11   VIDEO, AND THAT ONE OR MORE -- ACTUALLY HE SAID "ALL" -- YOU

12   CAN HAVE THE -- YOU CAN HAVE THE TRANSCRIPTS -- YOU CAN HAVE

13   THE TRANSCRIPT CALLED UP AND GET IT READ BACK TO YOU.  IT WAS

14   TOWARDS THE END OF HIS TESTIMONY.

15            WE STIPULATED THAT HE SAID "ONE OR MORE OF THE

16   SUSPECTS HAD ADMITTED THAT HE WAS A MEMBER OF THE MONGOLS."

17            IN POINT OF FACT, DETECTIVE CLARK, NOW RETIRED, SAID

18   THAT ALL OF THEM SAID THAT.

19            IN FACT, THERE ARE NO VIDEO RECORDINGS OF ANY

20   INTERVIEWS OF THE SUSPECTS.

21            THERE IS ONLY ONE AUDIO RECORDING OF AN INTERVIEW OF

22   ONE SUSPECT AND SEVERAL TRANSCRIPTS OF INTERVIEWS.  ALL TOLD,

23   ONLY ONE SUSPECT STATED THAT HE WAS A FORMER MEMBER OF THE

24   MONGOLS -- FORMER MEMBER OF THE MONGOLS.

25            HE DIDN'T SAY HE WAS A MEMBER OF THE MONGOLS.  NONE

OF THEM SAID THEY WERE A MEMBER OF THE MONGOLS.  COUNSEL KNOWS

THAT.  AND HE ENTERED INTO A STIPULATION WITH ME WHICH WAS READ

INTO THE RECORD TO YOU.  AND STILL TODAY HE LIED TO YOU.  HE

TOLD YOU THAT THEY WERE ALL MONGOLS.

NOW, THAT'S CHUTZPAH.  AND IT'S ALSO UNETHICAL.

SO,  IF I GET UPSET, PLEASE FORGIVE ME.  BUT THAT'S

NOT RIGHT.

A DEFENDANT MAY BE FOUND GUILTY -- THE JUDGE IS GOING

TO GIVE YOU ANOTHER INSTRUCTION.  I BELIEVE IT'S GOING TO BE

SOMETHING LIKE 33.

A DEFENDANT MAY BE FOUND GUILTY OF A CRIME EVEN IF

THE DEFENDANT PERSONALLY DID NOT COMMIT THE ACT OR

ACTS CONSTITUTING THE CRIME BUT AIDED AND ABETTED IN

ITS COMMISSION.

TO PROVE A DEFENDANT GUILTY OF AIDING AND ABETTING,

THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT,

FIRST, THE CRIME WAS COMMITTED BY SOMEONE.

TWO -- SECOND, THE DEFENDANT KNOWINGLY AND

INTENTIONALLY AIDED, COUNSELED, COMMANDED, INDUCED,

OR PROCURED THAT PERSON TO COMMIT EACH ELEMENT OF THE

CRIME.

THIRD, THE DEFENDANT ACTED BEFORE THE CRIME WAS

COMPLETED.

