1                  **UNITED STATES DISTRICT COURT**

2                  **CENTRAL DISTRICT OF CALIFORNIA**

3            **HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

4                    - - - - - - -

5    UNITED STATES OF AMERICA,          )
                                        )        **CERTIFIED**
6             Plaintiff,                )
                                        )
7         vs.                           ) No. 2:13-CR-0106-DOC-1
                                        )    Day 14, Volume I
8    MONGOL NATION, *an unincorporated* )
     *association,*                     )
9                                       )
              Defendant.                )
10   _____)

11

12

13

14            REPORTER'S TRANSCRIPT OF PROCEEDINGS

15                     Jury Trial

16               Santa Ana, California

17            Wednesday, November 28, 2018

18

19

20

21   Debbie Gale, CSR 9472, RPR, CCRR
     Federal Official Court Reporter
22   United States District Court
     411 West 4th Street, Room 1-053
23   Santa Ana, California 92701
     (714) 558-8141

24

25

1    **APPEARANCES OF COUNSEL:**

2

     FOR THE UNITED STATES OF AMERICA:
3
           DEPARTMENT OF JUSTICE
4          OFFICE OF THE UNITED STATES ATTORNEY
           BY:  Christopher M. Brunwin
5              Assistant United States Attorney
           312 North Spring Street
6          15th Floor
           Los Angeles, California 90012
7          213-894-2434
           USACAC.Criminal@usdoj.gov
8
           DEPARTMENT OF JUSTICE
9          OFFICE OF THE UNITED STATES ATTORNEY
           BY:  Steven R. Welk
10             Assistant United States Attorney
           312 North Spring Street
11         14th Floor
           Los Angeles, California 90012
12         213-894-3713
           steven.welk@usdoj.gov
13

14

15

16   ALSO PRESENT WITH ASSISTANT U.S. ATTORNEYS:

17   John Ciccone, ATF Special Agent
     Tina Keleshyan, DOJ law clerk
18   Krystie Sor, paralegal

19

20

21

22

23

24

25

1    FOR DEFENDANT MONGOL NATION:

2        Joseph A. Yanny *(retained)*
         LAW OFFICES OF YANNY AND SMITH
3        1801 Century Park East
         Suite 2400
4        Los Angeles, California 90067
         310-551-2966
5        joeyanny@gmail.com

6        Stephen P. Stubbs *(pro hac vice)*
         Attorney at Law
7        626 South Third Street
         Las Vegas, Nevada 89101
8        702-759-3224
         stephen@stephenpstubbs.com

9
     ALSO PRESENT WITH DEFENSE:
10
     David Santillan, Mongol Nation representative
11   Andrea Ales, assistant
     Drew Viney, paralegal
12   Charles Cardinal, assistant

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          **I N D E X**

2    **PROCEEDINGS**                                **PAGE**

3    Jury Trial - Day 14, Volume I

4    JANOS, James G. aka Jesse Ventura (called)          12

5

6                           **WITNESSES**

7    **WITNESSES                   DIRECT  CROSS  REDIRECT  RECROSS**

8

9    JANOS, James G. (Jesse Ventura)

10   By Mr. Yanny                 12

11   By Mr. Welk                          60

12

13                           **EXHIBITS**

14   **EXHIBIT NO./DESCRIPTION        IDENTIFICATION     IN EVIDENCE**

15     18      Mongol Fight Song lyrics                    58

16

17

18

19

20

21

22

23

24

25

SANTA ANA, CALIFORNIA, WEDNESDAY, NOVEMBER 28, 2018

Day 14, Volume I

(8:14 a.m.)

08:14 | THE COURT:  All right.  We're back in session. The jury's present.  Hope you had a good Thanksgiving. Alternates are present.  All counsel are present, the witness, and the parties.

08:15 | Counsel, if you would put your witness back on the stand.

08:15 | MR. YANNY:  I didn't hear what you said, sir.

08:15 | THE COURT:  Dr. Richy Rich was testifying.

08:15 | MR. YANNY:  He was.  And I cannot get ahold of him.

08:15 | THE COURT:  I explicitly ordered him back at 7:30; is that correct?

08:15 | MR. WELK:  Yes, Your Honor.

08:15 | THE COURT:  Where is he?

08:15 | MR. YANNY:  I have no idea, Your Honor.  I can't get ahold of him.

08:15 | THE COURT:  Well, it looks like we're just staring at the door, ladies and gentlemen.  We're waiting for Dr. Richy Rich.

08:15 | MR. YANNY:  Mr. Santillan received a message. He's on his way.

08:16 | THE COURT:  Why don't you get the message back to

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | him.  Ask him how long.                                      |
| 08:17 | 2  | MR. YANNY:  I'm waiting back for a reply.                    |
| 08:17 | 3  | Could we be heard at sidebar on another matter?              |
| 08:17 | 4  | THE COURT:  No.                                              |
| 08:17 | 5  | MR. YANNY:  Another matter?                                  |
| 08:17 | 6  | THE COURT:  No.                                              |
| 08:18 | 7  | MR. YANNY:  He's probably an hour away.                      |

08:18   8       THE COURT:  *(To the jury:)* There's another witness

9    who we don't wanna inconvenience today, and I wanna make

10   certain that that witness testifies, but it's for both sides

11   that they have continuity.  When a person is taken on direct

12   examination, the other side should have the opportunity of

13   cross-examination.  And we've tried to pay the equal

14   courtesy to both sides.

08:18   15       This witness's lateness is not to have any

16   reflexion on the credibility or non-credibility of his

17   testimony.

08:18   18       So let me discuss this with counsel outside your

19   presence for just a moment.  And remember, there could be a

20   very good reason, so it's not important concerning what the

21   person's saying on the witness stand.  And I want to

22   apologize for the inconvenience.

08:19   23       This is the Court and counsel -- both sides

24   responsibility.  And I'll resolve that outside your presence

25   in just a moment.

08:19  1             Why don't you go back, have a Diet Coke, cup'a

2      coffee, and we'll be right with you.

08:19  3             *(Jury recesses at 8:19 a.m.)*

08:19  4             *(Outside the presence of the jury.)*

08:19  5             THE COURT:  Well, Counsel, we're still on the

6      record.  Have a seat.

08:19  7             The jury's no longer present.

08:19  8             Mr. Yanny?

08:19  9             MR. YANNY:  Sir?

08:19  10            THE COURT:  Now you have my attention.

08:19  11            MR. YANNY:  Yes, sir.

08:20  12            First of all, I wanted to bring to your attention

13     as per our agreement that because Mr. Ventura's here, there

14     are some additional members'a the Mongols here.  I believe

15     four.

08:20  16            THE COURT:  All right.

08:20  17            MR. YANNY:  Five.

08:20  18            THE COURT:  All right.

08:20  19            MR. YANNY:  One, two.  I thought we had worked out

20     at the end of our last session that I may need to take

21     Mr. Ventura out of order.

08:20  22            THE COURT:  No, no.  That's exactly what -- you

23     did not.  You informed me he would be here today, and I said

24     I would make certain he got on the stand as a courtesy.  But

25     I also told you that we would be finishing this witness and

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | he was ordered back at 7:30 this morning.                    |
| 08:20 | 2  | MR. YANNY:  That I don't remember, sir.                      |
| 08:20 | 3  | THE COURT:  Well then, let's pretend that I didn't           |
|       | 4  | say that.  What time do we start?  What time do I start my   |
|       | 5  | court, Counsel?                                              |
| 08:20 | 6  | MR. YANNY:  You start your court at 8:00 o'clock,            |
|       | 7  | sir.                                                         |
| 08:20 | 8  | THE COURT:  Yeah.  And that's a half hour late as           |
|       | 9  | far as I'm concerned.  So why would he have the expectation  |
|       | 10 | that he wouldn't be here at 8:00 o'clock?                    |
| 08:21 | 11 | Did you explicitly tell him not to be here?                  |
| 08:21 | 12 | MR. YANNY:  I did not tell him not to be here.               |
| 08:21 | 13 | THE COURT:  So he's operating on his time?                   |
| 08:21 | 14 | MR. YANNY:  No, sir.  I had told him that I                  |
|       | 15 | thought we could reach -- that I was going to be taking      |
|       | 16 | Jesse Ventura out of order.                                  |
| 08:21 | 17 | THE COURT:  We're going to get Mr. Ventura on and           |
|       | 18 | off the stand today, period.  I represented that.  But I'm   |
|       | 19 | not going to disturb the continuity of one witness over a    |
|       | 20 | time schedule for somebody who apparently thinks he's        |
|       | 21 | operating on his own time schedule and not the Court's.      |
| 08:21 | 22 | Now I wouldn't excuse law enforcement for that.             |
|       | 23 | Why would I excuse you for that?                             |
| 08:21 | 24 | MR. YANNY:  I don't know, sir.  I thought perhaps           |
|       | 25 | we had -- were able to reach an accommodation.               |

08:21 1    THE COURT:  Did you reach that accommodation?

08:21 2    MR. YANNY:  I had thought so.

08:21 3    THE COURT:  No.  Just a moment.

08:21 4    In what conversation did you reach that and inform

5 the Court?  Because if you're courteous to me, I'll be

6 courteous back to you.  But you never reached an

7 accommodation.  My only expectation was that this gentleman,

8 Dr. Richy Rich, would be testifying almost immediately with

9 cross-examination.  And I had thought that you were

10 basically done with your direct examination, and

11 cross-examination was to flow immediately afterwards.  And I

12 would pay that same courtesy to any witness.

08:22 13    So what you thought was something that you hoped

14 would happen -- but you didn't reach an agreement with the

15 other counsel, and you never informed me.

08:22 16    Now, I finally let you go at what time Friday

17 night?  8:30?  9:00 o'clock Friday night?

08:22 18    MR. YANNY:  I don't recall, sir.

08:22 19    THE COURT:  Yeah.  8:30 or 9:00 o'clock.  I was

20 being kind.  It was Thanksgiving week.

08:22 21    MR. YANNY:  Yes, sir.

08:22 22    THE COURT:  Nobody ever informed me either on the

23 record or informally -- after I let my staff go, and spent

24 the time with you two on the jury instructions -- about any

25 concern about this witness being back and being on time.  My

|      |    |                                                              |
|------|----|--------------------------------------------------------------|
|      | 1  | expectation always was, as with every other witness, that    |
|      | 2  | cross always follows direct.                                 |
| 08:23 | 3  | MR. YANNY:  What's the name?                                  |
| 08:23 | 4  | THE COURT:  And he was actually told to be back.             |
|      | 5  | And if you need me to get that record, I'll be happy to get   |
|      | 6  | that record.                                                 |
| 08:23 | 7  | MR. YANNY:  My apologies, Your Honor.                         |
| 08:23 | 8  | THE COURT:  Then get him here.                                |
| 08:23 | 9  | MR. YANNY:  He's on the way, sir.                             |
| 08:23 | 10 | But if we could -- you know, I -- I accommodated             |
|      | 11 | the government when one of their witnesses was not even      |
|      | 12 | available.  They put a witness on the stand with my          |
|      | 13 | stipulation that wasn't even on their witness list.  I       |
|      | 14 | believe it was Officer Monica Cuellar.  I thought we would   |
|      | 15 | extend courtesies going back and forth.                      |
| 08:23 | 16 | THE COURT:  Well, step over.  Because you can play           |
|      | 17 | games with them also.  Have another conversation.            |
| 08:23 | 18 | In other words, if you reach a stipulation, I'm              |
|      | 19 | all ears.  And you can call a number of government witnesses  |
|      | 20 | back, quite frankly.  I mean, you can harass the heck out of  |
|      | 21 | 'em, if you want to.  So have a conversation.                |
| 08:23 | 22 | Also, this witness isn't going to be on very long.           |
| 08:23 | 23 | MR. YANNY:  No.                                               |
| 08:23 | 24 | THE COURT:  I feel a "404" coming up very quickly.           |
|      | 25 | Lemme tell both of you:  Dr. Richy Rich is almost done.      |

08:23  1           MR. YANNY:  Yes, sir.

08:23  2           THE COURT:  All right.  So you have a quick

3    conversation.  Save yourselves before the Court has to.

08:23  4           MR. YANNY:  The government is willing to

5    stipulate.

08:24  6           THE COURT:  I thought so.  That's an excellent

7    decision.  Good.

08:24  8           All right.  Let's get the jury back in here and

9    get back to work, then.

08:25  10         *(In the presence of the jury.)*

08:26  11          THE COURT:  Well, first of all, the jury's back,

12   alternates are back, all parties.  Counsel are back.  If you

13   would be seated.  Thank you for your courtesy.

08:26  14          *(To the jury:)* Once again, any delay is completely

15   the Court's responsibility.  It's my fault.  Starts at the

16   top.  Therefore, apparently, I wasn't clear, so counsel've

17   graciously agreed to call a witness that would normally be

18   called after Dr. Richy Rich so we had continuity, out of

19   order.  So I wanna thank both counsel for reaching an

20   accommodation.

08:26  21          Counsel, your next witness, please.

08:26  22          MR. YANNY:  Thank you, Your Honor.

08:26  23          With the stipulation of the prosecution, we're

24   calling as our next witness, out of order, Governor Jesse

25   Ventura.

| | | |
|---|---|---|
| 08:26 | 1 | THE COURT:  All right.  Thank you, sir. |
| 08:26 | 2 | If you would step forward, please, between the |
| | 3 | double doors.  If you'd raise your right hand, please. |
| 08:26 | 4 | **JAMES G. JANOS AKA JESSE VENTURA, CALLED BY THE DEFENSE,** |
| | 5 | **SWORN** |
| 08:26 | 6 | THE WITNESS:  I affirm. |
| 08:27 | 7 | THE COURT:  Thank you, sir.  If you would be kind |
| | 8 | enough to walk along the railing.  The entrance to the jury |
| | 9 | box is closest to the wall. |
| 08:27 | 10 | Then if you'd be seated.  The chair doesn't have |
| | 11 | wheels. |
| 08:27 | 12 | Thank you, sir.  If you would be kind enough to |
| | 13 | face the jury, state your name and spell your last, sir. |
| 08:27 | 14 | THE WITNESS:  I have two names. |
| 08:27 | 15 | My full real name is James G. Janos, J-A-N-O-S. |
| | 16 | My professional name is Governor Jesse Ventura, |
| | 17 | V-E-N-T-U-R-A. |
| 08:27 | 18 | THE COURT:  Thank you.  And, Counsel, this would |
| | 19 | be direct examination by the defense. |
| 08:27 | 20 | MR. YANNY:  Thank you, sir. |
| 08:27 | 21 | **DIRECT EXAMINATION (Resumed)** |
| 08:27 | 22 | BY MR. YANNY: |
| 08:27 | 23 | Q.  Good morning, Governor. |
| 08:27 | 24 | A.  Good morning. |
| 08:27 | 25 | Q.  Are you a member'a the Mongol Motorcycle Club? |

08:27   1   A.   Yes, I am.

08:27   2   Q.   You a member'a gang?

08:27   3   A.   No.

08:27   4   Q.   How do you characterize the Mongols?

08:28   5   A.   I characterize the Mongols as a motorcycle club because

        6   they actively show who they are.  It's -- clearly, everyone

        7   knows who they are.  Where my dealings with gangs, when I

        8   was a mayor and governor, both -- gangs generally don't

        9   broadcast who they are.  They stay undercover much more than

        10  what a club would.  A club's very open and the public knows

        11  who they are, where gangs tend to not do that as much -- is

        12  my experience on it as mayor of Brooklyn Park, Minnesota.

08:28   13  Q.   And also as governor of the State of Minnesota.

08:28   14  A.   Correct.  I was governor of the State of Minnesota from

        15  1999 to 2003.  I might add independent governor.  I am not a

        16  Democrat or Republican.

08:28   17  Q.   Sir, would you -- would you outline for us your

        18  educational and work history, sir.

