Joseph A. Yanny (SBN 97979)/Andrea Ales (SBN 330928)
Yanny & Smith
1801 Century Park E, Suite 2400
Los Angeles, California 90067
(310)551-2966/ Jyanny@yannylaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Unites States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 13-00106 |
| Mongol Nation | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Video of David Santillan and Annie Santillan

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| 12/10/2021 | Andrea X. Ales |
|---|---|
| Date | Attorney Name |
| | Mongol Nation |
| | Party Represented |

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)      NOTICE OF MANUAL FILING OR LODGING