# EXHIBIT 5

Picture of David Santillan and Christopher Cervantes



# EXHIBIT 6

Email to Government re: Discovery Requests



Andrea Ales <andreaales.yannylaw@gmail.com>

## USA v. Mongol Nation - Discovery Request
3 messages

**Andrea X. Ales** <andreaales.yannylaw@gmail.com>   Tue, May 10, 2022 at 4:34 PM
To: "Brunwin, Christopher (USACAC)" <christopher.Brunwin@usdoj.gov>
Cc: "jyanny@yannylaw.com" <Jyanny@yannylaw.com>, Victor Sherman <victor@victorsherman.law>, Drew Viney <dviney.yannylaw@gmail.com>

Dear Mr. Brunwin,

We hope you have been well. Below is our request for discovery for the June 6, 2022 hearing.

If you have any questions, please do not hesitate to contact us. Thank you.

------

Unless otherwise specified, the timeframe is 2010- to the present.
"Government / ATF" is any management, agents, or proxies of the ATF, FBI, IRS.

(1) Any records memorializing communication between John Ciccone or Christopher Cervantes on the one hand and David Santillan on the other hand.

(2) Any records memorializing communication between John Ciccone or Christopher Cervantes on the one hand and Annie Santillan on the other hand.

(3) Any records memorializing communication between John Ciccone or Christopher Cervantes on the one hand and any other believed member, associate, or affiliate of the Mongols Nation on the other hand.

(4) Any records memorializing contacts between any ATF agents or confidential informants and David Santillan.

(5) Any records memorializing contacts between undercover agents, confidential informants, and David Santillan.

(6) Any records memorializing contacts between any ATF agents or confidential informants and Annie Santillan or any other member of the Santillan family.

(7) Any documents related to state, federal, or local law enforcement engagements with David Santillan, Annie Santillan, or other believed Santillan family members.

(8) Any documents related to payments by state, federal, or local law enforcement to David Santillan, Annie Santillan, or any other Santillan family member.

(9) Documents related to the retirement of John Ciccone.

(10) Any records available regarding materials that John Ciccone took with him when he retired.

(11) Any documents related to the records that were destroyed either before or after John Ciccone retired.

(12) Any documents indicating telephone numbers for David Santillan, Annie Santillan, or any other Santillan family members.

(13) Any documents indicating the identities of undercover agents and/or confidential informants associated with the Mongols Organization.

(14) Any records evidencing contacts between David Santillan, Annie Santillan, or anyone supplying information to Federal Agencies about the Mongols or its members.

(15) Any documents related to the phone records of John Ciccone or Christopher Cervantes for all phones utilized.

(16) Any documents related to the phone records of David Santillan for the telephone number (626) 262-6644, (626) 550-5671, (626) 945-4080, or any other telephone number that David Santillan used.

(17) Any documents related to the phone records of Annie Santillan for the telephone number (626) 945- 3532 or any other telephone number that Annie Santillan used.

(18)(a) Any records memorializing the permission received for John Ciccone or others to contact or make an appearance on the National Geographic show "Trafficked".

(18)(b) Any records memorializing the communications between John Ciccone or others on his behalf and Mariana Van Zeller.

(19) Any documents related to the communication between John Ciccone or others on his behalf and National Geographic.

(20) The names and addresses of all witnesses or other individuals who are in possession of information related to the relationship between David Santillan and any ATF agent or proxy, including but not limited to John Ciccone and Christopher Cervantes.

(21) Any records of promises or representations made to informants (including but not limited to David Santillan, Annie Santillan, or any other Santillan family member),

including, but not limited to promises of or expectations of promotion, reward, no prosecution, immunity, reduced sentences, leniency or favorable treatment by any state, federal, foreign or local agency, including any intervention by the authorities of one jurisdiction into the proceedings of another. These include all such favorable treatment whether or not communicated to the informant or some third party on his or her behalf. If any agreements, including an informant's understanding of his or her obligations to the government, exist in writing or were otherwise recorded, such memorialization should be turned over to the defense. This request includes, but is not limited to:

> 1) all sentencing recommendations that the Government has made at the sentencing of any prosecution witnesses or for the benefit of said witness' relatives or friends;
> 2) All agreements to accept a plea to a reduced offense in relation to a prospective prosecution witnesses or that witness' relatives or friends;
> 3) A list of all crimes allegedly committed by prosecution witnesses that the Government agreed either to cease investigating, not prosecute, or not refer for state prosecution;
> 4) Any other "inducements," "rewards," or "benefits" that have been directly or indirectly provided to the prosecution witnesses in this matter for his/her cooperation in this case, or any other case.

(22) Any records evidencing any charges presently pending against any informants (including but not limited to David Santillan, Annie Santillan, or any other Santillan family member) or pending against them at or since the time that they provided information in this case, including the name of the court, case number, status of case, charges, investigating agency, witnesses.

