Joseph A. Yanny, Esq. (SBN 97979)
Andrea X. Ales, Esq. (SBN 330928)
YANNY & SMITH
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
jyanny@yannylaw.com

VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 Olympic Blvd.
Los Angeles, California 90230
Telephone: (424) 371-5930
Facsimile: (310)399-9029
ssvictor@aol.com

Attorneys for Defendant,
**Mongol Nation**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>　　　Plaintiff,<br><br>vs.<br><br><br>Mongol Nation,<br>　　　Defendant. | Case No.: CR 13 00106 DOC<br><br>**DEFENDANT'S WITNESS LIST**<br><br>**Hearing Date:** June 6, 2022<br>**Hearing Time:** 1:30 p.m.<br>**Courtroom**: 9D<br>**Judge:** Honorable David O. Carter |

## I. INTRODUCTION

Defendant Mongol Nation hereby submits its list of non-expert witnesses it may use at the June 6, 2022, hearing. This is the Defendant's Witness List. The Defense will also

be looking for more witnesses. We reserve the right to supplement this list with new witnesses.

## II. WITNESSES

1. John Ciccone
2. David Santillan
3. Annie Santillan
4. Brittany Santillan*
5. Christopher Cervantes
6. Mark Torres
7. Unknown Federal Marshal Roe
8. James A. Viney*
9. Andrea X. Ales*
10. Joseph A. Yanny*
11. Dieutinh Yanny*
12. Al Cavazos*
13. Doc Cavazos*
14. Richard A. Gutierrez
15. Steven Welk*
16. Christopher Brunwin*
17. Stephen Stubbs*
18. Mariana Van Zeller*

19. Chantel Martinez*

20. Richard Corvera*

21. Johana Flores*

22. Bobby Drieslein*

23. Rick Wood*

*An asterisk shall be placed next to the names of those witnesses whom the party may call only if the need arises.

Respectfully submitted,

Dated: May 30, 2022     By:    /s/ *Joseph A. Yanny*
                                           JOSEPH A. YANNY
                                           YANNY & SMITH
                                           Attorneys for Defendant, Mongol Nation