Joseph A. Yanny (CBN 97979)
Andrea X. Ales (CBN 330928)
YANNY & SMITH
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
jyanny@yannylaw.com
andreaales@yannylaw.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>MONGOL NATION, an unincorporated association,<br><br>          Defendant. | Case Number: 2:13-cr-00106-DOC<br><br>**DEFENDANT'S REQUEST FOR JUDICIAL NOTICE**<br><br>Hon. David O. Carter<br>Courtroom: 10A |

**TO THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that, pursuant to Rule of Evidence 201, Defendant Mongol Nation hereby requests the Court take judicial notice of the following documents. All exhibit references correspond to the exhibits attached hereto.

Exhibit 1:    The indictment from United States v. Jose Landa-Rodriguez, et al., 18CR00173.

1

In addition, Defendant also requests that the Court specifically take notice of overt acts 200, 201, 202, 205 and 206 of Exhibit 1. Of specific interests is the content of 205 and 206, to wit:

<u>Overt Act No. 205:</u> On April 9, 2014, defendant GABRIEL ZENDEJAS-CHAVEZ, via text-message, directed UICC-38 to send him $1,000 and UICC-39's phone number per instructions of defendant LUIS GARCIA.

<u>Overt Act No. 206:</u> On April 23, 2014, via text-message, UICC-38 sent defendant GABRIEL ZENDEJAS-CHAVEZ a phone number for the national president of the Mongols outlaw motorcycle gang.

We additionally, request that the Government be required to produce all discovery related to the Mongols, David Santillan, John Ciccone, Christopher Cervantes, and any other information relevant to this matter that might be found in the US v. Jose Landa-Rodriguez, et al., files.

Respectfully submitted,
YANNY & SMITH

Dated: June 24, 2022          By:   /s/*Joseph Yanny*
                                    Joseph A. Yanny, Esq.
                                    Andrea X. Ales, Esq.

                                    Attorneys for Defendant