UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: LA CR 13-00106-DOC     Date: June 29, 2022

Present: The Honorable: **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Debbie Gale and Sharon Seffens | Steven R. Welk |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Mongol Nation, an Unincorporated Association | X | | | Andrea Xuanlan Ales | X | | X |
| | | | | Joseph A. Yanny | X | | X |

**PROCEEDINGS:** MOTION FOR NEW TRIAL, MOTION TO DISMISS CASE; OR OTHER APPROPRIATE RELIEF [535] **(EVIDENTIARY)**

Case is called. The Court hears oral arguments.

The Court hears testimony from witnesses David San Tillan and Special Agent John Ciccone.

Portions and protected information of witness testimony is order under seal on the transcripts.

The Court admits exhibits 10 and 11.

Motion hearing is continued to July 22, 2022 at 7:30 AM.

**cc: USPPO**

3:48

**Initials of Deputy Clerk** kdu