# EXHIBIT 1

Joseph A. Yanny, Esq. (SBN 97979)
Andrea X. Ales, Esq. (SBN 330928)
YANNY & SMITH
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
jyanny@yannylaw.com

VICTOR SHERMAN (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 Olympic Blvd.
Los Angeles, California 90230
Telephone: (424) 371-5930
Facsimile: (310)399-9029
ssvictor@aol.com

Attorneys for Defendant,
**Mongol Nation**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>　　　Plaintiff,<br><br>vs.<br><br>Mongol Nation,<br>　　　Defendant. | Case No.: CR 13 00106 DOC<br><br>**DECLARATION OF STEPHEN STUBBS RE: REQUEST TO ATTEND HEARING BY ZOOM**<br><br>**Hearing Date:** July 22, 2022<br>**Hearing Time:** 7:30 a.m.<br>**Judge:** Honorable David O. Carter |

DECLARATION OF STEPHEN STUBBS

I, STEPHEN STUBBS, hereby declare that:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I could and would testify competently as to the truth of the facts stated herein.

2. I make this Declaration to request to the Court that I appear by zoom for the July 22, 2022, hearing.

3. Defendant subpoenaed me to attend and testify at the July 22, 2022, Hearing.

4. I can attend the hearing; however, I can only attend the hearing by zoom because I am enrolled in school that requires me to physically attend.

5. I am enrolled in a master's degree program in Elementary School Music Education at Fresno Pacific University, with an expected graduation date of May 2023.

6. As part of my graduate program, I am required to attend a 2-week Summer music workshop ("Orff") at UNLV. I registered for this course on or about January 2022 and paid over $1,200. Classes start at 8:30am and end at 4:15 pm, Monday through Friday, July 11-22. However, on July 22, we should be finished early, at 1:45 pm. There is a break for lunch, but I do not currently know the scheduled lunch times. A true and correct copy of the email informing us of the course schedule is attached hereto as **EXHIBIT A**.

7. The web link for my course is: https://www.unlvorff.com/registration-information. A true and correct copy of the information on the course link is attached hereto as **EXHIBIT B**.

8. This course is only offered once a year and requires "100% attendance" (see above web link). Because there is the opportunity to earn 3 graduate credits in only 10 days, we have been warned that any tardies or absences might cause us to fail the course. As an accredited graduate course, there are strict guidelines for time needed in the classroom. If I fail or do not complete this course, I would be forced to wait until next year for the next opportunity to complete the course.

9. Not completing this course this Summer would be a very large hardship because I am set to graduate in May 2023, and it would delay my graduation. Additionally, I would have to pay over $1,200.

10. I would appreciate the opportunity to testify via zoom, as missing an entire day would certainly cause me to fail the course. If I am allowed to testify via zoom, I could set up my laptop in a room at UNLV and be ready when alerted.

11. I would also appreciate the opportunity to testify on July 22nd at either 7:30 am (before the coursework begins) or after 1:45 pm (after class is done for the day). If I can do this, there is a good chance that I would not lose any course time at all.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 8, 2022, County of Fresno, State of California.

_____
Stephen Stubbs

# EXHIBIT A

4:04 📶 5G



**Amy Brown**    3:37 PM
To Adams, Connie, +28

A few more details I seemed to have left out.

1. You will receive a hard copy schedule on Monday when you check-in. The basic schedule will be that we will be meeting from 8:30-4:15 each day and you will have an hour for lunch each day as well as 3 10-minute breaks. On day 10, we should be finished at 1:45 pm.

2. Registration check-in will be on Monday, July 11 from 8-8:25 am. Again, those of you who are driving and want a parking permit will probably want to come closer to 8 am, so that you have time to wall back and put the pass in the

↰ ⌄ Reply to All

 Mail     Search     Calendar

# EXHIBIT B

 UNLV ORFF            HOME    COURSE INFORMATION    OUR VISION    OUR TEACHERS    CONTACT

Complete the registration form and include check/money order or UNLV School of Music Credit Card Authorization Form **payable to Board of Regents**. Your space in the class is not confirmed until you have paid your workshop fee. Enrollment is limited.

### Send registration form and payment to:
Amy Brown, Course Coordinator/Director
Orff Schulwerk Levels Certification/Teacher Education Program

University of Nevada, Las Vegas
School of Music
4505 S. Maryland Parkway
Box 455025
Las Vegas, NV 89154-5025

### Early Bird Registration:
Due by May 1, 2022
Early Bird Workshop Fee: $600

### Workshop fee registrations postmarked:
After May 1, 2022 and through June 1, 2022 is $700.

### Repeat Program:
Past participants may also **repeat** a level for only $450.
If you are a past participant you will need indicate the year in which you attended and what Level you completed.

### No refunds after June 1, 2022

### Graduate Credit
(3 Credits)

The course registration fee is for the Orff Levels Teacher Education/Certification Program only. **Your registration fee does not include the cost for UNLV graduate credit.** If you anticipate enrolling in Music 642 (Level I), Music 643 (Level II), Music 644 (Level III) for graduate credit the procedure is as follows. First please indicate your intentions on the course registration form and pay the Course Registration Fee. Once that financial obligation is fulfilled our course director will contact Educational Outreach with your information. This must be done before you can register with the Graduate College for credit. Once cleared by the course, our course director will send you additional information regarding the graduate credit registration process. For those students working on a Masters Degree in Music with an emphasis in Orff Schulwerk, Music 642 (Level I), 643(Level II), and 644(Level III) are required credits for your degree. The cost per credit for Summer Term is not determined until March-April of 2018. The Summer Term cost in 2017 was approximately $301.50 per credit for Nevada residents and an additional $100 per credit for non-Nevada residents. You may contact Educational Outreach or the Graduate Office for costs.

 UNLV ORFF         HOME    COURSE INFORMATION    OUR VISION    OUR TEACHERS    CONTACT

benefit those of you who are not seeking a Masters Degree in Orff Schulwerk, but who are seeking credits towards license renewal or salary advancement. Your course registration fee will cover the instructors' salary. There is a $15 administrative PDE fee. PDE sign-up will take place on site from 8:00 – 8:30 on July 11, 2022. Once the sign-up intent form is completed, you will receive payment and final registration information from the PDE office. You may not take the course for UNLV graduate credit and PDE credit concurrently. If you have already completed Level I, Level II or Level III for graduate credit or for no credit you can repeat them for PDE credit. You may not receive PDE credit twice for the same Level. Grading for the PDE will be pass/fail. 100% attendance, active participation and completion of all assigned tasks are required for a passing grade.