STEPHANIE S. CHRISTENSEN
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN
California State Bar Number 158939
Assistant United States Attorney
Violent and Organized Crime Section
      1300 United States Courthouse
      312 North Spring Street
      Los Angeles, California 90012
      Telephone: (213) 894-4242
      Facsimile: (213) 894-3713
      E-mail:   christopher.brunwin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>                v.<br><br>MONGOL NATION, et al.,<br><br>             Defendant. | No. CR 13-106(A)-DOC<br><br>UNITED STATES' RESPONSE TO DEFENDANT'S *EX PARTE* APPLICATION FOR DISCLOSURE OF DOCUMENTS SUBJECT TO PROTECTIVE ORDER; DECLARATION OF CHRISTOPHER BRUNWIN |

     Defendant filed an *ex parte* application for disclosure of documents which were previously submitted to the Court on June 28, 2022.  (CR 575).  Defendant also made this request to the Court at the most recent hearing, on July 25, 2022, and the Court declined defendant's request at that time.

     As addressed previously, documents were produced subject to a Protective Order in *United States v. Landa-Rodriguez*, CR 18-173-GW. The Protective Order is available from the docket in that case as document 582 in the *Landa-Rodriguez* case.  On July 21, 2022, the Court in the *Landa-Rodriguez* case issued an order to permit

1   disclosure "so long as such disclosure is made pursuant to a
2   protective order identical to that in docket number 582." *United*
3   *States v. Landa-Rodriguez*, CR 18-173-GW (CR 3616).  Government
4   counsel directed defense counsel to the Court's Orders (which were
5   available from the Court's docket) and the fact that disclosure was
6   conditioned on the entry of a protective order as described, which is
7   reflected in the e-mail defense counsel attached as Exhibit 1 to
8   defendant's Application.  Government counsel also advised that
9   government counsel recalled that the Court had declined defendant's
10  request for items at the most recent hearing.

11      Defendant's reference to a protective order prepared by
12  government counsel in this case is also incorrect.  *See* Defendant's
13  Application, at 2:7-10, and Proposed Order, at 2:7-8.  The *Landa-*
14  *Rodriguez* Court's Order (CR 3616) refers to its own docket entry 582,
15  which was entered on June 8, 2018, and indicates, as stated, that an
16  order would need to be entered on identical terms to that entry
17  before disclosure could be made.  *Landa-Rodriguez*, CR 18-173-GW (CR
18  582, 3616).

19

20   Dated: August 19, 2022,          Respectfully submitted,

21                                    STEPHANIE S. CHRISTENSEN
                                      Acting United States Attorney
22
                                      SCOTT M. GARRINGER
23                                    Assistant United States Attorney
                                      Chief, Criminal Division
24
                                       /s/*Christopher Brunwin*
25                                    CHRISTOPHER BRUNWIN
                                      Assistant United States Attorney
26
                                      Attorneys for Plaintiff
27                                    UNITED STATES OF AMERICA

28

## DECLARATION OF CHRISTOPHER BRUNWIN

I, Christopher Brunwin, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I represent the United States in this case.

2.    I advised defense counsel of the status of the July 21, 2022 Order in the *Landa-Rodriguez* matter regarding items previously submitted to the Court, as reflected in the e-mail attached to defendant's Application.  I provided the docket number for the Order and indicated that it conditioned disclosure on the entry of a protective order, which the Order states would need to be identical to the Order identified at entry 582 on the docket for that case.  I also indicated that I assumed defendant had a copy of the Order, since it has been available from the court docket, which is also true for the Protective Order referred to in the Order (CR 582), which was entered on June 8, 2018.

3.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 19, 2022.

/s/*Christopher Brunwin*
CHRISTOPHER BRUNWIN