Joseph A. Yanny (SBN 97979)
Andrea X. Ales (SBN 330928)
**YANNY & SMITH**
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
jyanny@yannylaw.com
andreaales@yannylaw.com

Victor Sherman (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 Olympic Blvd.
Los Angeles, California 90230
Telephone: (424) 371-5930
Facsimile: (310) 399-9029
ssvictor@aol.com

 Attorneys for Defendant,
 **MONGOL NATION**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 13-106(A)-DOC |
| Plaintiff, | MONGOL NATION CONCURS WITH UNITED STATES' EX PARTE APPLICATION TO RECONSIDER 8/22/22 ORDER AND FOR ENTRY OF A PROTECTIVE ORDER |
| v. | |
| MONGOL NATION, | |
| Defendant. | |

- 1
CONCURRENCE WITH UNITED STATES' EX PARTE

Defendant, Mongol Nation, by and through its counsel of record, hereby concurs with Plaintiff's, United States of America, ex parte application (Docket 580) for a Proposed Order for the parties to be bound by the identical terms set forth in the Protective Order entered in the *Landa-Rodriquez* case on June 8, 2018 (CR 582).

Dated: August 22, 2022					Respectfully submitted,

							Yanny & Smith


							/s/ Andrea X. Ales_____
							Andrea X. Ales, Esq.
							Attorneys for Defendant
							MONGOL NATION