Joseph A. Yanny (SBN 97979)
Andrea X. Ales (SBN 330928)
**YANNY & SMITH**
1801 Century Park East, Suite 2400
Los Angeles, California 90067
Telephone: (310) 551-2966
Facsimile: (310) 551-1949
jyanny@yannylaw.com

Victor Sherman (SBN 38483)
LAW OFFICES OF VICTOR SHERMAN
11400 Olympic Blvd.
Los Angeles, California 90230
Telephone: (424) 371-5930
Facsimile: (310) 399-9029
ssvictor@aol.com

Attorneys for Defendant, **MONGOL NATION**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: CR 13-106(A)-DOC |
|---|---|
| Plaintiff, | MONGOL NATION EX PARTE APPLICATION TO CONTINUE HEARING; DECLARATION OF ANDREA ALES |
| v. | |
| MONGOL NATION, | Hearing Date: August 25, 2022 & August 26, 2022 |
| An unincorporated association, | Hearing Time: 2:00 PM Location: Courtroom of Hon. David O. Carter |
| Defendant. | |

Defendant Mongol Nation, by and through its counsel of record, hereby applies ex parte for an order to continue the August 25, 2022 and August 26, 2022 hearings to a later date after August 31, 2022 or to September 8th and 9th, 2022, at 2 PM. As set forth herein, Lead Counsel, Joseph Yanny, is undergoing emergency oral surgery. This ex parte application is based upon the attached declaration of Andrea Ales.

Dated: August 24, 2022                                  Respectfully Submitted,

                                                        YANNY & SMITH

                                                        By: /s/ Andrea Ales_____

                                                        Andrea Ales,

                                                        *Attorneys for Defendant*,

                                                        MONGOL NATION