# EXHIBIT 1



Andrea Ales <andreaales.yannylaw@gmail.com>

## USA v. Mongol Nation
1 message

**Joe Yanny** <joeyanny@gmail.com>  Wed, Aug 24, 2022 at 1:48 PM
To: DOC_Chambers@cacd.uscourts.gov
Cc: "Brunwin, Christopher (USACAC)" <Christopher.Brunwin@usdoj.gov>, Victor Sherman <victor@victorsherman.law>, andreaales <andreaales@yannylaw.com>

Good afternoon,

This is to notify you that as of this morning, I have a dental/medical emergency. I am in extreme pain and I will likely require emergency dental surgery, but I will not know until I see the dentist today at 4 pm. That is the earliest time that I can get in on short notice.

On another note, we still have not received the sealed document regarding Ciccone.

In addition, the Mother Chapter witness that I indeed to call has a death in the family and is burying a relative.

--

JOSEPH YANNY
SENIOR PARTNER



TRIAL LAWYERS

BUSINESS LAWYERS

YANNY & SMITH
A LAW CORPORATION
1801 CENTURY PARK EAST, SUITE 2400
LOS ANGELES, CALIFORNIA  90067
TELEPHONE: (310) 551-2966
FACSIMILE: (310) 551-1949

WWW.YANNYLAW.COM

CONFIDENTIALITY NOTICE THIS E-MAIL AND ANY FILES TRANSMITTED WITH IT ARE CONFIDENTIAL AND ARE INTENDED SOLELY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM THEY ARE ADDRESSED. THIS COMMUNICATION MAY CONTAIN MATERIAL PROTECTED BY THE ATTORNEY - CLIENT PRIVILEGE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION, OR ANY OF ITS CONTENTS, IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE REPLY TO THE SENDER AND DELETE THE ORIGINAL MESSAGE AND ANY COPY OF IT FROM YOUR COMPUTER OR FACSIMILE SYSTEM.

# EXHIBIT 2



08/24/2022

To Whom It May Concern,

This note certifies that _____Joseph Yanny_____ was seen in our office, Wednesday August 24, 2022. _Mr. Yanny_____ may be excused from work/school for the time being and can continue regular activities on August 31, 2022.

If you have any questions regarding this matter, please feel free to contact our office at (310)207-3707. Thank you for your understanding.

Sincerely,

Robby A. Rezaei, DDS
11633 San Vicente Blvd. #308
Los Angeles, CA 90049

Robby R. Rezaei, DDS

Brentwood Endodontics
11633 San Vicente Blvd. #210 Los Angeles, CA 90049
Tel: (310)207-370 Fax: (310)207-3703