UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: LA CR 13-00106-DOC     Date: August 26, 2022

Present: The Honorable: **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Deborah Parker | Christopher Brunwin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Mongol Nation, an Unincorporated Association | X | | | Andrea Xuanlan Ales | X | | X |
| | | | | Joseph A. Yanny | X | | X |

**PROCEEDINGS:** MOTION FOR NEW TRIAL, MOTION TO DISMISS CASE; OR OTHER APPROPRIATE RELIEF [535]

Case is called. The Court hears oral arguments.

Motion hearing is continued to September 7, 2022 at 5:00PM

1:30

**Initials of Deputy Clerk** kdu