UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.   8:13-cr-00106-DOC                                              Date: September 2, 2022

Present: The Honorable David O. Carter

Interpreter   N/A

| Karlen Dubon | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App |
|---|---|---|---|---|---|---|
| Mongol Nation | N/A | | | N/A | N/A | |

**Proceedings:** ORDER RE: EVIDENTIARY HEARINGS

   As stated during the hearing, the Court **ORDERS** the Government to conduct a records review related to David Santillan's role as a potential cooperator or confidential informant. In particular, the Government should inquire as to whether the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") worked in any taskforces involving local agencies when investigating Mongol Nation and whether any of those potential partners had agreements of any form with David Santillan. The Government should specifically examine the records of the Montebello Police Department given the testimony that Christopher Cervantes, a Montebello police officer, was deputized as an ATF taskforce agent and was seen meeting with David Santillan.

   The Clerk shall serve this minute order on the parties.

cc

                                                                                            :
                                                     **Initials of Deputy Clerk**   kdu