UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.   8:13-cr-00106-DOC                                                      Date: September 9, 2022

Present: The Honorable David O. Carter

Interpreter   N/A

| Karlen Dubon | N/A | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Mongol Nation | N/A | | | N/A | N/A | | |

**PROCEEDINGS (IN CHAMBERS):   ORDER GRANTING IN PART REQUEST RE HEARING [557]**

    On August 24, 2022, the Court issued a protective order subjecting any item produced pursuant to the protective order in the matter of *United States v. Landa-Rodriguez*, 2:18-cr-00173-GW-AB, to the identical terms and conditions of that previous protective order. (CR 582, 2:18-cr-00173-GW-AB).

    On September 9, 2022, the court in *Landa-Rodriguez* ordered that the previous protective order no longer applied to discovery pages DT58748-DT58750. (CR 3784, 2:18-cr-00173-GW-AB). Accordingly, discovery pages DT58748-DT58750 are also no longer subject to the protective order in this case. (Dkt. 585).

    The Clerk shall serve this minute order on the parties.

cc

                                                                                                              :
                                                **Initials of Deputy Clerk**  kdu