E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN (Cal. Bar No. 158939)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-4242
    Facsimile: (213) 894-3713
    E-mail:   Christopher.Brunwin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-106(A)-DOC |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DENYING DEFENDANT'S MOTION FOR NEW TRIAL PURSUANT TO RULE 33(b)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| v. | |
| MONGOL NATION, An unincorporated association, | |
| Defendant. | |

The Court having read and considered the briefs submitted by the parties in this matter, the testimony of witnesses and exhibits received over the course of hearings conducted, the Court hereby finds that the defendant has not met its burden to vacate the jury's verdict and the convictions of the defendant in this matter and grant a new trial based on a claim of newly discovered evidence.

Defendant has not met its burden to show newly discovered evidence, pursuant to Rule 33(b)(1) of the Federal Rules of Criminal

Procedure.  Defendant has not shown: (1) evidence that is newly discovered; (2) that the failure to discover the evidence sooner was not due to a lack of diligence; (3) the evidence was material to trial issues; (3) was not cumulative or merely impeaching; and (5) a new trial would probably result in acquittal.

The Motion is therefore DENIED.

IT IS SO ORDERED.

| DATE | HONORABLE DAVID O. CARTER<br>UNITED STATES DISTRICT JUDGE |
|---|---|

Presented by:

*/s/Christopher Brunwin*
CHRISTOPHER BRUNWIN
Assistant United States Attorney