UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: LA CR 13-00106-DOC  Date: October 6, 2022

Present: The Honorable: **DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Interpreter: n/a

| Karlen Dubon | Deborah Parker | Christopher Brunwin |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Mongol Nation, an Unincorporated Association | X | | | Andrea Xuanlan Ales | X | | X |
| | | | | Joseph A. Yanny | X | | X |

**PROCEEDINGS:** MOTION FOR NEW TRIAL, MOTION TO DISMISS CASE; OR OTHER APPROPRIATE RELIEF [535] (EVIDENTIARY)

Case is called. The Court hears last oral arguments.

For the reasons as stated on the record, the Motion for New Trial, Motion to Dismiss Case; or Other Appropriate Relief [535] is DENIED by the Court.

1:08

Initials of Deputy Clerk  kdu