IT IS NOT ENOUGH THAT THE DEFENDANT MERELY

ASSOCIATED WITH THE PERSON COMMITTING THE CRIME

1                    OR UNKNOWINGLY OR UNINTENTIONALLY DID THINGS THAT

2                    WERE HELPFUL TO THAT PERSON OR WAS PRESENT AT THE

3                    SCENE OF THE CRIME.

4                    THE EVIDENCE MUST SHOW BEYOND A REASONABLE DOUBT

5                    THAT A DEFENDANT ACTED WITH THE KNOWLEDGE AND

6                    INTENTION OF HELPING THAT PERSON COMMIT A CRIME

7                    CHARGED.

8                    HAVE THEY PUT EVIDENCE IN THE RECORD OF THAT, THAT

9       THE MONGOL NATION DID ANY OF THAT?  NOT AT ALL.  NOT AT ALL.

10      NOT A SHRED.  NOT ONE BIT OF EVIDENCE -- NEVERTHELESS, EVIDENCE

11      BEYOND A REASONABLE DOUBT.

12                   NOW, THIS IS THE LAW.  THIS IS WHAT IT'S ABOUT.

13                   NOW, THEY WANT YOU TO MAKE A LOT OF CONCLUSIONS BY

14      HEARSAY STATEMENTS THAT WERE REGURGITATED BY UNDERCOVER AGENTS.

15                   REMEMBER THOSE GUYS? -- HOLLYWOOD CARR, GAIONI, ALL

16      OF THEM -- KOZLOWSKI.

17                   "YOU CAN'T EVEN CONSIDER THE HEARSAY STATEMENTS

18                   UNLESS EVIDENCE --

19                   THE JUDGE IS GOING TO GIVE YOU THIS AS WELL --

20                   EVIDENCE OF A STATEMENT MADE BY ONE ALLEGED

21                   CONSPIRATOR OTHER THAN AT THIS TRIAL SHALL

22                   NOT BE CONSIDERED BY YOU AS AGAINST ANOTHER

23                   ALLEGED CONSPIRATOR UNLESS YOU DETERMINE" --

24                   NOW, LET'S FOCUS IN ON THAT PART OF IT FIRST.

25                   THEY DIDN'T PUT ANY OF THE CONSPIRATORS UP ON THE

1  STAND.  THEY DIDN'T EVEN TELL US WHO THE CONFIDENTIAL

2  INFORMANTS WERE.  OKAY.  WE HAD NO WAY OF KNOWING.  SO, I

3  COULDN'T CALL THEM.  AND THEY SURE DIDN'T CALL THEM.

4      BUT THEY WERE THE ONES THAT SUPPOSEDLY TOLD THESE

5  UNDERCOVER AGENTS THIS, THAT, OR THE OTHER -- THAT IT WAS A

6  MURDER PATCH.  THE "M" STOOD FOR MURDER. THAT MUNZ KILLED

7  SOMEBODY AND THAT'S HOW HE GOT HIS PATCH.  B.S.

8      THEY DIDN'T PUT ONE OF THOSE PEOPLE ON THE STAND TO

9  MAKE THOSE STATEMENTS AND CONFIRM IT.  THERE WAS NOTHING ELSE

10  THAT CONFIRMED IT EXCEPT THE HEARSAY STATEMENTS OF PEOPLE THEY

11  WOULDN'T EVEN IDENTIFY -- THE CONFIDENTIAL INFORMANTS.  WE GOT

12  JOE GARCIA.

13      THEY DIDN'T CALL THOSE PEOPLE THAT SUPPOSEDLY MADE

14  THOSE STATEMENTS AND PUT THE BEST EVIDENCE BEFORE YOU.

15  INSTEAD, THEY THOUGHT THEY'D CHARM YOU WITH HOLLYWOOD CARR.

16  AND YOU'D BUY ANYTHING HE SAID.  HE'S A GOOD-LOOKING GUY.  I

17  KNOW THAT.  BUT THAT'S NOT ENOUGH TO HANG SOMEBODY WITH.

18  ALL RIGHT.  THAT AIN'T GOOD ENOUGH.  ALL RIGHT.  I'M SORRY.

19      BUT THEY'VE GOT TO SHOW THAT AT THE TIME THE

20  STATEMENT WAS MADE A CONSPIRACY TO COMMIT A CRIME EXISTED.

21      WELL, DID THEY SHOW THAT AT THE TIME THESE MEN SAID

22  THAT THIS WAS A MURDER PATCH, THAT A CONSPIRACY TO COMMIT THE

23  CRIME BY WHICH THE GUY GOT IT STILL EXISTED.  NAH.  THEY DIDN'T

24  DO THAT.

25      THAT THE STATEMENT -- "SECOND, THE STATEMENT WAS

1          MADE WHILE THE PERSON MAKING THE STATEMENT WAS

2          PARTICIPATING IN THE CONSPIRACY, AND THAT THE

3          PERSON AGAINST WHOM IT WAS OFFERED WAS

4          PARTICIPATING IN THE CONSPIRACY BEFORE OR DURING

5          THAT TIME."

6          DID THEY DO THAT?  NO.  THEY DIDN'T DO THAT.

7          THE PERSON WHO MADE THE STATEMENT HAD NOTHING TO DO

8   WITH ANY OF THE EVENTS THAT WE KNOW OF.  NONE.  NONE.

9          AND, "THIRD, THAT THE STATEMENT WAS MADE IN

10         FURTHERANCE OF THE OBJECTIVE OF THE CONSPIRACY."

11         HOW IN GOD'S NAME COULD A STATEMENT ABOUT HOW

12  SOMEBODY GOT A PATCH BE IN FURTHERANCE OF THE CONSPIRACY.  YOU

13  CAN'T EVEN CONSIDER THE HEARSAY STATEMENTS THAT THOSE

14  UNDERCOVERS MADE BASED ON THIS LAW.

15         AND FURTHER ON, YOU MAY -- EVEN WHEN YOU CAN -- IN

16  DETERMINING WHETHER CONSPIRACY EXISTED AND WHETHER THE SPEAKER

17  AND THE PERSON AGAINST WHOM THE STATEMENT IS BEING OFFERED WERE

18  MEMBERS OF THE CONSPIRACY, YOU MAY CONSIDER THE STATEMENTS.

19  BUT THERE MUST ALSO BE SOME INDEPENDENT EVIDENCE OF THOSE

20  FACTS.

21         IS THERE?

22         NO.  AND THERE SURE ISN'T EVIDENCE BEYOND A

23  REASONABLE DOUBT.  AND THAT'S THEIR BURDEN OF PROOF AGAINST

24  THIS DEFENDANT.

25         HAVE THEY CARRIED IT?  NO, THEY HAVEN'T.

1              YOU, LADIES AND GENTLEMEN OF THE JURY, NEED TO HOLD

2     THEIR FEET TO THE FIRE ON THESE THINGS.  YOU DO.

3              WE ALREADY COVERED THE STIPULATION OF FACTS.  WE'VE

4     ENTERED INTO VARIOUS STIPULATIONS DURING THE COURSE OF THIS.

5              AND ONE OF THEM WAS ON WHAT DETECTIVE CLARK DIDN'T --

6     YOU KNOW, DID AND DIDN'T DO.

7              HE WAS THE GUY THAT PUT 300 MEN TOGETHER PLUS A

8     HELICOPTER AND PROBABLY ONE OF THOSE BEARCAT RV'S THAT THEY

9     DRIVE AROUND IN, THE ARMORED ONES, TO GO TO THE HOTEL WHERE THE

10    MONGOLS WERE HAVING A PARTY THAT WEEKEND, 600.  REMEMBER?

11             HE ALMOST SEEMED GLEEFUL WHEN HE SAID THEY SURE

12    WEREN'T HAPPY TO SEE US ARRIVE.  YEAH, BECAUSE THEY MESSED UP A

13    PARTY FOR ABOUT FOUR HOURS.

14             AND GUESS WHAT?  THEY DIDN'T FIND THE GUYS WHO HAD

15    BEEN OVER AT THE GUSTINE TAVERN.  THEY WEREN'T THERE.

16             BUT THAT SURE WAS A LOT OF OVERTIME PAY.

17             THE JUDGE IS ALSO GOING TO GIVE YOU WHAT I THINK WILL

18    BE ABOUT INSTRUCTION NUMBER 10.

19             IT WILL BE -- IT WILL BE IN THAT NEIGHBORHOOD.  IT'S

20    GOT TO DO WITH THE CREDIBILITY OF WITNESSES.

21             NOW, THEY SHOWED YOU PART OF IT.  WE'LL SHOW YOU ALL

22    OF IT.

23             I WISH THERE WAS SOME WAY I COULD BLOW THIS UP SO IT

24    -- LET ME SEE HERE.