08:28   19  A.   Well, I graduated from Minneapolis Roosevelt High

        20  School, Class of 1969.  I then enlisted into the

        21  United States Navy at age 18.  While I was in the Navy, I

        22  went to Storekeeper A school, and then volunteered for what

        23  they call "BUD/S," Basic Under Water Demolition, Seal

        24  training.  Graduated from BUD/S, Class 58, in November of

        25  1970.  I then attended Fort Benning, Georgia, for jump

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | school.  I did two deployments to Southeast Asia, a          |
|       | 2  | nine-month and eight-month -- I was a Vietnam veteran.       |
| 08:29 | 3  | And then upon getting -- and it was at that time,            |
|       | 4  | coming back from my second deployment -- I think people need |
|       | 5  | to understand that the times were much different then.  We   |
|       | 6  | were not welcomed home.  The Vietnam veteran didn't receive  |
|       | 7  | flyovers at football games.  We received nobody welcoming us |
|       | 8  | home.  In fact, it was the opposite.  We got blamed for the  |
|       | 9  | war.  The politicians and the media put the blame on the     |
|       | 10 | Vietnam veteran for the war.                                 |
| 08:30 | 11 | So I knew I was not making a career.  I had done two         |
|       | 12 | tours, and I was getting out.  And I rode motorcycle.  And   |
|       | 13 | it was that -- and it was during my Navy career that I       |
|       | 14 | actually became a Mongol.                                    |
| 08:30 | 15 | So I was a full-patch Mongol while I was in the              |
|       | 16 | United States Navy.  I used to leave the base and put my     |
|       | 17 | jacket on when I left the base.                              |
| 08:30 | 18 | The Mongols provided for me a landing area.  Nobody          |
|       | 19 | welcomed us home, but many of them are veterans like I was.  |
|       | 20 | And they gave me somebody to rely on.  They gave me a        |
|       | 21 | brotherhood that at that point in my life I needed to -- to  |
|       | 22 | go from the wars to civilian life, and not be received like  |
|       | 23 | they are today.                                              |
| 08:31 | 24 | Today we're called heroes.  We Vietnam veterans were         |
|       | 25 | not called heroes.  We were called things that I can't even  |

              1   probably say in this courtroom.  And so the times were very
              2   different then.
  08:31      3        And I view this motorcycle club as -- as a stepping
              4   stone that I needed personally to make the transition from
              5   military life back into civilian life.  Because the club is
              6   run a bit militarily.  You have, you know, a hierarchy and,
              7   you know, it has that military concept to the club.  And
              8   so -- but they didn't make you get haircuts and they didn't
              9   do things'a that nature.  And so it was a transition period
             10   for me.  And I owe them that, the Mongols, for being there
             11   for me when the rest'a the country wasn't at that time.
  08:31     12        Today I get told all the time, "Thank you for your
             13   service."  And I kinda have a hollow feeling and go, "You're
             14   only 40 years late with that 'thank you.'"  And, you know, I
             15   still feel strongly about that today.  And today, having
             16   looked back at that war, I know that we were wrong in that
             17   war to begin with, and that haunts me to this day, that
             18   fact.
  08:32     19        But getting on with my life, I then, uh, I left -- uh,
             20   shortly after the transition riding with the Mongols, I had
             21   wanderlust and I had the GI bill, and I wanted to go to
             22   college and probably attempt to play pro football.  And I
             23   knew that the Mongols took up a lotta my lifetime and that
             24   I'd need to study and things like that, so I felt that I
             25   needed to go back home to Minnesota in order to do that.

1    And I did.  But while I was going to college, I then trained

2    and became a professional wrestler instead.  I took theater

3    at college and found I really liked it.  And wrestling gave

4    me both.  It gave me theater as well as athleticism, so I

5    embarked on a 15-year wrestling career that ended 1990.

08:33   6        I then became mayor of Brooklyn Park --

08:33   7            *(Court reporter requests clarification for the*

8        *record.)*

08:33   9            THE WITNESS:  I then became Mayor of Brooklyn

10   Park, Minnesota which is the sixth largest city of

11   first-ring suburb of Minneapolis.  I served one term.  I

12   then went back to the private sector for five years.  I then

13   came outta the private sector and ran for governor as an

14   independent.  In 1998, I defeated the Republicans and

15   Democrats, and I became the 38th Governor of Minnesota.

08:33   16           I, since then, have taught at Harvard.  I'm now a

17   Harvard fellow, and, uh, do other various things in my life

18   today that I continue to work.  I'm 67 today, but I'm not

19   done yet.

08:33   20   BY MR. YANNY:

08:33   21   Q.   What'd you teach in Harvard, sir?

08:33   22   A.   Political Science.  Naturally, because I was a

23   third-party candidate, I had an office on the

24   John F. Kennedy School of Government.  I'll brag and say I

25   had the largest classes in Harvard history.  They had to

1    move me into the commons 'cause it was so overwhelming.  And

2    it's a part'a my life -- that I never got to experience

3    college.  I went to war.  So it gave me an opportunity at a

4    later date, I suppose like Rodney Dangerfield, to go back to

5    school.

08:34    6    Q.   Let me ask you, Governor, how many years were you in

7    the Navy?

08:34    8    A.   All together four year's active, and two's years in the

9    reserves for a total of six.

08:34   10    Q.   And you were both a member'a the Mongols Motorcycle

11   Club and a member of the United States Armed Forces

12   concurrently?

08:34   13    A.   At the same time, yeah.  I had finished my second tour

14   to Southeast Asia.  I had about nine months left to do.  And

15   it was at that -- I had started riding motorcycles prior to

16   my second tour, and I had friends in Coronado, California,

17   who I rode with -- civilian friends.  And when I returned

18   from my second deployment, two'a these friend were now

19   Mongols.  And so I started riding with them again, hanging

20   out with them again, and I thought, *You know what?" I've*

21   *always been an adventurer.  I've listened to Yogi Berra.*

22   *When you come to a Y in the road, you take it.*

08:35   23       And this happened to be a Y in the road, and I took it.

24   And I don't regret it ever.  And it was a life experience

25   that I have today, that I -- I base my intelligence on life

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | experience and street smarts, not book smarts.                         |
| 08:35 | 2  | Q.   Sir, what do the Mongols mean to you?                             |
| 08:35 | 3  | A.   Like I said, they were the stepping stone for me                  |
|       | 4  | between military and civilian.  They provided a cushion when           |
|       | 5  | we weren't well-received here.  Like I said, there were no             |
|       | 6  | flybys at football games for the Vietnam veterans.                     |
| 08:35 | 7  |     In fact, there were instances we were spat upon.  There            |
|       | 8  | were instances we were called "baby killers" and things like          |
|       | 9  | that.  The My Lai Massacre had just taken place.  And I                |
|       | 10 | remember I was given standing orders by my commanding                  |
|       | 11 | officer that I was to talk about nothing I said or did on              |
|       | 12 | deployment.  And I hold to that today.  I discuss nothing I            |
|       | 13 | did on deployment.                                                     |
| 08:36 | 14 | Q.   Sir, please accept my thank you for your service.                 |
| 08:36 | 15 | A.   You're welcome.                                                   |
| 08:36 | 16 | Q.   Um...                                                             |
| 08:36 | 17 | A.   And I might add there were many veterans in the                   |
|       | 18 | Mongols, many veterans who have the same prob- -- feelings I           |
|       | 19 | did:  That it was a landing spot of comradery for many, many           |
|       | 20 | veterans.  And when they refer to us as "1 Percenters,"                |
|       | 21 | well, remember this too:  Less than 1 Percent are veterans             |
|       | 22 | in this country too, aren't they?                                      |
| 08:36 | 23 | Q.   Sir, let me ask you:  What positions did you hold                 |
|       | 24 | within the Mongols organization?                                       |
| 08:36 | 25 | A.   I rose to sergeant at arms of my chapter, which was the           |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | South Bay Chapter, which doesn't exist today.  That was  |
|       | 2  | South Bay San Diego, which encompassed Coronado,         |
|       | 3  | Imperial Beach, Chula Vista, National City down in       |
|       | 4  | San Diego.  And I -- I was sergeant at arms.             |
| 08:37 | 5  | Q.   Let me ask you:  There's been some inference drawn  |
|       | 6  | during the course'a the trial that, uh, there's something|
|       | 7  | wrong with an organization that has a sergeant at arms.  Do |
|       | 8  | you hold that belief as well?                            |
| 08:37 | 9  | A.   No, not at all.  The sergeant at arms is one who    |
|       | 10 | actually keeps our guys in line.  You know, it's more of an |
|       | 11 | overseer of the club.  You know, you always have cushions in |
|       | 12 | anything.  You know, the governor doesn't bear the bad news. |
|       | 13 | The governor passes it on, and a spokesman will generally |
|       | 14 | bear the bad news.  Well, it's no different than this.  The |
|       | 15 | president isn't going to necessarily discipline.  He's going |
|       | 16 | to turn it over to the sergeant at arms.  That's the     |
|       | 17 | sergeant at arms's job.  His discipline within -- within the |
|       | 18 | ranks of the club.                                       |
| 08:38 | 19 | I said the club has a military "being" to it, you know, |
|       | 20 | a certain -- a certain level much like the military.  Except |
|       | 21 | I -- I would say this:  In the club, the leaders are     |
|       | 22 | elected.  In the military, they're not.  You don't get a say |
|       | 23 | over who commands you in the military.  But in the club  |
|       | 24 | there's elections, people can run for the different offices |
|       | 25 | and hold them, you know, within the club.                |

| | | |
|---|---|---|
| 08:38 | 1 | Q.   Let me ask you, governor... |
| 08:38 | 2 | A.   Yeah? |
| 08:38 | 3 | Q.   -- do you still have your cut? |
| 08:38 | 4 | A.   Yes, absolutely, with pride.  And I kept my -- I kept |
| | 5 | my what they call "property" patch, which we do -- which we |
| | 6 | have for females.  No one ever wore mine for 43 years, |
| | 7 | because I never had a steady girlfriend or anything like |
| | 8 | that to require it. |
| 08:38 | 9 | I presented it to my wife last year for her birthday. |
| | 10 | After 43 years of being married to me, I figured she |
| | 11 | deserved it and -- |
| 08:39 | 12 | (Laughter.) |
| 08:39 | 13 | THE WITNESS:  -- and, uh, all the things I've |
| | 14 | done. |
| 08:39 | 15 | So I presented that to her because, I said, I'm |
| | 16 | renewing my relationship with the club and in renewing my |
| | 17 | relationship with the club, you're going to need this. |
| 08:39 | 18 | And so she's accepted that and, uh -- and, you |
| | 19 | know, she's learning what motorcycling's about. |
| 08:39 | 20 | BY MR. YANNY: |
| 08:39 | 21 | Q.   Governor, I'm going to show you what has been admitted |
| | 22 | into evidence as Exhibit D-3. |
| 08:39 | 23 | A.   Will I need glasses? |
| 08:39 | 24 | Q.   Oh, no.  It's going to be right on that screen, right |
| | 25 | in front of you, Gov. |

| 08:39 | 1 | A.    Okay. |
| 08:39 | 2 | *(Exhibit displayed.)* |
| 08:39 | 3 | BY MR. YANNY: |
| 08:39 | 4 | Q.    Do you recognize D-3? |
| 08:39 | 5 | A.    Uh, yeah.  In fact, that's, uh -- that's my wife |
|  | 6 | wearing the "Property" patch in Arizona last winter, when we |
|  | 7 | were passing through, going to Mexico.  And I watched a |
|  | 8 | football game with the Arizona -- where my Vikings got |
|  | 9 | slaughtered by Philadelphia. |
| 08:40 | 10 | THE COURT:  Excuse me. |
| 08:40 | 11 | What exhibit number this again? |
| 08:40 | 12 | MR. YANNY:  That is Exhibit D-3, Your Honor. |
| 08:40 | 13 | THE WITNESS:  That -- that would be my wife |
|  | 14 | wearing the patch, the First Lady of Minnesota at one time. |
| 08:40 | 15 | BY MR. YANNY: |
| 08:40 | 16 | Q.    Lemme ask you, sir:  Did you mean to insult her by |
|  | 17 | calling her your property? |
| 08:40 | 18 | A.    Not a bit.  In the world of -- in the world of the |
|  | 19 | outlaw, or "1 Percenter," whatever you want to call it, in |
|  | 20 | the bike world that's normal.  That's not "shied" upon. |
|  | 21 | That's -- that's, uh -- that's the way it is.  You know, |
|  | 22 | different elements of society have different things.  And |
|  | 23 | we're all different yet we are all alike, aren't we, in |
|  | 24 | certain ways? |
| 08:40 | 25 | But, no, I don't think that she's insulted by that at |

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
|       | 1  | all.  In fact, if you reversed it, I probably should be        |
|       | 2  | wearing hers.                                                  |
| 08:40 | 3  | *(Laughter.)*                                                  |
| 08:40 | 4  | BY MR. YANNY:                                                  |
| 08:40 | 5  | Q.   I'm gonna show you, Gov, what had been marked as          |
|       | 6  | Exhibits D-1 and D-2, in that order, if you don't mind.        |
| 08:41 | 7  | *(Exhibit displayed.)*                                         |
| 08:41 | 8  | BY MR. YANNY:                                                  |
| 08:41 | 9  | Q.   Do you recognize Exhibit D-1?                            |
| 08:41 | 10 | A.   Yeah.  That's me standing with a few of the Arizona --   |
|       | 11 | an Arizona chapter'a the Mongols.  Probably when I was at     |
|       | 12 | that football game, I would guess, is where that picture      |
|       | 13 | came from.  I can't -- I don't know for certain, but I would  |
|       | 14 | think that's where it came from.                              |
| 08:41 | 15 | Q.   That was the Minnesota game?                             |
| 08:41 | 16 | A.   Yeah.  When I was in Arizona, and I stopped there on     |
|       | 17 | the way -- I have a home in Mexico, in the winter, down in    |
|       | 18 | the Baja.  And I was stopping there on the way to my home     |
|       | 19 | and watched the game there.  Then, when the game was over     |
|       | 20 | proceeded on across the border.  Although, as I understand,   |
|       | 21 | this year I may not be able to go.                            |
| 08:41 | 22 | Q.   Why's that?                                              |
| 08:41 | 23 | A.   Well, the President's talking about closing the border.  |
| 08:41 | 24 | Q.   Ha-ha.                                                   |
| 08:41 | 25 | A.   If he does that, how am I gonna get down there?          |

|         |    |                                                                      |
|---------|----|----------------------------------------------------------------------|
|         | 1  | Anyway...                                                            |
| 08:41   | 2  | Q.    Let me ask you, sir, D-2.                                      |
| 08:41   | 3  |     *(Exhibit displayed.)*                        |
| 08:41   | 4  |      THE WITNESS:  Yep.                     |
| 08:41   | 5  | BY MR. YANNY:                                                        |
| 08:42   | 6  | Q.    Is that you in the middle there?                               |
| 08:42   | 7  | A.    Yes, it is.                                                    |
| 08:42   | 8  | Q.    With some other brothers?                                      |
| 08:42   | 9  | A.    Yes.  With other members'a the club.  They take a              |
|         | 10 | picture like that because my -- that would be like putting a         |
|         | 11 | Model T with modern cars.  If you look at my patch and what          |
|         | 12 | I wear, it's much darker, more beat up.  I'm the old days,            |
|         | 13 | from there, as compared to there -- there's the new days.            |
| 08:42   | 14 | So all the people in the club like to have their                     |
|         | 15 | picture taken with me because of the history of the patch            |
|         | 16 | that I'm wearing.  'Cause, for lack'a better term, I'm old           |
|         | 17 | school.  Fact, I was in the club probably before most of             |
|         | 18 | these gentlemen today ever were.  You know, most of 'em              |
|         | 19 | maybe -- some of 'em weren't even born yet.                          |
| 08:42   | 20 | Q.    What's your patch mean to you, Gov?                            |
| 08:42   | 21 | A.    What's it mean to me?  A lot.  I paid a price to get           |
|         | 22 | it.  When you join a motorcycle club, you do what's called           |
|         | 23 | "prospecting."  You're a prospective member.  For lack'a            |
|         | 24 | better term, I would tell you that's a "gofer."  You all            |
|         | 25 | heard of a "gofer" -- you gotta "go for" this and "go for"          |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | that.  Well, that's what you do when you're a prospect.  You  |
|       | 2  | gotta earn your way to get that patch.  And it took me six    |
|       | 3  | month to get that patch.                                      |
| 08:43 | 4  | I might add:  It took me six months in BUD/S training         |
|       | 5  | to become a Navy SEAL.  So both of 'em were almost identical  |
|       | 6  | in length:  Six month of training to be a SEAL; six months    |
|       | 7  | of prospecting before I got that patch.                       |
| 08:43 | 8  | And when you get that patch, it's something you're            |
|       | 9  | extremely proud of.  I've kept mine all these 40 years.       |
|       | 10 | It's hung in a closet, in a spot.  And I kept my wife's,      |
|       | 11 | before I gave it to her, for 40 years in a drawer before I    |
|       | 12 | gave it to her.  Like I said, after 43 years, I felt she      |
|       | 13 | earned it.                                                    |
| 08:44 | 14 | Q.   Sir, what were your dealings like as a politician with   |
|       | 15 | motorcycle clubs?                                             |
| 08:44 | 16 | A.   Really didn't have any.  Up in Minnesota, there aren't   |
|       | 17 | any -- the Mongols club is not represented in Minnesota.      |
|       | 18 | There are other, quote, "1 Percent" clubs in Minnesota.  But  |
|       | 19 | really there had been -- during my four years as Governor     |
|       | 20 | and my four years as Mayor, there really, to my knowledge,    |
|       | 21 | hadn't been any problems with any of the, quote, "1 Percent"  |
|       | 22 | clubs that happened to occupy the state of Minnesota.  So I   |
|       | 23 | really didn't have any dealings with them at all while I --   |
|       | 24 | while I -- uh, not with motorcycle clubs while I was Mayor    |
|       | 25 | or Governor.                                                  |

08:44  1          Street gangs was another thing.