(23) Any records evidencing any threats or statements made to informants (including but not limited to David Santillan, Annie Santillan, or any other Santillan family member) to compel, encourage, or coerce their participation and testimony, including, but not limited to, any statements by any federal or state authorities of their dissatisfaction with the informant's performance in this or any previous case in which he/she was a cooperating witness, or potential or actual defendant.

(24) Any records evidencing any information regarding any benefits or payments, whether monetary, for expenses or otherwise, including but not limited to copies of pay sheets, payment requests, and vouchers in this or other cases. Included in this request is the informant file maintained by any law enforcement agency with respect to confidential sources "CS" (including but not limited to David Santillan, Annie Santillan, or any other Santillan family member). Among the items sought from the informant file are:

> 1) any admonishments given to an informant, whether with respect to his or her capacity as a confidential informant or specifically in relation to this

case;
2) Copies of any FBI form FD-209a describing agency contacts with a confidential human source in this case;
3) Copies of any FBI form FD-1023 reporting informant activities;
4) Copies of any FBI form FD-302 reporting informant activities;
5) Copies of any ATF form EF 3120.2 reporting informant activities;
6) Copies of any DEA form 6 reporting informant activities;
7) Copies of any FBI form FB-794b disclosing monetary payments to confidential sources for investigative activities;
8) Copies of any FBI form FD-1040a concerning the closing of an informant file; and
9) Copies of documents and forms of whatever designation that contain informant information of the kind listed in requests 24(1) through 24(7) that have been maintained by any law enforcement agency on the informants in this case, including but not limited to the Department of Justice, Immigration and Customs Enforcement, the Drug Enforcement Administration, the Federal Bureau of Investigation, Alcohol Tobacco and Firearms, the Internal Revenue Service of any other Federal agency or any agency of any State of the union.

Notwithstanding the manner in which it has been documented, this requests extends to any information of the following kinds that has been maintained on the informants in this case:

1) A list of all investigations and/or prosecutions in which the CS or any other civilian witness in this case has assisted in or provided information to the government;
2) Any cases in which an informant gave false information, manipulated evidence or entrapped a defendant;
3) Any cases in which an informant made false statements in testimony or to a law enforcement officer;
4) An accounting of all funds paid to informants in the instant matter for whatever reason from the beginning of the investigation in the instant case up to and including the commencement of the trial, including copies of any pay vouchers or expenses submitted by informants, as well as copies of any receipts given to informants;
5) Any crimes committed by the CS or any other informant while acting as an informant for a law enforcement agency;
6) The identifying number given to the informant or cooperating witness by an law enforcement agency of the United States or a local subdivision.
7) Any and all information as to whether the informant's agreement with the government operated in any way on a contingency basis, and whether the amount of money paid to the informant increased or decreased depending on whether the operation resulted in a conviction, or on the amount of drugs, or on the value of any assets seized;

    8)  The names of any case agents assigned to handle and coordinate any informant's activities; and

    9)  Any information or instructions to informants regarding any obligation to pay taxes on money provided by the government.

(25) Any records evidencing any information regarding any third-party beneficiaries of an informant's cooperation in this or other cases, whether family, friends or associates and whether such benefit is or was financial or otherwise.

(26) Any records evidencing any information or records of actual or implied threats, such as criminal investigation, prosecution, deportation, assert seizure or exclusion, made to an informant or his or her family or friends.

(27) Any records evidencing any information with respect to how the crime was to be developed and/or orchestrated. State the date that the individual (including but not limited to David Santillan, Annie Santillan, or any other Santillan family member) began cooperating with the government in the instant case. Please provide copies of any relevant documents, memoranda, notes, reports, transcripts, audio or visual recordings, logs, or reports thereon, or any other material evidencing the time, date, place, nature and substance of such initial, and an subsequent contacts.

(28) As to, David Santillan and/or Annie Santillan we request the following information in addition to their telephone numbers and addresses;

    1) dates of birth;
    2) all aliases, akas or pseudonyms; and
    3) occupations and employment addresses for the last ten years

(29) Any records evidencing copies or statements of any instructions provided to the informant (including but not limited to David Santillan, Annie Santillan, or any other Santillan family member) regarding their activities in this case.

(30) All copies of any informant's Presentence Reports or state probation reports.

(31) Any sworn testimony of David Santillan, Annie Santillan, or any other Santillan family members.

(32) All records evidencing statements, whether sworn or unsworn, made by the informant (including but not limited to David Santillan, Annie Santillan, or any other Santillan family members) and in the possession of the government, including, but not limited to, any statements containing admissions of illegal acts by the informant for which he or she was granted immunity, or for which he or she has not been prosecuted, and all notes of such statements.

(33) With regard to having settled or reached a plea agreement of any matter involving David Santillan, Annie Santillan, or any other Santillan family member provide the following:

1) Any memorandum or other writing, including any plea agreement, evidencing the details of a settlement with the witness; and

2) The date or dates on which such negotiations began and terminated, including all writings evidencing such dates.

(34) Any documents related to an incident involving David Santillan and/or Annie Santillan in a car accident involving multiple vehicles.