25                  (PAUSE IN PROCEEDINGS.)

1            MR. YANNY: "IN DECIDING THE FACTS IN THIS

2            CASE YOU MAY HAVE TO DECIDE WHICH TESTIMONY

3            TO BELIEVE AND WHICH TESTIMONY NOT TO BELIEVE.

4            YOU MAY BELIEVE EVERYTHING A WITNESS SAYS OR

5            PART OF IT OR NONE OF IT.

6            AND CONSIDERING THE TESTIMONY OF ANY WITNESS

7            YOU MAY TAKE INTO ACCOUNT THE OPPORTUNITY AND

8            ABILITY OF THE WITNESS TO SEE OR HEAR OR KNOW

9            THE THINGS TESTIFIED TO."

10      THE UNDERCOVERS, EVERY ONE OF THEM, TESTIFIED THEY

11  DIDN'T SEE ANY MURDERS.  THE ONLY THING THEY KNOW ARE THE DRUG

12  DEALS.  AND THAT'S BECAUSE THEY ENTRAPPED THE PEOPLE IN THEM.

13  AND WE'LL GET TO THAT IN A SECOND.

14      THE WITNESS'S MEMORY, WELL, I DON'T KNOW WHAT THEIR

15  MEMORY IS NOR DO I CARE.

16      THE WITNESS'S MANNER WHILE TESTIFYING.  THEY WERE

17  SLICK.  AND THEY ALL SAID THE SAME THING, EXACTLY THE SAME

18  THING.

19          NOW, ONE OF THE THINGS I LEARNED AS A YOUNG CHILD --

20          YOU KNOW THAT GAME WHERE YOU START A STORY ON ONE

21  SIDE OF THE ROOM AND YOU TELL IT TO THE PERSON NEXT TO YOU, AND

22  BY THE TIME IT GETS BACK TO YOU, YOU CAN'T RECOGNIZE IT.

23          EVERYBODY HAS GOT THEIR OWN POINT OF VIEW.  PEOPLE

24  MAY SEE THE SAME THING AND RECALL IT DIFFERENTLY BECAUSE OF

25  WHERE THEY'RE AT, WHAT THEY SAW, THEIR ATTENTIVENESS, WHETHER

1   THEY WERE AWAKE OR NOT AWAKE.

2          WHEN YOU GOT FOUR GUYS THAT ARE ON THE SAME SIDE THAT

3   SAY EXACTLY THE SAME THING, YOU KNOW SOMETHING IS WRONG BECAUSE

4   NO TWO PEOPLE ARE GOING TO EVER SEE THE SAME THING EXACTLY THE

5   SAME.

6          SO, USE YOUR COMMON SENSE.  YOU DON'T HAVE TO CHECK

7   YOUR COMMON SENSE AT THE FRONT DOOR WHEN YOU WALK IN.  YOU'RE

8   HERE BECAUSE OF IT.  BECAUSE THAT'S WHAT THE FOUNDING FATHERS

9   TOLD ME THEY WANTED WAS PEOPLE WITH COMMON SENSE.

10          THE WITNESS'S INTEREST IN THE OUTCOME OF THE CASE, IF

11   ANY.  WELL, ALL THOSE UNDERCOVERS ARE EITHER STILL WORKING FOR

12   THE GOVERNMENT OR DEPENDENT ON THEM FOR THEIR PENSIONS, THEIR

13   HEALTH BENEFITS -- BECAUSE REMEMBER WHAT THEY DID TO DOBBINS.

14   THEY SUED HIM -- BECAUSE HE WOULDN'T PLAY BALL WITH THEM.  HE

15   WOULDN'T GO ALONG WITH THE GOOD-OLE-BOY SYSTEM.  SO, THEY SUED

16   HIM TO TAKE HIS BOOK ROYALTIES.

17          NOW, EVERY ONE OF THEM, BY THE WAY, GOT A POTENTIAL

18   BOOK DEAL.

19          AND BY THE WAY, THE BLOODIER THE STORY -- LIKE THEY

20   SAY IN THE PUBLISHING BUSINESS, IF IT BLEEDS, IT LEADS.

21          THE MORE INTERESTING THEIR STORY, THE MORE CHANCES

22   THEY GET A BOOK DEAL.  THE JUICIER THE BOOK DEAL, THE BETTER

23   THE CHANCE ARE THEY GET A MILLION-DOLLAR MOVIE DEAL LIKE BILLY

24   QUEEN JUST GOT.  AFTER ALL OF THOSE YEARS OF BEING RETIRED AND