08:44  2     Q.    How so, Governor?

08:44  3     A.    Well, we had a problem in Brooklyn Park, a first-ring

       4     suburb of Minneapolis.  And the gangs had infiltrated pretty

       5     strongly, and that was one'a the things I ran under -- that

       6     they would not operate freely in Brooklyn Park.  And we were

       7     successful.  I used to ride with my cops.

08:45  8     Q.    Oh, you did?

08:45  9     A.    Yep.  I'm a rare politician.  In fact, I'm not a

       10    politician.  I'm a statesman.  A politician makes it a

       11    career to get elected.  A statesman serves.  And when he's

       12    done, he goes back to what he used to do.  I think that's

       13    what our country was founded on, if I recollect right.

08:45  14         So I'm not a politician.  I'm a statesman.

08:45  15    Q.    Now, as the Governor of Minnesota, and the Mayor of --

08:45  16    A.    Of Brooklyn Park.

08:45  17    Q.    -- of Brooklyn Park before that, you were basically the

       18    chief law enforcement officer, were you not?

08:45  19    A.    As Governor of Minnesota, yes, you're the chief law

       20    enforcement officer of the state.  Absolutely.  You have the

       21    state troopers.  They're your -- for lack'a better term,

       22    they're like your army.  They're the Governor's law

       23    enforcement or the -- the Minnesota State Troopers.

08:46  24         And then, if you travel to other states, the other

       25    states provide troopers so that you always, as you travel,

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | have a local badge with you, as Governor.                |
| 08:46 | 2  | Q.   Let me ask you, Governor --                         |
| 08:46 | 3  | A.   Yep.                                                 |
| 08:46 | 4  | Q.   -- during your time in office, did you encounter    |
|       | 5  | corruption in law enforcement?                           |
| 08:46 | 6  | A.   There's always corruption at times in anything.  I  |
|       | 7  | mean, anything that has lots of people working in it,    |
|       | 8  | there -- there always can be a spot where somebody isn't |
|       | 9  | honest, where somebody is using that term "corrupt."     |
| 08:46 | 10 |      Whether -- police have corruption.  Not every cop's a |
|       | 11 | good cop.  They're not.  Just as anything else.  Just as  |
|       | 12 | anything else.  Not every soldier's necessarily a good   |
|       | 13 | soldier.  Just as in any walk'a life -- every Shriner may |
|       | 14 | not be a good Shriner I don't know.  I've never been a   |
|       | 15 | Shriner.  But certainly, you know, in an organization where |
|       | 16 | you have at least triple-digit amount of people belonging to |
|       | 17 | it, certainly you're gonna have, for lack'a better term, a |
|       | 18 | "bad apple."                                             |
| 08:47 | 19 | Q.   In those instances where there was corrupt law      |
|       | 20 | enforcement officers, in your opinion, did that turn law |
|       | 21 | enforcement, in general, into a criminal organization?  |
| 08:47 | 22 | A.   No, no.  Not at all.  You can't hold an organization, I |
|       | 23 | don't believe, responsible for their individuals that are |
|       | 24 | part of it, unless the organization is orchestrating it from |
|       | 25 | the top, down.                                           |

08:47   1   Q.   Let me ask you, sir:  Would that be true as well of
        2   military?  What if you had a bad soldier?
08:47   3   A.   Well, first of all, I couldn't -- I can't answer that.
        4   I was a sailer.  Anyway, if you had a bad one?  Well, I
        5   imagine that the sailer or soldier would be disciplined
        6   multiple times.  I would certainly understand that could
        7   happen in the military, if you did that.
08:48   8       And then, eventually, I'm sure, if you -- if you
        9   carried it so far, you could be dishonorably discharged from
       10   the military, or a general discharge, or whatever less than
       11   honorable, if you were a problem -- a major problem.  That's
       12   how they deal with it in there.
08:48  13   Q.   Let me ask you this, then, Governor --
08:48  14   A.   Yeah.
08:48  15   Q.   -- what if you had a member of the armed forces who was
       16   not acting in a legal fashion.  Would that turn the
       17   military, in your opinion, into a criminal organization?
08:48  18   A.   No.  We always have military people that break the
       19   Geneva Convention.  It happens all the time.
08:48  20       I find interesting today -- is that teargas is banned
       21   from war.  But we're allowed to use it on civilians?
08:49  22   Q.   Um.
08:49  23   A.   That troubles me greatly.  Civilians can be -- but yet
       24   you can't use it at war?
08:49  25       And what, you know, I'm getting to is that, you know,

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       |  1 | there -- the military's not bad.  They have a job they have |
|       |  2 | to do, but it's not a pretty one.  And anyone that thinks it |
|       |  3 | is, is being misled.  It's -- it's -- at times, can be the |
|       |  4 | worst job in the world.  But you're dedicated and you do it. |
| 08:49 |  5 | Q.   Ask you, Governor -- let's take something you know |
|       |  6 | quite well about, and that's, what if you had, um, a law |
|       |  7 | enforcement captain or superior that was doing wrong acts, |
|       |  8 | would that turn his organization into a criminal |
|       |  9 | organization? |
| 08:50 | 10 | A.   No, I don't believe it would, necessarily.  But I -- I |
|       | 11 | would have a -- worry about it a little bit.  Because, you |
|       | 12 | know, many things in any type'a military organization like |
|       | 13 | that, can -- if -- if the top is corrupt, it's very |
|       | 14 | difficult, then, for the bottom to withstand it, you know, |
|       | 15 | at a time. |
| 08:50 | 16 |      So, but, uh, I would think that in the case of law |
|       | 17 | enforcement -- I know in my case as a Mayor/a Governor, if I |
|       | 18 | found a high-level law enforcement person behaving at that |
|       | 19 | level, I'd fire them.  They'd lose their job. |
| 08:50 | 20 | Q.   So you'd get rid of the "bad apples"? |
| 08:50 | 21 | A.   Absolutely. |
| 08:50 | 22 | Q.   Whether it's at the top'a the bushel or the bottom? |
| 08:50 | 23 | A.   Well, it doesn't matter.  If you're a bad apple, you're |
|       | 24 | a bad apple.  Doesn't matter where you are in the barrel. |
| 08:50 | 25 | Q.   Does a criminal organization get rid'a their bad |

|       |    |                                                            |
|-------|----|------------------------------------------------------------|
|       | 1  | apples?                                                     |
| 08:50 | 2  | A.   Does a criminal organization get rid'a their bad      |
|       | 3  | apples?  I don't know.  I've never been part of one.       |
| 08:51 | 4  | Q.   All right, sir.                                       |
| 08:51 | 5  |      Lemme ask you:  Would the same analysis, in your      |
|       | 6  | opinion, be true with motorcycle clubs?                    |
| 08:51 | 7  | A.   With -- with like the Mongols?                        |
| 08:51 | 8  | Q.   Yes.  Yes, you're -- the Mongols.                     |
| 08:51 | 9  | A.   The Mongols, I'll tell you, in the world of motorcycle,|
|       | 10 | it's all about respect.  And if -- if people show respect to|
|       | 11 | the Mongols, the Mongols will show respect back.  And -- and|
|       | 12 | that's just the way it is in that world.  It's a world of   |
|       | 13 | respect.  And you have to respect each other and you have   |
|       | 14 | to -- that's the way it operates -- at least, while I was in|
|       | 15 | there.                                                      |
| 08:51 | 16 | Q.   'me ask you:  During your time in the Mongols -- well, |
|       | 17 | you're still in the Mongol, are you not?                    |
| 08:51 | 18 | A.   Yes, I am.  I'm just inactive.  I could go active if I |
|       | 19 | came back out here to L.A., I'm certain, and would be       |
|       | 20 | accepted, I would assume, right back in if I wanted to.     |
|       | 21 | And, uh, you know, it's not outta the realm of possibility  |
|       | 22 | now that I'm getting to retirement age.                     |
| 08:52 | 23 | Q.   You're not interested --                               |
| 08:52 | 24 |      *(Court reporter requests clarification for the*       |
|       | 25 |      *record.)*                                             |

**Certified for U.S. District Court CM/ECF**
**Debbie Gale, CSR 9472, RPR, CCRR**
**Federal Official Court Reporter**

2:13-CR-0106-DOC-1 - 11/28/2018 - Day 14, Volume I

30

08:52  1              THE COURT:  Both of you stop for just a moment.

08:52  2              Debbie couldn't get the colloquy between the two

3  of you.  We don't have a record because you're speaking over

4  each other.

08:52  5              MR. YANNY:  Sorry, Your Honor.

08:52  6              THE COURT:  So why don't you just slowly reask

7  those questions so we have a record.

08:52  8              THE WITNESS:  I'll do better too.

08:52  9              THE COURT:  That's fine.  As long as we can get a

10  record.

08:52  11  BY MR. YANNY:

08:52  12  Q.  You're not interested in opening a Minnesota chapter?

08:52  13  A.  No, not at all.

08:52  14  Q.  Okay.

08:52  15  A.  I'm -- at this point, I'm 67.  I don't want a

16  leadership role in the club.  Not a bit.  That -- it's --

17  no, huh-uh.  I'm not interested in that at all.

08:52  18  Q.  Now, sir, when did you stop being active, as you put

19  it, in the Mongols?

08:53  20  A.  Uh, 1974.

08:53  21  Q.  And you have continued to associate with the club?

08:53  22  A.  When I see them.  You know, I've had -- I've had

23  certain -- you know, I was out here one time for my good

24  friend Harry Dean Stanton -- the late Harry Dean Stanton's

25  birthday.  And lo and behold, I ran into, as we call, one'a

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | my "brothers" and -- and, you know, that was probably 10,   |
|       | 2  | 15 years ago, whatever it was.                               |
| 08:53 | 3  | And so I keep track of 'em.  You know, I always -- you       |
|       | 4  | know, if -- if they happen to make the headlines, which     |
|       | 5  | sometimes bike clubs do, and I -- I keep track of 'em all    |
|       | 6  | the time, you know, when -- when I can.  But my life went    |
|       | 7  | that way, but it's doing full circle now.                    |
| 08:53 | 8  | Q.   Welcome home.                                           |
| 08:53 | 9  | A.   Thanks.                                                 |
| 08:53 | 10 | Q.   Lemme ask you, Governor --                             |
| 08:53 | 11 | A.   Yeah.                                                   |
| 08:53 | 12 | Q.   -- would you explain the relationship, to your         |
|       | 13 | understanding, between the Hells Angels and the Mongols?    |
| 08:54 | 14 | A.   Well, as I understand it, obviously, we don't get       |
|       | 15 | along.  When I was in, there wasn't that problem.  The       |
|       | 16 | quote/unquote -- the "war" or the fight between the Mongols  |
|       | 17 | and the Hells Angels was not happening when I was in.  That  |
|       | 18 | happened in the latter '70s.  It was a dispute, as I         |
|       | 19 | understand it, over the jackets, the patches.               |
| 08:54 | 20 | There's a lotta ego in the outlaw motorcycle world, and      |
|       | 21 | clubs like to say that they "own" states and they "own"     |
|       | 22 | territories.  And that's really what my understanding of    |
|       | 23 | what happened between the Mongols and the Hells Angels --    |
|       | 24 | were the Mongols started to wear a full California, what     |
|       | 25 | they call "lower rocker" for the whole state.  And the      |

2:13-CR-0106-DOC-1 - 11/28/2018 - Day 14, Volume I

32

|   |   |   |
|---|---|---|
| | 1 | Hells Angels, as I understood it, allegedly came to the |
| | 2 | Mongols and said, *No, we wear that.  You're not allowed to,* |
| | 3 | *and if you don't [sic], we'll destroy you.* |
| 08:55 | 4 | And the Mongols, as I heard it, took a vote, and it was |
| | 5 | unanimous, *We are not the Hells Angels.  And so they can't* |
| | 6 | *tell us what to do.  We're our own club.*  And so, therefore, |
| | 7 | we didn't remove the rocker, and we subsequently got |
| | 8 | attacked because of it. |
| 08:55 | 9 | Q.   Number of people were killed. |
| 08:55 | 10 | A.   And a number of people were killed because of it. |
| 08:55 | 11 | Q.   In the Mongols? |
| 08:55 | 12 | A.   In the Mongols. |
| 08:55 | 13 | And, naturally -- let me just state this:  When I was a |
| | 14 | Navy SEAL, we lived by a simple code:  We don't get mad; we |
| | 15 | get even.  And that's the U.S. military talkin' there. |
| 08:55 | 16 | And so I think I could pass that over to the Mongols. |
| | 17 | When that happened, they would get even.  They're not gonna |
| | 18 | not retaliate. |
| 08:56 | 19 | Q.   Lemme ask you -- |
| 08:56 | 20 | A.   I'd lose respect for them, if they didn't. |
| 08:56 | 21 | Q.   Lemme ask you, sir:  I notice -- still referring to |
| | 22 | Exhibit D-2, which is still on the screen there. |
| 08:56 | 23 | A.   Yeah. |
| 08:56 | 24 | Q.   Your rocker -- your -- your patch is a little bit |
| | 25 | different than the gentleman standing next to you. |

08:56  1    A.    Yes.

08:56  2    Q.    Your's says "South Bay"?

08:56  3    A.    Yes.

08:56  4    Q.    Why?

08:56  5    A.    Because back then we had six chapters then.  We had

       6    South Bay, which was South Bay San Diego.  We had San Diego.

       7    And then we had North County, which was up by Poway.  And

       8    then we had "Southern Cal" here, which was in Montebello.

       9    And then we had the L.A. chapter.  And then we had a Central

      10    California chapter up in Fresno.

08:56 11          So at that time, when I was in the club, we did not run

      12    the whole state because you run the state when the club

      13    expands to other states.

08:57 14          See, there's Mongols in Arizona now.  There's Mongols

      15    in -- club members in Colorado now.  Well, that's how you

      16    then identify -- if you all got together, y'all know who you

      17    are.  You know, We're here from California.  We're here from

      18    Arizona.  Da-da-da-da, whatever it might be.

08:57 19          So that's where the switch to place, where you see the

      20    "Arizona" there, and mine is simply "South Bay."  Because at

      21    the time that I was there, we were a total California club.