(35) Any documents related to David Santillan's driving records and convictions.

(36) Any documents related to the incident involving a physical altercation at a race track with David Santillan and/or Annie Santillan.

(37) Any documents involving the incident of a physical altercation between David Santillan and/or Annie Santillan at a hotel in the desert east of Los Angeles.

(38) Any records evidencing John Ciccone or Christopher Cervantes' address and telephone number.

--
Kind regards,

--
**Andrea X. Ales, Esq.**

**Attorney for Yanny & Smith
A Law Corporation**
andreaales@yannylaw.com



TRIAL LAWYERS

BUSINESS LAWYERS

YANNY & SMITH
A LAW CORPORATION
1801 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 551-2966
FACSIMILE: (310) 551-1949

WWW.YANNYLAW.COM

CONFIDENTIALITY NOTICE THIS E-MAIL AND ANY FILES TRANSMITTED WITH IT ARE CONFIDENTIAL AND ARE INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THEY ARE ADDRESSED. THIS COMMUNICATION MAY CONTAIN MATERIAL PROTECTED BY THE ATTORNEY - CLIENT PRIVILEGE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION, OR ANY OF ITS CONTENTS, IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE REPLY TO THE SENDER AND DELETE THE ORIGINAL MESSAGE AND ANY COPY OF IT FROM YOUR COMPUTER OR FACSIMILE SYSTEM.

**Andrea X. Ales** <andreaales.yannylaw@gmail.com>                         Tue, May 17, 2022 at 5:38 PM

# EXHIBIT 7

Follow-up email re: discovery requests



Andrea Ales <andreaales.yannylaw@gmail.com>

## USA v. Mongol Nation - Discovery Request

**Andrea X. Ales** <andreaales.yannylaw@gmail.com>  Tue, May 17, 2022 at 5:38 PM
To: "Brunwin, Christopher (USACAC)" <christopher.Brunwin@usdoj.gov>
Cc: "jyanny@yannylaw.com" <Jyanny@yannylaw.com>, Victor Sherman <victor@victorsherman.law>, Drew Viney <dviney.yannylaw@gmail.com>

Dear Mr. Brunwin,

Anything you can report to us with our discovery request?

Thank you.

Andrea Ales
[Quoted text hidden]

# EXHIBIT 8

Email from service company re: unsuccessful subpoenas to Ciccone and Cervantes



Andrea Ales <andreaales.yannylaw@gmail.com>

## Regarding: John Ciccone - 267485
1 message

**status@oncalllegal.com** <status@oncalllegal.com>  Mon, May 23, 2022 at 10:00 AM
To: andreaales.yannylaw@gmail.com

RE: Your order number **267485**

Your Reference Number:
Case Info: United States of Americavs. Mongol Nation
Case: CR1300106DOC

Servee Name: **John Ciccone**
Documents to be Served: Subpoena to Testify at a Hearing or Trial in a Criminal Case;

**Diligence:**
Date: 5/19/2022
Time: 8:06 PM
Address Attempted:
No answer at the door. No vehicles in the driveway.

Date: 5/20/2022
Time: 8:39 AM
Address Attempted:
No answer at the door.

Date: 5/21/2022
Time: 12:24 PM
Address Attempted:
No answer at the door, No vehicles.

Date: 5/22/2022
Time: 8:16 PM
Address Attempted:
Lights on. No answer at the door.

You can get up to the minute status info on this and other orders by visiting OnCallLegal.com.

Thank you,
ON-CALL LEGAL

 Gmail           Andrea Ales <andreaales.yannylaw@gmail.com>

## Regarding: Christopher Cervantes - 267491
1 message

**status@oncalllegal.com** <status@oncalllegal.com>      Mon, May 23, 2022 at 10:56 AM
To: andreaales.yannylaw@gmail.com

RE: Your order number **267491**

Your Reference Number:
Case Info: United States of Americavs. Mongol Nation
Case: CR1300106DOC

Servee Name: **Christopher Cervantes**
Documents to be Served: Subpoena to Testify at a Hearing or Trial in a Criminal Case;

**Diligence:**
Date: 5/18/2022
Time: 7:41 PM
Address Attempted:
No answer at the door. No lights on, No cars in driveway.

Date: 5/19/2022
Time: 7:20 AM
Address Attempted:
Per John Doe, refused name, Subjects son, confirmed residency of the subject. ADvised he is not home and should try again early afternoon.

Date: 5/20/2022
Time: 3:16 PM
Address Attempted:
Evading female inside. Server heard female say " Don't answer it!".

Date: 5/21/2022
Time: 6:55 PM
Address Attempted:
No answer at the door, evading.

Date: 5/22/2022
Time: 12:45 PM
Address Attempted:
Evading. Jane Doe looked outside window and walked away. Garage door was open then closed after the server knocked on the door.



You can get up to the minute status info on this and other orders by visiting OnCallLegal.com.

Thank you,
ON-CALL LEGAL