25   HAVING WRITTEN THAT BOOK AND STUFF, HE'S GOING TO BE ON HBO.

1    GOT A MILLION BUCKS.  AND HE'S GOING TO GET 5 PERCENT OF

2    WHATEVER IT IS -- I FORGET WHAT HE SAID.  THAT'S A HELL OF AN

3    INCENTIVE.  THAT'S A HELL OF AN INCENTIVE TO TELL A WHOPPER OF

4    A TALE.

5            LIKE JOHNNY COCHRAN USED TO SAY, PART OF WHEN THE

6    COPS GO TO -- TO SCHOOL -- AND I MEAN NO DISRESPECT TO THE COPS

7    -- BUT IT'S PART OF IT -- THEY TEACH THEM TO "TESTILIE" NOT

8    TESTIFY.  THEY SAY WHAT IS NECESSARY TO GET A CONVICTION.

9            NOW, A LOT OF THEM DON'T DO IT THAT WAY.  A LOT OF

10   THEM TELL THE TRUTH.  AND YOU SAW A FEW OF THEM IN THIS CASE.

11           AND I THOUGHT THE GOVERNMENT WAS GOING TO CRAP

12   THEMSELVES ON A COUPLE OF OCCASIONS BECAUSE ONE OF THE

13   WITNESSES ACTUALLY --

14           WHAT WAS THAT? -- THE GUY -- WHEN THEY PULLED THE GUN

15   ON THE GUY IN THE PARKING LOT, I -- I -- MR. BRUNWIN REALLY

16   DIDN'T LIKE IT WHEN THE COP VOLUNTEERED.  YEAH, HE PULLED A

17   KNIFE.  SEE THE KNIFE.

18           AND HE'S TESTIFIED THAT WATCHING THE FILM, IT WASN'T

19   UNTIL SOMEBODY PULLED A KNIFE THAT THOSE GUYS PULLED A GUN IN

20   SELF-DEFENSE.

21           DID THEY SHOOT ANYBODY?  NO.  COULD THEY HAVE?  YEAH,

22   THEY COULD HAVE.  REAL EASY.  HE WAS RIGHT IN FRONT OF HIM.

23   HELL, HE HAD IT UP TO HIS HEAD, TRYING TO SCARE HIM.  BUT THAT

24   WAS AFTER THE MAN PULLED A KNIFE -- AFTER THE MAN PULLED A

25   KNIFE.

1          AND DID HE SHOOT THE CAR?  YEAH, PRETTY STUPID.  AND

2   GUESS WHAT?  THOSE GUYS ARE OUT OF THE CLUB, TOO.  BECAUSE YOU

3   DON'T BEHAVE LIKE THAT.

4          YOU DO NOT -- THOSE GUYS, BY THE WAY, WERE CHARGED

5   FOR THAT.  EVERY BLOODY ONE OF THEM WAS CHARGED THAT

6   PARTICIPATED IN THAT THING.  AND THEY WERE PUNISHED.

7          AND GUESS WHAT ELSE?  THEY WERE PUNISHED BY THE CLUB

8   BY BEING KICKED OUT AS SOON AS WE FOUND OUT ABOUT IT.

9          NOW, THAT'S NOT APPROVING IT.  THAT'S NOT DIRECTING

10  IT.  THAT'S NOT ORDERING IT.

11         NOW, IT GOES ON TO SAY, THE WITNESS'S BIAS OR

12  PREJUDICE, IF ANY.

13         I AIN'T NEVER SEEN A COP TESTIFY FOR THE DEFENSE.

14  THEY ALWAYS TESTIFY FOR THE PROSECUTION.  THAT'S THEIR BIAS.

15         THOSE WERE THEIR BUSTS.  IF THEY DON'T SUPPORT IT,

16  THEY LOOK BAD.  THEY GET CREDIT AND BONUSES AND AWARDS FOR THE

17  NUMBER OF CONVICTIONS THEY GET.

18         REMEMBER THE STASH HOUSE CASES?  THEY HAD TO DO THOSE

19  BECAUSE THEIR STATS WERE DOWN.  THEY HAD TO CONFISCATE MORE

20  GUNS.  THAT'S THE WAY IT WORKS.

21         WHETHER OTHER EVIDENCE CONTRADICTED THE WITNESS'S

22  TESTIMONY SURE HAS HAPPENED IN THIS CASE.  THINK ABOUT -- I'M

23  SURE NOT GOING TO SAY TOMMY MALDONADO AGAIN.

24         MR. MALDONADO, REMEMBER MR. MALDONADO.  OUTSIDE --

25  OUTSIDE OF THAT STRIP JOINT.  WHAT WAS IT CALLED? --

1          (COUNSEL CONFERRING.)