      22    We were not located in any states outside of California.

08:57 23    Q.    Lemme ask you, sir, what -- well, strike that.

08:57 24          If somebody came up to you on the street and asked you

      25    about joining the Mongols, what would you say to them?

08:57  1   A.   Well, the first thing I'd say is, *Do you ride a Harley?*
       2   'Cause that's a requirement.  So I would ask somebody, *Are*
       3   *you a biker?*  You know, *You ride big bikes?*  'Cause that's a
       4   requirement.  You gotta have one.  We're a bike club.  We're
       5   not a car club.  Car club you have cars.  Bike club you have
       6   bikes.  And, uh, so I would tell them:  *First of all, you*
       7   *have gotta have a bike; second of all, we just don't let*
       8   *anybody in, so you're gonna have to hang out for a while,*
       9   *let people get to know you a little bit.  And then you have*
      10   *to -- in order to join the club, you have to have a sponsor.*
      11   *One'a the members has to say, I will sponsor you.  And that*
      12   *member then takes responsibility for you.*
08:58 13        Like, if -- if a senior member is unhappy with what
      14   you're doing as a prospect, they can be nice and go to your
      15   sponsor, or they may just do it themselves.  It could happen
      16   either way but --
08:58 17   Q.   Let me ask you --
08:58 18   A.   Sure.
08:58 19   Q.   Is that what's called a "hangaround"?
08:58 20   A.   Yeah, they the hang around the club.  You know, you
      21   get -- a lotta people like to hang around the club, the --
      22   for whatever reason, you know, you get them.
08:59 23        And maybe -- maybe they become hangarounds because they
      24   have the dream of joining.  You gotta start somewhere.
08:59 25   Q.   They're sometimes referred to as "associates," as well?

08:59  1    A.    It could be, sure, yeah.

08:59  2    Q.    So those terms are used interchangeably?

08:59  3    A.    Yes.

08:59  4    Q.    Hangarounds and --

08:59  5    A.    Yeah.  And then, of course, next step is you come

6    forward with a member who sponsors you.  And then you -- you

7    tell us you want to prospect.  The club doesn't ask you to.

8    You come to the club.  So you're coming of your own free

9    will.  It's not the club out -- it isn't like the NFL, where

10   they're gonna draft you, you know, outta college or

11   whatever.  No.  You -- you have to approach the club that

12   you wanna be part of it.

08:59  13   Q.    What was the -- a -- ethnic makeup of the club when you

14   joined, sir?

08:59  15   A.    What?  What was what now?

08:59  16   Q.    What was the ethnic makeup of the club when you joined

17   the Mongols?

09:00  18   A.    I would say, roughly speaking, 75 percent

19   Latino/Mexican and 25 percent white/Caucasian.

09:00  20   Q.    Now, the -- what, to your recollection, was the ethnic

21   background or make up of the Hells Angels at the time?

09:00  22   A.    They were all white.  It's my knowledge that we came

23   into existence because Latino/Mexicans were not allowed in

24   the Hells Angels at that time.  You had to be a white

25   person.

09:00   1          So there were a lotta Mexican bikers.  And they --

        2   since they couldn't be part'a the Hells Angels, they decided

        3   to create their own, the Mongols.  And that's where -- and

        4   they weren't -- the Mongols allowed white people.  They were

        5   Latino/Mexican club, but they had no problem -- I'll tell

        6   you this:  I was probably one'a the few white guys who could

        7   ride up into East L.A. and never have to worry about

        8   nothing, you know, because the Latinos there, when I had

        9   that patch, would say, *Well, he must be okay* -- you know? --

       10   *'cause he's a Mongol.*  So I'm a *gringo* Mongol.  But we're

       11   not prejudice that way.

09:01  12          See, to me, a "biker" is a lifestyle.  Color doesn't

       13   enter in.  You choose to be a biker.  Now, whether you're

       14   Latino, black or white's irrelevant.  You're a biker.  And

       15   that's a lifestyle you choose to live.  And color, to me, is

       16   irrelevant in it.  It's who chooses to live that lifestyle.

09:01  17   Q.   Let me ask you this, Governor:  Were you aware, ever,

       18   that the Hells Angels admitted minority members?

09:01  19   A.   I've never been aware of it.  But then, again, I

       20   have -- I don't pay attention to them that much, and I'm not

       21   familiar with what they do or don't allow.  I'm not a

       22   member'a that club.  And I -- other than interacting with

       23   us, I could care less about them.

09:02  24   Q.   Now, when you were a member'a the Hells -- excuse --

       25   strike that.

09:02   1          While you were a member'a the Mon- -- sorry, Brother.

        2   While you were a member'a the Mongols, were there ever

        3   any --

09:02   4   A.   I still am.

09:02   5   Q.   Yes, sir.  Yes, sir.

09:02   6          While you were active, back in the early days as an OG,

        7   were there disputes with the Hells Angels?

09:02   8   A.   No, not at that time.  No, not at all.  Fact, I

        9   remember going to a party one time where it was half them

       10   and half us.  We were buying each other beer.

09:02  11          This -- this all happened in the latter '70s over the

       12   patches, to my knowledge.  There -- if there's more to it, I

       13   haven't been made aware of it.

09:02  14   Q.   Lemme see, sir.  Would you please -- um, strike that.

09:02  15          Much has been made of the fact that the Mongols don't

       16   like having law enforcement come into the club.  Are you

       17   aware'a that?

09:03  18   A.   Yeah.

09:03  19   Q.   Would you tell the ladies and gentlemen'a the jury why?

09:03  20   A.   Why what?

09:03  21   Q.   The Mongols don't want members of law enforcement

       22   coming into the club.

09:03  23   A.   Well, they tend to bust people and put 'em in jail, you

       24   know, individually, for what they may be doing.  You know?

       25   And -- and, uh -- and I guess we don't fully trust them.  I

|        |    |                                                             |
|--------|----|-------------------------------------------------------------|
|        | 1  | know I wouldn't necessarily, not in that aspect.            |
| 09:03  | 2  | Q.   Are you aware of situations where law enforcement      |
|        | 3  | entraps members'a the Mongols?                              |
| 09:03  | 4  | A.   Well, I read the book.  I was sent the book by, uh --  |
|        | 5  | that, uh -- was it William Queen was the -- was the --      |
| 09:03  | 6  | Q.   Sure.                                                  |
| 09:03  | 7  | *(Court reporter requests clarification for the*           |
|        | 8  | *record.)*                                                  |
| 09:04  | 9  | THE COURT:  Both of you stop for just a moment.             |
| 09:04  | 10 | BY MR. YANNY:                                               |
| 09:04  | 11 | Q.   You're referring to Billy Queen's book, sir?          |
| 09:04  | 12 | A.   Yeah, *Under and Alone*, I think, was the title.      |
| 09:04  | 13 | Q.   Yes.                                                   |
| 09:04  | 14 | A.   Well, what happened was the publisher sent me the copy |
|        | 15 | before it went out to the public.  And they sent it with a  |
|        | 16 | cover letter stating that because the ATF agent, Mr. Queen, |
|        | 17 | had written about me in the book, uh, they wanted to ensure |
|        | 18 | that I had a chance to respond to the writing -- that I was |
|        | 19 | in the book.                                                |
| 09:04  | 20 | And he wrote it just simply as history of the Mongols,      |
|        | 21 | basically, and that, uh -- that I had been a full-patch     |
|        | 22 | member and this, that, and whatever.  And, uh, so -- and    |
|        | 23 | they asked me if I objected to anything in the book to      |
|        | 24 | please contact them.                                        |
| 09:04  | 25 | So I read the whole book.  And I objected immediately       |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | to one part in the book.  And when I called the publisher,   |
|       | 2  | she fully accepted my rejection, and they took it out of the |
|       | 3  | book.  And what that was, was this:                          |
| 09:05 | 4  | In the book he stated that the Mongols started off as        |
|       | 5  | your typical white supremist, [sic] outlaw bike club.  And I |
|       | 6  | said, *I want the word "white supremist" gone.*  I said, *I* |
|       | 7  | *would never join anything white supremist*.  And then I said |
|       | 8  | to her -- I said -- and she said, *Well, how* -- I said, *The* |
|       | 9  | *Mongols are not white supremists*.                          |
| 09:05 | 10 | She said, *How can you prove that?*                           |
| 09:05 | 11 | I said, *Easy.*  I said, *At what point did*                  |
|       | 12 | *Latino/Mexicans become white supremists?*  I said, *The*    |
|       | 13 | *Mongols are 75 percent Mexican.  They're not white supremist* |
|       | 14 | And I said, *I would never join anything that was white*     |
|       | 15 | *supremist, personally.*                                     |
| 09:06 | 16 | And so, uh, you know, that -- so they -- they did, they      |
|       | 17 | removed that from the book.  That was removed from the book. |
|       | 18 | The rest of it, I didn't care about it because the rest of   |
|       | 19 | it was true.  And I don't bother -- when it's true, it's     |
|       | 20 | true.                                                        |
| 09:06 | 21 | Q.  Lemme ask you, Governor:  Did you know Mr. Queen?        |
| 09:06 | 22 | A.  No.  Never met 'em.                                      |
| 09:06 | 23 | Q.  Were you around -- uh, active with the club at the time  |
|       | 24 | Mr. Queen had infiltrated?                                   |
| 09:06 | 25 | A.  No.  I was Governor'a Minnesota.                         |

09:06   1    Q.   That's right.  So you were Governor of Minnesota, and

       2    you were still a member'a the Mongols Motorcycle Club?

09:06   3    A.   Yes.  Just not active.

09:06   4    Q.   And you were Mayor of --

09:06   5    A.   Brooklyn Park.

09:06   6    Q.   -- Brooklyn Park.  And you were still a member'a the

       7    Mongols Motorcycle Club?

09:06   8    A.   That's correct.

09:06   9    Q.   And an active duty member and eventually --

09:06  10         *(Court reporter requests clarification for the*

      11       *record.)*

09:06  12            MR. YANNY:  Okay.  I'll do that again.

09:06  13    BY MR. YANNY:

09:06  14    Q.   So you were an active duty member and eventually a

      15    reservist in the U.S. military, and you were still a

      16    member'a the Mongols Motorcycle Club.

09:07  17    A.   Absolutely.  In fact, I was on reserve status until

      18    1975.  And I left the Mongols in '74.  So I was fully in the

      19    military the whole time I was member of the -- an active

      20    member of the club.  As I said, I'm still a member.  I'm

      21    just not active.

09:07  22    Q.   Let me ask you, Governor:  You had indicated you had

      23    been to -- you'd done two deployments in South East Asia?

      24    Yes?

09:07  25    A.   That's correct.

2:13-CR-0106-DOC-1 - 11/28/2018 - Day 14, Volume I

41

| 09:07 | 1 | Q. And -- and that was Vietnam? |
| 09:07 | 2 | A. Vietnam and other places. |
| 09:07 | 3 | Q. Okay. Good enough. |
| 09:07 | 4 | Okay. Um, um, let me ask you, Governor: To the best'a |
| | 5 | your recollection, when you joined the Mongols, what other |
| | 6 | members were military or former military? |
| 09:07 | 7 | A. I don't know if I could put a percentage on it, but |
| | 8 | I -- I would have to say, in my chapter, half of us. And I |
| | 9 | think that that would probably hold true for the whole club. |
| | 10 | I would say probably fifty -- it could be as high as |
| | 11 | 50 percent have served. I don't know. I've never actually |
| | 12 | looked at the statistics or quizzed everyone on it. But I |
| | 13 | think that I'm not that far off because there's a lotta |
| | 14 | veterans that -- you know, in my chapter. |
| 09:08 | 15 | Right now I can think of three, four of 'em right off |
| | 16 | the top'a my head from back then. |
| 09:08 | 17 | Q. All right, sir. Did you know of "Big Al" Aceves? |
| 09:08 | 18 | A. "Big Al?" |
| 09:08 | 19 | Q. Yes. |
| 09:08 | 20 | A. Oh, yeah. Everybody knows "Big Al." |
| 09:08 | 21 | Q. He's -- he's now a preacher, is he not? |
| 09:08 | 22 | A. I don't know. I heard that. I'm not the person to |
| | 23 | ask. |
| 09:08 | 24 | Q. Okay. |
| 09:08 | 25 | A. But I had heard that, that he is. |

09:08  1    Q.   Now, you had indicated that you would be skeptical

       2    about letting law enforcement in; you didn't trust 'em.

09:08  3    A.   Well, you know, they -- I would be skeptical because

       4    who's their loyalty with?  You know, law enforcement takes

       5    an oath.  And so you would always question where's their

       6    loyalty gonna lie when push comes to shove.

09:09  7         And I would have to say naturally their loyalty would

       8    lie with law enforcement over us.  And so it would be mainly

       9    for that reason alone.  I -- I expect all the members to be

      10    very loyal.  And if you're serving another master, well,

      11    then you're not exactly gonna be loyal, are ya? -- if you're

      12    serving two masters at the same time.

09:09  13   Q.   Let me ask you, Governor --

09:09  14   A.   And -- and if they -- would they be open about it?

      15    Would law enforcement come in and say, *Yeah, I'm law*

      16    *enforcement and I wanna join?*

09:09  17        No.  They sneak in.  They go undercover.  They don't

      18    come forward and say, *I'd like to prospect and be a member'a*

      19    *the Mongols.*

09:09  20        Maybe they ought'a try it once.  (Laughs.)

09:09  21   Q.   Let me ask you, Governor:  What is there, aside from

      22    not to fear from law enforcement (inaudible) --

09:10  23        *(Court reporter requests clarification for the*

      24        *record.)*

      25

09:10   1   BY MR. YANNY:

09:10   2   Q.   What is there, beside the loyalty issue -- is there to

        3   fear from law enforcement?

09:10   4   A.   None for me.  I can only speak for myself.  I -- I

        5   would have -- other than loyalty, I would have no fear of

        6   them being around me.  I mean -- but, generally, I -- I --

        7   in the club, I don't think I'd be fully comfortable, like I

        8   said, because of the loyalty issue.

09:10   9        Who's he loyal to?  Me or somebody I don't know?

09:10   10   Q.   What about entrapment issues?

09:10   11   A.   Yeah.  You'd always run that risk also.  Certainly.

09:10   12   Q.   Now, from your experience as Mayor and Governor, um, is

        13   law enforcement generally a statistic-driven entity?

09:10   14   A.   Very much so.  Very much.  That's how promotions take

        15   place in today's world.  The more wins you get, it's -- I

        16   guess it'd be like, maybe, baseball.  If you're a 20-game

        17   winner, you'll get the big money.

09:11   18   Q.   Have you seen situations where law enforcement has used

        19   entrapment on people?

09:11   20   A.   I can't say I have directly, no.  Uh, as a Governor, a

        21   Mayor, you're kind of at a level where that would not -- you

        22   wouldn't become aware'a that unless some type'a charges or

        23   something were to happen, I think.

09:11   24   Q.   And in Minnesota were you aware of that?

09:11   25   A.   I was aware of it, but it never happened while I was

             1    there -- or, uh, none'a my state troopers got in any trouble

             2    that I can recall like that or -- or when I was Mayor,

             3    none'a my police got in any trouble like that.

09:11        4    Q.   Let me ask you, Governor:  What was the Mongols' policy

             5    with respect to drugs?

09:11        6    A.   Uh, the Mongol policy with drugs?

09:11        7    Q.   Yes.

09:11        8    A.   Uh, drugs were an individual thing.  And if you're

             9    going to use them, you use them on your own.  And policy

            10    would be -- I don't think that they'd -- would

            11    particularly -- it would depend.  When you say "drugs," what

            12    drug are we talking about?

09:12       13         Because if you're talking about drugs like heroin and

            14    things'a that nature, the Mongols would not be for that at

            15    all because, again, comes the trust issue.  You can't trust

            16    an addict.  When push comes to shove, if they're a hardcore

            17    addict, the drug is going to control them.  It isn't going

            18    to be common, good sense.