2          MR. YANNY:  OH, NICOLA'S -- NICOLA'S, THE DANCE CLUB.

3    HE TOLD YOU THE TRUTH, AL CAVAZOS.  AND HE TOLD YOU WHO ELSE

4    WAS THERE.

5          THIS MAN RIGHT HERE, JOHN CICCONE.  AND HE WASN'T ANY

6    FURTHER AWAY FROM THE INCIDENT THAN I AM TO THAT WITNESS STAND.

7    IF THAT'S 20, 22 FEET MAYBE.

8          DID THEY DO ANYTHING TO STOP IT?  THE FIGHT WENT ON

9    FIVE TO SEVEN MINUTES.  DID THEY SAY POLICE.  BREAK IT UP WHEN

10   THEY SAW THE KNIVES.  NO.  THEY LET IT GO ON.

11         WHY?  BECAUSE IF THERE'S BLOOD ON THE STREET, THEIR

12   BUDGET GOES UP.  IF THERE'S BLOOD ON THE STREET, THEIR BOOK

13   DEAL IS WORTH MORE.  IF THERE IS BLOOD ON THE STREET, THEY GOT

14   A SHOT AT A MOVIE DEAL.  JUST ANOTHER CHAPTER TO IT.

15         AND, BY THE WAY, WHY DIDN'T THEY PUT HIM ON.  HE WAS

16   THERE.  HE WAS THE BEST WITNESS THEY HAD.  JOHN CICCONE.  WHERE

17   WAS HE?  AWOL.

18         WHERE WAS OFFICER CERVANTES WHO WAS ALSO THERE?  BEST

19   EVIDENCE THEY COULD HAVE PUT ON.  NO.  WHAT DID THEY RELY UPON.

20   THEY RELIED UPON A GUY WHO HAD AN IMMUNITY DEAL AND WHO ONLY

21   KEPT THAT IMMUNITY DEAL IN HIS NEW JOB AT HOMELAND SECURITY.  I

22   BELIEVE THAT'S HIS -- YEAH, IT'S HOMELAND SECURITY.

23         HERE'S A GUY WHO HAS ADMITTED TO COMMITTING WAS A

24   FELONY.  AND WHAT DO THEY DO?  THEY ARRANGE A JOB FOR HIM AT

25   HOMELAND SECURITY.  THEY KEPT HIM OUT JAIL.  AND HE KEEPS THAT

1   JOB AS LONG AS HE TESTIFIES THE WAY THEY WANT HIM TO.

2           THE MOMENT HE DOESN'T -- IF YOU LOOK AT HIS DEAL,

3   THEY CAN PULL IT.  THEY CAN CHARGE HIM WITH PERJURY.  THEY CAN

4   YANK HIS DEAL FOR FAILURE TO COOPERATE.  THEY CAN MAKE HIS LIFE

5   A SHEER HELL JUST LIKE THEY CAN EVERY OTHER MAN WHO ENTERED A

6   PLEA DEAL WITH THEM.  AND THAT'S WHY THEY DO IT THE SAME WAY.

7           ASK DONALD TRUMP.  BECAUSE HE'S FACING THE SAME THING

8   RIGHT NOW WITH GUYS ENTERING PLEA DEALS.  IT'S TIME TO SEND A

9   MESSAGE TO ALL THOSE PEOPLE WHO PLAY THOSE GAMES.  NOT ANY

10  MORE.  NOT ANY MORE.

11          THEY HAD THE TWO BEST WITNESSES IN THE WORLD, TWO

12  PEACE OFFICERS -- SWORN TO UPHOLD THE CONSTITUTION, SWORN TO

13  TELL THE TRUTH.  WHERE WERE THEY?  NOWHERE TO BE FOUND DURING

14  THE TESTIMONY.

15          BUT AL CAVAZOS HAD THE COURAGE DESPITE A PLEA DEAL --

16  WHICH THEY COULD YANK POTENTIALLY IF THEY DON'T LIKE WHAT HE

17  SAID -- HE HAD THE CHUTZPAH TO GET UP ON THE STAND AND TELL THE

18  TRUTH DESPITE THAT FACT.  NOW, THAT'S COURAGE.  THAT'S COURAGE.

19          WAS HE PERFECT?  NO.  I MEAN, HE STUTTERS AND

20  EVERYTHING ELSE.  BUT YOU KNOW SOMETHING, HE HAD THE GUTS TO

21  TELL THE TRUTH.  HE HAD THE GUTS TO TELL THE TRUTH.

22          WHAT DID AL TELL YOU ABOUT HIS PLEA DEAL?  HE ENTERED

23  IT BECAUSE INSTEAD OF GETTING 20 YEARS HE GOT FIVE MONTHS.

24  FIVE MONTHS.  AND GUESS WHAT?  HE GOT HIS MOTORCYCLE BACK, TOO.

25  THAT'S THE DEAL.

1   YOU KNOW, BOB BARKER, COME ON DOWN.  LET'S MAKE A

2 DEAL.  THAT'S WHAT IT IS.  AND THAT'S NOT WHAT IT OUGHT TO BE.

3   THE REASONABLENESS OF THE WITNESS'S TESTIMONY IN

4 LIGHT OF ALL THE EVIDENCE, I THINK AL CAVAZOS'S TESTIMONY WAS

5 PRETTY REASONABLE.  I THINK AL CAVAZOS'S TESTIMONY WAS PRETTY

6 REASONABLE UNDER ALL THE CIRCUMSTANCES.

7   HE HAD THE GUTS TO GET UP DESPITE ADVERSE POTENTIAL

8 CONSEQUENCES FROM IT AND TELL THE TRUTH.  THE TWO PEACE

9 OFFICERS DIDN'T EVEN GET ON THE STAND BECAUSE THEY DIDN'T

10 EITHER WANT TO LIE OR THEY DIDN'T WANT TO HURT THE GOVERNMENT'S

11 CASE.  ONE OR THE OTHER.

12   WHATEVER REASON IT WAS, THE GOVERNMENT DID NOT PUT

13 FORTH ITS BEST EVIDENCE ON THAT INCIDENT.  AND THAT ALONE OUGHT

14 TO RAISE AN ADVERSE INFERENCE IN YOUR MINDS THAT HAD THEY

15 PRESENTED IT IT WOULD HAVE BEEN ADVERSE TO THE GOVERNMENT'S

16 CAUSE.  AND IN A CASE WHERE THEY NEED TO PROVE EACH ONE OF

17 THESE INCIDENTS BEYOND A REASONABLE DOUBT, THAT'S MORE THAN