09:12       19         So -- but as far as cannabis, I mean, it's legal here

            20    in California now.  You know, should be, in my opinion,

            21    legal across the whole country.  And as far as those types,

            22    you know -- you know, we're more drinkers.

09:12       23         You know, in my day there was far more drinking that

            24    was done than -- than all this other stuff.

09:12       25    Q.   What about the policy on criminal activity?

09:13   1   A.   Again, it never came down from on high.  If you were
        2   involved in criminal activity, that was your business.  And,
        3   you know, the club wouldn't tell you yes or no.  But if you
        4   got arrested, that's your problem because you're not acting
        5   necessarily on the orders of the club.
09:13   6        When I was in, nobody in the club ever told me to
        7   commit a crime, ever.
09:13   8   Q.   What about self-defense?
09:13   9   A.   Certainly, I'll protect myself and we'll protect
       10   ourself [sic].  Absolutely.  There's a big difference
       11   between self-defense and between, uh -- you know, let's face
       12   it:  Motorcycle clubs are targets.
09:13  13   Q.   Because they're easy targets.
09:13  14   A.   Yeah.  They're easy targets.  They don't hide who they
       15   all are.  You know, that's one thing about bike clubs:
       16   They're not shy about telling you who they are, where all --
       17   a lot of other organizations, on the top layer, don't
       18   necessarily want you to know that -- who they are.
09:14  19   Q.   What about -- what do you think is the biggest thing
       20   that law enforcement doesn't understand about biker clubs?
09:14  21   A.   What they don't understand --
09:14  22   Q.   Yes.
09:14  23   A.   -- about bike clubs?
09:14  24        Well, I'm not sure what I could tell them on that.  You
       25   know, I don't know what I would say to them on what they

1       don't understand.

09:14   2           I guess what I would tell them is, yeah, there's some

3       bad people in bike clubs, just as there's bad people in

4       every organization.  But there's also a lotta damn good

5       people in them.

09:14   6           And, you know, again, you can't -- in my opinion, you

7       can't blame all for a few.  If we did that, no organization

8       would survive.

09:15   9    Q.   That'd be true for the police, as well?

09:15   10   A.   Absolutely.

09:15   11   Q.   And for a military?

09:15   12   A.   Absolutely.

09:15   13   Q.   Even the Catholic church?

09:15   14   A.   Absolutely.  It would be true for any organization.

09:15   15           How do you control if someone's bad or they do

16      something bad?  That's your own personal judgment and what

17      you decide to do.  And you face the consequences, I guess,

18      if you "fail" -- for lack'a better term.

09:15   19   Q.   Governor, we were talking about defending our --

20      yourself.  Lemme ask you:  If someone were hypothetically

21      breaking into your house at 4:00 o'clock in the morning --

09:15   22   A.   4:00 in the morning?

09:15   23   Q.   Yes, sir.  It's dark.  And they don't serve you with a

24      piece of paper to show you they have a right to be there,

25      and you had a shotgun, what would you do if they got past

|       |    |                                                                         |
|-------|----|-------------------------------------------------------------------------|
|       | 1  | your dogs?                                                               |
| 09:15 | 2  | A.   Well, first of all, the wouldn't get past my dog.                  |
| 09:16 | 3  | Q.   (Laughs.)                                                           |
| 09:16 | 4  | A.   I have what's called an "estate-trained Belgian                    |
|       | 5  | Malinois."  And they are the dog for personal protection.               |
|       | 6  | So they would not get past my dog.  They'd have to kill my              |
|       | 7  | dog, you know, to do that.                                              |
| 09:16 | 8  |      What would I do?                                                    |
| 09:16 | 9  | Q.   Yes.                                                                |
| 09:16 | 10 | A.   If I was there, I would probably shoot them.  If I felt            |
|       | 11 | that they were threatening, and if they're breaking into my            |
|       | 12 | house at 4:00 o'clock in the morning, I would think that's a           |
|       | 13 | rather weird time'a the day to be coming up to do some                 |
|       | 14 | type'a business with me, other than bad.  You know, I --                |
|       | 15 | that wouldn't fly with me too well.  I would defend myself.            |
| 09:16 | 16 | Q.   You --                                                             |
| 09:16 | 17 | A.   I think anyone would.                                              |
| 09:16 | 18 | Q.   You see anything wrong with that?                                  |
| 09:16 | 19 | A.   Do I?  Yeah.                                                        |
| 09:16 | 20 | Q.   With what?                                                         |
| 09:16 | 21 | A.   Breaking into someone's house at 4:00 in the morning              |
|       | 22 | without a warrant?                                                       |
| 09:17 | 23 | Q.   I'm talking about defending yourself if --                        |
| 09:17 | 24 | A.   Oh, defending --                                                    |
| 09:17 | 25 |            THE COURT:  Stop for just a moment.  We didn't get           |

```
        1   that colloquy because we're speaking over the top of each
        2   other.  That's not the witness's fault.  That's Counsel's
        3   fault.  He needs to slow down.
09:17   4   BY MR. YANNY:
09:17   5   Q.   If someone were coming into the -- your house at
        6   4:00 in the morning, or -- strike that.
09:17   7        If someone were coming into anybody's house at 4:00 in
        8   the morning, breaking the door down, and they had not served
        9   a warrant to come in, would there be anything wrong, in your
       10   opinion, with somebody defending themselves with a weapon?
09:17  11   A.   No.  Not in my opinion.  I would.
09:18  12   Q.   As a --
09:18  13   A.   I mean, anyone would.
09:18  14   Q.   And anybody'd have a right to do that?
09:18  15   A.   I would think so.  It's your house.  They're
       16   breaking -- if they're breaking your door down, are you
       17   kidding?
09:18  18   Q.   Um.
09:18  19   A.   I had two little ribbons and both of them had "E"s on
       20   them.  Do you know what I'm talking about?
09:18  21   Q.   Yes, sir.
09:18  22   A.   Okay.
09:18  23   Q.   Would you tell the jury?
09:18  24   A.   Well, that means I'm an "expert" in pistol and rifle.
       25   I've shot everything there is to shoot in the SEALS.
```

|       |    | |
|-------|----|--|
|       | 1  | There's no weapon that I haven't fired and don't pretty much |
|       | 2  | know about.  Although, maybe they got so the modern ones |
|       | 3  | today I haven't seen.  But at that time there was -- we |
|       | 4  | shoot -- we shot at -- SEAL cadre, shoot everything. |
| 09:19 | 5  | Q.   Let me ask you, Governor:  Have you been paid to come |
|       | 6  | out here and testify? |
| 09:19 | 7  | A.   No. |
| 09:19 | 8  | Q.   Now, you and I have spoken in the past, have we not? |
| 09:19 | 9  | A.   Yes, we have, over the phone. |
| 09:19 | 10 | Q.   Yes.  It's a pleasure to finally meet you, sir. |
| 09:19 | 11 | THE COURT:  Well, just a moment, Counsel. |
| 09:19 | 12 | All right.  Thank you. |
| 09:19 | 13 | BY MR. YANNY: |
| 09:19 | 14 | Q.   Has anyone from the prosecution contacted you? |
| 09:19 | 15 | A.   No. |
| 09:19 | 16 | Q.   Do you know any of these people at the table here? |
| 09:19 | 17 | A.   Huh-uh.  First time I've -- well, I've seen the |
|       | 18 | gentleman there on film before.  (Indicating.) |
| 09:19 | 19 | Q.   The guy -- Mr., uh -- let the record indicate he's |
|       | 20 | referring to Officer Ciccone -- uh, Special Agent Ciccone? |
| 09:19 | 21 | A.   Yeah.  I've seen him.  There's been certain things on |
|       | 22 | the *History Channel*, and TV, and all that stuff dealing with |
|       | 23 | the Mongols.  And I recognize him from, uh, the Queen |
|       | 24 | situation with, uh, the *Under and Alone* situation. |
| 09:20 | 25 | Q.   So Mr. Ciccone was being interviewed? |

| | | |
|---|---|---|
| 09:20 | 1 | A.   I think so. |
| 09:20 | 2 | Q.   Yep, yep. |
| 09:20 | 3 | A.   If I recollect right.  You know? |
| 09:20 | 4 | Q.   Do you recall in what context that Mr. Ciccone was |
| | 5 | being interviewed? |
| 09:20 | 6 | A.   No.  I can't remember now.  I just -- it was, uh, just |
| | 7 | that Queen would report to him and stuff.  And I can't |
| | 8 | even -- you know, there's been about three or four'a the |
| | 9 | shows, and they kinda run together.  After a while, you |
| | 10 | can't -- I can't distinguish one from the other anymore. |
| 09:20 | 11 | But he's just the one gentleman that I -- that I |
| | 12 | recognized from watching when it's on the *History Channel* or |
| | 13 | whatever. |
| 09:20 | 14 | Q.   Over the years, as um -- well, as a citizen, as a |
| | 15 | member'a the Mongols, as Governor, Mayor, have you become |
| | 16 | aware of, um, corrupt police practices as -- regarding |
| | 17 | entrapment? |
| 09:21 | 18 | A.   Have I become aware? |
| 09:21 | 19 | Q.   Yes. |
| 09:21 | 20 | A.   Um, only things that you read or shows that have it on, |
| | 21 | or whatever, would be the only thing 'cause I really -- for |
| | 22 | me, I'm not out here in California. |
| 09:21 | 23 | Q.   Yeah. |
| 09:21 | 24 | A.   And, uh, you know, so I don't know what go -- what |
| | 25 | necessarily is going on here today on any type of entrapment |

|       |    |                                                             |
|-------|----|-------------------------------------------------------------|
|       | 1  | thing.  I wouldn't be privy to that, really.                |
| 09:21 | 2  | Q.   Were you aware of the "stash house" cases, as they're  |
|       | 3  | called?                                                     |
| 09:21 | 4  | A.   The -- no.                                             |
| 09:21 | 5  | Q.   Okay.  What does your patch mean to you, Gov?          |
| 09:21 | 6  | A.   What does my patch mean to me?                         |
| 09:21 | 7  |           MR. WELK:  Objection.  Asked and answered.        |
| 09:21 | 8  |           THE COURT:  This has been asked and answered,     |
|       | 9  | Counsel.                                                    |
| 09:21 | 10 |           MR. YANNY:  Okay.                                 |
| 09:21 | 11 | BY MR. YANNY:                                               |
| 09:22 | 12 | Q.   What, if any, similarities can you draw between the    |
|       | 13 | motorcycle club world and fraternities?                    |
| 09:22 | 14 |           MR. WELK:  Objection.  No foundation.             |
| 09:22 | 15 |           THE COURT:  Sustained.                            |
| 09:22 | 16 | BY MR. YANNY:                                               |
| 09:22 | 17 | Q.   If you know?                                           |
| 09:22 | 18 |           THE COURT:  Sustained.                            |
| 09:22 | 19 |           THE WITNESS:  I wasn't supposed to answer that,   |
|       | 20 | was I?                                                      |
| 09:22 | 21 |           THE COURT:  No, you're not --                     |
| 09:22 | 22 |           MR. YANNY:  No, no, no.                           |
| 09:22 | 23 |           THE WITNESS:  I mean, everyone was waiting here.  |
| 09:22 | 24 |           THE COURT:  Counsel, you can argue these points,  |
|       | 25 | but you're not gonna use the witness to start comparing a   |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | fraternity, et cetera.                                       |
| 09:22 | 2  | BY MR. YANNY:                                                 |
| 09:22 | 3  | Q.   Let me ask you, Governor:  Were you familiar with the   |
|       | 4  | constitution'a the Mongols?                                   |
| 09:22 | 5  | A.   Somewhat.  I haven't read it in years, and it's gone    |
|       | 6  | through many changes, I'm sure, since I was there.  But I     |
|       | 7  | know there -- yeah, there's certain things.  You don't lie.  |
|       | 8  | You don't cheat a brother.  You don't do stuff like that.    |
|       | 9  | And, you know, I'm not gonna sit and tell you that I've       |
|       | 10 | reviewed it before I came here, because I haven't.           |
| 09:23 | 11 | Q.   Okay.  To your knowledge, has the club ever, as an       |
|       | 12 | entity, engaged or encouraged the dealing in narcotics?      |
| 09:23 | 13 | A.   As a club as a whole?                                   |
| 09:23 | 14 | Q.   Oh, yes.                                                 |
| 09:23 | 15 | A.   Not to my knowledge, no.  Not when I was in.  Not as a  |
|       | 16 | whole.  There may've been individuals that got involved in   |
|       | 17 | it, but not the club, as a whole.                           |
| 09:23 | 18 | Q.   And if those individuals got busted, what happened to    |
|       | 19 | 'em?                                                          |
| 09:23 | 20 | A.   They paid the price.                                     |
| 09:23 | 21 | Q.   Did the club support 'em?                               |
| 09:23 | 22 | A.   I can't remember.  I mean, you'd support 'em to a       |
|       | 23 | certain extent 'cause there's a part -- but you also have to |
|       | 24 | understand that, you know, they -- they, if you're gonna      |
|       | 25 | dance to the music, you gotta pay the fiddler.               |

2:13-CR-0106-DOC-1 - 11/28/2018 - Day 14, Volume I

53

| 09:23 | 1 | Q. Now, did you all pay dues when you were a member? |
|---|---|---|

09:23    1    Q.   Now, did you all pay dues when you were a member?

09:24    2    A.   Yeah.

09:24    3    Q.   Is there anything wrong from your point of view for

         4    somebody paying dues?

09:24    5          MR. WELK:  Objection.  Argumentative.

09:24    6          THE COURT:  Overruled.

09:24    7          THE WITNESS:  No.  I don't find anything wrong

         8    with it because there's certain functions that the club

         9    needs a monetary pot for, if they're -- you know, if they're

      10    gonna do some things, like, okay, if -- if my South Bay

      11    chapter was deciding to throw a party for the other two

      12    San Diego chapters to come over, well, we need some money.

      13    And, you know -- so that's -- it was things like that you

      14    paid dues for.  You know, you pay -- you paid dues to the

      15    club really no different than any other organization out

      16    there that you -- that requires "due" payments.

09:24    17          I mean, you have homeowners associations.  Same

      18    thing:  You pay dues to the homeowners association to be

      19    participant'a that.

09:25    20          So, you know, paying dues to the Mongol Motorcycle

      21    Club's no big deal.  You'd expect it.

09:25    22    BY MR. YANNY:

09:25    23    Q.   Let me ask you, Governor:  To your knowledge, was

      24    anybody ever asked to commit a crime on behalf of the

      25    Mongols?

09:25  1    A.    I was never asked to, and to my knowledge, no.  No, I

2    can't think of a time that I can recall someone asked to --

3    asking someone to commit a crime.  We defend ourselves; you

4    can bet on that.  But, no, I've never got asked to commit a

5    crime.

09:25  6    Q.    And you defend each other?

09:25  7    A.    Sure.

09:25  8    Q.    You ever see situations where one club steals the patch

9    of another club?

09:25 10    A.    I've never seen it, but I've heard of it.  And -- and,

11    you know, that's probably -- in -- in the world of the --

12    the motorcycle world, that's probably the worst thing you

13    could have happen because --

09:26 14    Q.    Why's that?

09:26 15    A.    -- because that's what means the most to ya.  You see,

16    any guy in the club is -- his cut, his colors, his whatever,

17    that's -- that's the most important thing.  And if you lost

18    those, that'd be the worst thing that could happen to you.

19    You'd probably rather be dead --

09:26 20    Q.    All right.

09:26 21    A.    -- then you wouldn't have to answer for it.

09:26 22    Q.    Let me ask you, Governor:  Did you see situations where

23    the club as a whole would take collections to help brothers

24    who had gotten in -- uh, either in trouble or had fallen on

25    hard times?

09:26   1    A.    Yeah.   Yeah, I've seen that.   I've seen where we'd help

        2    each other out.   If somebody went down on their bike or

        3    something, or somebody got in a position where they were

        4    hurtin' a little bit, yeah, the club at times would --

        5    would...

09:26   6    Q.    Anything wrong with that?