18 ENOUGH TO DEFEAT IT.  MORE THAN ENOUGH.

19   AS I WAS SAYING HERE, SOMETIMES A WITNESS MAY SAY

20 SOMETHING THAT IS NOT CONSISTENT WITH SOMETHING ELSE HE OR SHE

21 SAID.  SOMETIMES DIFFERENT WITNESSES WILL GIVE DIFFERENT

22 VERSIONS OF WHAT HAPPENED.  PEOPLE OFTEN FORGET THINGS OR MAKE

23 MISTAKES IN WHAT THEY REMEMBER.  ALSO, TWO PEOPLE MAY SEE THE

24 SAME EVENT BUT REMEMBER IT DIFFERENTLY.

25   YOU MAY CONSIDER THESE DIFFERENCES.  BUT DO NOT

1  DECIDE THAT TESTIMONY IS UNTRUE JUST BECAUSE IT DIFFERS FROM

2  OTHER TESTIMONY.

3         I WAS THERE.  I WAS THERE.  AND HE'S THE ONLY ONE

4  THAT DIDN'T CARE IF HE WAS BEHOLDEN TO THE GOVERNMENT WITH SOME

5  KIND OF PLEA DEAL OR IMMUNITY DEAL.

6         AND HE SURE DIDN'T GET A JOB WITH HOMELAND SECURITY

7  LIKE THE OTHER GUY DID.  BUT I KNOW HE'S RESENTFUL BECAUSE HE

8  DIDN'T.

9         ENTRAPMENT:  YOU CAN'T BE ENTRAPPED INTO HOMICIDE OR

10  ATTEMPTED HOMICIDE.  I'M NOT GOING TO TELL YOU THAT ONE WAY.

11  I'M NOT GOING TO TRY TO MISLEAD YOU IN THAT FASHION.

12         HOWEVER, ON THE DRUG TRANSACTIONS YOU CAN BE

13  ENTRAPPED.

14         AND ON THIS ISSUE THE GOVERNMENT HAS THE BURDEN OF

15  PROOF TO SHOW BEYOND A REASONABLE DOUBT THAT THE FOLKS INVOLVED

16  IN THE DRUG TRANSACTIONS WERE NOT ENTRAPPED.

17         THAT'S GOING TO BE WHAT YOU GET TOLD.  THAT'S GOING

18  TO BE SOMEWHERE AROUND 48 I DO BELIEVE.

19         I WAS GOING TO SAY THE DEFENDANT CONTENDS THAT IT WAS

20  ENTRAPPED BY A GOVERNMENT AGENT.

21         THE GOVERNMENT HAS THE BURDEN OF PROVING BEYOND A

22  REASONABLE DOUBT THAT THE DEFENDANT WAS NOT ENTRAPPED.

23         THE GOVERNMENT MUST PROVE EITHER THE DEFENDANT WAS

24  PREDISPOSED TO COMMIT THE CRIME BEFORE BEING CONTACTED BY

25  GOVERNMENT AGENTS, OR THAT THE DEFENDANT WAS NOT INDUCED BY THE

1    GOVERNMENT AGENTS TO COMMIT THE CRIME.

2              NOW, LET'S THINK ABOUT THAT FOR A SECOND.  THAT'S

3    REALLY ONLY GOOD ON THE DRUG TRANSACTIONS.  OKAY.

4              NOW, BY THE WAY, ON ALL OF THOSE DRUG TRANSACTIONS

5    THAT ARE IN THIS QUESTIONNAIRE, THE VERDICT FORM, EVERY ONE OF

6    THOSE DRUG TRANSACTIONS WENT DOWN.  AND GUESS WHAT?  EVERYBODY

7    GOT BUSTED FOR THEM.

8              AND GUESS WHAT?  THE MONGOLS DIDN'T HELP THEM WITH

9    THEIR LEGAL FEES BECAUSE THEY DON'T DO THAT.  YOU GET BUSTED

10   FOR DEALING DRUGS, YOU'RE ON YOUR OWN.  BECAUSE IT IS FROWNED

11   ON.  YOU'RE NOT SUPPOSED TO DO IT.  THEY'VE GOT A POLICY OF

12   ZERO TOLERANCE TO SUBSTANCE ABUSE.  AND IT'S A CRIMINAL

13   ACTIVITY.

14             DO THEY ALWAYS DO IT PERFECTLY?  NO, THEY DON'T.  BUT

15   GUESS WHAT?  EVERY ONE OF THOSE MEN GOT NAILED.  EVERY ONE OF

16   THOSE MEN WERE CONVICTED.

17             AND NOW WHAT THEY WANT YOU TO DO IS APPLY THE CONCEPT

18   OF COLLECTIVE GUILT TO PUNISH THE OTHER THOUSAND MEN WHO ARE IN

19   THIS CLUB WHO HAD NOTHING TO DO WITH THOSE DRUG TRANSACTIONS.

20             LET ME GO TO SOMETHING I THINK IS RATHER SIGNIFICANT

21   AS WELL.  AND WE'LL REPEAT IT WITH RICO.  BUT IT'S GENERALLY

22   CONSPIRACY THEORY --

23             (PAUSE IN PROCEEDINGS.)

24             MR. YANNY:  OH, LET'S -- LET'S FINISH UP WITH IT.

25             WHETHER THE DEFENDANT --

1    WHEN A PERSON INDEPENDENT OF AND BEFORE GOVERNMENT

2    CONTACT IS PREDISPOSED TO COMMIT THE CRIME, IT IS NOT

3    ENTRAPMENT IF GOVERNMENT AGENTS MERELY PROVIDE AN OPPORTUNITY

4    TO COMMIT THE CRIME.

5    GUESS WHAT?  THEY DIDN'T PUT ANY EVIDENCE IN TO PROVE

6    THAT ANY OF THE PEOPLE ON THE DRUG TRANSACTIONS HAD A

7    PREDISPOSITION TO DEAL DRUGS.  NOT ONE SHRED OF ADMISSIBLE

8    EVIDENCE OR EVIDENCE YOU SHOULD CONSIDER.  THERE'S ALL THE

9    DRUGS THEY GOT.  RIGHT THERE ON THAT TABLE.

10   MY WIFE CARRIES MORE THAN THAT HOME FROM THE GROCERY

11   STORE AFTER HER WALK EVERY DAY.

12   (PAUSE IN PROCEEDINGS.)