09:27   7    A.    No, not that I know of.   Or maybe if they're hurtin'

        8    that bad, they could suspend their dues for a little bit,

        9    too.   You know, if they lost their job and they're -- and

        10   cash flow's short, you know, anything can be negotiated in

        11   good faith.

09:27   12   Q.    Do you consider the Mongols to be a racist

        13   organization?

09:27   14   A.    Not at all.   Not a bit.   I'm white.   75 percent'a the

        15   club's Mexican/Latino.   No, I don't find it -- we're a

        16   brotherhood'a bikers.   We're not racist.   Race has nothing

        17   to do with it, as I said earlier, in my opinion.

09:27   18   Q.    To your knowledge, are there any blacks in the Mongols?

09:27   19   A.    I don't know.   They've gotten so big, there could be.

        20   I don't know.   When I -- when I heard the fact that how

        21   we've grown to all these states, and we're international

        22   now, and we're in places around the world, there -- there

        23   are different, you know, that -- I don't know if there is or

        24   not.   It's never even entered into my thinking.   Haven't

        25   even thought about it.

| | | |
|---|---|---|
| 09:28 | 1 | Q.   By the way, there's been a lot made of the "Fight |
| | 2 | Song."  Remember that? |
| 09:28 | 3 | A.   The Mongol Song? |
| 09:28 | 4 | Q.   Yes, uh... |
| 09:28 | 5 | A.   Yeah. |
| 09:28 | 6 |       MR. YANNY:  Could we queue that up, by any chance? |
| 09:28 | 7 | BY MR. YANNY: |
| 09:28 | 8 | Q.   Who wrote that? |
| 09:28 | 9 | A.   I did. |
| 09:28 | 10 |       *(Laughter.)* |
| 09:28 | 11 |       THE WITNESS:  Well, not exactly.  Let me preface |
| | 12 | that:  I didn't exactly write it.  I plagiarized it. |
| 09:28 | 13 | BY MR. YANNY: |
| 09:28 | 14 | Q.   From where, sir? |
| 09:28 | 15 | A.   From SEAL training. |
| 09:28 | 16 | Q.   So that same song was used by the Navy SEALS? |
| 09:28 | 17 | A.   Basically, except for word changes.  It was |
| | 18 | originally -- I got -- you want the story?  I got -- |
| 09:28 | 19 | Q.   Yeah, go ahead. |
| 09:28 | 20 | A.   Okay.  I got -- my chapter president was in the Navy |
| | 21 | too, and he knew that when you go through Navy SEAL |
| | 22 | training, you sing songs to kinda relieve the -- what |
| | 23 | they're torturing you with.  It keeps your mind off it.  And |
| | 24 | so he knew that we sang these songs, so he asked -- he told |
| | 25 | me, *I want you to make up a song for our chapter,* which was, |

Case 2:13-cr-00106-DOC   Document 525   Filed 07/02/20   Page 57 of 86   Page ID #:8389
2:13-CR-0106-DOC-1 - 11/28/2018 - Day 14, Volume I

57

|       |    |                                                                    |
|-------|----|--------------------------------------------------------------------|
|       | 1  | at that time, the South Bay chapter.                               |
| 09:29 | 2  | And so I took a song that we used to sing only on the              |
|       | 3  | Silver Strand, never on the base, because the words to the         |
|       | 4  | song are not exactly what you'd wanna hear in mixed company        |
|       | 5  | or with people, you know, who are a bit shy or anything like       |
|       | 6  | that.  It was a song that was originally called *"Ollie's*         |
|       | 7  | *Raiders*."  And it was named after Vince Olivera, who was the     |
|       | 8  | most-feared first phase SEAL instructor in history.                |
|       | 9  | Everybody feared Vince Olivera.  So he had his own song, and       |
|       | 10 | it was call Ollie's Raiders.                                       |
| 09:30 | 11 | And I simply changed "Ollie" to "Mongol" and changed a             |
|       | 12 | couple other words, and it became, *We are Mongol raiders.*        |
|       | 13 | *We're raiders of the night.*  And the rest -- I don't know if     |
|       | 14 | you've heard it all.                                               |
| 09:30 | 15 | Have you heard it all?                                             |
| 09:30 | 16 | MR. YANNY:  I'll put this up here.  It's what's             |
|       | 17 | been previously admitted.                                          |
| 09:30 | 18 | THE WITNESS:  So -- so all of these words               |
|       | 19 | originally came out of the United States Navy.  I want you         |
|       | 20 | to know that.  They did not originate with the Mongol              |
|       | 21 | Motorcycle Club.  They were done in the United States Navy.        |
| 09:30 | 22 | *(Exhibit displayed.)*                                             |
| 09:30 | 23 | BY MR. YANNY:                                                      |
| 09:30 | 24 | Q.   There.  I can show you what's been previously marked as       |
|       | 25 | Exhibit 18 and entered into evidence by the government.            |

| | | |
|---|---|---|
| 09:30 | 1 | Is that the song you're talking about, sir? |
| 09:30 | 2 | A.   Yes, it is.  Except in my -- in the original version |
| | 3 | it's, *We are Ollie's Raiders.  We're raiders of the night.* |
| 09:30 | 4 | MR. WELK:  Excuse me, Your Honor. |
| 09:30 | 5 | THE WITNESS:  The rest is the same.  And except |
| | 6 | the enemies, we kinda used it against the Marines at that |
| | 7 | point 'cause there was a natural rivalry between us and the |
| | 8 | Marines. |
| 09:31 | 9 | MR. WELK:  Your Honor, this document has not been |
| | 10 | admitted as evidence. |
| 09:31 | 11 | THE COURT:  Yeah, this has not been received yet, |
| | 12 | Counsel.  But we can -- |
| 09:31 | 13 | MR. YANNY:  Oh, I'm sorry. |
| 09:31 | 14 | THE COURT:  Receive it.  No, it's received. |
| 09:31 | 15 | What exhibit is it? |
| 09:31 | 16 | BY MR. YANNY: |
| 09:31 | 17 | Q.   Well, you -- do you recognize Exhibit 18, sir? |
| 09:31 | 18 | THE COURT:  Exhibit 18? |
| 09:31 | 19 | THE WITNESS:  Yeah, I recognize it. |
| 09:31 | 20 | THE COURT:  Received. |
| 09:31 | 21 | MR. YANNY:  We move it into evidence. |
| 09:31 | 22 | THE COURT:  It's received. |
| 09:31 | 23 | *(Exhibit Number 18 received in evidence.)* |
| 09:31 | 24 | BY MR. YANNY: |
| 09:31 | 25 | Q.   That's the song that you wrote? |

2:13-CR-0106-DOC-1 - 11/28/2018 - Day 14, Volume I

59

| | | |
|---|---|---|
| 09:31 | 1 | A.    Yeah. |
| 09:31 | 2 | Q.    Yep. |
| 09:31 | 3 | A.    Well, I didn't write it, but that's the song that I |
| | 4 | "arranged."  We will call it an "arrangement." |
| 09:31 | 5 | Q.    Yes. |
| 09:31 | 6 | A.    In the musical terms -- musical world. |
| 09:31 | 7 | Q.    That came, if I understand your testimony, originally |
| | 8 | from, um, the United States military, not the Mongols? |
| 09:31 | 9 | A.    Oh, this song?  Yeah, this song was sung by us in Navy |
| | 10 | SEAL training.  We got some other good ones too that I could |
| | 11 | sing for you, if you'd like. |
| 09:32 | 12 | Q.    Uh-huh. |
| 09:32 | 13 | A.    They're just as rank too.  But that's where it came |
| | 14 | from anyway.  I wrote it. |
| 09:32 | 15 |         MR. YANNY:  Governor, thank you. |
| 09:32 | 16 |         THE WITNESS:  Thank you. |
| 09:32 | 17 |         THE COURT:  Why don't we take a recess.  Would |
| | 18 | that be acceptable to everybody? |
| 09:32 | 19 |         And why don't we make that 20 minutes. |
| 09:32 | 20 |         You're admonished not to discuss this matter |
| | 21 | amongst yourselves nor form or express any opinion |
| | 22 | concerning the case. |
| 09:32 | 23 |         (To the witness:) Thank you, sir.  You may step |
| | 24 | down after the jury leaves. |
| 09:32 | 25 |         *(Jury exits the courtroom.)* |

09:32   1            THE COURT:  All right.  Sir, we'll have you back

        2   in 20 minutes, then.  Thank you very much.

09:32   3            THE WITNESS:  Thank you, Your Honor.

09:32   4            THE COURT:  Counsel, 20 minutes acceptable?

09:32   5            MR. WELK:  Yes, Your Honor.  Thank you.

09:32   6            THE COURT:  All right.  Thank you.

09:32   7        *(Recess held at 9:32 a.m.)*

09:33   8        *(Proceedings resumed at 9:54 a.m.)*

09:54   9            THE COURT:  All right.  Then we're back in

        10   session.  The jury's present.  The alternates are present,

        11   the parties, and the witness is present.

09:54   12           If you would like to get started -- strike that.

09:54   13           Mr. Yanny, are you finished?

09:55   14           MR. YANNY:  I'm finished with direct, sir.

09:55   15           THE COURT:  All right.  Thank you.

09:55   16           Cross-examination, please, by the government.

09:55   17           MR. WELK:  Thank you, Your Honor.

09:55   18                       **CROSS-EXAMINATION**

09:55   19   BY MR. WELK:

09:55   20   Q.   Good morning, Governor.

09:55   21   A.   Good morning.

09:55   22   Q.   I'd like to start with establishing the timeline.

09:55   23        You said that when you returned from your second tour

        24   in Southeast Asia, that's when you first became interested

        25   in joining the Mongols?

09:55  1    A.   Well, it actually -- it -- what happened was, the --

2    between my first and -- when I went on my first tour

3    overseas, uh, you always end up with something called a "sea

4    daddy."  And what a sea daddy is, that's an old -- a guy

5    who's been over there before, kinda takes you under their

6    wing, and becomes your sea daddy.

09:55  7         And it happened in my first deployment that a member of

8    my platoon rode Harley-Davidsons, so while we were overseas,

9    the first deployment, he talked me into it.  You don't spend

10   any money when you're on deployment.  Your checks roll over

11   and roll over.  So you generally come back with a little bit

12   of change.

09:56  13        So when I first came back, I bought my first

14   Harley-Davidson, and I started riding with him.  And we had

15   two friends in Coronado, California who we rode with,

16   civilians.  Well, my friend then got out, my sea daddy.  I

17   had to do my second deployment.  I sold that Sportster that

18   I had, knowing that I'd get a different one when I came back

19   with more money again.  So I sold that, put the money in the

20   bank.  Deployed again.

09:56  21        When I came back, I ran into two -- the two friends,

22   the civilian friends who I had rode with the year earlier

23   before deployment, and they were now full-patch Mongols,

24   members of the Mongols Motorcycle Club.  And so I started

25   riding and tagging along with them.  And of course, they

1    were members of the club, and they went to certain club

2    functions and they invited me along.  I got to meet the

3    members.  And that's when I made the decision that I was

4    getting outta the military anyway at this point, that I'm

5    gonna try this life for a while.  What the heck.  Come to a

6    Y in the road and take it.

09:57  7    Q.   So when was that?  What -- the time period?

09:57  8    A.   '73, '74.

09:57  9    Q.   When you got back from your second deployment, that was

10    in 1973?

09:57  11   A.   Early.

09:57  12   Q.   Early 1973?

09:57  13   A.   Yeah, like February.

09:57  14   Q.   Okay.  And then you said that at some point you started

15    hanging around with these, uh -- these two gentlemen that

16    you knew who were full-patch members?

09:57  17   A.   "Now."  Between me deploying and coming back, they were

18    "now" full members of the South Bay chapter of the Mongols.

09:57  19   Q.   Okay.  And, um -- they weren't veterans, though; right?

09:57  20   A.   No.

09:57  21   Q.   And how -- about how long was it after you returned

22    from your deployment that you started doing this hangaround

23    process?

09:57  24   A.   Oh, within a month or two.

09:58  25   Q.   Okay.  So that woulda been March or April?

```
09:58    1    A.    Yeah.  And, in fact, it was very quickly thereafter
         2    that I prospected, because I got my full patch while I was
         3    still in the Navy.
09:58    4    Q.    Okay.  So --
09:58    5    A.    I hadn't been discharged yet off active duty.
09:58    6    Q.    When were you discharged from the Navy?
09:58    7    A.    Full discharge?
09:58    8         (Court reporter requests clarification for the
         9      record.)
09:58   10            THE WITNESS:  September the 10th, 1975, was when I
        11    received my honorable discharge.
09:58   12    BY MR. WELK:
09:58   13    Q.    And did that include your reserve time?
09:58   14    A.    Yes.
09:58   15    Q.    So when were you discharged from active duty?
09:58   16    A.    December of '73.
09:58   17    Q.    So at some point in March or April of '73, you
        18    started -- that's when you started prospecting?
09:58   19    A.    Yep.
09:58   20    Q.    And you said --
09:58   21    A.    Yes.
09:58   22    Q.    -- you prospected for six months; right?
09:58   23    A.    Roughly.  I didn't exactly keep total tab.  But it was
        24    that fall sometime where I got my full -- what they call
        25    "full patch" and became a full member, and didn't have to go
```

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | for anything anymore.                                    |
| 09:59 | 2  | Q.   Okay.  And so the fall of '73 was when the -- when you |
|       | 3  | became a full-patch member?                              |
| 09:59 | 4  | A.   Yep.                                                 |
| 09:59 | 5  | Q.   And that was --                                      |
| 09:59 | 6  | A.   Yes.                                                 |
| 09:59 | 7  | Q.   -- that was when you assumed duties as a chapter     |
|       | 8  | officer; right?                                          |
| 09:59 | 9  | A.   No.  Uh, that -- I was just a member.  And then there |
|       | 10 | were elections.  That could've happened shortly thereafter, |
|       | 11 | and it was at that point that I was elected to           |
|       | 12 | sergeant at arms.  I didn't even seek it out.            |
| 09:59 | 13 | Q.   Okay.                                                |
| 09:59 | 14 | A.   They just voted me -- my chapter voted me sergeant at |
|       | 15 | arms.                                                    |
| 09:59 | 16 | Q.   And you said at some point you, uh, moved back to    |
|       | 17 | Minnesota; right?                                        |
| 09:59 | 18 | A.   Yep --                                               |
| 09:59 | 19 | Q.   When --                                              |
| 09:59 | 20 | A.   -- yes.                                              |
| 09:59 | 21 | Q.   -- when was that?                                    |
| 09:59 | 22 | A.   Spring, early summer'a '74.  Right around in there.  |
|       | 23 | '74.  Anyway, somewhere in there.                        |
| 09:59 | 24 | Q.   Okay.  And that -- you said that when you moved back to |
|       | 25 | Minnesota, there was no Mongols chapter in Minnesota; right? |

| | | |
|---|---|---|
| 09:59 | 1 | A.    No. |
| 09:59 | 2 | Q.    And, uh, so when you moved back to Minnesota, you |
| | 3 | stopped being an active member of the Mongols; correct? |
| 10:00 | 4 | A.    That's correct. |
| 10:00 | 5 | Q.    So sounds like -- Okay. |
| 10:00 | 6 | So one'a the things you testified to was that, in your |
| | 7 | experience, one'a the things that distinguishes the Mongols |
| | 8 | from street gangs is that the Mongols tell you who they are; |
| | 9 | right? |
| 10:00 | 10 | A.    Well, yeah, we wear what we call our colors, our |
| | 11 | patches, and there's no -- pretty much no denying who we |
| | 12 | are.  All -- all bike clubs do that.  That's kind of a |
| | 13 | tradition, I guess, for lack'a better term. |
| 10:00 | 14 | Q.    And you understand, as someone who's had some |
| | 15 | experience with law enforcement, as the -- as a Mayor and |
| | 16 | Governor, that the term "colors" is used to describe |
| | 17 | insignia or indicia of gang membership; right? |
| 10:00 | 18 | A.    Yep, yes. |
| 10:00 | 19 | Q.    And you understand that street gangs also use indicia |
| | 20 | of gang membership, including clothing that they wear; |
| | 21 | right? |
| 10:01 | 22 | A.    Yes.  In fact, I wrote a book called -- |
| 10:01 | 23 | *(Court reporter requests clarification for the* |
| | 24 | *record.)* |
| 10:01 | 25 | THE WITNESS:  I wrote a book called *DemoCRIPS and* |

|        |    | |
|--------|----|---|
|        | 1  | *ReBLOODlicans:  No More Gangs in Government.*  'Cause I view |
|        | 2  | the Democratic and Republican parties as gangs too. |
| 10:01  | 3  | BY MR. WELK: |
| 10:01  | 4  | Q.   So you understand the -- who -- what the Crips and the |
|        | 5  | Bloods are; right? |
| 10:01  | 6  | A.   Sure. |
| 10:01  | 7  | Q.   And that those are two competing gangs, got their start |
|        | 8  | in Los Angeles. |
| 10:01  | 9  | A.   I think, yeah. |
| 10:01  | 10 | Q.   And that one of them wears primarily red; the other |
|        | 11 | wears primarily blue? |
| 10:01  | 12 | A.   Like the Democrats and Republicans:  Red state and blue |
|        | 13 | states.  Same. |
| 10:01  | 14 | Q.   Setting aside the political aspect, the gangs |
|        | 15 | themselves, they are identifiable by what they wear; right? |
| 10:01  | 16 | A.   I guess.  I don't know.  I've never been a member of |
|        | 17 | one of them.  I don't know.  I've never seen them actually |
|        | 18 | wear their names or anything in my dealings.  I've never |
|        | 19 | seen them walk down the street like -- like, or ride |
|        | 20 | motorcycles like we do.  I've never seen that. |
| 10:02  | 21 | They may use color codes within the gang culture. |
|        | 22 | Certainly.  I mean, no different than our Democrats and |
|        | 23 | Republicans.  They're called "red" and "blue," too, now. |
| 10:02  | 24 | Q.   Right.  But, again, getting back to the gangs -- |
| 10:02  | 25 | A.   Well, I view them as gangs. |