13   MR. YANNY:  THEY'VE GOT HEARSAY STATEMENTS HERE,

14   THERE, AND EVERY PLACE.  BUT YOU CAN'T CONSIDER THOSE HEARSAY

15   STATEMENTS FOR THE REASONS I ALREADY WENT THROUGH BEFORE.

16   THEY WEREN'T SAID IN THE FURTHERANCE OF A CONSPIRACY

17   BY SOMEONE WHO WAS PART OF THE CONSPIRACY.

18   THEY WERE TOLD THESE THINGS SUPPOSEDLY BY

19   CONFIDENTIAL INFORMANTS THAT THEY DID NOT DISCLOSE TO US.

20   WE STILL TODAY -- EVEN THOUGH I ASKED WHO THE

21   CONFIDENTIAL INFORMANTS ARE -- STILL DON'T KNOW.

22   THEY DIDN'T CALL THEM TO THE STAND.  AND I COULDN'T

23   BECAUSE THEY DIDN'T GIVE ME THE NAMES.

24   IN DETERMINING WHETHER DEFENDANT WAS PREDISPOSED TO

25   COMMIT THE CRIME BEFORE BEING APPROACHED BY GOVERNMENT AGENTS,

1    YOU MAY CONSIDER THE FOLLOWING -- WHETHER THE DEFENDANT

2    DEMONSTRATED RELUCTANCE TO COMMIT THE OFFENSE, THE DEFENDANT'S

3    CHARACTER AND REPUTATION, WHETHER THE GOVERNMENT AGENTS

4    INITIALLY SUGGESTED THE CRIMINAL ACTIVITY.

5              WELL, THAT'S A DEFINITE.  EVERY ONE OF THOSE

6    SITUATIONS ON THOSE DRUG TRANSACTIONS RESULTED FROM A

7    GOVERNMENT AGENT OR A CONFIDENTIAL INFORMANT -- T.J.

8    APPROACHING THE PERSON WHO SOLD THE DRUGS.  EVERY ONE OF THEM.

9              LOZANO, WHEN HE DELIVERED THE METHAMPHETAMINE, HE WAS

10   TOLD BY AGENT CARR -- CARR ADMITTED IT -- TO PICK IT UP FROM

11   ONE OF THE OTHER BROTHERS WHO WAS A CONFIDENTIAL INFORMANT.

12   AND HE DID NOT IDENTIFY AND BRING IT TO HIM THAT DAY.

13             WHETHER THE DEFENDANT ENGAGED IN THE CRIMINAL

14   ACTIVITY FOR PROFIT AND THE NATURE OF THE GOVERNMENT'S

15   INDUCEMENT OR PERSUASION.

16             LISTEN, WHETHER THOSE INDIVIDUAL MEN DID IT OR NOT IS

17   IRRELEVANT.  THE FACT OF THE MATTER IS THIS DEFENDANT HAD

18   NOTHING TO DO WITH IT.  THIS DEFENDANT HAD NOTHING TO DO WITH

19   IT.

20             BECAUSE WHEN YOU'VE GOT A CONSPIRACY -- HERE'S ONE OF

21   THE IMPORTANT THINGS ABOUT IT -- THE JUDGE WILL INSTRUCT YOU.

22             "ONE BECOMES A MEMBER OF A CONSPIRACY -- ONE BECOMES

23              A MEMBER OF A CONSPIRACY BY WILLFULLY PARTICIPATING

24              IN THE UNLAWFUL PLAN WITH THE INTENT TO ADVANCE OR

25              FURTHER SOME OBJECT OR PURPOSE OF THE CONSPIRACY

1    EVEN THOUGH THE PERSON DOES NOT HAVE FULL KNOWLEDGE

2    OF ALL THE DETAILS OF THE CONSPIRACY.

3    "FURTHERMORE, ONE WHO WILLFULLY JOINS AN EXISTING

4    CONSPIRACY IS RESPONSIBLE FOR ALL" -- FOR IT --

5    "IS RESPONSIBLE FOR IT AS THE ORIGINATORS."

6    NOW, HERE'S THE KICKER.

7    "ON THE OTHER HAND, ONE WHO HAS NO KNOWLEDGE OF A

8    CONSPIRACY BUT HAPPENS TO ACT IN A WAY WHICH

9    FURTHERS SOME OBJECT OF THE CONSPIRACY DOES NOT

10    THEREBY BECOME A CONSPIRATOR."

11    NOW, MOST SIGNIFICANT IS THE NEXT PART.

12    "SIMILARLY, A PERSON DOES NOT BECOME A CONSPIRATOR

13    MERELY BY ASSOCIATING WITH ONE OR MORE PERSONS

14    WHO ARE CONSPIRATORS, NOR MERELY BY KNOWING THAT

15    A CONSPIRACY EXISTS."

16    THAT'S THE LAW.  THAT'S THE LAW.

17    EVEN IF THE MONGOLS KNEW THAT THESE GUYS WERE

18    SLINGING DOPE, AS THEY SAY IN THE VERNACULAR, IT DOESN'T MAKE

19    THEM GUILTY FOR THE SLINGING.  OKAY.  IT DOESN'T MAKE THEM

20    GUILTY FOR IT.

21    AND MERELY ASSOCIATING WITH PEOPLE WHO ARE OUT

22    DEALING DOPE DOESN'T MAKE THIS DEFENDANT, THE MONGOL NATION,

23    GUILTY OF IT.

24    IF THEY TURN A BLIND EYE, THAT'S FINE.  BECAUSE

25    THAT'S THE LAW.  AND IT'S OKAY.

1        THAT'S TRUE WITH ANY CONSPIRACY.  ANY AND ALL

2   CONSPIRACY.  EVERY CONSPIRACY YOU CAN POSSIBLY IMAGINE THAT'S

3   TRUE OF.

4        EVEN IF THE MONGOLS KNEW THESE GUYS WERE DOING

5   SOMETHING -- IF THEY KNEW THE -- THE MONGOLS KNEW THEY WERE

6   CONSPIRING TO GO COMMIT A MURDER, IT DOESN'T MATTER.  IT

7   DOESN'T MATTER.  AND THAT'S THE LAW.  THEY JUST CANNOT JOIN

8   INTO IT.  THEY CANNOT ORDER THAT IT BE DONE.

9        IF THEY TURNED A BLIND EYE, THAT'S OKAY.  THAT'S THE

10  LAW.  LIKE IT OR NOT, THAT'S WHAT IT IS.

11       AND YOU MUST APPLY IT.

12       (PAUSE IN PROCEEDINGS.)