2:13-CR-0106-DOC-1 - 11/28/2018 - Day 14, Volume I

67

| | | |
|---|---|---|
| 10:02 | 1 | Q.   I understand that, sir.  But I -- I'm not asking you |
| | 2 | about Republicans and Democrats here. |
| 10:02 | 3 | A.   I know. |
| 10:02 | 4 | Q.   I'm asking you about the Mongols and street gangs |
| | 5 | because that's -- |
| 10:02 | 6 | A.   Yep. |
| 10:02 | 7 | Q.   -- what you testified about. |
| 10:02 | 8 | A.   Sure. |
| 10:02 | 9 | Q.   So -- but you understand that the Crips wear blue and |
| | 10 | the Bloods wear red, and that that's one'a the ways that |
| | 11 | they are identified; right? |
| 10:02 | 12 | A.   Well, I understand it.  I couldn't tell you which one |
| | 13 | wears blue and which one wears red.  I don't know 'em that |
| | 14 | well.  I know that that's what they do, but -- |
| 10:03 | 15 | Q.   And -- |
| 10:03 | 16 | A.   -- I couldn't tell you if it's the Crips that are blue |
| | 17 | or the other ones that are blue.  I don't know if they are. |
| 10:03 | 18 | Q.   And you know that the Mongols have a color scheme; |
| | 19 | right? |
| 10:03 | 20 | A.   Black-and-white. |
| 10:03 | 21 | Q.   And the Hells Angels have a color scheme? |
| 10:03 | 22 | A.   Red-and-white. |
| 10:03 | 23 | *(Court reporter requests clarification for the* |
| | 24 | *record.)* |
| | 25 | |

10:03    1    BY MR. WELK:

10:03    2    Q.   And that's one'a the ways that members and prospects of

         3    those two groups identify each other; right?

10:03    4    A.   Yeah.  Except ours says "MC" on it --

10:03    5    Q.   Well --

10:03    6    A.   -- which says "club."  Motorcycle club.  It doesn't say

         7    "MG" on it.  On the back'a my colors, it says "MC,"

         8    Motorcycle Club.

10:04    9    Q.   I've asked Special Agent Ciccone to hold up what's been

        10    marked -- what's been introduced as Exhibit 44.

10:04   11         Do you recognize what that is?

10:04   12    A.   Yes.  That's, uh, the Hells Angels.

10:04   13    Q.   It's a cut; right?

10:04   14    A.   Yeah, yeah.

10:04   15    Q.   It has the letters "MC" on it; right?

10:04   16    A.   Yep.  For "Motorcycle Club."

10:04   17    Q.   Do you consider the Hells Angels to be a gang?

10:04   18    A.   No.  I consider them to be a motorcycle club like --

        19    that's what it says on their coat right there.  It says

        20    "MC."  That's what I'm going by.

10:04   21    Q.   So do you think an organization is only a gang if they

        22    self-identify as a gang?

10:04   23    A.   I don't know how to -- I don't know.

10:04   24    Q.   Well --

10:04   25    A.   I -- I -- what are you asking me?

| 10:04 | 1 | Q. Let me see if I can clarify it. |
| 10:04 | 2 | A. Clarify it. |
| 10:04 | 3 | Q. 'Cause you're here testifying as an expert in this |
| | 4 | case. |
| 10:05 | 5 | A. Yeah. |
| 10:05 | 6 | Q. And so my question to you is -- we're talking about |
| | 7 | what the word "gang" means.  In your opinion, is an |
| | 8 | organization only fairly referred to as a gang if they |
| | 9 | self-identify themselves as a gang? |
| 10:05 | 10 | MR. YANNY:  Objection. |
| 10:05 | 11 | THE WITNESS:  Yeah, I would think you would have |
| | 12 | to call yourself a gang. |
| 10:05 | 13 | BY MR. WELK: |
| 10:05 | 14 | Q. So -- so if the Bloods gang, which we've agreed is a |
| | 15 | gang; right? |
| 10:05 | 16 | A. If they call themselves a gang, yeah.  They're not a |
| | 17 | club.  They don't call them the Blood Club, do they? |
| 10:05 | 18 | Q. So in your view, they're -- the Bloods are only a gang |
| | 19 | if they call themselves a gang; is that right? |
| 10:05 | 20 | A. Well, you identify yourself "of" what you are.  Who |
| | 21 | else could do it, but you? |
| 10:05 | 22 | Q. I guess -- |
| 10:05 | 23 | A. I know -- I'm not sure where you're going, Counselor, |
| | 24 | with all this. |
| 10:05 | 25 | Q. I think we're -- maybe we're not being clear enough, |

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | Governor.                                                    |
| 10:05 | 2  | A.    You're losing me.                                      |
| 10:05 | 3  | Q.    Let me try to clear that up.                           |
| 10:05 | 4  | A.    Okay.                                                  |
| 10:05 | 5  | Q.    You had experience with law enforcement as the Mayor of |
|       | 6  | Brooklyn...?                                                 |
| 10:06 | 7  | A.    Park.                                                  |
| 10:06 | 8  | Q.    -- Park and as the Governor of Minnesota; right?       |
| 10:06 | 9  | A.    I guess, yeah.  The -- you know, you hold those        |
|       | 10 | offices, you are the top law enforcement officer'a the       |
|       | 11 | state.                                                       |
| 10:06 | 12 | Q.    And you -- didn't you testify that you had ridden along |
|       | 13 | with your cops on occasion?                                  |
| 10:06 | 14 | A.    Yeah, when I was Mayor.                                 |
| 10:06 | 15 | Q.    You understand, in that capacity, that police -- police |
|       | 16 | agencies have gang units; right?                             |
| 10:06 | 17 | A.    Yep.                                                   |
| 10:06 | 18 | Q.    Okay.  And -- and their responsibility is to           |
|       | 19 | investigate gangs; right?                                    |
| 10:06 | 20 | A.    I would assume so.  I don't know.  I'm not a member'a  |
|       | 21 | the police department.                                      |
| 10:06 | 22 | Q.    Well, let me ask you what your understanding is of what |
|       | 23 | a gang --                                                    |
| 10:06 | 24 | A.    They have gang task force.  They have all that stuff.   |
|       | 25 | Yeah, because drugs are illegal -- just like they have drug  |

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | task force, and whatever's -- whatever they deem illegal,              |
|       | 2  | they probably have a task force for it.                                |
| 10:06 | 3  | Q.   Okay.  And you understand that gangs are -- they do               |
|       | 4  | more than just deal drugs; right?                                      |
| 10:07 | 5  | A.   I've never been a member of a gang.  I wouldn't know.             |
| 10:07 | 6  | Q.   But setting aside whether you've ever been a member,              |
|       | 7  | you've never been a member of the Republican Party; right?            |
| 10:07 | 8  | A.   Huh-uh.                                                           |
| 10:07 | 9  | Q.   But you wrote a book about it; right?                             |
| 10:07 | 10 | A.   No.  I wrote a book about third parties --                        |
| 10:07 | 11 | Q.   But you --                                                        |
| 10:07 | 12 | A.   -- and compared it to the two existing parties, the two          |
|       | 13 | predominant parties, yes.                                              |
| 10:07 | 14 | Q.   But you were able to make that comparison despite the            |
|       | 15 | fact that you had never been a member of the Republican               |
|       | 16 | Party; right?                                                          |
| 10:07 | 17 | A.   Yes.  But I dealt with the Republican Party on a daily           |
|       | 18 | basis, where I have never dealt with the Crips or Bloods              |
|       | 19 | ever.  So how would I have any knowledge of what they do?  I          |
|       | 20 | don't.  And the gangs I dealt with in Minnesota were not              |
|       | 21 | Crips and Bloods.                                                      |
| 10:07 | 22 | Q.   Okay.  What were the names of the gangs?                         |
| 10:07 | 23 | A.   I don't even know.  To this day, I don't know because           |
|       | 24 | they don't wear their name.  They could be called anything,          |
|       | 25 | for that matter.  I don't know.                                        |

| | | |
|---|---|---|
| 10:08 | 1 | Q.   So do you have any knowledge, either personal or |
| | 2 | through study or -- or any other way, about gang culture in |
| | 3 | California? |
| 10:08 | 4 | A.   Other than being a member'a the Mongols, that's my only |
| | 5 | experience.  And we're not a gang.  We're a club. |
| 10:08 | 6 | Q.   Oh, okay.  So -- |
| 10:08 | 7 | A.   So I have no gang experience in California. |
| 10:08 | 8 | Q.   And the gang experience -- |
| 10:08 | 9 | A.   I've never met a Crip.  I've never met a Blood, to my |
| | 10 | knowledge. |
| 10:08 | 11 | Q.   During your time as Mayor and Governor, did you ever |
| | 12 | deal with any components of a gang called MS13? |
| 10:08 | 13 | A.   I don't recollect, no. |
| 10:08 | 14 | Q.   Maravilla? |
| 10:08 | 15 | A.   No. |
| 10:08 | 16 | Q.   White Fence? |
| 10:08 | 17 | A.   Don't remember any of them names. |
| 10:08 | 18 | Q.   You know Al Aceves?  Yes? |
| 10:09 | 19 | A.   What? |
| 10:09 | 20 | Q.   You knew Al Aceves? |
| 10:09 | 21 | A.   Who? |
| 10:09 | 22 | Q.   Al Aceves, "Big Al." |
| 10:09 | 23 | A.   Oh, "Big Al."  Yeah, I knew "Big Al."  I didn't realize |
| | 24 | you had him lumped in with these other gangs you're -- stuff |
| | 25 | you talked about.  Yeah, I know Al. |

| | | |
|---|---|---|
| 10:09 | 1 | Q.   Have you talked to him lately? |
| 10:09 | 2 | A.   I think on the phone, through the attorney, we may've |
| | 3 | said hello to each other.  That could've happened.  I |
| | 4 | don't -- I can't specifically state it did or not. |
| 10:09 | 5 | Q.   Did Mr. Aceves ever tell you about the time when, as a |
| | 6 | Mongol, he pulled an eye outta somebody's head? |
| 10:09 | 7 | A.   No. |
| 10:09 | 8 | Q.   Did he ever tell you about the time that he tied a man |
| | 9 | to a tree and whipped him with a chain until he couldn't |
| | 10 | stand up? |
| 10:09 | 11 | A.   Nope. |
| 10:09 | 12 |       MR. YANNY:  Objection.  There's no foundation for |
| | 13 | any'a this. |
| 10:09 | 14 |       THE COURT:  Well, it is stated as a fact, Counsel. |
| | 15 | You can ask him if he's heard.  But you're stating a fact. |
| | 16 | Sustain -- |
| 10:09 | 17 |       THE WITNESS:  No, I haven't -- |
| 10:09 | 18 |       THE COURT:  -- the objection. |
| 10:09 | 19 |       THE WITNESS:  I haven't heard any of that. |
| 10:10 | 20 | BY MR. WELK: |
| 10:10 | 21 | Q.   You didn't hear any'a those -- |
| 10:10 | 22 | A.   No. |
| 10:10 | 23 | Q.   -- stories? |
| 10:10 | 24 | A.   No.  This is the first I've heard of it, is from you |
| | 25 | today. |

10:10  1    Q.   Did you ever talk to Mr. Aceves about any crimes that
       2    he may have committed?
10:10  3    A.   Never.
10:10  4    Q.   You talked about the term "1 Percenter."  You recall
       5    that?
10:10  6    A.   Yes.
10:10  7    Q.   In your understanding, what does "1 Percenter" mean?
10:10  8    A.   Well, it means exactly what it is.  It came out of
       9    Hollister, California, back in 1948, where a bunch'a
      10    motorcyclists kind've got out of control, I guess, there.  I
      11    wasn't alive then, so I can't testify that I have any direct
      12    knowledge.  I've only read about it.
10:10 13         But apparently they got kind of out of line, and the
      14    town went kinda crazy, and uh, the American Motorcycle
      15    Association came out and -- publicly and said that
      16    99 percent of all motorcyclists are law-abiding, this and
      17    that.  These are just the 1 Percent, the bad apples.
10:11 18         And that was something that clubs took as a compliment,
      19    in a way:  That they were antiestablishment and that
      20    1 Percent.  And so bikers wear that with a sense of pride.
10:11 21         And then when you realize that less than 1 percent of
      22    us ever serve in the military either, it kinda brings the
      23    two together.
10:11 24    Q.   In your opinion there -- there's a relationship there?
10:11 25    A.   Yeah.

| 10:11 | 1 | Q.   You think -- |
| 10:11 | 2 | A.   A little bit. |
| 10:11 | 3 | Q.   -- that -- |
| 10:11 | 4 | A little bit.  Can you explain, other than the fact |

10:11  1   Q.   You think --

10:11  2   A.   A little bit.

10:11  3   Q.   -- that --

10:11  4        A little bit.  Can you explain, other than the fact

       5   that there may be a coincidental relationship between

       6   membership and outlaw biker groups and the percentage of the

       7   population that serves in the military, what other reasons

       8   do you have to think that "1 Percenter" has anything to do

       9   with being a veter [sic]?

10:11  10  A.   That 1 Percenter has anything to do with being a

       11  veteran?

10:12  12  Q.   Yeah.

10:12  13  A.   Well, because I am a "1 Percenter" and I am a veteran.

10:12  14  Q.   Okay.  Anything else?

10:12  15  A.   That's good enough.

10:12  16  Q.   You know that -- that all outlaw motorcycle groups wear

       17  the "1 Percenter" patch; right?

10:12  18  A.   I assume they do.  I couldn't honestly positively tell

       19  you that, but, yeah, a great majority do.

10:12  20  Q.   Do you know they do it to honor veterans?

10:12  21  A.   I never said that it was done to honor veterans.

10:12  22  Q.   So in your view, for you -- when you wear it, you're

       23  wearing it to honor your -- the fact that you're a veteran?

10:12  24  A.   No.  I'm wearing it 'cause I'm a member'a the Mongols.