13       MR. YANNY:  AND IT'S TRUE FOR RICO CONSPIRACY AS

14  WELL.  THOSE SAME LIMITATIONS ARE IN THERE FOR A RICO

15  CONSPIRACY.

16       NOW, I'M GOING TO SAVE TOMORROW -- FOR TOMORROW ALL

17  OF THE NICE THINGS ABOUT RICO.  BECAUSE THERE IS NO

18  DISTINCTIVENESS BETWEEN THE RICO PERSON AND THE RICO ENTERPRISE

19  IN THIS CASE.  NONE.

20       AND WHEN I SHOW THAT TO YOU -- I DON'T HAVE TIME

21  TODAY BECAUSE IT'S ALMOST 5:00.  AND I KNOW THE JUDGE HAS GOT A

22  5:00 CALENDAR.

23       THAT JUST MEANS THAT CRIMES WERE COMMITTED BY

24  INDIVIDUALS WHO HAVE ALREADY BEEN PUNISHED OR WHO ABOUT TO BE

25  PUNISHED OR GIVEN A TRIAL OR ACQUITTED.  BUT IT DOESN'T MEAN --

1    IT DOESN'T MEAN THERE'S A RICO VIOLATION.

2              YOU KNOW, THERE'S A LOT OF CRIMES OUT THERE THAT ARE

3    NOT RICO.  NOT EVERY CRIME IS A RICO VIOLATION.

4              AND WHEN I'M DONE SHOWING YOU THAT THERE IS NO

5    DISTINCTIVENESS, THAT THERE'S ONLY ONE ENTITY, THE MONGOLS

6    NATION MOTORCYCLE CLUB, WITH FULL-PATCH MEMBERS, PROBATIONARY

7    MEMBERS, PROSPECTIVE MEMBERS, HANG-AROUNDS AND ASSOCIATES, IT'S

8    ALL ONE ENTITY WITH ITS -- WITH THEIR OWN PECKING ORDER, THEIR

9    OWN RIGHTS, THEIR OWN RULES, THEIR OWN FREEDOMS, AND THEIR OWN

10   RESPONSIBILITIES -- JUST LIKE ANY OTHER ENTITY.

11             I DON'T CARE IF IT'S NISSAN MOTORS.  YOU'VE GOT A

12   PARENT COMPANY IN JAPAN WITH EMPLOYEES.  GOT A U.S. SUBSIDIARY.

13   GOT MULTIPLE U.S. SUBSIDIARIES.  GOT VARIOUS DEALERSHIPS.

14   THEY'VE ALL GOT EMPLOYEES.  THAT'S ONE ENTITY.  THAT'S ONE

15   ENTITY.

16             AND UNLESS THEY JOIN IN WITH SOME OTHER ENTITY LIKE

17   GENERAL MOTORS TO AGREE TO DO SOMETHING ILLEGAL, THERE'S NO

18   RICO VIOLATION.  THERE MAY BE SOME OTHER LAW BROKE.  BUT RICO

19   IS NOT BROKE.

20             AN ENTITY MANAGING ITS OWN AFFAIRS CANNOT BE A

21   VIOLATION OF RICO EVEN IF IT'S GOT A HUNDRED THOUSAND PEOPLE.

22             YOUR HONOR, THIS MIGHT BE A GOOD PLACE TO BREAK.

23             THE COURT:  OKAY.  IF THIS A CONVENIENT TIME.

24             WE'LL RESUME AT 8:00 TOMORROW MORNING.  OKAY.

25             DON'T DISCUSS THIS MATTER AMONGST YOURSELVES NOR FORM

1    OR EXPRESS ANY OPINION CONCERNING THE CASE.

2              AND, BY THE WAY, WITH THE ALTERNATE, HE'S FINE.  I

3    KNOW ALL OF YOU WERE CONCERNED.  JUST A MIX-UP ON HIS PART.

4    HE'S JUST FINE.  SO, WE'VE GIVEN HIM THE BEST WISHES OF THE

5    ALTERNATES AND THE JURY.

6              SO, GO WITH A GOOD HEART.

7              WE WERE WORRIED, ALSO.  SO, WE SENT SOME FOLKS TO TRY

8    TO FIND HIM.

9              (THE COURT AND CLERK CONFERRING.)

10             THE COURT:  OKAY.  DEB JUST TOLD ME THAT ONE OF YOU

11   CAN'T BE IN UNTIL 8:15 BECAUSE YOU NEED TO TAKE A CHILD TO

12   SCHOOL.  ABSOLUTELY.

13             SO, WE'LL SEE YOU AT 8:15.  OKAY.

14             OKAY.  GOOD NIGHT NOW.  DRIVE CAREFULLY.

15             (OUTSIDE THE PRESENCE OF THE JURY.)

16             THE COURT:  OKAY.  THEN, COUNSEL, INSTEAD OF

17   BELABORING TONIGHT, GO HOME.  GO HOME AND GET SOME REST.

18             SEE YOU FIRST THING -- 8:15 TOMORROW MORNING.  OKAY.

19             MR. YANNY:  SIR, YES, SIR.

20             THE COURT:  BUT WE WILL BE READY TO GO AT 8:15.

21             ALL RIGHT.

22             THANK YOU VERY MUCH.

23             GOOD NIGHT NOW.

24             (PROCEEDINGS ADJOURNED AT 4:58 P.M)

25

98

1

2

3                              C E R T I F I C A T E

4

5

6          I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT
    FROM THE ELECTRONIC SOUND RECORDING OF THE PROCEEDINGS IN THE
7    ABOVE-ENTITLED MATTER.

8

9    /S/ DOROTHY BABYKIN                          10/8/19
    _____          _____
10   FEDERALLY CERTIFIED TRANSCRIBER              DATED
    DOROTHY BABYKIN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25