10:12  25  Q.   And --

2:13-CR-0106-DOC-1 - 11/28/2018 - Day 14, Volume I

76

| | | |
|---|---|---|
| 10:12 | 1 | A.    I just happen to be a veteran, and many of us happen to |
| | 2 | be veterans.  And I'm making the comparison so the jury and |
| | 3 | people can understand that the a "1 Percenter" in the bike |
| | 4 | world is about equivalent to the civilian world of those who |
| | 5 | serve in the military.  It's about 1 percent of us that do |
| | 6 | that.  And I want them aware that -- that -- to know that |
| | 7 | it's kind of an elite situation.  And many of us are |
| | 8 | veterans. |
| 10:13 | 9 | Q.    Are you familiar with the -- or have you ever seen any |
| | 10 | Mongols members with tattoos? |
| 10:13 | 11 | A.    Sure. |
| 10:13 | 12 | Q.    With Mongol tattoos? |
| 10:13 | 13 | A.    Sure. |
| 10:13 | 14 | Q.    Do you have any Mongols tattoos? |
| 10:13 | 15 | A.    No. |
| 10:13 | 16 | Q.    Do you understand -- or, do you understand that gang |
| | 17 | members -- street gang members often self-identify by |
| | 18 | putting the names of their gangs on their body as tattoos? |
| 10:13 | 19 | A.    If you say so. |
| 10:13 | 20 | Q.    So you're not aware of that happening? |
| 10:13 | 21 | A.    Not aware of it.  I've never met one.  I've never seen |
| | 22 | one. |
| 10:13 | 23 | Q.    You've -- |
| 10:13 | 24 | A.    I live in Minneapolis. |
| 10:14 | 25 | Q.    Well, you mean you've never met a gang -- a street gang |

|       |    |                                                        |
|-------|----|--------------------------------------------------------|
|       | 1  | member?                                                |
| 10:14 | 2  | A.   Not lately.                                       |
| 10:14 | 3  | Q.   When was the --                                   |
| 10:14 | 4  | A.   I couldn't tell ya.                               |
| 10:14 | 5  | Q.   You don't remember ever having encountered a street |
|       | 6  | gang member?                                           |
| 10:14 | 7  | A.   I may have, when I rode along with my police, we may |
|       | 8  | have.  But that was back in 1990, so it's literally 10, |
|       | 9  | almost 20 some years ago --                            |
| 10:14 | 10 | Q.   So --                                             |
| 10:14 | 11 | A.   -- or 30 years ago now.                           |
| 10:14 | 12 | Q.   -- is it fair to say, then, that something that you may |
|       | 13 | have observed 30 years ago doesn't necessarily apply today? |
| 10:14 | 14 | A.   Sure.  I can't equivalently tell you that something |
|       | 15 | wouldn't apply today or not.  It's a hypothetical.     |
| 10:14 | 16 | Q.   Now, you testified that while you were still in the |
|       | 17 | "active" Navy, that you -- that's when you became a member |
|       | 18 | of the Mongols; right?                                 |
| 10:14 | 19 | A.   That's correct.                                   |
| 10:14 | 20 | Q.   And you -- but you hid that membership from the Navy, |
|       | 21 | didn't you?                                            |
| 10:15 | 22 | A.   No, I did not.                                    |
| 10:15 | 23 | Q.   Well, did you --                                  |
| 10:15 | 24 | A.   Not a bit.  How do I do that?                     |
| 10:15 | 25 | Q.   Did you wear your cut when you were on the base?  |

| | | |
|---|---|---|
| 10:15 | 1 | A.    No.  I put it on right as I left.  We had a unique |
| | 2 | situation in the SEALS.  We have our own base on the ocean |
| | 3 | side of Coronado where we have our own parking lot right in |
| | 4 | front.  We're separate from the regular Navy.  So all it |
| | 5 | required me to do was hang my cut in my locker.  When I was |
| | 6 | finished for the day and changed into my civilian clothes, I |
| | 7 | put my cut on, walked out to my Harley-Davidson out front -- |
| | 8 | back then we didn't have electric starters.  You had to kick |
| | 9 | 'em over -- I'd kick mine over, and I'd take off.  And I |
| | 10 | never hid it from the Navy at all.  Not one bit was it ever |
| | 11 | hid from the Navy. |
| 10:15 | 12 | Q.    But you were concerned, weren't you, that the Mongols |
| | 13 | were engaging in some form of criminal activity and that |
| | 14 | that could reflect badly on you with respect to the Navy, |
| | 15 | weren't you? |
| 10:16 | 16 | A.    No. |
| 10:16 | 17 | Q.    You weren't concerned about that at all? |
| 10:16 | 18 | A.    Not a bit. |
| 10:16 | 19 | Q.    Isn't it true that when, um -- when you were in |
| | 20 | meetings -- at church meetings with the Mongols, that when |
| | 21 | they were gonna talk about illegal activity, that they would |
| | 22 | excuse you from the room and tell you to go outside? |
| 10:16 | 23 | A.    No, I would -- I -- |
| 10:16 | 24 | MR. YANNY:  *(Inaudible.)* |
| 10:16 | 25 | THE WITNESS:  -- I many times went out -- I'm |

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | sorry.                                                   |
| 10:16 | 2  | MR. YANNY:  I said, "Objection."  Lack'a                 |
|       | 3  | foundation.  He's stating it as a fact.                  |
| 10:16 | 4  | THE COURT:  Well, I'm not sure that as a sergeant        |
|       | 5  | in arms he's excluded from the church meetings, because they |
|       | 6  | had different meetings.  Remember?  There were different |
|       | 7  | gradations of these meetings.                            |
| 10:16 | 8  | So whyn't you clear that up for us.                      |
| 10:16 | 9  | MR. WELK:  Okay.                                         |
| 10:16 | 10 | THE COURT:  Okay.                                        |
| 10:16 | 11 | BY MR. WELK:                                             |
| 10:16 | 12 | Q.   While you were a member of the Mongols, you attended |
|       | 13 | church meetings; right?                                  |
| 10:16 | 14 | A.   Yes.                                                |
| 10:16 | 15 | Q.   And can you explain what a church meeting is?       |
| 10:16 | 16 | A.   Well, we didn't call it "church" back then.  That's |
|       | 17 | kind've a new term.  We just had meetings.  You had --   |
|       | 18 | generally, once a week, you would get together.  And,    |
|       | 19 | generally, those would be -- you know, we all had jobs and |
|       | 20 | we all had those things to do Monday through Friday.  And |
|       | 21 | usually meetings were Monday night, if I recollect, back |
|       | 22 | then, for my chapter.  And you'd go there and figure out |
|       | 23 | what you were gonna do together on the weekend when nobody |
|       | 24 | had to work.                                             |
| 10:17 | 25 | Q.   And you've said in the past that when the Mongols were |

2:13-CR-0106-DOC-1 - 11/28/2018 - Day 14, Volume I

80

|  |  |  |
|---|---|---|
| | 1 | going to talk about illegal activity that they would excuse |
| | 2 | you from those meetings; right? |
| 10:17 | 3 | A.   Well, I was in the Navy at the time.  And I can't tell |
| | 4 | you that they talked about anything illegal.  All I know is |
| | 5 | that there were a few times I'd be told by the Pres to *Go* |
| | 6 | *out and watch the bikes.*  And so I'd go out and rotate with |
| | 7 | the guy -- 'cause you've always got someone watching your |
| | 8 | bikes. |
| 10:17 | 9 | Q.   You understood when he did that, that that meant that |
| | 10 | they were gonna talk about illegal activity; right? |
| 10:18 | 11 | A.   Not really. |
| 10:18 | 12 | Q.   Okay.  Do you remember doing an interview with Joe |
| | 13 | Rogan? |
| 10:18 | 14 | A.   I've done so many interviews, Counselor.  You're gonna |
| | 15 | pick one out of what -- ten thousand? |
| 10:18 | 16 | Q.   Yeah. |
| 10:18 | 17 | A.   That I'm gonna have to sit back and say, *Oh, yes, I* |
| | 18 | *remember it well* -- |
| 10:18 | 19 | Q.   Uh, well -- |
| 10:18 | 20 | A.   -- I've done more interviews than you've been in a |
| | 21 | courtroom, sir. |
| 10:18 | 22 | Q.   Let me see.  I'd like to show you a clip of an |
| | 23 | interview that you did and ask you if it refreshes your |
| | 24 | recollection. |
| 10:18 | 25 | A.   All right. |

10:18   1              MR. WELK:  Could you please play --

10:18   2              MR. YANNY:  Time out.  We haven't seen it.

10:18   3              THE COURT:  No.  This is cross-examination,

        4    Counsel.  You can show the clip.

10:18   5              MR. YANNY:  Yeah, but we haven't seen it.

10:18   6              THE COURT:  It doesn't matter, Counsel, on

        7    cross-examination; remember? -- for both sides?

10:18   8              MR. YANNY:  All right.

10:18   9              MR. WELK:  Please play Exhibit 212.

10:18  10        *(Video recording played.)*

10:19  11    BY MR. WELK:

10:19  12    Q.   Okay.  So --

10:19  13    A.   I cannot verify whether they ever talked about anything

        14   illegal.

10:19  15    Q.   Okay.

10:19  16    A.   I have no knowledge whatsoever, and I cannot say

        17   whether they did or didn't.  That was just the way it was.

        18   The truth is what it is.  And you don't have to have a good

        19   memory when you tell the truth.

10:20  20    Q.   And -- and, as you said there, that was a way that they

        21   protected you; right?

10:20  22    A.   Certainly.

10:20  23    Q.   You testified that you lived your life -- I think it

        24   was -- I'm paraphrasing -- you lived your life according to

        25   life intelligence and street smarts; right?

| | | |
|---|---|---|
| 10:20 | 1 | A.   Pretty much. |
| 10:20 | 2 | Q.   Isn't that a part of that life intelligence and street |
| | 3 | smarts, that you were excused from the room when criminal |
| | 4 | activity -- |
| 10:20 | 5 | A.   I don't know. |
| 10:20 | 6 | Q.   -- was going to be discussed? |
| 10:20 | 7 | A.   You'd have to talk to the people in the room, |
| | 8 | Counselor.  I have no knowledge whatsoever of anything that |
| | 9 | was spoken.  It didn't happen often.  I only remember it |
| | 10 | 'cause maybe once or twice I was -- you know -- and it may |
| | 11 | not even be anything like that.  How do you know?  Maybe |
| | 12 | they're planning a party for me and don't want me to know |
| | 13 | about it?  Could be anything like that.  They never |
| | 14 | specifically said to me, *Get outta the room.  We're gonna* |
| | 15 | *talk about illegal stuff.*  That was never ever said to me. |
| | 16 | They would just say, *Go out and watch the bikes for a while.* |
| | 17 | And I'd say, *Fine.*  I'd go out and watch the bikes. |
| 10:21 | 18 | *(Court reporter requests clarification for the* |
| | 19 | *record.)* |
| 10:21 | 20 | THE COURT:  Yeah.  Be kind to each other, |
| | 21 | especially the court reporter.  So question, and then wait. |
| | 22 | Then answer, then wait, so we can get a transcript, and then |
| | 23 | another question. |
| 10:21 | 24 | BY MR. WELK: |
| 10:21 | 25 | Q.   Counsel asked you whether you thought corrupt |

|       |    |                                                                        |
|-------|----|------------------------------------------------------------------------|
|       | 1  | organizations should be held responsible for the bad acts of           |
|       | 2  | their members.  Remember that?                                         |
| 10:21 | 3  | A.   I guess so.                                                        |
| 10:21 | 4  | Q.   Okay.  Well, let me ask you:  Do you think that corrupt           |
|       | 5  | organizations should be held responsible for the bad actions           |
|       | 6  | of their members?                                                      |
| 10:21 | 7  | A.   In reality, the world we live in, no.                            |
| 10:21 | 8  | Q.   You don't think they should be?                                   |
| 10:21 | 9  | A.   Well, they're not.                                                |
| 10:21 | 10 | Q.   Okay.  The question I asked you, though --                        |
| 10:21 | 11 | A.   Well, I'm -- the Catholic Church hasn't been held --             |
|       | 12 | and no charges of RICO have been issued against them.  And            |
|       | 13 | they've got molestation going, covering up felony activity            |
|       | 14 | from top to bottom, and selective prosecution -- how do they          |
|       | 15 | get off the hook?                                                     |
| 10:22 | 16 | Q.   Do you think corrupt organizations should be held               |
|       | 17 | responsible for the bad acts of their members?                        |
| 10:22 | 18 | A.   No, no.                                                           |
| 10:22 | 19 | Q.   Okay.  So -- well, you just said that -- you used the            |
|       | 20 | Catholic Church as an example.  So does that mean you don't           |
|       | 21 | think want Catholic Church should be held responsible?                |
| 10:22 | 22 | A.   They're not being held responsible.                             |
| 10:22 | 23 | Q.   Lemme -- lemme ask the full question 'cause I think             |
|       | 24 | you're misinterpreting my question.                                   |
| 10:22 | 25 | My question to you is -- as an expert witness, you can               |

|       |    |                                                                |
|-------|----|----------------------------------------------------------------|
|       | 1  | offer opinions on questions like this.                         |
| 10:22 | 2  | A.   Sure.                                                      |
| 10:22 | 3  | Q.   So I wanna know your opinion.                              |
| 10:22 | 4  |      Do you think that corrupt organizations should be held     |
|       | 5  | responsible for the bad acts of their members?                 |
| 10:22 | 6  | A.   Depends on what it is.                                     |
| 10:23 | 7  | Q.   Okay.  Do you think that the Catholic Church should be     |
|       | 8  | held responsible for molestations by Catholic priests?         |
| 10:23 | 9  | A.   I think that if they've -- if it's known that they        |
|       | 10 | covered it up and that they moved priests around to obstruct   |
|       | 11 | the justice of catching the molesters and things'a that        |
|       | 12 | nature, certainly it should be looked into.                    |
| 10:23 | 13 | Q.   So is it fair to say, then, that if the Catholic Church   |
|       | 14 | facilitated the continuing molestation -- illegal             |
|       | 15 | molestation of children, that you think the Church should be   |
|       | 16 | held responsible for that?                                     |
| 10:23 | 17 | A.   I think the priests should.                               |
| 10:23 | 18 | Q.   Okay.  Should the Catholic Church be held responsible     |
|       | 19 | for that if they facilitated that ongoing criminal conduct?    |
| 10:23 | 20 | A.   That would depend on the case.  They are -- the           |
|       | 21 | Catholic Church itself is not responsible for the individual   |
|       | 22 | behavior of one priest.  But if the Catholic Church is         |
|       | 23 | covering up or doing other crimes besides that, then, yeah,    |
|       | 24 | they probably should be held accountable.                      |
| 10:24 | 25 |      But strictly on the bad priest, no, you can't hold the    |

1    whole church accountable for the bad apple.  It just happens

2    they got a number of bad apples, and a lot of 'em it seems,

3    all over the place.

10:24   4        *(Live reporter switch at 10:24 a.m.)*

10:24   5        (Further proceedings reported by Deborah Parker in

6    Volume II.)

10:24   7                              -oOo-

10:24   8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Certified for U.S. District Court CM/ECF**
**Debbie Gale, CSR 9472, RPR, CCRR**
**Federal Official Court Reporter**

```
10:24    1                          -oOo-

10:24    2

10:24    3                        CERTIFICATE

10:24    4

10:24    5        I hereby certify that pursuant to Section 753,

         6   Title 28, United States Code, the foregoing is a true and

         7   correct transcript of the stenographically reported

         8   proceedings held in the above-entitled matter and that the

         9   transcript page format is in conformance with the

        10   regulations of the Judicial Conference of the United States.

10:24   11

10:24   12   Date:  February 24, 2020

10:24   13

10:24   14
10:24                              /s/ Debbie Gale
10:24   15
10:24                        _____
10:24   16                   DEBBIE GALE, U.S. COURT REPORTER
                             CSR NO. 9472, RPR, CCRR
10:24   17

        18

        19

        20

        21

        22

        23

        24

        25
```